**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | August 1, 2023, Contract Between Unified School District No. 497 and Gaggle.Net, Inc. |
| B | August 28, 2023, Board of Education Agenda re Purchase of Gaggle Software |
| C | District Webpage Titled "Gaggle Safety Management Tool, Frequently Asked Questions" |
| D | May 31, 2024, Demand Letter from Plaintiffs' Counsel to District |
| E | June 17, 2024 Response Letter from District's Counsel to Plaintiffs' Counsel |
| F | July 8, 2024, Board Meeting Agenda |
| G | July 8, 2024, Board Meeting Minutes |
| H | 2024–2025 Lawrence Public Schools Student Handbook |
| I | Complete Board Policy IIBG, Adopted July 1, 2001 |
| J | Complete Board Policy IIBGD, Adopted May 26, 2015 |
| K | Complete Board Policy JT, Adopted May 12, 2014 |
| L | Complete Board Policy JCAC, Adopted July 1, 2001 |
| M | Complete Board Policy JCAB, Adopted July 1, 2001 |
| N | Student Acceptable Use Policy 2024-2025 ("AUP") |
| O | Gaggle Seizures Spreadsheet |