# **EXHIBIT B**



## Agenda Item Details

| | |
|---|---|
| Meeting | Aug 28, 2023 - Board Report(s) Meeting |
| Category | 2. Consent Agenda |
| Subject | 2.14 Purchase of Gaggle Software |
| Type | Action (Consent) |
| Recommended Action | "I move the Board of Education to approve the purchase of a three-year digital crisis monitoring solution software called Gaggle for a total amount of $162,285.75, which will conclude in August, 2026." |

**Administrator Responsible:**
David Vignery, Director of Technology

**Background Information:**
The district does not have a digital evaluation monitoring system to help in areas of student mental health and crisis management.  Gaggle is a digital surveillance tool that helps school districts manage student safety on school-provided devices and platforms by monitoring student accounts to identify and flag those who may be struggling and need help.  Gaggle Safety Management uses trained safety experts and an algorithm to provide real-time analysis and review of student's use of collaboration platforms for email and schoolwork.  Safety experts evaluate flagged content and notify school officials about references to self-harm, depression, drug use, and violent threats.

The Technology, and Teaching & Learning departments have evaluated Gaggle over the past few years and has seen positive results to monitoring and reacting on at-risk word searches such as "suicide", "self-harm", "bomb", "gun", and other concerning behavior. Gaggle integrates with Google, Microsoft 365, and Canvas platforms that gives administrators, teachers, and parents peace of mind knowing that student's mental health and safety are being monitored around the clock.

This purchase will have three annaul payments.  The first year will also have a one-time setup fee that will bring year one to $ 59,961.25.  Years two and three will be $51,162.25 per year. Funding for the first year of the softweare service will be from Capital Outlay and a 50% match from the Safe and Secure Schools grant.

**Strategic Plan Alignment:**
Safe & Supportive Schools

**Recommendation:**
Administration recommends the Board of Education to approve the purchase of the three-year digital crisis monitoring solution called Gaggle, for the total amount of $162,285.75 which will conclude in August, 2026. This purchase will be paid out of the technology department budget.

*Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.*

**Motion & Voting**

I move the Board of Education adopt the items listed on the Consent Agenda.

Motion by GR Gordon-Ross, second by Shannon Kimball.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Paula Vann, Carole Cadue-Blackwood, Erica Hill, GR Gordon-Ross, Bob Byers