# EXHIBIT C

# Gaggle Safety Management Tool

## Frequently Asked Questions

**What is the Gaggle Safety Management System?**
Gaggle is a safety management tool that helps support student safety and well-being. It also helps ensure that students are safely and correctly using school-provided digital tools in accordance with the district's Acceptable Use Policy and Student Code of Conduct.

**How does Gaggle work?**
Gaggle uses a combination of artificial intelligence and trained safety experts to review students' use of district-provided online tools and provide real-time analysis of potentially concerning behavior or content. Gaggle's technology scans students' district-issued accounts for harmful content and alerts school administrators if students show signs of self-harm, depression, thoughts of suicide, substance abuse, cyberbullying, credible threats of violence against others, or other harmful situations.

**Why is Lawrence Public Schools using Gaggle?**
To strengthen the systematic and integrated approach of our strategic plan's focus on Safe and Supportive Schools. The safety of our students and staff is our highest priority. With Gaggle, our district is better equipped to proactively identify students who are at risk for potential unsafe behaviors, provide support where needed, and foster a safer school environment.

**Why is monitoring necessary?**
When it comes to school safety, students, teachers, staff, administrators, and families must work together. The district is committed to educating and supporting students' social-emotional health and well-being, such as teaching them healthy ways to cope with intense emotions and handle the ups and downs of everyday life.

Skip To Main Content

In addition to the proactive and professional services delivered by our teachers and student services team members, resources like Gaggle are necessary to identify students in distress and in need of emergency intervention to address suicidal ideation or thoughts of self-harm or harming others.

Identifying students during a crisis can make all the difference in saving lives and supporting students.

### What is monitored by Gaggle?

Communications and documents on district-provided devices and the district's computer network are monitored, including school email and documents created, sent, or received by students using their district-provided device.

### What is not monitored by Gaggle?

Gaggle cannot and does not monitor personal devices or any personal accounts, including but not limited to internet usage and web browsing, calls, texts, emails, and social media posts on personal devices or accounts. Gaggle also does not monitor teacher and staff accounts.

### My student works on schoolwork using their home computer. Will my home computer be monitored?

No. Gaggle cannot and does not monitor your home computer or cell phone; however, when a student is logged into a district-provided device or district-issued account, regardless of the location, Gaggle will monitor all content for safety concerns.

### Does Gaggle censor words, student work, and searches?

No. Gaggle utilizes artificial intelligence and machine learning to identify when potentially concerning language is being used to target another student in an inappropriate, harassing, or bullying manner. If these words are being used in student narrative writing, research, or some other educationally appropriate way, then no further investigation or action is needed.

### Does Gaggle Safety Management work with social media networks?

Gaggle Safety Management works exclusively with communication and collaboration tools the district has provided to students. It does not monitor students' personal social media accounts. The district recommends parents set expectations for and supervise their children's cell phone and social media usage to ensure student safety and good digital citizenship.

Skip To Main Content

## How is a web filter different from Gaggle?

A web filter is a software designed to restrict or control the online content that a user is allowed to access. The intention is to keep users out of an unsafe or unhealthy area. Gaggle's goal is to provide early warning detection of harmful situations and to help the district decide where to direct resources to address digital citizenship, bullying prevention, and mental health support.

## What is done with the data collected?

Data collected by Gaggle focuses on district-issued email, chat, files, and documents. Gaggle does not collect sensitive information. No data is shared with third parties. Any personally identifiable information collected is available only to the designated school district personnel to help intervene and provide student assistance and ensure student safety. Review Gaggle's Data Privacy Notice (https://www.gaggle.net/student-data-privacy-notice).

## How are we ensuring compliance with student privacy laws?

Gaggle is both Family Educational Rights and Privacy Act (FERPA) (https://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html) and Children's Online Privacy Protection Act (COPPA) (https://www.ftc.gov/legal-library/browse/statutes/childrens-online-privacy-protection-act) compliant. FERPA is a federal law focusing on the protection of the privacy of personally identifiable information in students' educational records. COPPA is a federal law designed to protect the privacy of children under 13 years old. Both laws protect a student's privacy in terms of their educational records.

## Can I opt my student out of being monitored by Gaggle?

Per the district's Acceptable Use Policy, the district owns all district-issued technology devices and accounts and may monitor any and all activity on them.