# EXHIBIT H



# STUDENT HANDBOOK

# Lawrence Public Schools Handbook



| Early Childhood and Elementary Schools | | |
|---|---|---|
| **Cordley Elementary School** 1837 Vermont St, 66044 785-832-5640 | **Deerfield Elementary School** 101 Lawrence Ave, 66049 785-832-5660 | **Hillcrest Elementary School** 1045 Hilltop Dr, 66044 785-832-5720 |
| **Langston Hughes Elementary School** 1101 George Williams Way, 66049 785-832-5890 | **Kennedy Early Childhood Center** 1605 Davis Rd, 66044 785-832-5760 | **Lawrence Virtual Elementary School** 110 McDonald Dr, 66044 785-832-5620 |
| **New York Elementary & Montessori School** 936 New York St, 66044 785-832-5780 | **Prairie Park Elementary School** 2711 Kensington Rd, 66046 785-832-5740 | **Quail Run Elementary School** 1130 Inverness Dr, 66049 785-832-5820 |
| **Schwegler Elementary School** 2201 Ousdahl Rd, 66046 785-832-5860 | **Sunflower Elementary School** 2521 Inverness Dr, 66047 785-832-5870 | **Sunset Hill Elementary School** 901 Schwarz Rd, 66049 785-832-5880 |
| **Woodlawn Elementary School** 508 Elm St, 66044 785-832-5920 | | |
| Middle Schools | | |
| **Billy Mills Middle School** 2734 Louisiana St. 66046 785-832-5450 | **Liberty Central Memorial Middle School** 1400 Massachusetts St. 66044 785-832-5400 | **Southwest Middle School** 2511 Inverness Dr. 66047 785-832-5550 |
| **West Middle School** 2700 Harvard Rd. 66049 785-832-5500 | **Lawrence Virtual Middle School** 110 McDonald Drive 66044 785-832-5620 | |
| High Schools | | |
| **Free State High School** 4700 Overland Dr. 66049 785-832-6050 | **Lawrence High School** 1901 Louisiana St. 66046 785-832-5050 | **Lawrence Virtual High School** 110 McDonald Drive 66044 785-832-5620 |
| **Lawrence College and Career Center** - 785-832-5800 **Lawrence Adult Ed. Center** - 785-832-5960 **Lawrence Diploma Completion Program** - 785-832-5032 2920 Haskell Ave. 66046 | | **Community Connections at Pinckney** 785-832-5800 |

# Table of Contents

Board of Education Goals...............................................................................................................6
District Mission............................................................................................................................6
District Vision..............................................................................................................................6
Our Promise.................................................................................................................................6
Strategic Plan:..............................................................................................................................6
    Family Involvement....................................................................................................................6
    Notice of Accessibility...............................................................................................................7
    Animals and Plants in the School...............................................................................................7
            (See Complete Board Policy Board Policy ING).................................................................7
    Attendance..................................................................................................................................7
            (See Complete Board Policy JBD)....................................................................................7
    ● Attendance: Truancy Law........................................................................................................7
            (See Board Policy JBE)....................................................................................................7
    ● Attendance: Tardy/Absent Students.........................................................................................7
            (See Board Policy JBD)...................................................................................................7
    ● Attendance: Illness..................................................................................................................7
    ● Attendance: Parental Request for Student Absence.................................................................7
    ● Attendance: Moving To New School........................................................................................8
    Behavior......................................................................................................................................8
            (See Complete Board Policies JDB; JHCAA; JCDBBC; JCAB; JCABB; JCDA; JDD)........8
    ● Behavior: Expectations............................................................................................................8
            (See Complete Board Policy JCDA)..................................................................................8
    ● Positive Behavior Intervention and Supports...........................................................................8
    ● Positive Reinforcement............................................................................................................8
    ● Office Discipline Referral.........................................................................................................8
    ● Behavior: Detention................................................................................................................8
            (See Complete Board Policy JDB)....................................................................................8
    ● Behavior: Hazing And Bullying...............................................................................................8
            (See Complete Board Policy JGECA, Board Policy GAAE)...............................................8
    ● Definition of Bullying:.............................................................................................................8
    ● Behavior: Suspension and Expulsion Procedure (See Complete Board Policy JDD)..................8
    ● Behavior: Prohibited Activity..................................................................................................8
            (See Complete Board Policy JHCAA)...............................................................................8
    ● Recovery Room.......................................................................................................................8
    ● Short-Term Suspension...........................................................................................................8
    ● Restorative Practices at Lawrence Public Schools....................................................................8
    ● Behavior Matrix......................................................................................................................9
    Business Partnerships..................................................................................................................9
            (See Complete Board Policy IDAA)..................................................................................9
    Classroom Assignment Responsibilities.......................................................................................9
    Communication............................................................................................................................9
    ● Meetings With Staff................................................................................................................9
    ● Messaging System...................................................................................................................9
    ● Concerns................................................................................................................................9
    Computer Use............................................................................................................................10
            (See Complete Board Policy IIBG).................................................................................10
            (See Complete Board Policy IIBGD)...............................................................................10
            (See Complete Board Policy IIBGA)...............................................................................10
            (See Complete Board Policy JGEC).................................................................................10
    Culturally and Linguistically Diverse (CLD)...............................................................................10
    District Mandatory Reporting Policy...........................................................................................10
            (See Complete Board Policy GAAD)...............................................................................10
    ● DCF Access to Students on School Premises..........................................................................10
            (See Complete Board Policy JCAC).................................................................................10
    ● Cooperation Between School and Agencies.............................................................................10
    Dress Code................................................................................................................................10
            (See Complete Board Policy JCDB).................................................................................10
    ● Students must wear:..............................................................................................................11
    ● Students may wear:...............................................................................................................11
    ● Students cannot wear:...........................................................................................................11
    ● Hairstyles.............................................................................................................................11
    ● Enforcement.........................................................................................................................11
    Drug Free Schools.....................................................................................................................12
            (See Complete Board Policy JDDA)................................................................................12
    Emergency Safety Interventions (ESI).........................................................................................12
    ● Definitions (See K.A.R. 91-42-1)...........................................................................................12
    ● Prohibited Types of Restraint.................................................................................................12
    ● Training.................................................................................................................................12

● Reporting Data................................................................................................................................13
● Local Dispute Resolution Process....................................................................................................13
Enrollment.............................................................................................................................................13
    (See Complete Board Policy JBC)..................................................................................................13
    (See Complete Board Policy JBCA)................................................................................................13
Equity in Lawrence Public Schools.........................................................................................................13
    (See Complete Board Policy CAA).................................................................................................13
Family Educational Rights and Privacy Act Annual Notice....................................................................14
Release of Student Directory Information to the Military and the Public..................................................14
Fees (Student)........................................................................................................................................14
Field Trips...............................................................................................................................................15
    (See Complete Board Policy IFCB).................................................................................................15
Food Services Department......................................................................................................................15
    (See Complete Board Policy JGH).................................................................................................15
    ● Free and Reduced-Price Lunches..............................................................................................15
    (See Complete Board Policy JGH).................................................................................................15
    ● A la Carte Purchases.................................................................................................................15
    (See Complete Board Policy EEA).................................................................................................15
    ● Online Debit/Credit Card Payments............................................................................................15
    ● Low Balance Reminders.............................................................................................................15
    ● End-of-Year Balances.................................................................................................................16
    ● Returned Checks........................................................................................................................16
● Reimbursable Meal Requirements......................................................................................................16
    ● Competitive Food Rules.............................................................................................................16
    (Board Policy EEA).......................................................................................................................16
    ● Prices:.......................................................................................................................................17
● Questions?..........................................................................................................................................17
● USDA Nondiscrimination Statement....................................................................................................17
General Education Intervention/Special Education Team Meetings........................................................17
    (See Complete Board Policy IDAC; IDAB).....................................................................................17
Health Curriculum...................................................................................................................................18
    (See Complete Board Policy IKCA)................................................................................................18
Health Office...........................................................................................................................................18
    (See Complete Board Policy JGC).................................................................................................18
    ● Health: Accident or Illness.........................................................................................................18
    ● Health Assessments And Physicals............................................................................................18
    (See Complete Board Policy JGC).................................................................................................18
    ● Health: Immunization And Physical Assessment.........................................................................18
    (See Complete Board Policy JGCB)...............................................................................................18
    ● Health: Medication Administration...............................................................................................18
    ● Health: Medication Supervision..................................................................................................18
    (See Complete Board Policy JGFGB).............................................................................................18
    ● Health: Over-the-counter Medications.........................................................................................18
    ● Health: Prescription Medications.................................................................................................18
    ● Health: Self-administration of Medications..................................................................................19
    (See Complete Board Policy JGFGB).............................................................................................19
Homework Expectations.........................................................................................................................19
    (See Complete Board Policy IHB)..................................................................................................19
Intellectual Property...............................................................................................................................19
    (See Complete Board Policy JT)....................................................................................................19
Investigation and Interrogation (Student Rights to have parents present)..............................................19
    (See Complete Board Policy JCAC)...............................................................................................19
Kindergarten Orientation.........................................................................................................................19
    (See Complete Board Policy JBC for age of Admission.)...............................................................19
Mental Health and Social Emotional Learning........................................................................................19
Native American Student Services (NASS).............................................................................................19
NASS Location........................................................................................................................................19
Parent/Teacher Conferences..................................................................................................................20
Personal Belongings...............................................................................................................................20
Phone Use..............................................................................................................................................20
Phone Use: Cell Phones.........................................................................................................................20
    Elementary School.........................................................................................................................20
    Middle School.................................................................................................................................20
    High School.....................................................................................................................................20
    Use of Electronic Devices..............................................................................................................20
Progress Reports & Grading System.......................................................................................................20
    (See Complete Board Policy IHA)..................................................................................................20
Prohibition Against Discrimination and Harassment...............................................................................20
    (See Complete Board Policy JGEC)...............................................................................................20

