# EXHIBIT K



**LAWRENCE**
Public Schools

| | |
|---|---|
| Book | Policy Manual |
| Section | J - Students |
| Title | Intellectual Property |
| Code | JT |
| Status | Active |
| Adopted | May 12, 2014 |

## JT - Intellectual Property

The board recognizes the importance of creating an environment that encourages student innovation in creating and developing high-quality materials as part of their educational experience.  Publications, articles, materials, models, and other items produced by students will be owned by the student unless the work is produced at the district's request for its use.

If the work is being produced on behalf of the district, the superintendent will apply for copyrights and patents when deemed appropriate.  Students will be expected to cooperate in the district's efforts.

The board and the student may agree to share ownership of such intellectual property.  When ownership is shared, neither the board nor the student will attempt to copyright or patent such items without the knowledge and consent of the other party.

Approved: May 12, 2014