IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

Jack Tell, et al.,

        Plaintiff(s),

vs.                                                      No.      2:25-cv-02428-KHV-GEB

Lawrence Board of Education, et al.,

        Defendant(s).

INFORMATION SHEET FOR TEMPORARY RESTRAINING ORDER

Attorney(s) for Plaintiff(s): *(include phone # and e-mail address)*
   See attached

Attorney(s) for Defendant(s): *(include phone # and e-mail address)*
   See attached

Nature of Underlying Claim: *(contract, tort, environment, etc.)*
   See attached

Jurisdiction: *(Cite Statutes)*
   See attached

Precise statement of activity sought to be restrained or compelled:
   See attached

HEARING

Estimated length of hearing:  60 minutes (30 minutes per side; Plaintiffs can be shorter if needed).

Request hearing to be set for: *(Select one)*
◯ Today   ◯ Tomorrow   ⦿ Within One Week   ◯ Within Ten Days

NOTICE

Are all parties represented by counsel at this time?   ⦿ Yes ◯ No

Have the opposing party(ies) and their attorney(s) been notified?   ☒ Yes ◯ No

   If answer is yes, when?  See attached

   If answer is no, why not?
   N/A

Notice given by:   ☒ Phone   ☐ Fax   ☐ Letter   ☐ In Person   ☒ Other

**Attorneys: Please complete all sections of the Information Sheet for Temporary Restraining Order and file it as an attachment to the motion for Temporary Restraining Order.**