# ATTACHMENT TO INFORMATION SHEET FOR

# TEMPORARY RESTRAINING ORDER

## ATTORNEYS FOR PLAINTIFFS

Mark P. Johnson (Kan. No. 22289) – mark.johnson@dentons.com – (816) 460-2400

Harrison M. Rosenthal (Kan. No. 28894) – harrison.rosenthal@dentons.com – (816) 460-2582 (direct); (816) 460-2400

Jacob S. Margolies (Kan. No. 29470) – jacob.margolies@dentons.com – (816) 460-2400

Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, MO 64111

## ATTORNEYS FOR DEFENDANTS

(Insurance-appointed) Alan L. Rupe, Lewis Brisbois Bisgaard & Smith LLP – Alan.Rupe@lewisbrisbois.com – (316) 609-7901

Bradley R. Finkeldei, Stevens & Brand, L.L.P. – BFinkeldei@stevensbrand.com – Direct: (785) 856-6527; Main: (785) 843-0811

[Counsel representation for Defendant Greg Farley not yet confirmed as of filing.]

## NATURE OF UNDERLYING CLAIM

Civil rights (First Amendment—prior restraint/viewpoint discrimination) and Kansas Student Publications Act (K.S.A. 72-7209 to -7211); action under 42 U.S.C. § 1983 for injunctive and declaratory relief.

## JURISDICTION

28 U.S.C. § 1331; 28 U.S.C. § 1343(a)(3)–(4); 28 U.S.C. § 1367(a) (supplemental jurisdiction over KS statutory claim); 28 U.S.C. §§ 2201–2202 (declaratory relief); venue proper under 28 U.S.C. § 1391(b). TRO sought under Fed. R. Civ. P. 65.

## PRECISE STATEMENT OF ACTIVITY SOUGHT TO BE RESTRAINED OR COMPELLED

Plaintiffs seek an order that:

1.	Enjoins prior restraint: enjoin Defendants and those bound by Rule 65(d)(2) from prohibiting, delaying, conditioning, or otherwise restraining *The Budget*'s reporting, commentary, or distribution regarding this lawsuit or related District conduct, except upon a content-specific written finding that particular material falls within the narrow exceptions in K.S.A. 72-7211(c), supported by content-specific facts.

2.	Enjoins coercion/intimidation: prohibit Defendants from directing, pressuring, coercing, or encouraging any student journalist or journalism adviser to refrain from lawful reporting by reference to adverse consequences (including consequences to the adviser's employment), including through mandatory or arranged meetings intended to dissuade publication; content-neutral guidance consistent with K.S.A. 72-7209 to -7211 remains permitted.

3.	Enjoins retaliation and preserves adviser *status quo*: prohibit Defendants from taking, threatening, or initiating any adverse employment action against adviser Abbi Epperson-Ladd—or any adviser to *The Budget*—because of student journalists' lawful reporting or the adviser's adherence to the Kansas Student Publications Act; maintain the adviser's current employment status quo pending further order.

4.	Compels restorative notice: within 24 hours, require withdrawal in writing of any prior directive forbidding reporting on this lawsuit and circulation of K.S.A. 72-7209 to -7211 with the Court's order to relevant central-office and LHS administrators and journalism staff.

## NOTICE

Are all parties represented by counsel at this time?

[X] Yes (District/Board via Alan L. Rupe per 8/15 email; Brad R. Finkeldei has communicated on District's behalf). Representation for Greg Farley not yet confirmed as of filing.

Have the opposing party(ies) and their attorney(s) been notified?

[X] Yes [ ] No

If answer is yes, when?

•	Aug. 14, 2025, 2:49 p.m. CT (email with complaint to Brad Finkeldei and David Cunningham).

- Aug. 14, 2025, ~afternoon (telephone discussion with Mr. Finkeldei), memorialized by 9:03 p.m. CT email.

- Aug. 14, 2025, 4:45 p.m. CT (Mr. Finkeldei email confirming rescission; noting insurance appointment of Mr. Rupe).

- Aug. 15, 2025, 8:04 a.m. CT (Mr. Finkeldei email: "I can confirm your second paragraph" and that Mr. Rupe will handle litigation).

- Courtesy copies of TRO/PI motion sent immediately after filing on Aug. 15, 2025, to Messrs. Finkeldei and Rupe.

## NOTICE GIVEN BY

[ ] Phone [X] Phone (call with Mr. Finkeldei on Aug. 14, 2025)

[ ] Fax [ ] Letter [ ] In Person [X] Other (email on Aug. 14–15, 2025 to Mr. Finkeldei; email to Mr. Rupe 8/14 9:03 p.m. CT; follow-up emails 8/15).