## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS;
HENRY FARTHING; SUZANA
KENNEDY; NAOMI SUI PANG; A.T., a
minor, by and through her parents DAVE
TELL and HANNAH TELL; and P.M., a
minor, by and through her parents
MARGARET WEISBROD MORRIS and
JONATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION, a
political subdivision of the State of Kansas;
LAWRENCE USD 497, a political
subdivision of the State of Kansas; and GREG
FARLEY, in his individual capacity,

        Defendants.

Case No.:  2:25-cv-02428-KHV-GEB

## ENTRY OF APPEARANCE

Blake M. Edwards of Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance

as counsel for Defendants Lawrence Board of Education, a political subdivision of the State of

Kansas; Lawrence USD 497, a political subdivision of the State of Kansas; and Greg Farley, in his

individual capacity.

/s/ Blake M. Edwards
Blake M. Edwards, KS #28187
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:    (316) 609-7900
Facsimile:    (316) 462-5746
blake.edwards@lewisbrisbois.com

*Attorney for Defendants*

161840979.1

## CERTIFICATE OF SERVICE

I certify that on August 27, 2025, I filed the above Entry of Appearance using the Court's

CM/ECF System which will send notification to all counsel of record.

/s/ Blake M. Edwards

Blake M. Edwards

161840979.1 2