## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS;
HENRY FARTHING; SUZANA
KENNEDY; NAOMI SUI PANG; A.T., a
minor, by and through her parents DAVE
TELL and HANNAH TELL; and P.M., a
minor, by and through her parents
MARGARET WEISBROD MORRIS and
JONATHAN MORRIS,

      Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION, a
political subdivision of the State of Kansas;
LAWRENCE USD 497, a political
subdivision of the State of Kansas; and GREG
FARLEY, in his individual capacity,

      Defendants.

Case No.:  2:25-cv-02428-KHV-GEB

## ENTRY OF APPEARANCE

Jared D. Harpt of Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as

counsel for Defendants Lawrence Board of Education, a political subdivision of the State of

Kansas; Lawrence USD 497, a political subdivision of the State of Kansas; and Greg Farley, in his

individual capacity.

/s/ Jared D. Harpt
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:    (316) 609-7900
Facsimile:    (316) 462-5746
jared.harpt@lewisbrisbois.com

*Attorney for Defendants*

161840478.1

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2025, I filed the above Entry of Appearance using the Court's

CM/ECF System which will send notification to all counsel of record.

/s/ Jared D. Harpt
Jared D. Harpt

161840478.1   2