**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, A.T., a minor, by and
through her parents DAVE TELL and
HANNAH TELL and P.M., a minor, by and
through her parents MARGARET
WEISBROD MORRIS and JOHNATHAN
MORRIS,

          Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION,
LAWRENCE USD 497 and GREG FARLEY,
in his individual capacity,

          Defendants.

Case No. 2:25-cv-02428-KHV-GEB

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANT GREG FARLEY TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Lawrence Board of Education, Lawrence USD 497, and Greg Farley (collectively "Defendants") request the Court grant their unopposed request to extend the deadline for Defendant Greg Farley to respond to Plaintiffs' Complaint to October 20, 2025.  In support of this extension, Defendants state:

1.      Plaintiffs filed their Complaint on August 1, 2025.  Doc. 1.

2.      On August 18, Defendants' counsel asked Plaintiffs' counsel whether they had served Plaintiffs' Complaint and sent a waiver of service request.

3.      Plaintiffs' counsel confirmed that they had not yet effectuated service, and inquired whether Defendants' counsel was authorized to accept service for all three Defendants.

162012635.1

4. On August 19, Defendants' agreed accept service on behalf of all three Defendants, and requested waiver of service forms.

5. However, earlier that morning of August 19, Plaintiffs' counsel had already personally served Defendant Greg Farley.

6. On August 20, 2025, Plaintiffs sent waiver of service forms for Defendants Lawrence Board of Education and Lawrence USD 497.

7. Defendants Lawrence Board of Education and Lawrence USD 497 intend to waive service. Therefore, their deadline to respond to Plaintiffs' Complaint will be 60 days after the waiver of service forms were sent, which is October 20, 2025.[1]  Fed. R. Civ. P. 12(a)(1)(A)(ii).

8. Mr. Farley's current deadline to respond to Plaintiffs' Complaint is 21 days after he was served, which is September 9, 2025.  Fed. R. Civ. P. 12(a)(1)(A)(i).

9. Under Federal Rule of Civil Procedure 6, Defendants have good cause for the requested extension.  After discussion with counsel, the Parties agreed to make Mr. Farley's answer deadline the same as Lawrence Board of Education and Lawrence USD 497 deadline so that one Answer would be filed collectively.  Good cause exists because filing one answer collectively will reduce confusion and result in a better record for the parties and the Court.

10. This requested extension will not unduly delay these proceedings and is not sought for an improper purpose.

---

[1] Though 60 days after August 20, 2025 is October 19, 2025, October 19 is a Sunday.  Therefore, the deadline actually falls on October 20.  Fed. R. Civ. P. 6(a)(1).

WHEREFORE, Defendant respectfully requests the Court enter an order granting their unopposed request to extend the deadline for Defendant Greg Farley's time to respond to Plaintiffs' Complaint to October 20, 2025.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Blake M. Edwards, KS #28187
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com
blake.edwards@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 27, 2025, I filed the above Defendants' Unopposed Motion For Extension of Time For Defendant Greg Farley to Respond to Plaintiffs' Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

162012635.1