Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, A.T., a minor, by and through her parents DAVE TELL and HANNAH TELL and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JOHNATHAN MORRIS,<br><br>        Plaintiffs,<br><br>v.<br><br>LAWRENCE BOARD OF EDUCATION, LAWRENCE USD 497 and GREG FARLEY, in his individual capacity,<br><br>        Defendants. | Case No. 25-2428-KHV |

## DECLARATION OF JEANICE SWIFT

I, JEANICE SWIFT, being duly sworn upon my oath, do hereby declare:

1. I am over the age of 18 and competent to testify to the matters herein. I make this declaration based upon my personal knowledge.

2. I have had the opportunity and enough time to review and edit this declaration to make sure it is accurate.

3. I have personal knowledge of the following, and, if called as a witness on the matter, I would testify as follows:

4. I have been employed with Lawrence Public Schools, U.S.D. 497 (the "School District") since approximately September 1, 2024. I currently hold the job title of Superintendent.

5. I am aware of an ongoing lawsuit against the School District, Lawrence Board of Education, and Greg Farley involving the Gaggle software program. I understand that this declaration may be used as evidence in that case.

6. I understand that I do not have to provide this declaration. I make the statements in this declaration voluntarily. I have not been pressured to give this declaration nor promised anything in connection with this declaration.

7. Having agreed to give this declaration, I understand that I am expected only to tell the truth. Although this declaration was typed for me, it is based on my personal knowledge, and I have had the opportunity to review its contents and edit it to make sure that it is accurate.

8. As Superintendent, my role is to supervise the district.

9. On Friday, August 15, Deputy Superintendent Larry Englebrick and I visited Lawrence High School—where Plaintiff A.T. attends and Abbi Epperson-Ladd serves as journalism faculty advisor.

10. Dr. Englebrick and I worked with Lawrence High School Principal Quentin Rials to prepare a memorandum to Ms. Epperson-Ladd. That memorandum is attached to this declaration.

11. Dr. Rials provided the memorandum to Ms. Epperson-Ladd.

12. The memorandum explained that district staff would not themselves comment on ongoing litigation. But the memorandum emphasized that no school or district official would restrict students' lawful reporting on the lawsuit—or on any other subject.

13. Also on August 15, the School District confirmed to Plaintiffs' counsel—through our attorney Brad Finkeldei—that the School District would not restrict any student journalist or journalism advisor from lawful reporting on the lawsuit. The School District stated that no School District official will prohibit, delay, condition, or otherwise restrain such reporting.

14. Defendants have no intention of either (1) restricting student reporting related to this lawsuit, or (2) taking or threatening any adverse employment action against Abbi Epperson-Ladd (or anyone else) for their role in encouraging, facilitating, or otherwise participating in such reporting. The School District would never do either of these things.

15. The School District has never communicated to Abbi Epperson-Ladd—or to anyone else—that Ms. Epperson-Ladd (or any other School District employee) could suffer an adverse employment action because of their role in lawfully reporting about this lawsuit. Statements to the contrary by Ms. Epperson-Ladd, Jeff Plinsky, or anyone else are inaccurate and do not reflect School District policy.

**Exhibit A**

I declare under penalty of perjury pursuant to the laws of Kansas and the United States of America, including K.S.A. 53-601 and 28 U.S.C. § 1746, that the foregoing statements are my own and are true and correct to the best of my knowledge.

Dated this 29 day of August, 2025

*Jeanice Kerr Swift*
JEANICE SWIFT

**Exhibit A**



# Lawrence High School
1901 Louisiana Street, Lawrence, KS 66046 (785) 832-5050

Friday, August 15, 2025

Good morning, Abbi

I am following up on our conversation regarding the decision not to comment on Gaggle at this time due to ongoing litigation.

I want to ensure that we are all on the same page, that you and your journalism students are assured that you are not restricted in any manner from reporting on topics of interest.

To be clear, no school or district official will prohibit, delay, condition or otherwise restrain any student journalist or journalism adviser from lawful reporting on any subject going forward.

Due to ongoing litigation, as is our practice, district staff will not be commenting on Gaggle.

I hope that this message is helpful to clarify our stance at LHS, that journalism students are free to continue writing their stories.

Sincerely,

Dr. Quentin Rials
Principal
Lawrence High School
Lawrence Public Schools

**Exhibit A**