# EXHIBIT B

# Rosenthal, Harrison M.

| | |
|---|---|
| **From:** | Rupe, Alan <Alan.Rupe@lewisbrisbois.com> |
| **Sent:** | Friday, September 05, 2025 5:25 PM |
| **To:** | Margolies, Jacob; Rosenthal, Harrison M. |
| **Cc:** | Edwards, Blake; Vitanova, Laura; Rush, Brandon; Wills, Rhonda; Harpt, Jared; Johnson, Mark P.; Conner, Beth |
| **Subject:** | Proposed Consent Order - Tell et al. v. Lawrence Board of Education, et al., No. 2:25-cv-02428 (D. Kan.) |

**[WARNING: EXTERNAL SENDER]**

Jacob, thanks for the explanation. We will not agree to a consent order. We will look for your reply brief. Thank you, alan.



**Alan L. Rupe**  ABOTA
Wichita Managing Partner | Vice Chair Employment and Labor Practice
Alan.Rupe@lewisbrisbois.com
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206

**T:** 316.609.7901  **F:** 316.462.5746  **C:** 316.304.8573

Admitted in Arkansas, Kansas, Neb[raska,] Tennessee and Texas

4600 Madison Avenue, Suite 700
Kansas City, MO 64112

**T:** 816.299.4250  **F:** 816.299.4245

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not th[e intended recipient,] review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any a[ttachments from your] computer and any of your electronic devices where the message is stored.

# Margolies, Jacob

| | |
|---|---|
| **From:** | Margolies, Jacob |
| **Sent:** | Thursday, September 04, 2025 7:22 PM |
| **To:** | 'Harpt, Jared'; Rosenthal, Harrison M.; Rupe, Alan; Edwards, Blake; Vitanova, Laura; Wills, Rhonda; Rush, Brandon |
| **Cc:** | Johnson, Mark P.; Conner, Beth |
| **Subject:** | RE: Proposed Consent Order - Tell et al. v. Lawrence Board of Education, et al., No. 2:25-cv-02428 (D. Kan.) |

Jared,

Thank you for the quick response and for considering our request. We genuinely do appreciate it and believe there is room for agreement.

However, unfortunately, a stipulation would not suffice. Your Response and the memorandum referred to in same (the "Clarification Memo") already represent that students will not be restricted from reporting on the instant lawsuit and that the journalism adviser will not be subject to termination or any other punishment for assisting student journalists with such lawful reporting. To be clear, we very much appreciate these representations, which, if honored, do substantively address our concerns.

That being said, given that A.T. was pressured not to publish reporting related to the lawsuit within three hours of Brad Finkeldei's written confirmation that the District had lifted its restriction on reporting related to the lawsuit and on the same day the Clarification Memo was issued, our position is that neither the Clarification Memo nor any related party stipulations are sufficient to protect lawful reporting. You can understand our belief that a court-ordered enforcement mechanism is necessary at this point. If the District truly intends to honor its representations in the Response and Clarification Memo – which we guardedly trust, but must verify – there will of course be no need to resort to such a mechanism.

Please let us know if you agree to the consent order, rather than a stipulation. If you have any proposed edits, please let us know ASAP. Otherwise, we may run out of time to agree before having to file our Reply.

Thank you,
Jacob


Jacob Margolies

+1 816 460 2584
Kansas City

---

**From:** Harpt, Jared <Jared.Harpt@lewisbrisbois.com>
**Sent:** Thursday, September 04, 2025 4:21 PM
**To:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Edwards, Blake <Blake.Edwards@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Wills, Rhonda <Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>
**Subject:** RE: Proposed Consent Order - Tell et al. v. Lawrence Board of Education, et al., No. 2:25-cv-02428 (D. Kan.)

**[WARNING: EXTERNAL SENDER]**

Harrison,

Thanks for your proposal. We are in the process of discussing this and will get back to you as soon as we can. Would you consider making this a stipulation instead of a consent order?

Thank you,

Jared Harpt



**Jared D. Harpt**
**Attorney**
Jared.Harpt@lewisbrisbois.com

**T: 816.299.4242 F: 816.299.4245**

4600 Madison Avenue, Suite 700, Kansas City, MO 64112 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Sent:** Wednesday, September 3, 2025 12:08 PM
**To:** Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Edwards, Blake <Blake.Edwards@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Wills, Rhonda <Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>; Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** Proposed Consent Order - Tell et al. v. Lawrence Board of Education, et al., No. 2:25-cv-02428 (D. Kan.)

EXTERNAL

Alan:

Before we file our reply on Friday, we wanted to confer and offer a path that should address the Parties' concerns and conserve the Court's time. Attached is a short stipulated consent order that reflects what your clients set out in the August 15 "clarification of expectations" memo and largely preserves the status quo.

2

In substance, the order: (i) bars any prior restraint, prepublication review, or prior-notice requirement on lawful student reporting about this litigation or District conduct; (ii) confirms that adviser guidance is not restricted; (iii) requires a brief written explanation, tied to statutory criteria, if any content-specific limitation is imposed; (iv) prohibits retaliation against students and against the adviser; and (v) provides a streamlined enforcement mechanism.

If Defendants are amenable, entry of the order would provide our clients assurance, formalize what your memo already states, and avoid the need for a substantive reply or hearing—without altering either side's litigation posture.

If this works in principle, we can incorporate any edits and file. Given our Friday deadline, could you let us know by tomorrow whether Defendants will agree? I'm happy to jump on a quick call if helpful.

Best,
Harrison


Harrison M. Rosenthal
Managing Associate

Licensed in Kansas, Missouri, New York, and Pennsylvania

+1 816 460 2582
harrison.rosenthal@dentons.com   |   Bio   |   Website
Assistant: Brenda K. Lovell-Dye +1 816 460 2449
Dentons US LLP | 4520 Main Street, Suite 1100, Kansas City, MO 64111-7700


Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.