## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, A.T., a minor, by and
through her parents DAVE TELL and
HANNAH TELL and P.M., a minor, by and
through her parents MARGARET
WEISBROD MORRIS and JOHNATHAN
MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION,
LAWRENCE USD 497 and GREG FARLEY,
in his individual capacity,

        Defendants.

Case No. 2:25-cv-02428-KHV-GEB

### DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Lawrence Board of Education, Lawrence USD 497, and Greg Farley (collectively "Defendants") request the Court grant their unopposed request to extend the deadline for all Defendants to respond to Plaintiffs' Complaint to October 27, 2025. In support of this extension, Defendants state:

1.      Plaintiffs filed their Complaint on August 1, 2025. Doc. 1.

2.      On August 29, 2025, this Court granted Defendants' requested extension of time for Defendant Greg Farley to respond to Plaintiffs' Complaint. Doc. 10.

3.      After the Court's order, all Defendants' deadline to respond to Plaintiffs' Complaint is now October 20, 2025. Doc. 10. That deadline has not passed.

164837218.1

4.      Lead Defendants' counsel Alan Rupe is currently in trial in the Western District of Missouri in SINDOK Co., Ltd. v. Genesys Industrial Corp., Case No. 4:22-cv-00613-GAF.  That trial began on October 7 and will likely last at least the rest of that week, and possibly longer.

5.      Therefore, all Defendants now request a seven-day extension of time, which would make Defendants' new deadline to respond to Plaintiffs' Complaint October 27, 2025.

6.      Plaintiffs' counsel has confirmed that Plaintiffs do not oppose Defendants' requested extension.

7.      Under Federal Rule of Civil Procedure 6, Defendants have good cause for the requested extension.  Mr. Rupe may not finish his trial until October 16 or even later.  Therefore, good cause exists because Mr. Rupe's involvement is necessary to Defendants' response to Plaintiffs' Complaint.

8.      Defendant Greg Farley has previously filed one motion to extend his time to respond to Plaintiffs' Complaint, Doc. 9, which the Court granted, Doc. 10.  Defendants Lawrence Board of Education and Lawrence USD 497 have not previously filed any motions to extend their time to respond to Plaintiffs' Complaint.

9.      This requested extension will not unduly delay these proceedings and is not sought for an improper purpose.

WHEREFORE, Defendants respectfully request the Court enter an order granting their unopposed request to extend the deadline for all Defendants' time to respond to Plaintiffs' Complaint to October 27, 2025.

/s/ Blake M. Edwards
Alan L. Rupe, KS #08914
Blake M. Edwards, KS #28187
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
blake.edwards@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I filed the above Defendants' Second Unopposed Motion For Extension of Time For Defendants to Respond to Plaintiffs' Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Blake M. Edwards
Blake M. Edwards

164837218.1