## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, A.T., a minor, by and through her parents DAVE TELL and HANNAH TELL and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JOHNATHAN MORRIS, <br><br>        Plaintiffs, <br><br>v. <br><br>LAWRENCE BOARD OF EDUCATION, LAWRENCE USD 497 and GREG FARLEY, in his individual capacity, <br><br>        Defendants. | Case No. 2:25-cv-02428-KHV-GEB |

### DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFFS' COMPLAINT

Defendants Lawrence Board of Education (the "School Board"), Lawrence USD 497 (the "School District"), and Greg Farley, by the undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), request the Court to grant their Motion to Partially Dismiss Plaintiffs' Complaint.

Specifically, Defendants request the following relief: (1) dismiss all claims by Plaintiffs Jack Tell, Natasha Torkzaban, Morgan Salisbury, Opal Morris, Henry Farthing, Suzana Kennedy, and Naomi Sui Pang against all Defendants; (2) dismiss all claims for injunctive or declaratory relief by all Plaintiffs against all Defendants; (3) dismiss all claims for damages by all Plaintiffs against Defendant Greg Farley; (4) dismiss all claims by all Plaintiffs against Defendant the School Board; (5) dismiss Plaintiffs' punitive damage request against the School District and School

1

Board; and grant all further relief as the Court deems just and proper. In support of this Motion, Defendants concurrently file their Memorandum in Support.

WHEREFORE, for the reasons set forth in Defendants' Memorandum in Support, Defendants request that the Court grant their Motion to Partially Dismiss Plaintiffs' Complaint.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, I filed the above Defendants' Motion to Partially Dismiss Plaintiffs' Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe