**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, A.T., a minor, by and
through her parents DAVE TELL and
HANNAH TELL and P.M., a minor, by and
through her parents MARGARET WEISBROD
MORRIS and JOHNATHAN MORRIS,

       Plaintiffs,

v.

                           Case No. 2:25-cv-02428-KHV-GEB

LAWRENCE BOARD OF EDUCATION,
LAWRENCE USD 497 and GREG FARLEY,
in his individual capacity,

       Defendants.

**DEFENDANTS' ANSWER TO PLAINTIFFS'**
**VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**

      Defendants Lawrence Board of Education ("School Board"), Lawrence USD 497 ("School District"), and Greg Farley (collectively "Defendants"), by the undersigned attorneys, Lewis Brisbois Bisgaard & Smith LLP, and for their Answer and Affirmative Defenses to Plaintiffs' Verified Complaint for Civil Rights Violations and Demand for Jury Trial, state as follows:

**INTRODUCTION**

      1.      Responding to the allegations in Paragraph 1 of Plaintiffs' Complaint, Defendants School Board and School District admit that they have used Gaggle to identify serious threats to student safety since approximately November 2023. Defendants School Board and School District deny the remaining allegations in Paragraph 1 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 1 of Plaintiffs' Complaint, Defendant Greg Farley is

without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 1 of Plaintiffs' Complaint.

2.       Responding to the allegations in Paragraph 2 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 2 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 2 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 2 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 2 of Plaintiffs' Complaint.

3.       Responding to the allegations in Paragraph 3 of Plaintiffs' Complaint, Defendants School Board and School District admit that they have used Gaggle to identify serious threats to student safety since November 2023. Defendants School Board and School District deny the remaining allegations in Paragraph 3 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 3 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 3 of Plaintiffs' Complaint.

4.       Responding to the allegations in Paragraph 4 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 4 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 4 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 4 of Plaintiffs' Complaint.

5.       Responding to the allegations in Paragraph 5 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 5 of Plaintiffs'

Complaint. Responding to the allegations in Paragraph 5 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 5 of Plaintiffs' Complaint.

6.     Responding to the allegations in Paragraph 6 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 6 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 6 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 6 of Plaintiffs' Complaint.

7.     Responding to the allegations in Paragraph 7 of Plaintiffs' Complaint, Defendants School Board and School District admit that they exempted certain journalism students from Gaggle monitoring. Defendants School Board and School District deny the remaining allegations in Paragraph 7 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 7 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 7 of Plaintiffs' Complaint.

8.     Responding to the allegations in Paragraph 8 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 8 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 8 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 8 of Plaintiffs' Complaint.

9.     Responding to the allegations in Paragraph 9 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 9 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants School

Board and School District deny the allegations in Paragraph 9 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 9 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 9 of Plaintiffs' Complaint.

10.    Responding to the allegations in Paragraph 10 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 10 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 10 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 10 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 10 of Plaintiffs' Complaint.

11.    Responding to the allegations in Paragraph 11 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 11 of Plaintiffs' Complaint.

12.    Responding to the allegations in Paragraph 12 of Plaintiffs' Complaint, Defendants School Board and School District admit that Gaggle uses both artificial intelligence and human review to identify serious threats to student safety. Defendants School Board and School District also admit that, during the first six months of operation, Gaggle flagged 285,863 items for review and labeled 1,096 as "actionable incidents." Responding to the remaining allegations in Paragraph 12 of Plaintiffs' Complaint, Defendants School Board and School District deny the remaining allegations in Paragraph 12 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 12 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient

knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 12 of Plaintiffs' Complaint.

13.     Responding to the allegations in Paragraph 13 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 13 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 13 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 13 of Plaintiffs' Complaint.

14.     Responding to the allegations in Paragraph 14 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 14 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 14 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 14 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 14 of Plaintiffs' Complaint.

15.     Responding to the allegations in Paragraph 15 of Plaintiffs' Complaint, Defendants deny the allegations in Paragraph 15 of Plaintiffs' Complaint.

<u>**PARTIES**</u>

**I.      Plaintiffs**

16.     Responding to the allegations in Paragraph 16 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 16 of Plaintiffs' Complaint.

17.     Responding to the allegations in Paragraph 17 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 17 of Plaintiffs' Complaint.

18.     Responding to the allegations in Paragraph 18 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 18 of Plaintiffs' Complaint.

19.     Responding to the allegations in Paragraph 19 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 19 of Plaintiffs' Complaint.

20.     Responding to the allegations in Paragraph 20 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 20 of Plaintiffs' Complaint.

21.     Responding to the allegations in Paragraph 21 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 21 of Plaintiffs' Complaint.

22.     Responding to the allegations in Paragraph 22 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 22 of Plaintiffs' Complaint.

23.     Responding to the allegations in Paragraph 23 of Plaintiffs' Complaint, Defendants state that Paragraph 23 states legal conclusions to which no response is required.  To the extent that Paragraph 23 of Plaintiffs' Complaint requires a response, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 23 of Plaintiffs' Complaint.

24.     Responding to the allegations in Paragraph 24 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 24 of Plaintiffs' Complaint.

25.     Responding to the allegations in Paragraph 25 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 25 of Plaintiffs' Complaint.

26.     Responding to the allegations in Paragraph 26 of Plaintiffs' Complaint, Defendants state that Paragraph 26 states legal conclusions to which no response is required.  To the extent that Paragraph 26 of Plaintiffs' Complaint requires a response, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 26 of Plaintiffs' Complaint.

## II.    Defendants

27.     Responding to the allegations in Paragraph 27 of Plaintiffs' Complaint, Defendants School Board and School District admit that the School District is a political subdivision of the State of Kansas; that its headquarters is located at 110 McDonald Drive, Lawrence, Kansas, 66044; and that it operates two public high schools and one virtual K-12 school—Lawrence High School, Lawrence Free State High School, and Lawerence Virtual School.  Defendants School Board and School District deny the remaining allegations in Paragraph 27 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 27 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 27 of Plaintiffs' Complaint.

28.     Responding to the allegations in Paragraph 28 of Plaintiffs' Complaint, Defendants School Board and School District admit that the School Board is a political subdivision of the State of Kansas; that it conducts its regular and periodic meetings at the District's Educational Support Center located at 110 McDonald Drive, Lawrence, Kansas 66044; and that it was involved in the decision to implement Gaggle.  Defendants School Board and School District

deny the remaining allegations in Paragraph 28 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 28 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 28 of Plaintiffs' Complaint.

29.    Responding to the allegations in Paragraph 29 of Plaintiffs' Complaint, Defendants admit that Greg Farley is employed by the School District as an Assistant Principal at Lawrence High School. Defendants deny the remaining allegations in Paragraph 29 of Plaintiffs' Complaint.

30.    Responding to the allegations in Paragraph 30 of Plaintiffs' Complaint, Defendants state that Paragraph 30 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 30 of Plaintiffs' Complaint.

31.    Responding to the allegations in Paragraph 31 of Plaintiffs' Complaint, Defendants deny the allegations in Paragraph 31 of Plaintiffs' Complaint.

## JURISDICTION AND VENUE

32.    Responding to the allegations in Paragraph 32 of Plaintiffs' Complaint, Defendants state that Paragraph 32 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 32 of Plaintiffs' Complaint.

33.    Responding to the allegations in Paragraph 33 of Plaintiffs' Complaint, Defendants state that Paragraph 33 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 33 of Plaintiffs' Complaint.

## FACTUAL ALLEGATIONS

**I.    Defendants Authorized a Sweeping, Suspicionless Monitoring Program.**

34.    Responding to the allegations in Paragraph 34 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 34 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 34 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 34 of Plaintiffs' Complaint.

35.    Responding to the allegations in Paragraph 35 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 35 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 35 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 35 of Plaintiffs' Complaint.

36.    Responding to the allegations in Paragraph 36 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 36 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 36 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 36 of Plaintiffs' Complaint.

37.    Responding to the allegations in Paragraph 37 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 37 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 37 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the

truth of these allegations, and therefore denies the allegations in Paragraph 37 of Plaintiffs' Complaint.

38.     Responding to the allegations in Paragraph 38 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 38 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 38 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 38 of Plaintiffs' Complaint.

39.     Responding to the allegations in Paragraph 39 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 39 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 39 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 39 of Plaintiffs' Complaint.

