IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, A.T., a minor, by and through her parents DAVE TELL and HANNAH TELL, and P.M., MARGARET WEISBROD MORRIS and JONATHAN MORRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>LAWRENCE BOARD OF EDUCATION, a political subdivision of the State of Kansas, LAWRENCE USD 497, a political subdivision of the State of Kansas, and GREG FARLEY, in his individual capacity,<br><br>    Defendants. | Case No.: 2:25-CV-02428-KHV-GEB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Blake M. Edwards of the law firm of Gordon Rees Scully Mansukhani, LLP hereby withdraws as counsel for Defendants Lawrence Board of Education, a political subdivision of the State of Kansas; Lawrence USD 497, a political subdivision of the State of Kansas; and Greg Farley, in his individual capacity.  Attorneys Alan L. Rupe and Jared Harpt of Lewis Brisbois Bisgaard & Smith LLP will continue to represent Defendants in this matter.

               /s/ Blake M. Edwards
               Blake M. Edwards, KS # 28187
               GORDON REES SCULLY MANSUKHANI, LLP
               2300 Man Street, Suite 900
               Kansas City, MO 64108
               Telephone: (816) 303-0815
               Facsimile:  (913) 945-1101
               bedwards@grsm.com

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2025, the foregoing Notice of Withdrawal of Appearance was filed using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Blake M. Edwards
Blake M. Edwards