UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | August 1, 2023, Contract Between Unified School District No. 497 and Gaggle.Net, Inc. |
| B. | August 28, 2023, Board of Education Agenda re Purchase of Gaggle Software |
| C. | District Webpage Titled "Gaggle Safety Management Tool, Frequently Asked Questions" |
| D. | May 31, 2024, Demand Letter from Plaintiffs' Counsel to District |
| E. | June 17, 2024 Response Letter from District's Counsel to Plaintiffs' Counsel |
| F. | July 8, 2024, Board Meeting Agenda |
| G. | July 8, 2024, Board Meeting Minutes |
| H. | Monthly Voucher – Managed Methods payment |
| I. | Managed Methods website Frequently Asked Questions |
| J. | 2024–2025 Lawrence Public Schools Student Handbook |
| K. | Complete Board Policy IIBG, Adopted July 1, 2001 |
| L. | Complete Board Policy IIBGD, Adopted May 26, 2015 |
| M. | Complete Board Policy JT, Adopted May 12, 2014 |
| N. | Complete Board Policy JCAC, Adopted July 1, 2001 |
| O. | Complete Board Policy JCAB, Adopted July 1, 2001 |
| P. | Student Acceptable Use Policy 2024-2025 ("AUP") |
| Q. | Gaggle Seizures Spreadsheet |

| EXHIBIT | DESCRIPTION |
|---|---|
| R. | Correspondence between Harrison Rosenthal and Brad Finkeldei |
| S. | Correspondence between Parent Doe and Principal Amy McAnarney |
| T. | Correspondence between Parent Doe and the administration |
| U. | Correspondence between Larry Englebrick and Parent Doe |
| V. | Correspondence between Kelly Jones and Parent Doe |
| W. | P.M KORA requests |
| X. | Ashlyn Tell KORA requests |