Recess..................................................................................................................................................21
● Recess - Inclement Weather.......................................................................................................21
Restorative Practices...........................................................................................................................21
Defining Restorative Justice and Restorative Practice........................................................................21
A Vision for Restorative Schools.........................................................................................................22
Safe Routes to School Plan..................................................................................................................22
Safe Schools Information.....................................................................................................................22
        (See Complete Board Policy EBBC)................................................................................22
    ● Emergency Drills................................................................................................................22
      ○ (See Complete Board Policy EBBC)..........................................................................22
    ● School Closing Announcements..........................................................................................22
    ● Searches: Property..............................................................................................................22
      ○ (See Complete Board Policy JCAB)............................................................................22
    ● Searches: Students..............................................................................................................22
      ○ (See Complete Board Policy JCABB)..........................................................................22
Site Council.........................................................................................................................................22
        (See Complete Board Policy IB)......................................................................................22
Student Activities.................................................................................................................................22
        (See Complete Board Policy JH)......................................................................................22
Student Records...................................................................................................................................22
        (See Complete Board Policy JR)......................................................................................22
    ● Student Records – Release of..............................................................................................22
        (See Complete Board Policy JRB)....................................................................................22
Students Support Programs...................................................................................................................22
        (See Complete Board Policy IDAB)..................................................................................22
Titles VI, VII, and IX..........................................................................................................................22
Tobacco Use.........................................................................................................................................23
        (See Complete Board Policy JCDAA)...............................................................................23
Transportation......................................................................................................................................23
        (See Complete Board Policy JGG)....................................................................................23
    ● Transportation: Safety on Bicycles and Other Wheeled Conveyances.................................23
    ● Use of Protective Helmets...................................................................................................23
Vandalism............................................................................................................................................23
        (See Complete Board Policy EBCA).................................................................................23
Visits To School..................................................................................................................................23
        (See Complete Board Policy KM).....................................................................................23
Volunteers............................................................................................................................................24
        (See Complete Board Policy KFD)...................................................................................24
Weapons Policy/Other Dangerous Objects...........................................................................................24
        (See Complete Board Policy JCDBB; JCDBBC)..............................................................24
Vision...................................................................................................................................................25
Mission................................................................................................................................................25
Our Promise.........................................................................................................................................25

## 2024-2025 Lawrence Public Schools Board of Education Members

**Kelly Jones**
President
785-330-1711
Kelly.Jones@usd497.org

**GR Gordon-Ross**
Vice President
785-330-1464
GR.Gordon-Ross@usd497.org

**Bob Byers**
785-330-1401
bbyers@usd497.org

**Carole Cadue-Blackwood**
785-330-1712
ccaduebl@usd497.org

**Anne Costello**
784-330-2744
Anne.Costello@usd497.org

**Yolanda Franklin**
785-330-2733
Yolanda.Franklin@usd497.org

**Shannon Kimball**
Past-President
785-330-1704
skimball@usd497.org

The Lawrence Board of Education welcomes public input. Contact information for board members is available on the district website. The Board invites public comment about items not included on its agenda at the beginning of each meeting. There is opportunity for public comment regarding a specific agenda item after the Board discusses the item. Patrons are asked to email PublicComment@usd497.org or complete an Audience Participation Form prior to the start of meetings to assist the Board in keeping an official record of individuals commenting during its meetings. These forms, available at the meetings, assist the Board and staff in responding to questions and issues that may arise during public comment. Written comments also may be submitted.

## Board of Education Goals

In order to achieve educational equity and excellence for students of all races and backgrounds, the Lawrence Board of Education and Superintendent will establish a learning climate of high expectations, set annual equity and achievement goals, and charge district- and school-level teams with responsibilities for developing strategies to eliminate achievement disparities while improving achievement for all students.

## District Mission

Lawrence USD 497 is a learning community committed to ensuring educational equity and excellence so that students of all races and backgrounds achieve at high levels and graduate prepared for success in college, careers and life in a diverse and rapidly changing world.

## District Vision

The school board, administration, teachers, and staff build positive relationships, seek multiple perspectives, set high expectations, and hold each other accountable for ensuring that through equitable access to rigorous, culturally relevant, and seamlessly aligned curriculum and effective, research-based instruction, all students achieve at high levels, graduate on time, and are well prepared for their future.

## Our Promise

Lawrence Public Schools will ensure that students of all races, backgrounds, and abilities achieve at high levels, demonstrate proficiency in reading by third grade and in math by eighth grade, and graduate on time prepared for success in college and careers.

## Strategic Plan:

- **Cohesive Curriculum:**
  - Identify what students should know and be able to do PreK-12+
  - Use instructional resources that honor and preserve students' diverse cultural backgrounds.
- **Student-Centered Learning:**
  - Meet students' unique academic, social, emotional, and behavioral needs.
  - Decrease barriers to college and career readiness PreK-12+
- **Safe & Supportive Schools:**
  - Encourage positive student behaviors and reduce behaviors that interfere with learning.
  - Provide safe and welcoming schools that engage every student.
- **Effective Employees:**
  - Create positive and supportive work environments for all employees.
  - Attract high-quality candidates for all employee group.
- **Data-Informed Decisions:**
  - Use data to inform all instructional decisions.
  - Develop systems that support student-focused, data-based decision-making.

**Family Involvement**

Lawrence Public Schools recognizes that family involvement is an important part of a child's academic success. The district values positive relationships with families in order to achieve common educational goals for students. Ongoing communication between home and school is a key factor in these relationships.

School district staff includes a number of professionals who can be important resources for families as they guide their children through their educational years. There are school counselors, social workers, psychologists, nurses, specialists, and interrelated resource teachers assigned to every attendance center, although not necessarily present on a full-time basis at each school. If families would like to consult any of these individuals about their children's education, the school office can provide names and contact information.

**Notice of Accessibility**

Lawrence Public Schools provides services and programs to people with disabilities in the most integrated setting possible. Pursuant to the Americans with Disabilities Act, Title II, the Director of Special Services has been appointed as the ADA Coordinator. Please call for information on accessibility, ADA compliance procedures or accommodation requests.

In order to facilitate participation, accommodations will be made on an individual basis. If you would like to attend a Board of Education meeting or other public event of the District and require an accommodation for people with disabilities, please contact the ADA Coordinator at the Lawrence Public Schools, 110 McDonald Drive, Lawrence, KS 66044, (785) 832-5000 or through the Kansas Relay Center, 1-800-766-3777, at least 48 hours in advance. The ADA Coordinator may refer issues regarding accessibility and accommodations for students to the student services department. ADA issues regarding employment may be referred to the human resources department by the ADA Coordinator.

Board Policies referenced in this handbook can be found at www.usd497.org/SchoolBoard.

**Animals and Plants in the School**
(See Complete Board Policy Board Policy ING)

**Attendance**
(See Complete Board Policy JBD)
When your child is absent, parents or guardians are to notify the school no later than 30 minutes after classes begin. If you do not have a phone/email, send a note the following day.