40.     Responding to the allegations in Paragraph 40 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 40 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 40 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 40 of Plaintiffs' Complaint.

41.     Responding to the allegations in Paragraph 41 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 41 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 41 of Plaintiffs' Complaint,

Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 41 of Plaintiffs' Complaint.

42.    Responding to the allegations in Paragraph 42 of Plaintiffs' Complaint, Defendants School Board and School District admit that the School District published a Gaggle FAQ page around the time alleged. Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of the remaining allegations contained in Paragraph 42 of Plaintiffs' Complaint, and therefore deny them.[1] Responding to the allegations in Paragraph 42 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 42 of Plaintiffs' Complaint.

43.    Responding to the allegations in Paragraph 43 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 43 of Plaintiffs' Complaint.[2] Responding to the allegations in Paragraph 43 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 43 of Plaintiffs' Complaint.

---

[1] The School District has taken down the Gaggle FAQ page, so that page is no longer on the School District's website. The School District is searching for a copy of the webpage as it previously existed, but has not yet been able to locate it. The School District will update its response to Paragraph 42 of Plaintiffs' Complaint once that search is complete.

[2] The School District has taken down the Gaggle FAQ page, so that page is no longer on the School District's website. The School District is searching for a copy of the webpage as it previously existed, but has not yet been able to locate it. The School District will update its response to Paragraph 43 of Plaintiffs' Complaint once that search is complete.

44.     Responding to the allegations in Paragraph 44 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 44 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 44 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 44 of Plaintiffs' Complaint.

45.     Responding to the allegations in Paragraph 45 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 45 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 45 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 45 of Plaintiffs' Complaint.

46.     Responding to the allegations in Paragraph 46 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 46 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 46 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 46 of Plaintiffs' Complaint.

47.     Responding to the allegations in Paragraph 47 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 47 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 47 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 47 of Plaintiffs' Complaint.

48.        Responding to the allegations in Paragraph 48 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 48 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 48 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 48 of Plaintiffs' Complaint.

## II.    The District's Technology and Standards

49.        Responding to the allegations in Paragraph 49 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 49 of Plaintiffs' Complaint.

50.        Responding to the allegations in Paragraph 50 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 50 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 50 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 50 of Plaintiffs' Complaint.

51.        Responding to the allegations in Paragraph 51 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 51 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 51 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 51 of Plaintiffs' Complaint.

52.        Responding to the allegations in Paragraph 52 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 52 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 52 of Plaintiffs' Complaint,

Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 52 of Plaintiffs' Complaint.

53.       Responding to the allegations in Paragraph 53 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 53 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 53 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 53 of Plaintiffs' Complaint.

54.       Responding to the allegations in Paragraph 54 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 54 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 54 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 54 of Plaintiffs' Complaint.

55.       Responding to the allegations in Paragraph 55 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 55 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 55 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 55 of Plaintiffs' Complaint.

56.       Responding to the allegations in Paragraph 56 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 56 of

Plaintiffs' Complaint. Responding to the allegations in Paragraph 56 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 56 of Plaintiffs' Complaint.

57.     Responding to the allegations in Paragraph 57 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 57 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 57 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 57 of Plaintiffs' Complaint.

58.     Responding to the allegations in Paragraph 58 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations contained in Paragraph 58 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 58 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 58 of Plaintiffs' Complaint.

59.     Responding to the allegations in Paragraph 59 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 59 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 59 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 59 of Plaintiffs' Complaint.

60.     Responding to the allegations in Paragraph 60 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 60 of Plaintiffs'

Complaint. Responding to the allegations in Paragraph 60 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 60 of Plaintiffs' Complaint.

61.    Responding to the allegations in Paragraph 61 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 61 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 61 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 61 of Plaintiffs' Complaint.

62.    Responding to the allegations in Paragraph 62 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 62 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 62 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 62 of Plaintiffs' Complaint.

63.    Responding to the allegations in Paragraph 63 of Plaintiffs' Complaint, Defendants deny the allegations in Paragraph 63 of Plaintiffs' Complaint.

64.    Responding to the allegations in Paragraph 64 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 64 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 64 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 64 of Plaintiffs' Complaint.

65.    Responding to the allegations in Paragraph 65 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 65 of

Plaintiffs' Complaint. Responding to the allegations in Paragraph 65 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 65 of Plaintiffs' Complaint.

66.        Responding to the allegations in Paragraph 66 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 66 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 66 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 66 of Plaintiffs' Complaint.

67.        Responding to the allegations in Paragraph 67 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 67 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 67 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 67 of Plaintiffs' Complaint.

68.        Responding to the allegations in Paragraph 68 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 68 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 68 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 68 of Plaintiffs' Complaint.

69.      Responding to the allegations in Paragraph 69 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 69 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 69 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 69 of Plaintiffs' Complaint.

70.      Responding to the allegations in Paragraph 70 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 70 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 70 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 70 of Plaintiffs' Complaint.

71.      Responding to the allegations in Paragraph 71 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 71 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 71 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 71 of Plaintiffs' Complaint.

III.    **The Lawrence Public Schools' Acceptable Use Policy.**

72.      Responding to the allegations in Paragraph 72 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 72 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 72 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the

truth of these allegations, and therefore denies the allegations in Paragraph 72 of Plaintiffs' Complaint.

73.      Responding to the allegations in Paragraph 73 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations contained in Paragraph 73 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 73 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 73 of Plaintiffs' Complaint.

74.      Responding to the allegations in Paragraph 74 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 74 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 74 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 74 of Plaintiffs' Complaint.

75.      Responding to the allegations in Paragraph 75 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 75 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 75 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 75 of Plaintiffs' Complaint.

76.      Responding to the allegations in Paragraph 76 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 76 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 76 of Plaintiffs' Complaint,

Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 76 of Plaintiffs' Complaint.

77.    Responding to the allegations in Paragraph 77 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 77 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 77 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 77 of Plaintiffs' Complaint.

78.    Responding to the allegations in Paragraph 78 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 78 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 78 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 78 of Plaintiffs' Complaint.

79.    Responding to the allegations in Paragraph 79 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 79 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 79 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 79 of Plaintiffs' Complaint.

80.    Responding to the allegations in Paragraph 80 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 80 of Plaintiffs'

Complaint.  Responding to the allegations in Paragraph 80 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 80 of Plaintiffs' Complaint.

81.    Responding to the allegations in Paragraph 81 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 81 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 81 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 81 of Plaintiffs' Complaint.

**IV.    Gaggle Obstructed Student Journalism**

82.    Responding to the allegations in Paragraph 82 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 82 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 82 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 82 of Plaintiffs' Complaint.

83.    Responding to the allegations in Paragraph 83 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 83 of Plaintiffs' Complaint.

84.    Responding to the allegations in Paragraph 84 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 84 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 84 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 84 of Plaintiffs' Complaint.

85.    Responding to the allegations in Paragraph 85 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 85 of Plaintiffs'

Complaint. Responding to the allegations in Paragraph 85 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 85 of Plaintiffs' Complaint.

86.    Responding to the allegations in Paragraph 86 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 86 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 86 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 86 of Plaintiffs' Complaint.

87.    Responding to the allegations in Paragraph 87 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 87 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 87 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 87 of Plaintiffs' Complaint.

88.    Responding to the allegations in Paragraph 88 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 88 of Plaintiffs' Complaint.

89.    Responding to the allegations in Paragraph 89 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 89 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 89 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 89 of Plaintiffs' Complaint.

90.    Responding to the allegations in Paragraph 90 of Plaintiffs' Complaint, Defendants deny the allegations in Paragraph 90 of Plaintiffs' Complaint.

91.     Responding to the allegations in Paragraph 91 of Plaintiffs' Complaint, Defendants deny the allegations in Paragraph 91 of Plaintiffs' Complaint.

## V.      The District Searched and Seized Morris's and Farthing's Personal Effects.

92.     Responding to the allegations in Paragraph 92 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 92 of Plaintiffs' Complaint.

93.     Responding to the allegations in Paragraph 93 of Plaintiffs' Complaint, Defendants School Board and School District admit that Plaintiffs Opal Morris and Henry Farthing were questioned in early 2024 about materials Gaggle flagged.  Defendants School Board and School District deny the remaining allegations in Paragraph 93 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 93 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 93 of Plaintiffs' Complaint.