- **Attendance: Truancy Law**
  (See Board Policy JBE)
- **Attendance: Tardy/Absent Students**
  (See Board Policy JBD)
- **Attendance: Illness**
  Parents/Guardians are asked to keep ill students at home. Examples of illnesses that should keep a student home may include, but are not limited to:
  - Contagious diseases – such as COVID-19, measles, mumps, chicken pox, pink eye and influenza.
  - Skin rashes – especially if the cause is unknown or if accompanied by fever or drainage. (May require a doctor's note to verify that the student is not contagious.)
  - Head lice infestation that has not yet been treated with an anti-parasitic shampoo. One day of absence will be excused. See more about head lice under Health Office Policies.
  - Fever – students with an oral temperature of 100.0 or greater should be kept home until they have been fever-free without medication for 24 hours.
  - Vomiting – students who vomit must stay home for 24 hours after the last episode of vomiting.
  It is our expectation that students who become sick at school are to be picked up within 30 minutes of notification unless arrangements have been made with the principal. Please notify the nurse if your child will need accommodations due to a recent illness or injury.
- **Attendance: Parental Request for Student Absence**
  Every school day counts in a student's academic life. A missed school day is a missed opportunity to learn. Students are expected to be at school unless there is a reasonable excuse not to be in attendance.
  - Examples of excuses include:
    - Personal illness
    - Illness or death in the family
    - Necessary appointments that cannot be made outside the school day
    - Obligatory religious observances of the student's own faith
    - Participation in a school-approved student activity
    - Personal matters*
    - Emergencies requiring a student's service or presence at home *
    - Family vacations arranged in advance with the school administration*

*A student absent from school due to personal matters, home emergencies, and/or family vacation is allowed ten (10) excused absences per school year. Families requesting additional excused absences above this limitation may submit a Parent/Guardian Request for Student Absence to the school administrator.

Please be advised that at any point when school officials feel that excessive absences for any reason are adversely affecting a student's academic and learning progress, administration may request a meeting with parents and the student. This discussion will explore the causes of the excused/unexcused absences and determine what interventions may be necessary to improve the student's well-being and/or academic and learning progression. School administration or designees are authorized to request evidence from parents to verify reasons of excessive absences. Please note that excused vs. unexcused absences will be at the discretion of the school administration.

- **Attendance: Moving To New School**
  - Schools are required to keep a child "officially" enrolled until notified of enrollment by a new school. If schools are not notified within two weeks, they are required to file Truancy with the Kansas Department for Children and Families (DCF). Please enroll promptly at the new school and ask that they make contact to verify enrollment.

**Behavior**
(See Complete Board Policies JDB; JHCAA; JCDBBC; JCAB; JCABB; JCDA; JDD)
Appropriate student behavior is a must in order for maximum educational learning to occur. It allows the teacher the opportunity to teach and the student the opportunity to learn.

- **Behavior: Expectations**
  (See Complete Board Policy JCDA)
- **Positive Behavior Intervention and Supports**
  - Our school uses a schoolwide systematic approach to proactively support the needs of students. Positive behavior intervention and support (PBIS) is a system of tools and strategies for defining, teaching, and acknowledging appropriate behavior, and correcting inappropriate behavior. Schoolwide PBIS focuses on taking a team-based approach by teaching appropriate behavior to all students. Through PBIS, school staff work to establish and maintain a productive, safe environment in which students, staff, and families have clear expectations and roles in the educational process.
  - An important aspect of PBIS is the understanding that appropriate behavior and social competence is a skill that requires direct teaching to students just like math and reading. There is no assumption, in PBIS, that students will learn social behavior automatically or pick it up as they go through life. This critical feature in PBIS leads to its effectiveness.
- **Positive Reinforcement**
  - Students who follow the expectations are recognized with tickets which can be used for prizes and special privileges in the classroom.
- **Office Discipline Referral**
  - There are times when some students misbehave even though staff have explicitly taught our expectations, offered reminders of the expected behaviors, and used the positive reinforcement system. When this occurs, the staff will use the Office Discipline Referral Form. This form looks at "major" behavior infractions that may disrupt student learning or create an unsafe environment for others at school. Staff will document what has occurred in writing. Teachers/principals will contact a parent/guardian to discuss the issue of concern so that a plan can be formulated if needed to help the student correct these behaviors. Our goal is to keep the lines of communication open between home and school.
- **Behavior: Detention**
  (See Complete Board Policy JDB)
- **Behavior: Hazing And Bullying**
  (See Complete Board Policy JGECA, Board Policy GAAE)
- **Definition of Bullying:**
  - Bullying is when a person or group of people repeatedly and intentionally hurt someone's body or feelings.
- **Behavior: Suspension and Expulsion Procedure (See Complete Board Policy JDD)**
- **Behavior: Prohibited Activity**
  (See Complete Board Policy JHCAA)
- **Recovery Room**
  - The Recovery Room is implemented when a student self-selects this intervention to help regulate behavior. Use of the Recovery Room will be coded through the attendance function.
- **Short-Term Suspension**
  - Short-Term Suspension is In School Suspension (ISS), Out of School Suspension (OSS), or a combination of both assigned by an administrator.

- **Restorative Practices at Lawrence Public Schools**
  - Lawrence Public Schools is committed to contributing to a positive school climate, ensuring that all students have multiple systems of support focused on sustained and supportive relationships and relational accountability. Restorative Justice, also called restorative practices, is an alternative approach to the more traditional punitive discipline and school culture. It is a world view deeply rooted in the practices and values of Indigenous Peoples around the globe. Restorative Practices "focuses on community building, belongingness, and peaceably resolving conflicts by creating opportunities for those involved to listen empathetically to one another's stories, to repair any harm that may have occurred, and to restore positive relationships within the school community" (Restorative Schools: An Introduction to Tier 1 Practices Manual, Restorative Schools Initiative, KIPCOR, 2021, 7).
  - By engaging in a multi-year Restorative Justice Implementation Plan in partnership with the Restorative Schools Initiative of the Kansas Institute for Peace and Conflict Resolution (KIPCOR) at Bethel College, Lawrence Public Schools commits to establishing safer and healthier schools, as well as stronger systems of support for students, families, and the community as a whole.
- **<u>Behavior Matrix</u>**

**Business Partnerships**
- Lawrence Education Achievement Partners – (LEAP)
  (See Complete Board Policy IDAA)
- Lawrence Public Schools is involved with the business community in a partnership venture. A partnership is a mutually supportive agreement between a business and a school or school district, often in the form of a written contract, in which the partners commit themselves to specific goals and activities, intended to benefit students.

**Classroom Assignment Responsibilities**
The building principal is responsible for assigning teachers to specific grade levels and, with teacher input, assigning students to a particular teacher. Because we cannot grant every parent request for a particular teacher, we do not take "preference" requests into consideration when making class assignments.

**Communication**
- **Meetings With Staff**
  - If you would like to meet with your child's teacher or any other staff member, please schedule this in advance. We want to give you full attention and that cannot always be the case during an unscheduled visit.
- **Messaging System**
  - FinalSite is the district's automated messaging system that disseminates school, district, and emergency information. It is important to keep the school updated whenever parent contact information changes. Directions for updating your child's contact information can be found under Student Records: Updating located in this handbook.
- **Concerns**
  - The Lawrence Public Schools finds that the quickest and most effective way to resolve a school concern is by addressing it at the most direct level. The following are suggested procedures. First, talk to a teacher, counselor, or another trusted adult at the school for assistance. If the concern is not resolved at the classroom level, please visit with the principal. If the issue persists, please contact the district office, 785/832-5000, and ask to speak to the administrative liaison assigned to the school. If after following steps 1-3 your concern has not been resolved to your satisfaction, please contact the district office, 785/832-5000, and ask to speak to the superintendent's office. A Complaint Form may be filed to trigger a formal investigation of any unresolved school concerns. Find this form at http://www.usd497.org/ComplaintForm.
    - Investigative steps include:
      - Review Complaint
      - Interview complainant and witness
      - Determine appropriate course of action
      - Issue disciplinary measures as necessary
      - Communicate with the complainant, while protecting student/staff confidentiality.

**Computer Use**
(See Complete Board Policy IIBG)
- Use Of Personal Technology Devices
  (See Complete Board Policy IIBGD)
- Children's Internet Protection Act
  (See Complete Board Policy IIBGA)
- Discrimination/Harassment
  (See Complete Board Policy JGEC)

**Culturally and Linguistically Diverse (CLD)**
Being from a home that is culturally and linguistically diverse [CLD] enhances a student's ability to perceive (take in) and interpret (make meaning of) what they are learning. Meaning that language, regardless of proficiency level, has the literal possibility of meaning more things to some students compared to others. This serves to the student's advantage as it supports learning new content at a deeper level of understanding and supports them in interacting with and responding to peers.

Students that are CLD can benefit from different forms of support in learning to capitalize on their CLD experiences. One way USD 497 supports these endeavors is through our ESOL programming.

In Lawrence Public Schools, ESOL programming is about creating student opportunities to see themselves—their biographies—in everyday learning and providing customized supports and enrichments where they are needed. Research shows that fostering culturally and linguistically diverse connections in our school community assists CLD students in finding acceptance in school, learning skills at deeper levels of understanding, and maintaining the connection to their heritage language and culture that their family desires.