94.     Responding to the allegations in Paragraph 94 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 94 of Plaintiffs' Complaint.

95.     Responding to the allegations in Paragraph 95 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 95 of Plaintiffs' Complaint.

96.     Responding to the allegations in Paragraph 96 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 96 of Plaintiffs' Complaint.

97.    Responding to the allegations in Paragraph 97 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 97 of Plaintiffs' Complaint.

98.    Responding to the allegations in Paragraph 98 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 98 of Plaintiffs' Complaint.

99.    Responding to the allegations in Paragraph 99 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 99 of Plaintiffs' Complaint.

100.    Responding to the allegations in Paragraph 100 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 100 of Plaintiffs' Complaint.

101.    Responding to the allegations in Paragraph 101 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 101 of Plaintiffs' Complaint.

102.    Responding to the allegations in Paragraph 102 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 102 of Plaintiffs' Complaint.

103.    Responding to the allegations in Paragraph 103 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 103 of Plaintiffs' Complaint.

104.    Responding to the allegations in Paragraph 104 of Plaintiffs' Complaint, Defendants state that Paragraph 104 states legal conclusions to which no response is required. To

the extent to which a response is required, Defendants deny the allegations in Paragraph 104 of Plaintiffs' Complaint.

105.    Responding to the allegations in Paragraph 105 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 105 of Plaintiffs' Complaint.

106.    Responding to the allegations in Paragraph 106 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 106 of Plaintiffs' Complaint.

107.    Responding to the allegations in Paragraph 107 of Plaintiffs' Complaint, Defendants School Board and School District admit that spaghetti-strap tank tops may be permissible under the School District's dress code.  Defendants School Board and School District deny the remaining allegations in Paragraph 107 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 107 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 107 of Plaintiffs' Complaint.

108.    Responding to the allegations in Paragraph 108 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 108 of Plaintiffs' Complaint.

109.    Responding to the allegations in Paragraph 109 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 109 of Plaintiffs' Complaint.

110.     Responding to the allegations in Paragraph 110 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 110 of Plaintiffs' Complaint.

111.     Responding to the allegations in Paragraph 111 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 111 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 111 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 111 of Plaintiffs' Complaint.

112.     Responding to the allegations in Paragraph 112 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 112 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 112 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 112 of Plaintiffs' Complaint.

113.     Responding to the allegations in Paragraph 113 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 113 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 113 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a

belief about the truth of these allegations, and therefore denies the allegations in Paragraph 113 of Plaintiffs' Complaint.

114.    Responding to the allegations in Paragraph 114 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 114 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 114 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 114 of Plaintiffs' Complaint.

115.    Responding to the allegations in Paragraph 115 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 115 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 115 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 115 of Plaintiffs' Complaint.

116.    Responding to the allegations in Paragraph 116 of Plaintiffs' Complaint, Defendants School Board and School District admit that no student was given notice of discipline. Defendants School Board and School District deny the remaining allegations in Paragraph 116 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 116 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 116 of Plaintiffs' Complaint.

117.    Responding to the allegations in Paragraph 117 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 117 of Plaintiffs' Complaint.

118.    Responding to the allegations in Paragraph 118 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations contained in Paragraph 118 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 118 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 118 of Plaintiffs' Complaint.

119.    Responding to the allegations in Paragraph 119 of Plaintiffs' Complaint, Defendants state that Paragraph 119 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 119 of Plaintiffs' Complaint.

120.    Responding to the allegations in Paragraph 120 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 120 of Plaintiffs' Complaint.

121.    Responding to the allegations in Paragraph 121 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 121 of Plaintiffs' Complaint.

122.    Responding to the allegations in Paragraph 122 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 122 of Plaintiffs' Complaint.

123.     Responding to the allegations in Paragraph 123 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 123 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 123 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 123 of Plaintiffs' Complaint.

124.     Responding to the allegations in Paragraph 124 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 124 of Plaintiffs' Complaint.

125.     Responding to the allegations in Paragraph 125 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 125 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 125 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 125 of Plaintiffs' Complaint.

126.     Responding to the allegations in Paragraph 126 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 126 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 126 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 126 of Plaintiffs' Complaint.

127.     Responding to the allegations in Paragraph 127 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 127 of Plaintiffs' Complaint.

128.     Responding to the allegations in Paragraph 128 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 128 of Plaintiffs'

Complaint. Responding to the allegations in Paragraph 128 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 128 of Plaintiffs' Complaint.

**VI.    The Students Met With District Representatives Who Falsely Promised That Journalism Students Would No Longer Be Subject to Gaggle Search and Seizure.**

129.    Responding to the allegations in Paragraph 129 of Plaintiffs' Complaint, Defendants School Board and School District admit that Plaintiffs Tell, Torkzaban, and Salisbury requested a meeting around this time. Defendants School Board and School District deny the remaining allegations in Paragraph 129 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 129 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 129 of Plaintiffs' Complaint.

130.    Responding to the allegations in Paragraph 130 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 130 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 130 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 130 of Plaintiffs' Complaint.

131.    Responding to the allegations in Paragraph 131 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 131 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 131 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 131 of Plaintiffs' Complaint.

132.    Responding to the allegations in Paragraph 132 of Plaintiffs' Complaint, Defendants School Board and School District admit that David Cunningham was present at the

meeting and introduced himself. Defendants School Board and School District deny the remaining allegations in Paragraph 132 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 132 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 132 of Plaintiffs' Complaint.

133.     Responding to the allegations in Paragraph 133 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 133 of Plaintiffs' Complaint.

134.     Responding to the allegations in Paragraph 134 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 134 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 134 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 134 of Plaintiffs' Complaint.

135.     Responding to the allegations in Paragraph 135 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 135 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 135 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 135 of Plaintiffs' Complaint.

136.     Responding to the allegations in Paragraph 136 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 136 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 136 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 136 of Plaintiffs' Complaint.

137.     Responding to the allegations in Paragraph 137 of Plaintiffs' Complaint, Defendants School Board and School District admit that Ms. Boyle was aware some time before this meeting that some students took issue with Gaggle monitoring. Defendants School Board and School District deny the remaining allegations in Paragraph 137 of Plaintiffs' Complaint.3 Responding to the allegations in Paragraph 137 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 137 of Plaintiffs' Complaint.

138.     Responding to the allegations in Paragraph 138 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 138 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 138 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 138 of Plaintiffs' Complaint.

139.     Responding to the allegations in Paragraph 139 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 139 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 139 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 139 of Plaintiffs' Complaint.

140.     Responding to the allegations in Paragraph 140 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 140 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 140 of Plaintiffs' Complaint, Defendant

---

[3] The School District is investigating whether these correspondences were ever sent in response to a KORA request, but it has not finished this investigation. Defendants will amend their response to Paragraph 137 of Plaintiffs' Complaint as needed when that investigation has been completed.

Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 140 of Plaintiffs' Complaint.

141.     Responding to the allegations in Paragraph 141 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 141 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 141 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 141 of Plaintiffs' Complaint.

142.     Responding to the allegations in Paragraph 142 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 142 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 142 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 142 of Plaintiffs' Complaint.

143.     Responding to the allegations in Paragraph 143 of Plaintiffs' Complaint, Defendants School Board and School District admit that Plaintiffs represented that attorneys with the Student Press Law Center would attend the meeting to provide expertise on First Amendment issues.  Defendants School Board and School District deny the remaining allegations in Paragraph 143 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 143 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 143 of Plaintiffs' Complaint.

144.     Responding to the allegations in Paragraph 144 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 144 of Plaintiffs' Complaint.

145.    Responding to the allegations in Paragraph 145 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 145 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 145 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 145 of Plaintiffs' Complaint.

146.    Responding to the allegations in Paragraph 146 of Plaintiffs' Complaint, Defendants School Board and School District are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 146 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 146 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 146 of Plaintiffs' Complaint.

147.    Responding to the allegations in Paragraph 147 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 147 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 147 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 147 of Plaintiffs' Complaint.

148.    Responding to the allegations in Paragraph 148 of Plaintiffs' Complaint, Defendants School Board and School District admit that they failed to provide Plaintiffs advance notice that Mr. Cunningham would attend these meetings.  Defendants School Board and School District deny the remaining allegations in Paragraph 148 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 148 of Plaintiffs' Complaint, Defendant Greg Farley is without

sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 148 of Plaintiffs' Complaint.