**District Mandatory Reporting Policy**
(See Complete Board Policy GAAD)
- Any district employee who has reason to know or suspect that a child has been harmed as a result of physical, mental or emotional abuse or neglect or sexual abuse, shall promptly report the matter toDCF or to the local law enforcement agency if the DCF office is not open. The employee making the report shall NOT contact the child's family or any other persons to determine the cause of the suspected abuse or neglect or notify them of a report or pending report being made. All employed personnel of the school district must report to the building principal cases that that they believe may constitute child abuse. If appropriate, the principal may confer with the school's social worker, guidance counselor, or psychologist. At no time shall the principal or any other staff member prevent or interfere with the making of a report of suspected child abuse/neglect.
- **DCF Access to Students on School Premises**
  (See Complete Board Policy JCAC)
  - The principal shall allow a student to be interviewed by DCF or law enforcement representatives at an appropriate location on school premises and shall act to protect the student's interests during the interview subject to the authority of DCF or law enforcement.
- **Cooperation Between School and Agencies**
  - Principals shall work with DCF and law enforcement agencies to develop a plan of cooperation for investigating reports of suspected child abuse or neglect. To the extent that safety is not compromised, law enforcement officers investigating complaints of suspected child abuse or neglect on school property should not be in uniform.

**Dress Code**
(See Complete Board Policy JCDB)
- In support of the district's focus on equity, access to instruction, student learning, and safety, and to ensure that the student dress code is applied equitably to all students in the district, the board adopts the following universal dress code.
- The student dress code and administrative enforcement of the student dress code should not create, reinforce, or increase marginalization or oppression of any group based on race, gender, ethnicity, religion, sexual orientation, household income, gender identity, gender expression, or cultural observance. The board has determined the following in support of these goals:
  - Students should be able to dress and style their hair for school in a manner that expresses their individuality without fear of unnecessary discipline or body shaming. Students and their parent(s)/guardian(s) hold the primary responsibility for determining the student's personal attire, hairstyle, jewelry, and personal items (e.g. backpacks, book bags).
  - Students and staff are responsible for managing their own personal distractions without regulating another

student's clothing/self-expression. The district's dress code is designed and intended to ensure that student attire does not interfere with the health or safety of any student, and that student attire does not contribute to a hostile or intimidating atmosphere for any student. Students dressed in alignment with the dress code can be free to learn and not face unnecessary barriers to school attendance; staff can focus on teaching and learning without the additional burden of dress code enforcement.

- ○ Students have the right to be treated equitably and with dignity; these rights extend to application and enforcement of the district dress code.
- ○ The restrictions included in the dress code are necessary to support the overall educational goals of the district and its schools.
- **Students must wear:**
  - ○ Top (shirt, blouse, sweater, sweatshirt, tank, dress, etc.);
  - ○ Bottom (pants, athletic pants, shorts, skirt, dress, leggings, etc.); and
  - ○ Shoes.
- This policy permits additional student attire requirements when necessary to ensure safety and the ability to fully participate in certain academic settings (e.g. physical activity, sports, science, or CTE courses). Additionally, this policy allows for reasonable variation in required student attire for participation in activities such as swimming or gymnastics, or fine arts programming. Courses that include attire as part of the curriculum (e.g., professionalism, public speaking, job readiness, fine arts performances) may include assignment-specific dress.
- **Students may wear:**
  - Hats, including religious headwear
  - Hoodie sweatshirts
  - Fitted pants, including leggings, yoga pants, and "skinny jeans"
  - Ripped jeans, as long as underwear is not exposed
  - Tank tops, including spaghetti straps, halter tops, and strapless tops
- **Students cannot wear:**
  - Violent language or images
  - Images or language depicting weapons, drugs or drug paraphernalia, alcohol, nicotine products, illegal items, or illegal activities, or use of the same
  - Hate speech, threats, profanity, or pornography
  - Images or language that creates a hostile or intimidating environment based on any protected class
  - Visible underwear. Visible waistbands or straps on undergarments worn under clothing are not a violation
  - Bathing suits (except where required for participation in a course or school activity)
  - Helmets, hats, or headwear that obscures the face (except where such is worn as a religious observance or for medical purposes)
  - Clothing that intentionally shows private parts (nipples, genitals, buttocks); clothing must cover private parts in opaque (not able to be seen-through) material
  - Clothing or accessories that may endanger the student or others, such as spikes
  - Clothing that covers the student's face to the extent that the student is not identifiable (except clothing/headwear worn for religious or medical purposes)
- **Hairstyles**
  - ○ Except where student health and safety may be implicated (e.g., in chemistry or science lessons, culinary lessons, physical education or sports classes), restrictions shall not be placed on how students choose to wear their hair. Any restrictions that are necessary for student health or safety must be equitably enforced, and must not be enforced differently based on race, gender, ethnicity, religion, sexual orientation, household income, gender identity, or cultural observance.
- **Enforcement**
  - ○ The superintendent shall ensure that all staff are trained regarding application and enforcement of this policy. The dress code policy shall be made available to students and parents through the district's website and through each school's website, handbook, or other communications.
  - ○ Staff shall use reasonable efforts to avoid dress-coding students in front of other students.
  - ○ Students shall not be disciplined or removed from class as a consequence for wearing attire in violation of this policy unless the attire creates a substantial disruption to the educational environment, poses a hazard to the health or safety of the student or others, or factors into a student behavior rule violation such as malicious harassment or the prohibition on harassment, intimidation, and bullying.
  - ○ The superintendent or the superintendent's designee may develop procedures to implement this policy as needed.

**Drug Free Schools**
(See Complete Board Policy JDDA)

**Emergency Safety Interventions (ESI)**

The Board of Education is committed to limiting the use of emergency safety interventions (ESI), such as seclusion and restraint, with all students. Seclusion and restraint shall be used only when a student's conduct necessitates the use of an emergency safety intervention as defined below. The Board of Education encourages all employees to utilize other behavioral management tools, including prevention techniques, de-escalation techniques, and positive behavioral intervention strategies.

This policy shall be made available on the district website with links to the policy available on any individual school pages. In addition, this policy shall be included in at least one of the following: each school's code of conduct, school safety plan, or student handbook.

- **Definitions (See K.A.R. 91-42-1)**
  - *Emergency Safety Intervention* - is the use of seclusion or physical restraint when a student presents an immediate danger to self or others. Violent action that is destructive of property may necessitate the use of an emergency safety intervention.
  - *Seclusion* requires all three of the following conditions to be met: (1) the student is placed in an enclosed area by school personnel; (2) the student is purposefully isolated from adults and peers; and (3) the student is prevented from leaving, or reasonably believes that the student will be prevented from leaving, the enclosed area.
  - *Chemical Restraint* - the use of medication to control a student's violent physical behavior or restrict a student's freedom of movement.
  - *Mechanical Restraint* - any device or object used to limit a student's movement.
  - *Physical Restraint* - bodily force used to substantially limit a student's movement.
  - *Physical Escort* - the temporary touching or holding the hand, wrist, arm, shoulder, or back of a student who is acting out for the purpose of inducing the student to walk to a safe location.
  - *Time-out* - means a behavioral intervention in which a student is temporarily removed from a learning activity without being confined.
- **Prohibited Types of Restraint**
  - All staff members are prohibited from engaging in the following actions with all students:
    - Using face-down (prone) physical restraint;
    - Using face-up (supine) physical restraint;
    - Using physical restraint that obstructs the student's airway;
    - Using physical restraint that impacts a student's primary mode of communication;
    - Using chemical restraint, except as prescribed by a licensed healthcare professional for treatment of a medical or psychiatric condition; and
    - Use of mechanical restraint, except:
      - Protective or stabilizing devices required by law or used in accordance with an order from a licensed healthcare professional;
      - Any device used by law enforcement officers to carry out law enforcement duties; or
      - Seatbelts and other safety equipment used to secure students during transportation.
- **Training**
  - All staff members shall be trained regarding the use of positive behavioral intervention strategies, de-escalation techniques, and prevention techniques. Such training shall be consistent with nationally recognized training programs on the use of emergency safety interventions. The intensity of the training provided will depend upon the employee's position. Administrators, licensed staff members, and other staff deemed most likely to need to restrain a student will be provided more intense training than staff who do not work directly with students in the classroom. District and building administration shall make the determination of the intensity of training required by each position.
  - Each school building shall maintain documentation regarding the training that was provided and a list of participants. Notification And Documentation
  - The principal or designee shall provide written notification to the student's parents any time that esi is used with a student. Such notification must be provided within two (2) school days.
  - In addition, each building shall maintain documentation any time ESI is used with a student. Such documentation must include all of the following:
    - Date and time of the intervention,

- Type of intervention,
- Length of time the intervention was used, and
- School personnel who participated in or supervised the intervention.
- All such documentation shall be provided to the building principal, who shall be responsible for providing copies of such documentation to the superintendent on at least a biannual basis. At least once per school year, each building principal or designee shall review the documentation of ESI incidents with appropriate staff members to consider the appropriateness of the use of ESI in those instances.