149.    Responding to the allegations in Paragraph 149 of Plaintiffs' Complaint, Defendants deny the allegations in Paragraph 149 of Plaintiffs' Complaint.

150.    Responding to the allegations in Paragraph 150 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 150 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 150 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 150 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 150 of Plaintiffs' Complaint.

151.    Responding to the allegations in Paragraph 151 of Plaintiffs' Complaint, Defendants School Board and School District admit that, on or about one week after the March 29 meeting, the School District informed either the journalism students or their instructors that they would be exempted from Gaggle monitoring.  Defendants School Board and School District deny the remaining allegations in Paragraph 151 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 151 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 151 of Plaintiffs' Complaint.

152.    Responding to the allegations in Paragraph 152 of Plaintiffs' Complaint, Defendants School Board and School District admit that the School District removed Gaggle scanning from all journalism student accounts at Lawrence High School.  Defendants School Board and School District deny the remaining allegations in Paragraph 152 of Plaintiffs'

Complaint.  Responding to the allegations in Paragraph 152 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 152 of Plaintiffs' Complaint.

153.    Responding to the allegations in Paragraph 153 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 153 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 153 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 153 of Plaintiffs' Complaint.

154.    Responding to the allegations in Paragraph 154 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 154 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 154 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 154 of Plaintiffs' Complaint.

155.    Responding to the allegations in Paragraph 155 of Plaintiffs' Complaint, Defendants School Board and School District admit that the review process for at least some student content includes review by Gaggle employees.  Defendants School Board and School District deny the remaining allegations in Paragraph 155 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 155 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 155 of Plaintiffs' Complaint.

156.    Responding to the allegations in Paragraph 156 of Plaintiffs' Complaint, Defendants School Board and School District admit that they have never asked for and do not know the identify of the Gaggle workers who review the materials of students in Lawrence USD

497.  Defendants School Board and School District deny the remaining allegations in Paragraph 156 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 156 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 156 of Plaintiffs' Complaint.

157.    Responding to the allegations in Paragraph 157 of Plaintiffs' Complaint, Defendants School Board and School District admit that Board of Education President Kelly Jones met with students.  Defendants School Board and School District deny the remaining allegations in Paragraph 157 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 157 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 157 of Plaintiffs' Complaint.

158.    Responding to the allegations in Paragraph 158 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 158 of Plaintiffs' Complaint.

159.    Responding to the allegations in Paragraph 159 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 159 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 159 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 159 of Plaintiffs' Complaint.

VII.    **Gaggle Obstructed Suzana Kennedy's Investigation Into Its Methodology and Implementation.**

160.    Responding to the allegations in Paragraph 160 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 160 of Plaintiffs' Complaint.

161.    Responding to the allegations in Paragraph 161 of Plaintiffs' Complaint, Defendants School Board and School District admit that Ms. Kennedy requested information about Gaggle around this time.  Defendants School Board and School District deny the remaining allegations in Paragraph 161 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 161 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 161 of Plaintiffs' Complaint.

162.    Responding to the allegations in Paragraph 162 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 162 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 162 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 162 of Plaintiffs' Complaint.

163.    Responding to the allegations in Paragraph 163 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 163 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 163 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 163 of Plaintiffs' Complaint.

164.    Responding to the allegations in Paragraph 164 of Plaintiffs' Complaint, Defendants School Board and School District admit that Ms. Boyle responded that she anticipated

having the information to Ms. Kennedy by the end of the week of October 7, 2024.  Defendants School Board and School District deny the remaining allegations in Paragraph 164 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 164 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 164 of Plaintiffs' Complaint.

165.    Responding to the allegations in Paragraph 165 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 165 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 165 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 165 of Plaintiffs' Complaint.

166.    Responding to the allegations in Paragraph 166 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 166 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 166 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 166 of Plaintiffs' Complaint.

167.    Responding to the allegations in Paragraph 167 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 167 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 167 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 167 of Plaintiffs' Complaint.

168.    Responding to the allegations in Paragraph 168 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 168 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 168 of Plaintiffs' Complaint, Defendant

Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 168 of Plaintiffs' Complaint.

169.    Responding to the allegations in Paragraph 169 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 169 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 169 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 169 of Plaintiffs' Complaint.

170.    Responding to the allegations in Paragraph 170 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 170 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 170 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 170 of Plaintiffs' Complaint.

171.    Responding to the allegations in Paragraph 171 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 171 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 171 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 171 of Plaintiffs' Complaint.

172.    Responding to the allegations in Paragraph 172 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 172 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 172 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 172 of Plaintiffs' Complaint.

173.    Responding to the allegations in Paragraph 173 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 173 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 173 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 173 of Plaintiffs' Complaint.

174.    Responding to the allegations in Paragraph 174 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 174 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 174 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 174 of Plaintiffs' Complaint.

175.    Responding to the allegations in Paragraph 175 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 175 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 175 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 175 of Plaintiffs' Complaint.

176.    Responding to the allegations in Paragraph 176 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 176 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 176 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 176 of Plaintiffs' Complaint.

177.    Responding to the allegations in Paragraph 177 of Plaintiffs' Complaint, Defendants School Board and School District admit the allegations in Paragraph 177 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 177 of Plaintiffs' Complaint, Defendant

Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 177 of Plaintiffs' Complaint.

## VIII. Kennedy's Investigation Uncovered That Gaggle Deters Students from Reporting Mental Health Concerns, Thereby Creating and Exacerbating the Very Problems the District Claimed it Would Remedy

178.    Responding to the allegations in Paragraph 178 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 178 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 178 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 178 of Plaintiffs' Complaint.

179.    Responding to the allegations in Paragraph 179 of Plaintiffs' Complaint, Defendants School Board and School District admit that Ms. Kennedy received a spreadsheet with materials Gaggle flagged, and that a copy of that spreadsheet is included as Exhibit O to Plaintiffs' Complaint. Defendants School Board and School District deny the remaining allegations in Paragraph 179 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 179 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 179 of Plaintiffs' Complaint.

180.    Responding to the allegations in Paragraph 180 of Plaintiffs' Complaint, Defendants School Board and School District admit that the spreadsheet contains lists of triggering key words and phrases. Defendants School Board and School District deny the remaining allegations in Paragraph 180 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 180 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 180 of Plaintiffs' Complaint.

181.     Responding to the allegations in Paragraph 181 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 181 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 181 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 181 of Plaintiffs' Complaint.

182.     Responding to the allegations in Paragraph 182 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 182 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 182 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 182 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 182 of Plaintiffs' Complaint.

183.     Responding to the allegations in Paragraph 183 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 183 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 183 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 183 of Plaintiffs' Complaint.

184.     Responding to the allegations in Paragraph 184 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 184 of Plaintiffs' Complaint.  Responding to the allegations in Paragraph 184 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 184 of Plaintiffs' Complaint.

185.    Responding to the allegations in Paragraph 185 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 185 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 185 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 185 of Plaintiffs' Complaint.

186.    Responding to the allegations in Paragraph 186 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 186 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 186 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 186 of Plaintiffs' Complaint.

187.    Responding to the allegations in Paragraph 187 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 187 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 187 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 187 of Plaintiffs' Complaint.

188.    Responding to the allegations in Paragraph 188 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 188 of Plaintiffs' Complaint.

189.    Responding to the allegations in Paragraph 189 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 189 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 189 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 189 of Plaintiffs' Complaint.

190.     Responding to the allegations in Paragraph 190 of Plaintiffs' Complaint, Defendants state that Paragraph 190 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 190 of Plaintiffs' Complaint.

## INJURIES TO PLAINTIFFS

191.     Responding to the allegations in Paragraph 191 of Plaintiffs' Complaint, Defendants state that Paragraph 191 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 191 of Plaintiffs' Complaint.

192.     Responding to the allegations in Paragraph 192 of Plaintiffs' Complaint, Defendants state that Paragraph 192 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 192 of Plaintiffs' Complaint.

193.     Responding to the allegations in Paragraph 193 of Plaintiffs' Complaint, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny the allegations in Paragraph 193 of Plaintiffs' Complaint.

194.     Responding to the allegations in Paragraph 194 of Plaintiffs' Complaint, Defendants School Board and School District state that Paragraph 194 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 194 of Plaintiffs' Complaint. Responding to the allegations in Paragraph 194 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 194 of Plaintiffs' Complaint.