- **Reporting Data**
  - District administration shall report ESI data to the Kansas State Department of Education (KSDE) as required.
- **Local Dispute Resolution Process**
  - The Board of Education encourages parents to attempt to resolve issues relating to the use of ESI informally with the building principal and/or the superintendent before filing a formal complaint with the board. In the event that the complaint is resolved informally, the administrator must provide a written report of the informal resolution to the superintendent and the parents and retain a copy of the report at the school. The superintendent will share the informal resolution with the board and provide a copy to KSDE.
  - If the issues are not resolved informally with the building principal and/or the superintendent, the parents may submit a formal written complaint to the board by providing a copy of the complaint to the clerk of the board and the superintendent.
  - Upon receipt of a formal written complaint, the board president shall assign an investigator to review the complaint and report findings to the board as a whole. Such investigators may be a board member, a school administrator selected by the board, or a board attorney. Investigators shall be informed of the obligation to maintain confidentiality of student records and shall report the findings and recommended action to the board in executive session.
  - Any such investigation must be completed within thirty (30) days of receipt of the formal written complaint by the board clerk and superintendent. On or before the 30th day after receipt of the written complaint, the board shall adopt a report containing written findings of fact and, if necessary, appropriate corrective action. A copy of the report adopted by the board shall be provided to the parents, the school, and the state board of education.

**Enrollment**
(See Complete Board Policy JBC)
- Enrollment: Transfer Of Elementary Students
  (See Complete Board Policy JBCA)

**Equity in Lawrence Public Schools**

Lawrence Public Schools recognizes the importance of making and supporting significant shifts in mindset and practice to provide and sustain equitable outcomes for all students. Children, regardless of race, socioeconomic status, and/or other minoritized identities, will be able to access freely the resources and supports necessary to reach their fullest potential. Current and past federal, state, and local failures to act urgently in the pursuit of educational equity contribute to reduced access to academic opportunities, and to disparities in graduation outcomes and disciplinary actions for students from historically marginalized communities. These disparities contradict the beliefs and values the Lawrence Public Schools articulates about what students can achieve and the adults' role in ensuring conditions for success. To disrupt systemic racism and other forms of injustice that profoundly impact students' current and future quality of life, the board commits to advancing educational equity by applying a systemic change framework to school governance and resource allocation.

The board, district administrators, and certified and classified staff will work together to aggressively and efficiently eliminate inequitable practices, systems, and structures that create advantages for some students and families while disadvantaging others. School and district staff at all levels are encouraged to raise issues of inequity and offer solutions to remedy them. Lawrence Public Schools employee behaviors shall contribute to a school district: 1) where students' educational outcomes cannot be predicted by race, socioeconomic status, and/or other historically marginalized identities; and 2) where all students and staff are engaged in a positive and academically rigorous environment where educational equity is woven into every single department or division.
- Lawrence Public Schools Equity Policy
  (See Complete Board Policy CAA)

**Family Educational Rights and Privacy Act Annual Notice**

The Family Educational Rights and Privacy Act (FERPA) affords parents* certain rights with respect to their student's education records. These rights are:

- The right to inspect and review the student's education records within 45 days of the day the school receives a request for access. Parents* should submit to the school principal a written request that identifies the record(s) they wish to inspect. The school will make arrangements for access and notify the parent* of the time and place where the records may be inspected.
- The right to request the amendment of the student's education records that the parent* believes are inaccurate.
- Parents* may ask the school to amend a record that they believe is inaccurate. They should write the school principal, clearly identify the part of the record they want changed, and specify why it is inaccurate. If the school decides not to amend the record as requested by the parents*, the school will notify the parents* of the decision and advise them of their right to a hearing regarding the request for amendment.
- The right to consent to disclosures of personally identifiable information contained in the student's education records, except to the extent that FERPA authorizes disclosure without consent.
- One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the school as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel); a person serving on the school board; person or company with whom the school has contracted to perform a special task (such as an attorney, auditor, medical consultant, or therapist); or a parent or student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.
- Upon request, the school discloses education records without consent to officials of another school district in which a student seeks or intends to enroll.
- For purposes of FERPA, USD 497 has designated certain information as "directory information," which may be disclosed for any purpose without prior consent. The primary purpose of this designation is for district use of the information in school publications, such as newsletters, drama playbills, recognition listings, graduation programs, sports team rosters and yearbooks. USD 497 considers the following "directory information:" student name, address, telephone number, date and place of birth, participation in officially recognized activities and sports, weight and height of members of teams, dates of attendance, honors received, the most recent previous school attended, class designation and photographs.

**Release of Student Directory Information to the Military and the Public**

In addition, two federal laws: Section 9528 of ESEA (20 U.S.C. 7908), as amended by the No Child Left Behind Act of 2001 (P.L. 107-110), and 10 U.S.C. 503, as amended by section 544, the National Defense Authorization Act for Fiscal Year 2002 (P.L. 107-107), require educational agencies to provide military recruiters, upon request, students' names, addresses and telephone listings.

- *Parents\* wishing to withdraw consent for release of directory information must complete a Non-Disclosure of Student Directory Information Form available upon request at any school, the district office, and www.usd497.org. USD 497 assumes there is no objection to the release of directory information if this signed form is not returned to the school upon enrollment/annual registration.*
  - The right to file a complaint with the U.S. Department of Education concerning alleged failures by USD 497 to comply with these requirements. The name and address of the office that administers FERPA are: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202-5901.

        *parents, legal guardians, and students age 18 or older

**Fees (Student)**

- The school board approved the 2024-2025 fee schedule on July 8, 2024. It includes Instructional Fees for books, materials, and digital resources of $100 for K-5, $150 for 6-12, and $115 for Lawrence Virtual School (LVS). Device Fees for iPads and MacBooks are $15 for K-8, and $25 for 9-12. The K-12 Activity Trip Transportation Fee is $15.
- Preschool Peer Mentor Fees are as follows per month: 2 Days: $75, 3 Days: $112.50, 4 Days: $150.00, and 5 Days: $188. LVS Course/Summer Course Acquisition (beyond full-time enrollment) is $150.
- The district waives fees for families qualifying for free or reduced-price lunches or hardship waivers and accepts online payments and payment plans.

14

**Field Trips**
(See Complete Board Policy IFCB)

**Food Services Department**
(See Complete Board Policy JGH)
The Nutrition & Wellness Department uses an online meal accounting system. The meal accounting system is a debit system, which means that you deposit money into an account and as the student eats, the meal charge is deducted from the account balance. It is expected that all account balances will be kept positive. The Nutrition & Wellness Department cannot extend credit to families for purchase of meals or a la carte items. If you are unable to pay for your students' meals, we encourage you to complete an application for free/reduced price meals.

Students will be able to enter their student ID number via pinpad or use their student ID card to purchase meals and/or a la carte from the cafeteria.

We are not responsible for any cash sent to school with children. If at all possible, please pay by check with reference to your student ID number and school. You may also make credit card payments online via www.myschoolbucks.com. Your first payment for meals needs to be made prior to the first day that meals are served so that there is money in your student's account.  Please do NOT combine a lunch money payment with other school type payments (i.e. enrollment fees/fines/cash/etc).  Meal payment envelopes are available in the cafeteria and most school offices.