195.    Responding to the allegations in Paragraph 195 of Plaintiffs' Complaint, Defendants state that Paragraph 195 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 195 of Plaintiffs' Complaint.

196.    Responding to the allegations in Paragraph 196 of Plaintiffs' Complaint, Defendants state that Paragraph 196 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 196 of Plaintiffs' Complaint.

197.    Responding to the allegations in Paragraph 197 of Plaintiffs' Complaint, Defendants state that Paragraph 197 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 197 of Plaintiffs' Complaint.

198.    Responding to the allegations in Paragraph 198 of Plaintiffs' Complaint, Defendants state that Paragraph 198 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 198 of Plaintiffs' Complaint.

199.    Responding to the allegations in Paragraph 199 of Plaintiffs' Complaint, Defendants state that Paragraph 199 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 199 of Plaintiffs' Complaint.

## CAUSES OF ACTION

**FIRST CLAIM**
**Violation of Fourth Amendment (Declaratory Relief)**
**Unreasonable Search, Unreasonable Seizure**
**42 U.S.C. § 1983**
**(All Plaintiffs against all Defendants)**

200.    Defendants re-allege and re-incorporate its responses to the preceding paragraphs (1-199) as though fully set forth herein.

201.    Responding to the allegations in Paragraph 201 of Plaintiffs' Complaint, Defendants state that Paragraph 201 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 201 of Plaintiffs' Complaint.

202.    Responding to the allegations in Paragraph 202 of Plaintiffs' Complaint, Defendants state that Paragraph 202 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 202 of Plaintiffs' Complaint.

203.    Responding to the allegations in Paragraph 203 of Plaintiffs' Complaint, Defendants state that Paragraph 203 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 203 of Plaintiffs' Complaint.

204.    Responding to the allegations in Paragraph 204 of Plaintiffs' Complaint, Defendants state that Paragraph 204 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 204 of Plaintiffs' Complaint.

205.    Responding to the allegations in Paragraph 205 of Plaintiffs' Complaint, Defendants School Board and School District deny the allegations in Paragraph 205 of Plaintiffs'

Complaint.  Responding to the allegations in Paragraph 205 of Plaintiffs' Complaint, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 205 of Plaintiffs' Complaint.

206.     Responding to the allegations in Paragraph 206 of Plaintiffs' Complaint, Defendants state that Paragraph 206 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 206 of Plaintiffs' Complaint.

207.     Responding to the allegations in Paragraph 207 of Plaintiffs' Complaint, Defendants state that Paragraph 207 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 207 of Plaintiffs' Complaint.

208.     Responding to the allegations in Paragraph 208 of Plaintiffs' Complaint, Defendants state that Paragraph 208 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 208 of Plaintiffs' Complaint.

209.     Responding to the allegations in Paragraph 209 of Plaintiffs' Complaint, Defendants state that Paragraph 209 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 209 of Plaintiffs' Complaint.

210.     Responding to the allegations in Paragraph 210 of Plaintiffs' Complaint, Defendants state that Paragraph 210 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 210 of Plaintiffs' Complaint.

211.     Responding to the allegations in Paragraph 211 of Plaintiffs' Complaint, Defendants state that Paragraph 211 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 211 of Plaintiffs' Complaint.

212.     Responding to the allegations in Paragraph 212 of Plaintiffs' Complaint, Defendants state that Paragraph 212 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 212 of Plaintiffs' Complaint.

213.     Responding to the allegations in Paragraph 213 of Plaintiffs' Complaint, Defendants state that Paragraph 213 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 213 of Plaintiffs' Complaint.

214.     Responding to the allegations in Paragraph 214 of Plaintiffs' Complaint, Defendants state that Paragraph 214 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 214 of Plaintiffs' Complaint.

215.     Responding to the allegations in Paragraph 215 of Plaintiffs' Complaint, Defendants state that Paragraph 215 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 215 of Plaintiffs' Complaint.

## SECOND CLAIM
### Violation of Fourth Amendment (Injunctive Relief)
### Unreasonable Search, Unreasonable Seizure
### 42 U.S.C. § 1983
### (Plaintiffs A.T. and P.M. against Defendants Board and District)

216.    Defendants re-allege and re-incorporate its responses to the preceding paragraphs (1-215) as though fully set forth herein.

217.    Responding to the allegations in Paragraph 217 of Plaintiffs' Complaint, Defendants state that Paragraph 217 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 217 of Plaintiffs' Complaint.

218.    Responding to the allegations in Paragraph 218 of Plaintiffs' Complaint, Defendants state that Paragraph 218 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 218 of Plaintiffs' Complaint.

219.    Responding to the allegations in Paragraph 219 of Plaintiffs' Complaint, Defendants state that Paragraph 219 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 219 of Plaintiffs' Complaint.

220.    Responding to the allegations in Paragraph 220 of Plaintiffs' Complaint, Defendants state that Paragraph 220 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 220 of Plaintiffs' Complaint.

221.    Responding to the allegations in Paragraph 221 of Plaintiffs' Complaint, Defendants state that Paragraph 221 states legal conclusions to which no response is required. To

the extent to which a response is required, Defendants deny the allegations in Paragraph 221 of Plaintiffs' Complaint.

222.    Responding to the allegations in Paragraph 222 of Plaintiffs' Complaint, Defendants state that Paragraph 222 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 222 of Plaintiffs' Complaint.

223.    Responding to the allegations in Paragraph 223 of Plaintiffs' Complaint, Defendants state that Paragraph 223 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 223 of Plaintiffs' Complaint.

224.    Responding to the allegations in Paragraph 224 of Plaintiffs' Complaint, Defendants state that Paragraph 224 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 224 of Plaintiffs' Complaint.

225.    Responding to the allegations in Paragraph 225 of Plaintiffs' Complaint, Defendants state that Paragraph 225 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 225 of Plaintiffs' Complaint.

226.    Responding to the allegations in Paragraph 226 of Plaintiffs' Complaint, Defendants state that Paragraph 226 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 226 of Plaintiffs' Complaint.

227.     Responding to the allegations in Paragraph 227 of Plaintiffs' Complaint, Defendants state that Paragraph 227 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 227 of Plaintiffs' Complaint.

## THIRD CLAIM
### Violation of Fourth Amendment (Damages) Unreasonable Search, Unreasonable Seizure 42 U.S.C. § 1983
### (All Plaintiffs against all Defendants)

228.     Defendants incorporate their responses to the preceding paragraphs (1-227) as though fully set forth herein.

229.     Responding to the allegations in Paragraph 229 of Plaintiffs' Complaint, Defendants state that Paragraph 229 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 229 of Plaintiffs' Complaint.

230.     Responding to the allegations in Paragraph 230 of Plaintiffs' Complaint, Defendants state that Paragraph 230 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 230 of Plaintiffs' Complaint.

231.     Responding to the allegations in Paragraph 231 of Plaintiffs' Complaint, Defendants state that Paragraph 231 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 231 of Plaintiffs' Complaint.

232.     Responding to the allegations in Paragraph 232 of Plaintiffs' Complaint, Defendants state that Paragraph 232 states legal conclusions to which no response is required.  To

the extent to which a response is required, Defendants deny the allegations in Paragraph 232 of Plaintiffs' Complaint.

233.    Responding to the allegations in Paragraph 233 of Plaintiffs' Complaint, Defendants state that Paragraph 233 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 233 of Plaintiffs' Complaint.

234.    Responding to the allegations in Paragraph 234 of Plaintiffs' Complaint, Defendants state that Paragraph 234 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 234 of Plaintiffs' Complaint.

## FOURTH CLAIM
### Violation of First Amendment (Declaratory Relief)
### Freedom of Speech, Freedom of Press
### 42 U.S.C. § 1983
### (All Plaintiffs against all Defendants)

235.    Defendants incorporate their responses to the preceding paragraphs (1-234) as though fully set forth herein.

236.    Responding to the allegations in Paragraph 236 of Plaintiffs' Complaint, Defendants state that Paragraph 236 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 236 of Plaintiffs' Complaint.

237.    Responding to the allegations in Paragraph 237 of Plaintiffs' Complaint, Defendants state that Paragraph 237 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 237 of Plaintiffs' Complaint.