- **Free and Reduced-Price Lunches**
  (See Complete Board Policy JGH)
  - Households are encouraged to apply for free or reduced price meal benefits.  Reduced price meals are $0.30 for breakfast and $0.40 for lunch.
  - An application for free or reduced price meal benefits and a set of detailed instructions is available online at www.myschoolapps.com or at your school's main office.  Contact Nutrition & Wellness Staff with questions or if you need assistance completing an application (fs.office.staff@usd497.org, 785-832-5000).
  - Applications for free or reduced price meal benefits must be submitted every year. Households that do not submit an application for the school year will be charged full price for meals. Only 1 application per family is required. The Nutrition & Wellness team has 10 days to process applications from the time that they are received. Households are responsible for any meal charges incurred until the application is approved.
- **A la Carte Purchases**
  (See Complete Board Policy EEA)
  - Items purchased in addition to lunch/breakfast meal are considered a la carte purchases.  No a la carte charges will be allowed once the student account reaches a zero balance.
  - All students are considered to have permission to make a la carte purchases. If a parent/guardian wants to remove student permission to purchase a la carte, they should email the Nutrition & Wellness Team at fs.office.staff@usd497.org. Once a student's a la carte permission has been removed by a parent/guardian, that restriction will remain on the student's account permanently, or until a parent/guardian notifies the Nutrition & Wellness Team to reinstate a la carte permissions.
- **Online Debit/Credit Card Payments**
  - Parents/guardians are able to make payments for school lunches with a debit or credit card and are able to check the balance of their student lunch accounts online at www.MySchoolBucks.com.
  - If you have never used MySchoolBucks system before, you will need each child's 8-digit student ID# to set up an account with www.MySchoolBucks.com.
- **Low Balance Reminders**
  - It is recommended that parents set up low meal account balance reminders through MySchoolBucks.com. This free service allows parents to look at student purchase histories and set-up email notifications for low meal account balances. This service is available to all parents even if they do not want to use the online payment option.
  - At elementary schools, weekly statements are sent home with students and/or an automated phone call will remind parents of low balances.
  - At the secondary level, your child may be given a verbal notice by the cashier when he/she has a low balance.  Automated phone calls will  also be made to parents.
  - Automated emails will also be sent out district-wide from the point-of-sale system. This email will go to the

parent that is listed as the primary contact within PowerSchool.

- **End-of-Year Balances**
  - At the end of the school year, refunds will not be made on student accounts unless the student is leaving the district. The balance in the meal account will be forwarded to the next school year even if the student is attending a different school in USD 497. If a student is graduating, any remaining balance will be transferred to a younger sibling(s). If no younger siblings attend USD 497, households may request a reimbursement form from the cashier for a refund check from the district.
- **Returned Checks**
  - Lunch payment checks that are returned due to insufficient funds are sent directly to RECHECK, Inc. in Wichita, Kansas. You will receive correspondence from RECHECK and be responsible for payment of the face value of the check and the associated $30.00 fee. RECHECK can also re-present the check to your bank for payment of the face amount and fee a number of times. The check amount will be deducted from your students' account and not credited back until we receive notification from RECHECK that the debt has been satisfied. This may be a lengthy process. You may call RECHECK at 1-888-794-7325 to pay by credit card to hasten the resolution.
- **Reimbursable Meal Requirements**
  - Breakfast Meal Requirements
    - Every breakfast is planned to include a main dish, milk, and two fruit options. These four items include the following food groups:
      - Fruit
      - Grains (with optional meat/meat alternates allowed)
      - Milk
    - The food groups for each breakfast will be posted at the beginning of each serving line.  Students are encouraged to take all four items offered; however, they must take at least three items, one of which must be 1/2 cup of fruit. Whether you take three or four items, the meal is the same price.
    - The choice is up to you; just be sure to choose at least 1/2 cup of fruit plus two other items.
  - Lunch Meal Requirements
    - Every lunch is planned to include an entree, multiple side dishes, and milk. All meal selections offer the following food groups:
      - Fruit
      - Vegetable
      - Protein
      - Grains
      - Milk
    - The food groups for each meal will be posted at the beginning of each serving line.  Students are encouraged to take all the food groups offered; however, they may decline up to two (2) food groups.  Whether you take 3, 4, or 5 of the food groups, the meal is the same price. One of those food groups must be fruits, vegetables or a combination of both.
      - STEP 1:  Choose ½ cup of fruits, vegetables or a combination of both.
      - STEP 2:  Choose 2 or more of the following:
        - Full Serving of Fruit – K-8 (1/2 cup) and 9-12 (1 cup)
        - Full Serving of Vegetables – K-8 (3/4 cup) and 9-12 (1 cup)
        - Grains
        - Protein
        - Milk

- **Competitive Food Rules**
  ([Board Policy EEA](#))
  - The Healthy Hunger-Free Kids Act sets the nutrition standards for all food and beverages, other than reimbursable meals, available for sale to students on the school campus during the school day, and restricts competitive food sales.
  - Competitive food sales are any food or beverage available for students to purchase that is separate and apart from the district's nonprofit federally-reimbursed food service program.
    - **Building Sales** – Competitive food sales shall not operate in competition with the district's food service program, and shall be closed for a period beginning one-half (1/2) hour prior to and remain closed until one-half (1/2) hour after the last regular scheduled school lunch and/or school breakfast period on the campus where the school lunch and/or school breakfast is served.

16

- **Fast Foods** – Fast foods in the building detract from the emphasis placed upon the Child Nutrition Program and District Wellness Initiatives. The district encourages students to participate in the district's meal program. However, parents have the option to send food for breakfast or lunch if they prefer not to participate in the district's meal program. The district does not recommend students or parents bring fast foods to school; however, if fast foods are brought to school, they may not be in the original packaging.
- **Prices:**

| Elementary | Free | Reduced Price | Full Price |
|---|---|---|---|
| **Breakfast** | $0.00 | $0.30 | $2.00 |
| **Lunch** | $0.00 | $0.40 | $3.00 |

| Middle School | Free | Reduced Price | Full Price |
|---|---|---|---|
| **Breakfast** | $0.00 | $0.30 | $2.10 |
| **Lunch** | $0.00 | $0.40 | $3.20 |

| High School | Free | Reduced Price | Full Price |
|---|---|---|---|
| **Breakfast** | $0.00 | $0.30 | $2.15 |
| **Lunch** | $0.00 | $0.40 | $3.25 |

- **Questions?**
  - Please reach out to the Food Service Office (M-F, 7:45 a.m. - 4:30 p.m.)
  - Phone: 832-5000 (messages left after hours will be returned the next business day)
  - Email: fs.office.staff@usd497.org
- **USDA Nondiscrimination Statement**
  - In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, religion, sex (including gender identity and sexual orientation), disability, age, or reprisal or retaliation for prior civil rights activity.
  - Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the responsible state or local agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339.
  - To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (866) 632-9992, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to USDA by:
    - (1) mail
      U.S. Department of Agriculture
      Office of the Assistant Secretary for Civil Rights
      1400 Independence Avenue, SW
      Washington, D.C. 20250-9410; or
    - (2) fax:
      (833) 256-1665 or (202) 690-7442; or
    - (3) email:
      program.intake@usda.gov
    This institution is an equal opportunity provider.

**General Education Intervention/Special Education Team Meetings**
(See Complete Board Policy IDAC; IDAB)
You or your child's teacher may be concerned that your child's needs are not being met in the classroom. There are procedures in place to assist your child. General education intervention teams and a special education team meet bi-weekly

to focus on children with specific needs. Your child's teacher and other staff can help familiarize you with these procedures for the purpose of appropriately meeting the needs of your child. Your input is very valuable to the process. Please talk with your child's teacher if you have specific concerns or questions about your child's progress. The school resource team consists of several professionals that may include the psychologist, counselor, social worker, classroom teachers, learning resource teacher, nurse, speech clinician, title reading and math teachers and principal.

**Health Curriculum**
(See Complete Board Policy IKCA)
Age appropriate education about human sexuality and disease will be taught as part of the K-12 health class curriculum. This is in compliance with state and federal regulations. Prior to this instructional unit, teachers shall send written notice to parents of the forthcoming human sexuality content and information on the opt-out process. Opt-out requests are required annually and are valid only for the school year in which they are submitted.

**Health Office**
(See Complete Board Policy JGC)
The health clinic is staffed full-time by a registered nurse and/health office attendant. The nurse provides health counseling, health education, health promotion, and referrals to community resources as well as administers school screenings. These services are available to staff, students, and parents. If you have questions or concerns about your child's health, please contact our School Nurse or Health Office Attendant.
- **Health: Accident or Illness**
  - If there is an accident or sudden illness at school, first aid will be administered by school personnel to the best of their abilities and training. The school will attempt to contact the child's parents. If they cannot be contacted, individuals designated as emergency contacts will be called. Any student who is ill must be picked up within 30 minutes of notice.
  - Reasons your child will be sent home, may include:
    - Suspected contagious diseases – such as measles, mumps, chicken pox, and influenza and untreated pink eye
    - Skin rashes – especially if the cause is unknown or if accompanied by fever or drainage. (may require dr. note to verify that the student is not contagious)
    - Head lice infestation that has not yet been treated with an anti-parasitic shampoo.
    - Fever – students with an oral temperature of 100 or greater should be kept home until they have been fever free without medication for 24 hours.
    - Vomiting – students who vomit must stay home for 24 hours after the last episode of vomiting.
    - Injury that requires medical follow-up.
- **Health Assessments And Physicals**
  (See Complete Board Policy JGC)
- **Health: Immunization And Physical Assessment**
  (See Complete Board Policy JGCB)
- **Health: Medication Administration**
  - The prescribing of drugs and medicines is not the responsibility of the public schools and cannot be practiced by any school personnel, including the school nurses. Supervision and administration of medications is carried out by district personnel in strict compliance with the rules and regulations of the board and the Nurse Practice Act of Kansas when medication is necessary for a student to remain in school. Medication can be administered at school when it is medically necessary for it to be given within the school day. Medication must be picked up by the last day of school. Medication that has not been picked up by the last day of school will be safely discarded.
- **Health: Medication Supervision**
  (See Complete Board Policy JGFGB)
- **Health: Over-the-counter Medications**
  - Over-the-counter medications coming to school must arrive:
    - In the original container with the label intact.
    - Accompanied by doctor's orders stating the time, dose, route, and reason the medication is needed at school.
    - With the Permission for Medication form, including the signed release of information that allows the nurse to contact the physician if there is a question about the prescription.
- **Health: Prescription Medications**
  - Prescription medications coming to school must arrive:
    - In a pharmacy labeled container
    - Accompanied by a completed permission for medication form, including the signed