238.    Responding to the allegations in Paragraph 238 of Plaintiffs' Complaint, Defendants state that Paragraph 238 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 238 of Plaintiffs' Complaint.

239.    Responding to the allegations in Paragraph 239 of Plaintiffs' Complaint, Defendants state that Paragraph 239 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 239 of Plaintiffs' Complaint.

240.    Responding to the allegations in Paragraph 240 of Plaintiffs' Complaint, Defendants state that Paragraph 240 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants School Board and School District deny the allegations in Paragraph 240 of Plaintiffs' Complaint. To the extent a response is required, Defendant Greg Farley is without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore denies the allegations in Paragraph 240 of Plaintiffs' Complaint.

241.    Responding to the allegations in Paragraph 241 of Plaintiffs' Complaint, Defendants state that Paragraph 241 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 241 of Plaintiffs' Complaint.

242.    Responding to the allegations in Paragraph 242 of Plaintiffs' Complaint, Defendants state that Paragraph 242 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 242 of Plaintiffs' Complaint.

243.     Responding to the allegations in Paragraph 243 of Plaintiffs' Complaint, Defendants state that Paragraph 243 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 243 of Plaintiffs' Complaint.

244.     Responding to the allegations in Paragraph 244 of Plaintiffs' Complaint, Defendants state that Paragraph 244 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 244 of Plaintiffs' Complaint.

245.     Responding to the allegations in Paragraph 245 of Plaintiffs' Complaint, Defendants state that Paragraph 245 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 245 of Plaintiffs' Complaint.

246.     Responding to the allegations in Paragraph 246 of Plaintiffs' Complaint, Defendants state that Paragraph 246 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 246 of Plaintiffs' Complaint.

247.     Responding to the allegations in Paragraph 247 of Plaintiffs' Complaint, Defendants state that Paragraph 247 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 247 of Plaintiffs' Complaint.

**FIFTH CLAIM**
**Violation of First Amendment (Injunctive Relief)**
**Freedom of Speech, Freedom of Press**
**42 U.S.C. § 1983**
**(A.T. and P.M. against Defendants District and Board)**

248.    Defendants incorporate their responses to the preceding paragraphs (1-247) as though fully set forth herein.

249.    Responding to the allegations in Paragraph 249 of Plaintiffs' Complaint, Defendants state that Paragraph 249 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 249 of Plaintiffs' Complaint.

250.    Responding to the allegations in Paragraph 250 of Plaintiffs' Complaint, Defendants state that Paragraph 250 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 250 of Plaintiffs' Complaint.

251.    Responding to the allegations in Paragraph 251 of Plaintiffs' Complaint, Defendants state that Paragraph 251 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 251 of Plaintiffs' Complaint.

252.    Responding to the allegations in Paragraph 252 of Plaintiffs' Complaint, Defendants state that Paragraph 252 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 252 of Plaintiffs' Complaint.

253.    Responding to the allegations in Paragraph 253 of Plaintiffs' Complaint, Defendants state that Paragraph 253 states legal conclusions to which no response is required.  To

the extent to which a response is required, Defendants deny the allegations in Paragraph 253 of Plaintiffs' Complaint.

254.     Responding to the allegations in Paragraph 254 of Plaintiffs' Complaint, Defendants state that Paragraph 254 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 254 of Plaintiffs' Complaint.

255.     Responding to the allegations in Paragraph 255 of Plaintiffs' Complaint, Defendants state that Paragraph 255 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 255 of Plaintiffs' Complaint.

256.     Responding to the allegations in Paragraph 256 of Plaintiffs' Complaint, Defendants state that Paragraph 256 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 256 of Plaintiffs' Complaint.

257.     Responding to the allegations in Paragraph 257 of Plaintiffs' Complaint, Defendants state that Paragraph 257 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 257 of Plaintiffs' Complaint.

**SIXTH CLAIM**
**Violation of First Amendment (Damages)**
**Freedom of Speech, Freedom of Press**
**42 U.S.C. § 1983**
**(All Plaintiffs against all Defendants)**

258.     Defendants incorporate their responses to the preceding paragraphs (1-257) as though fully set forth herein.

259.    Responding to the allegations in Paragraph 259 of Plaintiffs' Complaint, Defendants state that Paragraph 259 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 259 of Plaintiffs' Complaint.

260.    Responding to the allegations in Paragraph 260 of Plaintiffs' Complaint, Defendants state that Paragraph 260 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 260 of Plaintiffs' Complaint.

261.    Responding to the allegations in Paragraph 261 of Plaintiffs' Complaint, Defendants state that Paragraph 261 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 261 of Plaintiffs' Complaint.

262.    Responding to the allegations in Paragraph 262 of Plaintiffs' Complaint, Defendants state that Paragraph 262 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 262 of Plaintiffs' Complaint.

263.    Responding to the allegations in Paragraph 263 of Plaintiffs' Complaint, Defendants state that Paragraph 263 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 263 of Plaintiffs' Complaint.

264.    Responding to the allegations in Paragraph 264 of Plaintiffs' Complaint, Defendants state that Paragraph 264 states legal conclusions to which no response is required. To

the extent to which a response is required, Defendants deny the allegations in Paragraph 264 of Plaintiffs' Complaint.

265.     Responding to the allegations in Paragraph 265 of Plaintiffs' Complaint, Defendants state that Paragraph 265 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 265 of Plaintiffs' Complaint.

**SEVENTH CLAIM**
**Violation of First, Fourth, and Fourteenth Amendments**
**(Declaratory Relief)**
**Vagueness**
**42 U.S.C. § 1983**
**(All Plaintiffs against the District and Board)**

Defendants re-allege and re-incorporate its responses to the preceding paragraphs (1-265) as though fully set forth herein.

266.     Responding to the allegations in Paragraph 266 of Plaintiffs' Complaint, Defendants state that Paragraph 266 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 266 of Plaintiffs' Complaint.

267.     Responding to the allegations in Paragraph 267 of Plaintiffs' Complaint, Defendants state that Paragraph 267 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 267 of Plaintiffs' Complaint.

268.     Responding to the allegations in Paragraph 268 of Plaintiffs' Complaint, Defendants state that Paragraph 268 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 268 of Plaintiffs' Complaint.

269.     Responding to the allegations in Paragraph 269 of Plaintiffs' Complaint, Defendants state that Paragraph 269 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 269 of Plaintiffs' Complaint.

270.     Responding to the allegations in Paragraph 270 of Plaintiffs' Complaint, Defendants state that Paragraph 270 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 270 of Plaintiffs' Complaint.

271.     Responding to the allegations in Paragraph 271 of Plaintiffs' Complaint, Defendants state that Paragraph 271 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 271 of Plaintiffs' Complaint.

272.     Responding to the allegations in Paragraph 272 of Plaintiffs' Complaint, Defendants state that Paragraph 272 states legal conclusions to which no response is required.  To the extent to which a response is required, Defendants deny the allegations in Paragraph 272 of Plaintiffs' Complaint.

**EIGHTH CLAIM**
**Violation of First, Fourth, and Fourteenth Amendments**
**(Declaratory Relief)**
**Overbreadth**
**42 U.S.C. § 1983**
**(All Plaintiffs against the District and Board)**

273.     Defendants incorporate their responses to the preceding paragraphs (1-272) as though fully set forth herein.

274.     Responding to the allegations in Paragraph 274 of Plaintiffs' Complaint, Defendants state that Paragraph 274 states legal conclusions to which no response is required.  To

the extent to which a response is required, Defendants deny the allegations in Paragraph 274 of Plaintiffs' Complaint.

275.    Responding to the allegations in Paragraph 275 of Plaintiffs' Complaint, Defendants state that Paragraph 274 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 275 of Plaintiffs' Complaint.

276.    Responding to the allegations in Paragraph 276 of Plaintiffs' Complaint, Defendants state that Paragraph 276 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 276 of Plaintiffs' Complaint.

277.    Responding to the allegations in Paragraph 277 of Plaintiffs' Complaint, Defendants state that Paragraph 277 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 277 of Plaintiffs' Complaint.

278.    Responding to the allegations in Paragraph 278 of Plaintiffs' Complaint, Defendants state that Paragraph 278 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 278 of Plaintiffs' Complaint.

279.    Responding to the allegations in Paragraph 279 of Plaintiffs' Complaint, Defendants state that Paragraph 279 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 279 of Plaintiffs' Complaint.