release of information that allows the nurse to contact the physician if there is a question about the prescription.
- Sample medications that do not have a pharmacy label will be given only when accompanied by written doctor's orders and the required parent permission form. (Permission for Prescription Medication and Authorization for Non-Prescription Medication forms can be picked up at the school.)

- **Health: Self-administration of Medications**
(See Complete Board Policy JGFGB)
  - Elementary students with severe chronic health problems may self-administer prescription medications with the written approval of the parent, physician, and school nurse. Parents may obtain this form from the school office. Only one dose of medication should be sent to school, exception: multi-dose inhalers. The container must have a pharmacy label attached. The student must keep the medication on them at all times. If the student fails to follow the rules for self-administration, the principal may revoke the privilege. Controlled substances, including stimulants such as Ritalin, may not be self-administered. It is recommended that a duplicate supply of the medication be maintained in the nurse's office

**Homework Expectations**
(See Complete Board Policy IHB)

**Intellectual Property**
(See Complete Board Policy JT)

**Investigation and Interrogation (Student Rights to have parents present)**
(See Complete Board Policy JCAC)
Administrators, other school staff, and school resource officers (SROs) may at times need to interview students to gather facts about something that occurred, such as a policy violation. An interview is an informal procedure to obtain information. Interrogation is when a law enforcement officer is formally questioning a suspect alleged to have been involved in a crime, such as to garner a confession. If an SRO is speaking with a student about involvement in a suspected or alleged crime, a parent/guardian will be notified to be present.

**Kindergarten Orientation**
(See Complete Board Policy JBC for age of Admission.)
Parents of prospective kindergartners are invited to Kindergarten Orientation in the spring. During this activity, parents will complete online enrollment and the kindergarten student will engage in activities with staff. State law requires that a child be five years old on or before August 31 to be eligible for kindergarten.
State law also requires that a child be six years old on or before August 31 to be eligible for first grade. Parents are required to present an original, certified birth certificate, physical health assessment, and immunization records prior to the first day of attendance.

**Mental Health and Social Emotional Learning**
Lawrence Public Schools is committed to addressing the social-emotional and mental wellness needs of all students. Every building has full-time counselors to work with students to support their academic, social-emotional, or mental wellness needs. If you need to speak with your counselor, go to Student Services to schedule an appointment.

**Native American Student Services (NASS)**
"Providing educational opportunities for our American Indian and Alaska Native children to succeed." Since 1972, the Native American Student Services (NASS) program has provided educational opportunities and support for American Indian/Alaska Native children in the Lawrence Public Schools. The goal of NASS is to enhance and provide support to the student's overall growth and development through cultural and academic programs for students and families.
We serve more than 530 students who represent more than 100 tribal affiliations. Our program is part of the Inclusion, Engagement and Belonging Department. We work collaboratively within the community and the Lawrence Public Schools to meet strategic goals by being a student-centered environment that ensures all students learn academic and life skills to reach their maximum potential.

**NASS Location**
2704 Louisiana St., Lawrence, Kansas 66046
For up-to-date NASS event information, please visit the district website.

**Parent/Teacher Conferences**
Parent/Teacher conferences are scheduled two times during the school year. Listening and Learning conferences may be held prior to the start of the school year. There will be additional conferences offered in the fall and in the spring. Directions for scheduling conferences will be sent to parents in the fall. Any parent wishing to have a conference with the principal or support staff should contact them directly to schedule. Teacher conference time is limited; therefore, each child will be given one conference time. Schools ask that parents do their best to attend their child's conference together.

**Personal Belongings**
Students should not bring money to school other than for lunches or other school related activities. Students are discouraged from bringing toys, electronic equipment, and other personal property to school unless it is for a special school activity. The school will not assume responsibility for lost personal property.

**Phone Use**
Students need to make after-school plans prior to the time that they come to school. Students have access to school phones for emergencies only. Students may not use office phones for after-school personal arrangements; however, coordination for school-related activities is allowed.

**Phone Use: Cell Phones**

**Elementary School**
Phone Use: Cell Phones
If you feel it is imperative that your child bring a cell phone to school, it must be turned off before entering the building and remain in their backpack until dismissal. The only exception is if the teacher has given permission for students to "bring their own devices" to school for educational purposes. Students found using their phone during school hours without permission will be required to check their phone in and out of the office each day.

**Middle School**
Phone Use: Cell Phones and Other Personal Electronic Devices
In order to preserve the learning environment and maximize academic performance and engagement at school, cell phones and any other personal electronic communication devices not distributed by the district should be put away and out of sight during the school day. This includes class time, passing periods, and all other times during the school day, excluding lunchtime when personal devices may be used. Cell phones or personal electronic devices that are not put away as requested or used at inappropriate times or in inappropriate ways, may lead to a behavior referral and/or loss of this privilege. Please refer to the Acceptable Use Policy (AUP) for additional information.

**High School**
Phone Use: Cell Phones
Cell phones may be used before school, between classes, during lunch, after school, but otherwise only with explicit teacher permission.

**Use of Electronic Devices**
Teachers may allow headphone or cell phone usage in their classroom as a privilege or if the teacher believes such usage is of educational value to the student. Teachers have complete authority as to the use of electronic devices, including cell phones and IPods/MP3 players, in their classrooms.
No sounds should be played over speakers other than headphones. Although headphones are allowed, at no time should music be played at such a volume that it can be heard by other people.
Causing a disruption with the use of an electronic device may result in disciplinary action and confiscation of the electronic device.
Refusal to immediately surrender electronic devices to any staff member upon violation is considered open defiance and will result in disciplinary action.

**Progress Reports & Grading System**
(See Complete Board Policy IHA)

**Prohibition Against Discrimination and Harassment**
(See Complete Board Policy JGEC)
The board is committed to providing a positive and productive working and learning environment, free from any

discrimination and/or harassment on the basis of race, color, religion, sex, age, national origin, disability, sexual orientation, gender identity, or gender expression. Such conduct against any individual is prohibited by federal and state law or district policy and shall not be tolerated.

Discrimination and/or harassment may include, but are not limited to offensive comments or actions communicating hostile or derogatory slights or insults. Nondiscrimination requirements are contained in Title VI and Title VII of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, the ADA Amendments Act of 2008, and the Kansas Act Against Discrimination.

Discrimination or harassment of students by board members, administrators, certified or other employees, students, vendors, volunteers, and any others having business with the school district is strictly prohibited. All forms of discriminatory harassment are prohibited at district facilities, district premises, and non-district property if at any district-sponsored, district-approved, or district-related activity, program, or event, or where an employee is engaged in district business.

### Recess
Students should not bring play equipment from home to use on the playground.
- **Recess - Inclement Weather**
  - Students will be expected to come dressed for outside play - even in winter. While students may not stay outside for an entire play period, if the wind-chill index and temperature are within reason, students will go outside. Outdoor recess occurs when the temperature or wind chill is 15 degrees or above. Please make sure that your child is dressed for cold weather. If for medical reasons, your child is restricted from this play, a note should be sent to the teacher. If the restricted period is for more than one or two days, a note should be sent from a physician.

### Restorative Practices
Lawrence Public Schools is committed to contributing to a positive school climate, ensuring that all students have multiple systems of support focused on sustained and supportive relationships and relational accountability. Restorative Justice, also called restorative practices, is an alternative approach to the more traditional punitive discipline and school culture. It is a world view deeply rooted in the practices and values of Indigenous Peoples around the globe. Restorative Practices "focuses on community building, belongingness, and peaceably resolving conflicts by creating opportunities for those involved to listen empathetically to one another's stories, to repair any harm that may have occurred, and to restore positive relationships within the school community" (Restorative Schools: An Introduction to Tier 1 Practices Manual, Restorative Schools Initiative, KIPCOR, 2021, 7).