280.    Responding to the allegations in Paragraph 280 of Plaintiffs' Complaint, Defendants state that Paragraph 280 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 280 of Plaintiffs' Complaint.

281.    Responding to the allegations in Paragraph 281 of Plaintiffs' Complaint, Defendants state that Paragraph 281 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 281 of Plaintiffs' Complaint.

282.    Responding to the allegations in Paragraph 282 of Plaintiffs' Complaint, Defendants state that Paragraph 282 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 282 of Plaintiffs' Complaint.

283.    Responding to the allegations in Paragraph 283 of Plaintiffs' Complaint, Defendants state that Paragraph 283 states legal conclusions to which no response is required. To the extent to which a response is required, Defendants deny the allegations in Paragraph 283 of Plaintiffs' Complaint.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants deny that Plaintiffs are entitled to any relief against Defendants as set out in the unnumbered "Plaintiffs respectfully request" clause contained in the "Prayer for Relief" section of Plaintiffs' Complaint, including all subparts (A – F), and pray that they be dismissed from this action and awarded their costs and fees incurred in defense of this action, and all other relief the Court deems just and proper under the circumstances.

**VERIFICATIONS OF JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, A.T., DAVE TELL, HANNAH TELL, P.M., MARGARET WEISBROD MORRIS, AND JONATHAN MORRIS**

Responding to the statements made in the Verification of Jack Tell, the Verification of Natasha Torkzaban, the Verification of Morgan Salisbury, the Verification of Opal Morris, the Verification of Henry Farthing, the Verification of Suzana Kennedy, the Verification of Naomi Sui Pang, the Verification of A.T., the Verification of Dave Tell, the Verification of Hannah Tell, the Verification of P.M., the Verification of Margaret Weisbrod Morris, and the Verification of Jonathan Morris, Defendants are without sufficient knowledge and information to form a belief about the truth of these allegations, and therefore deny all of the allegations contained within each and every one of these Verifications.

**GENERAL DENIAL**

Defendants deny every allegation in Plaintiffs' Complaint unless specifically admitted herein, including the relief requested in the Prayer for Relief.

**AFFIRMATIVE AND OTHER DEFENSES**

As and for their affirmative and other defenses, Defendants allege as follows, subject to their right to amend and assert such other affirmative defenses as may become available during discovery. By setting forth these affirmative and other defenses, Defendants do not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs.

1.    Defendants deny each and every allegation, count, claim, and prayer for relief contained in Plaintiffs' Complaint unless specifically admitted herein, including the relief requested in any prayer for relief included in unnumbered paragraphs.

2.    Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

3.      No Defendants are liable under any of Plaintiffs' claims because Plaintiffs have not adequately alleged, and cannot show, that any Plaintiff suffered a deprivation of a federally protected right by a Defendant acting under color of state law.

4.      Plaintiffs' claims are barred by lack of subject matter jurisdiction.

5.      Plaintiffs' claims are barred by the doctrine of sovereign immunity under the Eleventh Amendment to the United States Constitution.  No Defendant is subject to suit, nor are they liable, under any of Plaintiffs' claims for damages because the doctrine of immunity under the Eleventh Amendment to the United States Constitution protects all Defendants from suit for Plaintiffs' claims.  Eleventh Amendment immunity applies to federal question lawsuits against "arms of the state" of Kansas brought in federal court by Kansas state citizens.  Section 1983 claims do not override a state's sovereign immunity.  All Defendants are "arms of the state," and therefore are immune from suit under the Eleventh Amendment.  Congress has not abrogated any Defendant's Eleventh Amendment immunity through its power to enforce the Fourteenth Amendment, nor has the state of Kansas or any Defendant waived its Eleventh Amendment immunity by consenting to this lawsuit.  The Ex parte Young exception also does not apply to the extent that Plaintiffs seek non-prospective relief, seeks relief against any Defendant it its individual capacity only, or both; and the exception does not apply at all to the School Board or the School District.

6.      Plaintiffs' claims are barred, in whole or in part, by the doctrine of qualified immunity.  In particular, Defendant Greg Farley is not subject to suit, and is not liable, under any of Plaintiffs' claims for damages because the doctrine of qualified immunity protects him from suit for Plaintiffs' claims.  Mr. Farley was performing discretionary functions and did not violate any Plaintiff's constitutional rights, nor was any right that he allegedly violated clearly

established at the time of his challenged conduct such that a reasonable person would know. Additionally, Greg Farley is immune from suit to the extent that extraordinary circumstances—such as reliance on the advice of counsel or on a statute—so prevented him from knowing that his actions were unconstitutional that he should not be imputed with knowledge of a clearly established right. No on-point Supreme Court decision, published Tenth Circuit decision, or the clearly established weight of authority shows that Mr. Farley's actions were clearly established as unlawful under the federal Constitution. Mr. Farley did not act in such an obviously egregious way that less specificity is required from prior case law or that the unlawfulness of the conduct was sufficiently clear. Plaintiffs have the burden to establish both the violation of a statutory or constitutional right, as well as that the right was clearly established. They cannot satisfy their burden on either of these two requirements.

7.      Plaintiffs' claims are barred by the applicable statute of limitations. Plaintiffs' claims fail, in whole or in part, to the extent that they were filed after the applicable statute of limitations had passed. In particular, to the extent that Plaintiffs brought their claims more than two years after those claims accrued (as provided for by Kansas's statute of limitations for personal injury actions, Kan. Stat. Ann. § 60-513(a)(4)), those claims must be dismissed.

8.      Defendants the School Board and the School District are not liable under any of Plaintiffs claims to the extent that those claims are based upon vicarious liability for the actions of employees, whether by Greg Farley or by any other employee. The School Board merely approved the use of Gaggle to flag potentially harmful materials. The School District merely implemented Gaggle to do this. Plaintiffs fail to adequately allege that the School Board or the School District can be held liable for the decisions of specific School District employees to question or discipline students or permanently remove their materials from circulation.

9.      No Defendants are liable under any of Plaintiffs' claims because Defendants' use of Gaggle was permitted—and perhaps even required—by the Children's Internet Protection Act of 2000 and any other state or federal statutory or common-law rules requiring schools to protect and supervise children in their care.

10.     All Plaintiffs' First Amendment claims fail against all Defendants.    The materials at issue were not "speech" because, among other reasons, they constituted obscenity, fighting words, incitement, true threats, speech integral to criminal conduct, child pornography, and/or fraud.    And no restrictions on speech occurred because Gaggle merely flagged and temporarily quarantined potentially problematic materials, and because students were free to use Microsoft 365 instead of the Google suite—another platform provided by the School District with equivalent capabilities and no Gaggle monitoring.    The less restrictive Hazelwood standard should apply.    Under the Hazelwood standard, Defendants' restrictions were reasonably related to legitimate pedagogical concerns.    Under the Tinker standard, Defendants' restrictions were limited to speech that they reasonably forecasted would materially and substantially disrupt the school environment and/or interfere with the requirements of appropriate discipline in the operation of the school or impinge upon the rights of other students.    Plaintiffs' and other students' speech was neither passive nor silent.    Defendants' restrictions were also per se constitutional to the extent that the speech at issue was vulgar, lewd, offensive, or could reasonably be viewed as promoting illegal drug use.    Additionally, Defendants did not violate Plaintiffs' free speech rights because Defendants had a compelling interest to, among other things, protect the educational mission of the school and ensure school safety.

11.     Plaintiffs' First Amendment Freedom of Speech claims also fail to the extent that they allege that Defendants' actions or policies constituted an impermissible prior restraint.

No prior restraint existed because no speech was restricted on the basis of content. No judicial injunction or other order impermissibly forbidding specific speakers from specific expression existed. And no administrative licensing scheme, requiring approval before engaging in certain forms of speech in a given forum, existed. Further, procedural safeguards existed that were designed to obviate the dangers of a censorship system and content discrimination.

12.    Plaintiffs' First Amendment Freedom of Press claims also fail because Defendants did not interfere with the production and dissemination of ideas, nor with the circulation of any student newspaper.