By engaging in a multi-year Restorative Justice Implementation Plan in partnership with the Restorative Schools Initiative of the Kansas Institute for Peace and Conflict Resolution (KIPCOR) at Bethel College, Lawrence Public Schools commits to establishing safer and healthier schools, as well as stronger systems of support for students, families, and the community as a whole.

### Defining Restorative Justice and Restorative Practice
Restorative Justice refers to a set of principles and values with a foundational orientation towards healing and repair as a relational response to harm and wrongdoing.
Restorative Practice often refers to these principles and values as applied in the school setting, including particular focus on the foundation of relationship-building and positive community culture development. The core questions of Restorative Justice ask:
- Who was hurt?
- What are their needs?
- Who has responsibility to address those needs?
- What process should be used including those who have been affected?
These questions guide an orientation toward repair and responsibility over punishment, and needs and obligations in relationships rather than broken rules.
Restorative practice requires us to:
- Re-evaluate our understanding of broken rules and consequences.
- View misbehavior primarily as an offense against human relationships
- Foster awareness by asking questions to help students understand how their behavior has affected others.
- Separate the deed from the doer—to recognize the student's strengths while acknowledging that the student made a poor choice.

21

**A Vision for Restorative Schools**
A Restorative School – a school community with sustained and supported relationships which is capable of repairing harm through relational accountability – demonstrates the values of restorative justice, which include:

- Respect – All members of the community are seen as valuable and worthy, and thus treated with dignity, recognizing the diversity of individual paths and needs.
- Mutuality – A recognition that we are interconnected, and individual wellbeing is dependent on our collective wellbeing. No one is free until all are free. If one is harmed, all are affected. When one rises, all rise.
- Inclusivity – Those who are most impacted have voice and leadership in decision-making.
- Shared Responsibility – We have responsibility for the impact of our actions and behaviors. When harm occurs, we support each other in taking responsibility and hold each other accountable.
- Justice as Healing and Repair – Justice is not seen as vengeance, or arbitrary punishment. Further, our mistakes do not define us. Rather, when harm occurs, the demand is to seek for that which repairs, makes right, and offers opportunity for healing and education rather than arbitrary punishment.
©2021 Restorative Schools Initiative of KIPCOR at Bethel College. For more information: http://kipcor.org/Restorative-Schools/.

**Safe Routes to School Plan**
In Lawrence and Douglas County, the Safe Routes to School program is called Be Active Safe Routes. It is a comprehensive approach to make neighborhoods safe and accessible for EVERYONE. Read more: https://lawrenceks.org/safe-routes/

**Safe Schools Information**
(See Complete Board Policy EBBC)
A Crisis Management Plan is in place for use in the event of an emergency. District crisis response team members are identified and their roles are defined. Please contact the building principal if you have safety concerns. In addition, safety hotlines have been established for the anonymous reporting of threats or safety concerns. The Lawrence Crime Stoppers Hotline is 843-TIPS (8477). The Kansas School Safety Hotline is 1-877-626-8203. The district website includes a Safety Tip Line for reporting safety concerns.

- **Emergency Drills**
  - (See Complete Board Policy EBBC)
- **School Closing Announcements**
  - Inclement Weather Procedures are on the website at https://www.usd497.org/inclementweather
  - When the superintendent believes the safety of students is threatened by severe weather or other circumstances, parents and students shall be notified of school closings, late starts, or cancellations by announcements made via the emergency notification system, website, and area media. The district tries to avoid unexpected early dismissals; however, on occasion, early dismissal is unavoidable.
- **Searches: Property**
  - (See Complete Board Policy JCAB)
- **Searches: Students**
  - (See Complete Board Policy JCABB)

**Site Council**
(See Complete Board Policy IB)

**Student Activities**
(See Complete Board Policy JH)

**Student Records**
(See Complete Board Policy JR)

- **Student Records – Release of**
  - (See Complete Board Policy JRB)

**Students Support Programs**
(See Complete Board Policy IDAB)

**Titles VI, VII, and IX**
The district does not discriminate based on sex in admissions, employment, or the educational programs or activities it operates. Discrimination based upon sex is prohibited by Titles VI, VII, and IX. Sexual harassment is unlawful discrimination based on sex under Title IX of the Education Amendments of 1972, Titles VI and VII of the Civil Rights Act of 1964, and the Kansas Act Against Discrimination.

The Director of Human Resources has been designated the Titles VI and VII Coordinator. The Director of Human Resources has been designated the Title IX Coordinator. Information concerning the provisions of Title IX, and the rights provided thereunder, are available from the Title IX Coordinator. Inquiries about the application of Title IX to the district may be referred to the Title IX Coordinator or to the Assistant Secretary for Civil Rights at the U.S. Department of Education, Office of Civil Rights, 400 Maryland Avenue, SW, Washington D.C. 20202-1100, (800)421-3481, or at OCR@ed.gov; or both.

Any person, including staff, students, peers, and/or visitors can be victims of sexual harassment. The district encourages all victims of sexual harassment and persons with knowledge of such harassment to report the harassment immediately. Complaints of sexual harassment will be promptly investigated and resolved. Any person may make a verbal or written report of sex discrimination by any means within 180 days unless the sexual harassment is ongoing. Further information regarding reporting sex discrimination, including sexual harassment, and regarding the District's procedures for handling such complaints can be found in Board Policies GAABA and JGECAA.

**Tobacco Use**
(See Complete Board Policy JCDAA)

**Transportation**
(See Complete Board Policy JGG)
- **Transportation: Safety on Bicycles and Other Wheeled Conveyances**
  - Except as to district-provided transportation, parents and guardians are responsible for the safety of their children in getting to and from school. The district strongly recommends that no student be allowed to ride bicycles to and from school before the student has been enrolled in the third grade, unless accompanied by an adult. Scooters, rollerblades, and skateboards, motorized or not, may not be brought to school. Bicycles are to be walked on school grounds. Bicycles are to be parked and locked in the bicycle rack and not removed until the student is ready to leave for home.
- **Use of Protective Helmets**
  - City of Lawrence Ordinance No. 7738, Section 17.706 states:
    - No person fifteen (15) years of age or younger shall ride a bicycle, wear, ride or use any roller skates; inline skates, roller blades, skateboards, or scooter, as these things are commonly defined, within the city limits without properly wearing an approved skate or bicycle helmet securely fastened by chin or neck strap. An approved skate or bicycle helmet is headgear which meets or exceeds the impact standard for protective helmets set by the U.S. Consumer Products Safety Commission safety standard for bicycle helmets.
  - City of Lawrence ordinance no. 7738, section 17.707 states:
    - there shall be no fine or jail sentence for violation of section 17-706. in lieu of a fine, any person fifteen (15) years of age or younger found violating section 17-706 shall be eligible to receive a coupon from a Lawrence law enforcement officer or a Lawrence/Douglas County fire medical department staff person; such coupon shall be valid for one (1) free bicycle helmet redeemable at a designated Lawrence – Douglas County fire and medical facility as supplies of helmets are available.

**Vandalism**
(See Complete Board Policy EBCA)

**Visits To School**
(See Complete Board Policy KM)
Visiting the school shows your child you are interested in his or her school and gives you valuable insight into how they function at school. We all care about our children's safety. Therefore, during school hours, all visitors are required to sign in and get a visitor's sticker at the office. When the visit is over, visitors are to sign out and return the pass to the office.

If you are dropping off your child at school and will be staying past school start time, you will need to come to the office and sign in. Lunchtime is the best time to visit your child at school. Visitors 17 years old and younger need to be accompanied by an adult. Visitors are not allowed to go in student restrooms.

We also ask that you prearrange any classroom visits/observations and limit your visit to no longer than one hour.

**Volunteers**
(See Complete Board Policy KFD)

**Weapons Policy/Other Dangerous Objects**
(See Complete Board Policy JCDBB; JCDBBC)



**Vision**
The school board, administration, teachers and staff build positive relationships, seek multiple perspectives, set high expectations and hold each other accountable for ensuring that through equitable access to rigorous, culturally relevant and seamlessly aligned curriculum and effective, research-based instruction, all students achieve at high levels, graduate on time and are well prepared for their future.

**Mission**
Lawrence USD 497 is a learning community committed to ensuring educational equity and excellence so that students of all races and backgrounds achieve at high levels and graduate prepared for success in college, careers and life in a diverse and rapidly changing world.

**Our Promise**
Lawrence Public Schools will ensure that students of all races, backgrounds, and abilities achieve at high levels, demonstrate proficiency in reading by the third grade and in math by the eighth grade, and graduate on time prepared for success in college and careers.