13.    All Plaintiffs' Fourth Amendment claims fail against all Defendants. No "search" or "seizure" occurred under the Fourth Amendment because, among other reasons, Gaggle merely flagged and temporarily quarantined potentially problematic materials, and because students were free to use Microsoft 365 instead of the Google suite—another platform provided by the School District with equivalent capabilities and no Gaggle monitoring. No "search" occurred when Defendants used Gaggle to monitor student documents and communications through the Google suite because, among other reasons, the materials were not shielded from the School District's view, but were located on the School District's platforms, and therefore were open to public view of Defendants. No "seizure" occurred when materials were quarantined or removed from students' accounts. Students in the School district did not believe that they had an expectation of privacy in materials stored on School District-provided Google Suite applications—or, if they did have such an expectation, that expectation was unreasonable. Additionally, no "seizure" of students themselves occurred because, among other reasons, it was not a seizure to confine students to a specific location within the school. All searches and seizures were proper because they were justified at their inception and reasonably

related in scope to the circumstances which justified the interference in the first place. Probable cause was not required. All searches and seizures were preceded by any necessary notice and announcement. All searches and seizures were justified at their inception because reasonable grounds existed for suspecting that the searches would turn up evidence that the students had violated or were violating either the law or the rules of the school. There was a sufficient nexus or link between that evidence and the Google suite of applications (which Gaggle monitored). All searches and seizures were reasonably related in scope to the circumstances which justified the interference because, among other reasons, the alleged searches and/or seizures were reasonably related to the objectives of the search and not excessively intrusive. All searches and seizures were proper because they were based upon consent to the extent that students agreed to such searches through the student handbook or other applicable policies, or through other means. All searches and seizures were proper because the materials involved were exposed to plain/open public view because, among other reasons, the materials were located on Google Suite applications owned, provided, and maintained by the School District; therefore, Defendants could examine the materials while being located in a place where they have a right to be and without using any extraordinary means to gain their vantage point. All searches and seizures were proper because, among other reasons, at least some of the searches and seizures were done in a state of emergency and/or exigent circumstances because, among other reasons, Defendants became aware of credible threats of harm to students, and therefore the search or seizure was necessary to render aid to protect life or avoid injury. All searches and seizures were proper as "special needs" searches and seizures because, among other reasons, public schools have special needs that justify modifying the normal law-enforcement procedures, particularly when the alleged searches and seizures sought, found, and sometimes removed

materials that involved suspected threats of violence, self-harm, bullying, child pornography, and other serious issues. All searches and seizures were proper because they involved abandoned items to the extent that, among other reasons, the prior owner disclaimed ownership, disassociated themselves with the property, or left it. All searches and seizures sought only fruits, instrumentalities, contraband, evidence, or other materials that were the proper objects of a search.

14. Plaintiffs' facial challenges to Defendants' policies or actions fail. Plaintiffs cannot establish that no set of circumstances exist under which the policies or actions would be valid. A most exacting analysis applies to such claims, and they are disfavored. None of Defendants' policies or actions violate any constitutional rights in their entirety, without regard to any particular applications. None of Defendants' policies or actions threaten to chill constitutionally protected conduct, nor do are they incapable of valid application. There is no realistic danger that Defendants' policies or actions will significantly compromise the rights of parties not before this Court. And Plaintiffs' attempt to facially challenge "whole collections of laws or policies" related to Gaggle is inappropriate and should not be permitted.

15. All of Plaintiffs' claims for overbreadth fail because no substantial number of the applications of any law or policy at issue are unconstitutional when judged in relation to the statute's plainly legitimate sweep. Defendants' policies and actions have not, and will not, prohibit a broad range of protected conduct and thereby create a realistic danger of having a chilling effect on or significantly compromising the free speech rights of parties not before the court—nor is there a realistic danger that this will happen. This "strong medicine" should be employed "only as a last resort," and is inappropriate here.

16.     All of Plaintiffs' claims for vagueness, whether facial or as-applied, fail because all of Defendants' policies provided people of ordinary intelligence a reasonable opportunity to understand what conduct the policies prohibit, and because none of Defendants' policies authorize or encourage arbitrary and discriminatory enforcement.  Any ambiguity or lack of clarity in the policies or actions at issue did not chill protected speech or otherwise violate constitutional rights.

17.     Defendants acted at all times within the scope of their authority without actual or imputed knowledge that their actions violated any of the Plaintiffs' constitutional rights, which said violations are denied by the Defendants, and therefore, they are immune from suit.

18.     Plaintiffs Jack Tell, Natasha Torkzaban, Morgan Salisbury, Opal Morris, Henry Farthing, Suzana Kennedy, and Naomi Sui Pang are no longer enrolled in schools within the School District and/or have graduated from high school, and therefore are no longer subject to the School District's alleged censorship using Gaggle.  Therefore, they have no standing to bring any claims for declaratory or injunctive against Defendants, and all such claims against Defendants are moot.

19.     All Plaintiffs have no standing and/or their claims are moot—at least insofar as they bring claims for declaratory or injunctive relief—to the extent that Defendants are phasing out Gaggle's use and to the extent that the journalism students have been exempted from Gaggle monitoring.

20.     All of Plaintiffs' claims against Defendant Greg Farley fail because Mr. Farley was not involved in the decision to implement Gaggle in the School District; in the decision to flag, quarantine, or remove any particular material; in the decision to discipline any student

because of materials Gaggle identified; or in any other act or omission giving rise to any of Plaintiffs' claims against Defendants.

21.     All of Plaintiffs' claims against all Defendants fail because Defendants had a compelling interest in protecting students from mass shootings, suicides, drug abuse, sexual exploitation, and other serious harms.  Gaggle monitoring substantially furthered this and other compelling interests.  These interests outweighed any alleged harms or rights restrictions Gaggle monitoring allegedly inflicted.

22.     All claims against the School Board should be dismissed because the School Board is merely the governing body of the School District and is not a separate legal entity. Therefore, any judgment against the School Board is necessarily against the School District, and—as with claims against individuals acting for the School District in their official capacities—a claim against a sub-unit of the School District is duplicative because it is the equivalent of a claim against the School District itself.

23.     All of Plaintiffs claims for both injunctive and declaratory relief should be dismissed against all Defendants because neither injunctive nor declaratory relief are separate claims, but merely types of relief.

24.     All of Plaintiffs' claims against all Defendants may be barred, in whole or in part, because Defendants acted in good faith, and therefore are immune from suit.

25.     Any data Gaggle monitored was the property of the School Board and School District.

26.     Plaintiffs' claims are barred, in whole or in part, because Defendant at all times acted properly, promptly, appropriately, reasonably, lawfully, and in good faith at all times in the performance of its obligations and duties, if any.

27.    Plaintiffs' alleged damages were the result of Plaintiffs' own actions or omissions.

28.    Plaintiffs' requests for damages are invalid and should be rejected to the extent that they seek presumed damages.

29.    Plaintiffs' requests for punitive damages against both the School District and the School Board fail because Section 1983 bars punitive damage awards against municipal agencies.

30.    Additionally, Plaintiffs are not entitled to punitive damages on any of their claims against any Defendants. Among other reasons, they cannot recover such damages because they cannot show that any Defendant's conduct was motivated by evil motive or intent, or involved reckless or callous indifference to the federally-protected rights of others.

31.    Plaintiffs' recovery against Defendants may be barred or reduced, in whole or in part, by the doctrines of contribution, indemnification, joint and several liability, and/or related or similar doctrines.

32.    Plaintiffs have not sustained any legally cognizable injury, harm, and/or damages as a result of any actions, inactions, or omissions alleged in Plaintiffs' Complaint.

33.    No Defendants are liable under any of Plaintiffs' claims because Plaintiffs have not adequately alleged, and cannot show, that their actions or policies directly caused the injuries that Plaintiffs allege.

34.    Plaintiffs are not entitled to prejudgment interest because such an award would not compensate them, and the equities would preclude such an award.

35.     To the extent that they are prevailing parties and/or Plaintiffs' action was frivolous, vexatious, unreasonable, without foundation, or brought to harass or embarrass, Defendants are entitled to an award of reasonable attorney's fees.

36.     Defendants reserve the right to assert additional defenses as may be revealed by discovery, further investigation, or factual developments in this case, and reserves the right to amend their Answer to assert any such defenses, which are specifically incorporated herein.

## DEMAND FOR JURY TRIAL

Defendants demand a trial by jury.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, I filed the above Defendants' Answer to Plaintiffs' Verified Complaint for Civil Rights Violations using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe