# EXHIBIT F

Monday, July 8, 2024
Organizational/Board Business Meeting

6:00 p.m.

Interactive Technology Center (First Floor)
Educational Support Center
110 McDonald Drive Lawrence, KS 66044
Meetings can also be live-streamed on our USD497 Youtube Channel.
https://www.youtube.com/@USD497/streams

# 1. Opening Items

| | |
|---|---|
| Subject : | 1.1 Call to Order |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Procedural |

# Public Content

For the safety of all those in attendance, display of signs or banners will not be permitted. If you have a sign or banner, you will be asked to leave it outside the boardroom for the duration of the meeting.

Tonights meeting is a meeting of the board held in public, not a public hearing or discussion with the board. Please be respectful of the presenters, the board, and yourfellow audience members as we discuss and deliberate the items on tonights agenda.Comments or actions that are threatening to or disrespectful of presenters, the board, or others inattendance,includinguse of foul languageor any otherbehaviorthat is disruptive of the board meeting,will result in immediate removal from the meeting.
Patrons will be invited to share comments as part of the Public Comment portion of the meeting as outlined in Board Policy BCBI. That time is set aside on the boards agenda for members of the public to share their thoughts; it is not a time for dialogue with or a question and answer session with the board.Patrons who wish to participate in public comment must fill out the public comment form so that board or staff can follow up with you regarding your public comment as needed.If your comments require follow-up from the board or staff, that will occur after tonights meeting. The district assumes no responsibility or liability for the information shared during Public Comment. The views expressed are solely those of the speakers and do notnecessarily reflect the views of the Lawrence Public Schools.

In addition, USD 497 provides access to our board meetings through live-streaming. The platform used for this live-streaming has acceptable use rules for content on its site. USD 497 does not delete or hide board meeting videos; however, the streaming platform may elect to do so if the content of public comment or any other portion of the meeting is found to violate the platforms acceptable use rules.

Thank you for your cooperation in these areas.

| | |
|---|---|
| Subject : | 1.2 Approval of Agenda |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Action |

| | |
|---|---|
| Recommended Action : | I move we approve the agenda for the July 8, 2024 board meeting. |

## Motion & Voting

I move we approve the agenda for the July 8, 2024 board meeting.

Motion by Shannon Kimball, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 1.3 Election of President |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Action |
| Recommended Action : | I move that the board of education elect XXX as our new president of the board of education. |

# Public Content

The board will vote for the President.

### File Attachments

[24-25 Final Board President-Vice President Tallies.pdf (57 KB)](#)

## Motion & Voting

I move that the board of education elect Kelly Jones as our new president of the board of education.

Motion by Shannon Kimball, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 1.4 Election of Vice President |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Action |
| Recommended Action : | I move that the board of education elect XXX as our new vice president of the board of education. |

# Public Content

The board will vote for the Vice President.

## File Attachments

24-25 Board Vice President Votes.pdf (228 KB)
24-25 Final Board President-Vice President Tallies.pdf (57 KB)

# Motion & Voting

I move that the board of education elect GR Gordon-Ross as our new vice president of the board of education.

Motion by Shannon Kimball, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 1.5 Special Recognition |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Recognition |

# Public Content

- **Lawrence Virtual School eCybermission National Champions** - Zach Harwood, principal, and Nancy Jackson, gifted education facilitator
- **Recognition of Outgoing Board President Kelly Jones** - Dr. Anthony Lewis, superintendent

| | |
|---|---|
| Subject : | 1.6 Report of the Superintendent of Schools |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Information |

## File Attachments

Superintendent's Report 7.8.24.pptx.pdf (2,519 KB)

| | |
|---|---|
| Subject : | 1.7 Report of the President of the Board of Education |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Information |
| Subject : | 1.8 Public Comment |

| | |
|---|---|
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Information |

# Public Content

### PUBLIC COMMENTARY(Pursuant to Board Policy BCBI)

The USD 497 Board of Education welcomes public comments and thanks you for taking time to talk to us about our policies and procedures. We set aside this time during our regular meetings to hear from the public.

Patrons who wish to participate in public comment must fill out the public comment form so that district staff or the board can follow up with you regarding your public comment as necessary.

This is your time to share your opinions; however, public comment is not the appropriate forum for making complaints about specific staff or students. If your comments relate to complaints concerning students or staff, such complaints must be addressed to district staff as provided under Board Policy KN (Complaints) or Board Policy GAE (Personnel Complaints).

The board president or presiding officer of the meeting may direct that a public comment request be redirected to staff in order to comply with board policy and/or to protect the privacy of individual staff or students. For assistance in sharing a complaint or concern with district staff, please inform the board clerk or other district staff member.

Topics discussed in public comments shall be germane to the business of the Board of Education. The board president or presiding officer will invite commentary on topics not included on the meeting agenda at the beginning of each meeting. Comments relating to agenda items are welcome after the board has had the opportunity to discuss the topic. **Please limit your comments to three (3) minutes.**

Comments or actions that are threatening to staff, the board, or others in attendance, including the use of foul language or any other behavior that is disruptive of the board meeting, will not be permitted during public comment. Additionally, the district assumes no responsibility and/or liability for the information shared during public commentary. The views expressed are solely those of the speakers and do not necessarily reflect the views of the Lawrence Public Schools.

### File Attachments

[Public Comment Registration Form 09.23.pdf (75 KB)](#)

| | |
|---|---|
| Subject : | 1.9 Board Commentary |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 1. Opening Items |
| Type : | Information |

# 2. Consent Agenda

| | |
|---|---|
| Subject : | 2.1 Approval of Consent Agenda |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |

| | |
|---|---|
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business." |

# Public Content

*Consent agenda items are those that are considered routine and are adopted by one motion unless any Board Member or the Superintendent requests that an item be removed. The item/items removed are voted on separately.*

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.2 Meeting Minutes |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent), Minutes |
| Recommended Action : | I move that the Board of Education accept the minutes as attached. |
| Minutes : | View Minutes for Jun 24, 2024 - Board Report(s) Meeting |

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.3 Special Meeting Minutes |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent), Minutes |
| Recommended Action : | I move that the Board of Education accept the minutes as attached. |
| Minutes : | View Minutes for Jul 2, 2024 - Notice of Special Meeting |

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.4 Personnel Report |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the Board of Education accept the personnel report as attached. |

# Public Content

## File Attachments

PERSONNEL ENCLOSURE 07082024 revised.pdf (10 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.5 Financial Reports |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the Board of Education approve the Cash Summary, Budget to Actual Summary and Budget to Actual Summary for Donations, Grants, Athletics and Activities report for the period ending May 31, 2024. |

# Public Content

**Administrator Responsible:**

Cynde Frick, Executive Director of Finance

**Background Information:**

Interim financial reports are part of the consent agenda. The reports provide a financial status update at a specific moment in time.

**Strategic Plan Alignment**:

Data Informed Decisions

**Recommendation**:

Administration recommends the Board of Education approve the interim financial reports including the Cash Summary, Budget to Actual Summary, and Budget to Actual Summary for Donations, Grants, Athletics and Activities for the period ending May 31, 2024.

## File Attachments

Cash Summary May 31, 2024.pdf (287 KB)
Budget to Actual Summary May 31, 2024.pdf (188 KB)
Budget to Actual Donations, Grants, Athletics and Activities May 31, 2024.pdf (335 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.6 Monthly Vouchers |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the board of education approve the summary of district and school disbursements for the period of 06/21/2024 through 07/03/2024, as presented. |

# Public Content

**Administrator Responsible:**

Cynde Frick, executive director finance

**Background Information:**

Summary of checks and wires disbursed during the period of 06/21/2024 07/03/2024.

**Recommendation**:

Administration recommends the board of education approve the summary of district and school disbursements from the period of 06/21/2024 07/03/2024, as presented.

## File Attachments

Monthly Vouchers 062124 to 070324 for 070824 Board Meeting_24-25 Fiscal.pdf (37 KB)
Monthly Vouchers 062124 to 070324 for 070824 Board Meeting.pdf (82 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.7 Annual Renewal Facilites and Operations Management Software - FMX |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve renewing FMX software for the 2024-2025 school year, covering maintenance work order management, facility and trip scheduling, and IT work orders. The total cost is $30,240.00, to be funded out of the technology budget fund." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

David Vignery, Director, Technology

**Background Information:**

At its meeting on October 24, 2022, the Board of Education approved a contract with FMX for a software package. The software will manage maintenance and IT work orders, coordinate facility scheduling and handle trip requests. The annual renewal cost for this contract is $30,240.00 and is part of the technology budget fund.

**Strategic Plan Alignment:**

Safe & Supportive Schools

Data-Informed Decisions

**Recommendation:**

The administration recommends the one-year renewal with FMX for software covering maintenance work order management, facility and trip scheduling, and IT work orders. The total cost is $30,240.00, to be funded out of the technology department fund.

## File Attachments

invoice_33812.pdf (79 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.8 Annual Elevator Service Agreement - KONE, Inc. |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve a one-year service agreement through October 31, 2025, for district-wide elevator maintenance and phone monitoring services with KONE, Inc. under OMINA Partners cooperative contract GENRL-EV2516 in the amount of $31,080.00 to be paid from Capital Outlay Funds." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

There are 15 elevators situated throughout the district. These elevators necessitate specialized maintenance, service, and monitoring, which falls outside the purview of the Facilities & Operations Department. It is imperative to establish a service agreement with a company that specializes in the needed elevator services.

The district has received a proposal to renew the agreement with KONE, Inc., a provider in elevator maintenance, repair, modernization, and associated products and solutions. This includes elevator phone monitoring services under OMNIA Partners cooperative contract GENRL-EV2516. The proposed annual cost for these services is $31,080.00 and goes through October 31, 2025. The current contract expires October 31, 2024.

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

Administration recommends the Board of Education approve of a one-year service agreement through October 31, 2025, for districtwide elevators with KONE, Inc. under the OMINA Partners cooperative contract GENRL-EV2516 in the amount of $31,080.00 to be paid from Capital Outlay Funds.

## File Attachments

US Communities.Omnia Partners Agreement Elevator Services Rider 2024.pdf (150 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.9 Property & Liability Insurance & Educator's Legal Liability for 2024-2025 |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the district's property and liability insurance for the 2024-2025 fiscal year, including educator's legal liability coverage through the Kansas Insurance Cooperative for Schools (KICS), totaling $1,390,901.87 to be paid from the general fund budget." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

Each year the district must purchase property and liability insurance coverage. This coverage includes buildings, contents, musical instruments, premises liability, employee benefits liability, blanket employee dishonesty, money and securities at each location, cyber liability, pollution liability, automobiles and other mobile equipment. The policies currently set to expire on July 1, 2024. However, the district did not receive the renewal for the 2024-2025 year until June 27, 2024.This policy does not cover workers' compensation, school board liability, or treasurer's bond insurance.

The District also carries an educator's legal liability insurance policy that protects the Board of Education as well as all district employees. The company will pay on behalf of the district losses in excess of the deductible and within the limit of liability.

It is common practice for school districts to purchase information security & privacy insurance with breach response services commonly referred to as Cyber Liability Insurance. This policy is intended to cover a variety of both liability and property losses that may result when a business engages in various electronic activities, such as selling on the Internet, Internet media or collecting data within its internal electronic network.

The definition of insured under this policy includes the educational institution and its Board of Governors, Board of Education, school committee, Board of Trustees or commission.

Each of the following is also insured for acts within the scope of their duties as such: each elected or appointment member of a Board of Governors, Board of Education, school committee, Board of Trustees or commission; employees, student teachers and volunteer workers.

Insurance coverage is necessary to protect USD497 from financial loss due to theft, destruction or damage. The renewal cycles for public schools in Kansas have been challenging over the past several years, mainly due to various weather-related issues occurring in Kansas and abroad, but also due to increasing property values. This has led to increasing insurance rates on the property line, which is where most of the premium lies in school districts.

Our insurance carrier recommendation for 2024-2025 will be through the Kansas Insurance Cooperative for Schools (KICS) formerly known as Kansas Educational Risk Management Pool, LLC (KERMP) in the fixed amount of $1,390,901.87.

**Strategic Plan Alignment:**

Student-Centered Learning

Data-Informed Decisions

**Recommendation**:

Administration recommends that the Board of Education accept the district 2024-2025 property and liability insurance and educator's legal liability coverage throughKansas Insurance Cooperative for Schools (KICS) formerly known as the Kansas Educational Risk Management Pool, LLC (KERMP) in the amount of $1,390,901.87 to be paid from the general fund budget.

## File Attachments

Lawrence USD 497 - P&C Invoice.PDF (126 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Subject :                                   2.10 Fire Alarm Inspections and Monitoring and Hood
                                            Inspections - Tech Electronics

| | |
|---|---|
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the service agreement with Tech Electronics of Kansas for the annual and semi-annual testing monitoring, and inspections of the fire alarm systems, including the hood inspections for the 2024-2025 period. The total cost is $76,522.50 to be paid from the Facilites and Operations general fund." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

The district's fire alarm system undergoes through testing and inspections throughout the year to ensure optimal functionality. The districts networked fire alarm and monitoring systems offer round-the-clock security, real time notifications, and interactive access from any location. Kitchen hood fire suppression systems throughout the district are annually inspected to ensure safety and compliance. The district seeks approval for the service agreement including with Tech Electonics of Kansas to continue the fire safety measures at the following costs:

| District Wide | Cost for Service |
|---|---|
| Fire Alarm Monitoring | $20,800.00 |
| Fire Alarm Inspections - Annual and Semi-Annual | $49,622.50 |
| Hood Inspections | $6,100.00 |

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

Administration recommends the Board of Education approve the service agreement with Tech Electronics of Kansas for the annual and semi-annual testing monitoring, and inspections of the fire alarm systems, including the hood inspections for the 2024-2025 period. The total cost is $76,522.50 to be paid from the Facilites and Operations general fund.

## File Attachments

SubCM_CT2406030003_TPK_USD 497 Lawrence Public Schools.pdf (192 KB)
PIA_SA- A_USD 497 Lawrence Public Schools-2024.pdf (258 KB)
USD 497_KH Quote_July 2024.pdf (381 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.11 Annual Renewal Microsoft Licenses - CDW-G |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the renewal of Microsoft licenses for the 2024-2025 school year through CDW-G, utilizing the Southeast Kansas ESC Purchasing Contract (022-G), at a total cost of $66,738.76 to be paid from the technology fund budget." |

# Public Content

**Administrator Responsible:**

David Vignery, Director of Technology

**Background Information:**

The district renews the Microsoft licenses and support package annually. The package includes all future updates and allows the district to stay current on all Microsoft software. The licenses support all students and staff, including Lawrence Virtual School. The 2024-2025 renewal quote from CDW-G is $66,738.76, to be paid from the technology budget fund.

**Strategic Plan Alignment**:

Safe & Supportive Schools

Data-Driven Decisions

**Recommendation**:

The administration recommends the Board approve the renewal of Microsoft licenses and support for the 2024-2025 school year in the amount of $66,738.76 through CDW-G the Southeast Kansas ESC Purchasing Contract (022-G) to be paid from the technology department fund.

**File Attachments**

[NVWM433.pdf (94 KB)](NVWM433.pdf)

**Consent**

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.12 Annual Renewal - Mosyle Manager |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the renewal for Mosyle Manager software from Mosyle, with an estimated cost of $104,500.00, to be funded from the technology budget fund." |

# Public Content

**Administrator Responsible:**

David Vignery, Director of Technology

**Background Information:**

The district has issued mobile devices to teachers, staff, and students for eleven years to support blended classrooms and 1:1 device initiatives. These devices are managed using Mosyle Manager software, a mobile device management software solution designed primarily for educational institutions. It allows administrative management and security for Apple devices within schools or districts. Mosyle Manager software features include:

   1) Device Enrollment and Deployment to simplify the initial setup and deployment of Apple devices in bulk.

   2) Profile Management to enable administration to create and enforce policies (such as security settings, and app configurations) across all managed devices.

   3) App Management whichfacilitates the distribution and management of apps to devices, including volume purchasing options for educational apps.

4) Remote Management which provides remote monitoring, troubleshooting, and management capabilities for devices, ensuring they are secure and compliant with school policies.

5) Classroom Management to support classroom workflows by enabling teachers to guide and monitor students' device usage during lessons, facilitating collaboration and learning.

As with other software packages, Mosyle requires annual renewal. This expenditure represents the renewal cost of Mosyle Manager for the 2024-2025 school year.

**Strategic Plan Alignment**:

Student-Centered Learning

Data-Informed Decisions

**Recommendation**:

The administration recommends that the Board of Education approve the renewal of Mosyle Manager software from Mosyle, with an estimated cost of $104,500.00, to be funded from the technology budget fund.

## File Attachments

[Moysle Manager 2024-2025 Quote.pdf (22 KB)](Moysle Manager 2024-2025 Quote.pdf)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.13 Annual Renewal - ClassLink |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the renewal of ClassLink site licenses and ClassLink Analytics Plus software, purchased from ClassLink, Inc., for the 2024-2025 school year with an estimated cost of $41,525.00 to be paid from the technology department funds." |

# Public Content

**Administrator Responsible:**

David Vignery, Director of Technology

**Background Information:**

ClassLink software, now branded as "Go" within USD 497, consolidates access to multiple software applications into a single login. Like most software solutions, ClassLink requires annual renewal, effective August 1, 2024, through July 31, 2025. ClassLink does the following:

- Eliminates the need for manual inputting of rosters by providing a rostering server through PowerSchool that can be integrated into classes (saving hours of manpower).
- Provides a single sign-on portal for all linked curricula.
- Allows elementary students to log in using a QR code, saving class time and maximizing learning time in the classroom.
- Allows the district to track resource usage to help determine which learning applications are adding value.
- Allows users to easily share files between cloud storage accounts such as Google Drive, OneDrive, and Dropbox, as well as allows for remote access to files on the school network
- Allows end-users to change passwords off-site should phishing scams occur.
- View and measure all usage that is happening outside the ClassLink portal on district-owned devices.

**Strategic Plan Alignment:**

Student-Centered Learning

Data-Informed Decisions

**Recommendation:**

Administration recommends the renewal of ClassLink software licenses and ClassLink Analytics Plus for the 2024-2025 school year with an estimated cost of $41,525.00 to be paid from the technology department fund.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Subject :                                  2.14 OpenEye Security Camera Monitoring Software
                                           Renewal - American Digital Security

Meeting :                                  Jul 8, 2024 - Organizational/Board Business Meeting

| | |
|---|---|
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve the renewal purchase from American Digital Security of OpenEye Video Surveillance Management Software used for the district's video security cameras with an estimated cost of $40,205.88, to be paid from the Facilities and Operations Safety and Security Capital Outlay Fund." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

David Vignery, Director of Technology

**Background Information:**

The district currently owns and maintains over 1,000 security cameras used to secure school and building entrances and monitor buildings and grounds. As with any software, license renewals are required to continue managing the cameras, support upgrades, and receive the technical support. The software used by Lawrence Public Schools does not include facial recognition capabilities. The 2024-2025 annual renewal of this software in the amount with an estimated cost of $40,205.88.

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

Administration recommends the Board of Education to approve the purchase from American Digital Security of OpenEye Video Surveillance Management Software used for the district's video security cameras with an estimated cost of $40,205.88, to be paid from the Facilities and Operations Safety and Security Capital Outlay Fund.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.15 Lighting Upgrades for Energy Cost Savings |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve lighting upgrades. This initiative aims to enhance energy costs savings by acquiring hybrid light bulbs from Border States Industries Inc. through State of Kansas contract #51087. Additionally, the budget will cover the purchase of project supplies, recycling of used bulbs and any contracted electrical services deemed necessary. The estimated cost for this comprehensive project is set not to exceed $36,000, and the funds will be sourced from the Facilities and Operations general fund." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

In the summer of 2023 Deerfield Elementary School underwent a lighting upgrade, transitioning from standard light bulbs to hybrid bulbs. This proactive measure resulted in a impressive monthly average energy cost savings of 36 percent. The success of this initiative has surpassed expectations, prompting the Facilites and Operations department to consider additional cost savings in the future.

At it's January 8, 2024, meeting the Board of Education approved transitioning from standard light bulbs to hybrid bulbs at Schwegler and Sunflower Elementary Schools. With the resources available New York Elementary School has also been include in the summer of 2024 lighting upgrades. While the energy cost savings are yet to be determined, it is projected to be in line with the cost savings at Deerfield Elementary School.

Looking ahead, annually, two to four buildings are closed for summer maintenance presenting a prime opportunity to extend these energy-efficient upgrades further throughout the district.

The pricing for the hybrid bulbs is secured through a purchasing contract with the State of Kansas, specifically contract #51087. The comprehensive costs for the schools are estimated not to exceed $36,000. This includes expenses for the hybrid bulbs, project supplies, recycling of used bulbs, and any contracted electrical services, if required. All funding for this initiative will be drawn from the Facilities and Operations general fund budget.

**Strategic Plan Alignment**:

Safe & Supportive Schools

Data-Informed Decisions

**Recommendation**:

Administration recommends the Board of Education to approve purchasing hybrid light bulbs through State of Kansas contract #51087, along with project supplies, recycling of used bulbs and contracted electrical services, if needed, at an estimated cost not to exceed $36,000 to be paid from the Facilities and Operations general fund.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.16 Device Repair - Synetic Technologies |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve a budget allocation of $30,000 with Synetic Technologies, Inc. for repairing staff and student devices during the 2024-2025 school year, to be funded from the technology department's instructional budget." |

# Public Content

**Administrator Responsible:**

David Vignery, Director of Technology

**Background Information:**

Each student and staff member receives a device to enhance instructional support, with anticipated incidental damage and wear throughout the school year. The Board of Education's approval of iPads and iMacs with AppleCare+ has significantly reduced the repair costs. Forthe 2023-2024 school year, the district allocated $30,000 for repairs, and the technology department feels that allocation will be sufficient 2024-2025 school year.

**Strategic Plan Alignment**:

Student-Centered Learning

<u>Recommendation</u>:

Administration recommends the Board of Education approval to encumber funds with Synetic Technologies, Inc. for the 2024-2025 device repairs of $30,000.00 to be paid out of the IT instruction budget.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.17 Engineering and Consulting Services - Norton & Schmidt Consulting Engineers, LLC |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the engagement of Norton & Schmidt Consulting Engineers, LLC for engineering and consulting services during the 2024-2025 school year, with total expenditures not to exceed $300,000, to be paid out of capital outlay funds." |

# Public Content

<u>Administrator Responsible:</u>

Dr. Larry Englebrick, Chief Operations Officer

<u>Background Information:</u>

At it's meeting on November 8, 2021, the Board of Education approved an agreement with Norton & Schmidt Consulting Engineers, LLC for structural engineering and consulting services, applicable to facility projects costing $1,000,000.00 or less. Since then, Norton & Schmidt Consulting Engineers, LLC has provided a range of services, including preparing restoration construction documents, assisting in the bidding process, and overseeing preparing restoration construction documents, assisting in the bidding process, and overseeing construction administration for the majority of capital facility projects put out for bid.

During the 2022-2023 school year, Norton & Schmidt provided services for ten projects totaling $246,700.90. In the 2023-2024 school year, they worked on six projects totaling $285,120.00. These projects encompassed district-wide roofing, building exteriors, asphalt and concrete maintenance, as well as specific undertakings like the Free State soccer shade and the newly installed solar panels at Prairie Park.

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

Administration recommends the Board of Education approve the engagement of Norton & Schmidt Consulting Engineers, LLC for engineering and consulting services during the 2024-2025 school year, with total expenditures not to exceed $300,000, to be paid out of capital outlay funds.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.18 Annual Renewal - PowerSchool |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the 2024-2025 software renewals with PowerSchool including but not limited to BPlus and Operations Modules, Special Programs, Student Management Modules, Performance Matters Analytics and RTI/MTSS, TalentED, and associated technical support, with total expenditures estimated to be $600,000.00 to be paid from the technology department funds." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

Cynde Frick, Executive Director Finance

David Vignery, Director of Technology

**Background Information:**

Departments across the district utilizes PowerSchool software, includingBPlus and Operations Modules for financial and human resources administration, Special Programs, Student Management System Modules, Performance Matters Analytics, RTI/MTSS for collaboration behavioral documenting and communication at both building and district levels, and Talent ED for centralized HR management and applicant tracking.

The district's expenditures for PowerSchool software in 2023-2024 school year amounted to $349,058.34 and $561,722.46 in the 2022-2023 school year, which includes the purchase of Unified Insights. Annual renewal and maintenance fees, including technical support, and customary for all software. At its June 10, 2024 meeting, the Board of Education approved transitioning from Unified Insights to the iON Platform software, for which funds have already been encumbered.

**Strategic Plan Alignment**:

Data-Informed Decisions

Effective Employees

Student-Centered Learning

**Recommendation**:

The administration recommends the Board of Education approve the 2024-2025 PowerSchool software renewals estimated to be $600,000.00 to be paid from technology department funds.

# Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.19 Architectural Consulting Services - ACI Boland |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I recommend the Board of Education to approve architectural consulting services from ACI Boland for the 2024-2025 school year, with expenditures not to exceed $200,000.00 to be paid from capital outlay funds." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

Durning the 2023-2024 school year architectural services were provided by ACI Boland for a cost of $171,000.00 for projects including:

- Performing Arts Study
    - Comprehensive evaluation of all middle and high school performing arts facilities, equipment and seating, identifying areas for improvement, expansion and renovation
- Life Skills Suite Design atCommunity Connections at Pinckney
    - Design apartment like spaces for student life skills programming
- 5 Year Master Project Budget Assembly
    - Develop a five-year financial budget for potential future projects across the district
- Liberty Memorial Central Middle School Redesign
    - Conceptual Support forSTEAM curricular programming
- Athletic Facilities Master Planning Study
    - Study ofall middle and high school indoor and outdoor athletic facilities reviewing the overall programmatic needs and uses of the facilities

As the districts facility, grounds and curricular programming needs fluctuate, it is anticipated architectural consulting services will be needed for upcoming capital projects.

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

Administration recommends the Board of Education approve architectural consulting services provided by ACI Boland for the 2024-2025 school year, at a cost not to exceed $200,000.00 to be paid from capital outlay funds.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Subject :                                    2.20 Participation in Child Nutrition Programs for

2024-2025

| | |
|---|---|
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the Board of Education approve participation in the Child Nutrition Programs for the 2024 - 2025 school year and designate Julie Henry as the Authorized Representative, with Jennifer Flowers as the Determining Official for free /reduced price meal applications, and Paula Murrish as the Hearing Official. |

# Public Content

**Administrator Responsible:**

Julie Henry, Director of Nutrition & Wellness

**Background Information:**

The Nutrition & Wellness department administers several programs that provide healthy food to children including the National School Lunch Program (NSLP), School Breakfast Program (SBP), Child and Adult Care Food Program (CACFP), After School Care Snack Program (ASCSP), Fresh Fruit & Vegetable Program (FFVP) and Summer Food Service Program (SFSP). Administered by the Kansas Department of Education, each of these programs helps students receive nutritionally balanced, low-cost or free meals and snacks each school day.

To participate in the Child Nutrition Programs, the Sponsoring Food Authority must agree to conduct the program in accordance with regulations as outlined in the 2025 Program Agreement.

1. If the Board of Education chooses to participate in these programs, the Nutrition & Wellness Team of the Kansas State Department of Education will be the agent for the Federal Government to insure the implementation of the Program Agreement and to provide reimbursement funds for meals served.
2. USD #497 will receive approximately $ 3,000,000 from Federal and State funds for meals served during the 2024-2025 school year. This is approximately 63% of the total receipts of the Food Service Fund.
3. The Program Agreement requires that a determining official review free/reduced price meal applications and determine eligibility for program benefits and a hearing official who is not involved with the original eligibility determination to be designated. Jennifer Flowers, Supervisor, will serve as the determining official and Paula Murrish is recommended to be the hearing official.
4. The Kansas State Department of Education requires that an Authorized Representative be designated by the Board of Education in an official board meeting. The Authorized Representative may act for the Sponsoring Food Authority in handling the operation of the School Food Service Programs in preparing and signing documents, reports and claims for reimbursement pertaining to the installation and operations of the programs. It is recommended that Julie Henry serve as this Authorized Representative.

**Strategic Plan Alignment:**

Safe & Supportive Schools

Data-Informed Decisions

**Recommendation:**

The administration recommends that the Board of Education agree to participate in the the National School Lunch Program (NSLP), School Breakfast Program (SBP), Child and Adult Care Food Program (CACFP), After School Care Snack Program (ASCSP), Fresh Fruit & Vegetable Program (FFVP) and Summer Food Service Program (SFSP) for the 2024-2025 school year and to designate Julie Henry as its Authorized Representative. It is recommended that Jennifer Flowers be designated as the Determining Official for free /reduced price meal applications and Paula Murrish as the Hearing Official.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.21 Designation of Authorized Bank Signers |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the Board of Education approve the designation of the Board President, Board Vice President, Board Treasurer, Clerk of the Board, Deputy Treasurer and Assistant Director of Budget and Finance as authorized signers on district and / or school bank accounts and to perform financial transactions on behalf of Lawrence USD 497 and its schools. |

# Public Content

**Administrator Responsible:**

Cynde Frick, Executive Director Finance

**Background Information:**

Each year when the new board president and vice president take office, new bank signature cards are required for the district's bank accounts.

**Strategic Plan Alignment**:

Data Informed Decisions

**Recommendation**:

Administration recommends that the board of education approve the designation of the board president, board vice president, board treasurer, clerk of the board, deputy treasurer and assistant director of budget and finance as authorized signers on district and or school bank accounts and to perform financial transactions on behalf of Lawrence USD 497 and its schools.

### Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.22 Designation of Depositories for 2024-25 Fiscal Year |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the Board of Education designate the schedule of banks and savings associations as depositories for possible use during the 2024-25 fiscal year. |

# Public Content

**Administrator Responsible:**

Cynde Frick, Executive Director Finance

**Background Information:**

Each year it is necessary for the board of education to designate depositories for district and school activity funds, including any investment of idle funds. Below is a list of depositories for possible use during 2024-25. As the results of a banking bid, US Bank is the district's primary depository.

Bank of America

Bank Midwest

Capitol Federal Savings

Central Bank

Central National Bank

Commerce Bank

Emprise Bank

First State Bank & Trust

Great American Bank

Intrust Bank

Landmark National Bank

RCB Bank

Sunflower Bank

United Missouri Bank

US Bank

Kansas Municipal Investment Pool per KSA 12-1675.

**Strategic Plan Alignment**:

Data Informed Decisions

**Recommendation**:

Administration recommends the board of education approve the schedule of banks and savings associations as depositories for possible use during the 2024-25 fiscal year.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.23 Waiver of GAAP & Fixed Asset Accounting Requirements |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |

Type :                                                Action (Consent)

Recommended Action :                    I move the Board of Education waive the requirements for
                                                      Generally Accepted Accounting Principles and fixed asset
                                                      accounting for the year ending June 30, 2025.

# Public Content

**Administrator Responsible:**

Cynde Frick, Executive Director Finance

**Background Information:**

Kansas municipalities, such as school district, are allowed to waive the requirements for Generally Accepted Accounting Principals (GAAP) which includes the requirement for fixed asset accounting and may instead report on the cash basis and budget laws of the State of Kansas in accordance with the Kansas Municipal Audit and Accounting Guide. The Kansas Department of Education (KSDE) recommends districts waive GAAP and fixed asset accounting. This allows for cash basis financial statements that better relate to the state budget documents. KSDE provides a resolution for Kansas schools to use for waiving GAAP requirements. As required by KSA 75-1120 a(c)(1) the Director of Accounts and Reports automatically grants a GAAP waiver for the year the annual resolution stipulates, provided that it contains working substantially similar to that provided in said statute.

**Strategic Plan Alignment**:

Data Informed Decisions

**Recommendation**:

Administration recommends that the board of education waive the requirements for GAAP and fixed asset accounting for the year ending June 30, 2025.

## File Attachments

Resolution GAAP and FA Waiver for June 30 2025.pdf (419 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Subject :                                             2.24 Disposal of Excess Items

| | |
|---|---|
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the sale of marketable items via Purple Wave and donation of less saleable items to Restore-Habitat for Humanity, and /or Orphan Grain Train, Inc., with the plan that any items not sold or donated will be recycled. " |

# Public Content

**Administrator Responsible:**

Paula Murrish, Executive Director District Services

Brian Jones, Supervisor Warehouse

**Background Information:**

Board Policy DFM mandates that surplus equipment and materials purchased by the district or its schools must be disposed of under the discretion of the Board of Education. In previous years, the Board has utilized Purple Wave Auction, an online auctioning group, to sell marketable items. This method retains the transitional auction experience while leveraging the convenience of the Internet. Marketable items encompass a variety of good such as furniture, fixtures, vehicles, equipment, shelving, plumbing, and electrical supplies. Items less likely to sell, including student desks, tables. and chairs, have been donated to Restore- Habitat for Humanity or Orphan GrainTrain, Inc. Orphan Grain Train is a Christian volunteer network that provides personal and material resources to people in need across American and globally. Since 1992, their volunteers have collected and distributed items such as clothing, medial supplies, food, and furniture to over 60 different countries.

**Strategic Plan Alignment**:

Safe & Supportive Schools

District-Informed Decisions

**Recommendation**:

Administration recommends board approval of the sale of excess items via Purple Wave and the donation of old and no longer useful or marketable pieces of furniture to Restore- Habitat for Humanity, Orphan Grain Train, Inc. If there are items that arent marketable to be sold or the organization doesnt want, they will be recycled. Any funds received will be deposited into the Capital Outlay fund.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.25 Printing Expenses - Maintenance and Supplies |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the annual cost of maintenance and supply costs for printing, including click charges and related expenses from SumerONE up to $190,000.00 annually to be paid from general fund printing budget." |

# Public Content

### Administrator Responsible:

Sharon Leggott, Coordinator II Printing Department

Paula Murrish, Executive Director District Services

### Background Information:

The Board of Education approved the printing lease for the district's printers at the May 13, 2024 meeting. This includes the high production machines in the print shop and the multi-function devices throughout the district, for a total of 119 machines. The district pays a per click charge which includes maintenance and supplies for the machines, excluding paper.

### Strategic Plan Alignment:

Data-Informed Decisions

Student-Centered Learning

### Recommendation:

Administration recommends the Board of Education to approve the annual cost of maintenance and supply costs for printing, including click charges and related expenses from SumerONE up to $190,000.00 annually to be paid from general fund printing budget.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.26 Purchase Authority for Casework, Custom Desks, Collaborative Tables, and Student Storage Units |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the Board of Education approve purchasing authority to Precision Craft in the amount up to $300,000 for items comprising of casework components, customized desks, tables and student storage units as specified and bid. |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

Paula Murrish, Executive Director District Services

**Background Information:**

A significant piece of successfully completing the districts construction and capital improvement projects involves furnishing and equipping the educational spaces, including classroom furniture, meeting and office spaces. The district is moving forward with standardizing components when possible which will allow for the district to interchange furnishings as needs arise. The district has standardized its casework components which has been awarded to Precision Craft of Olathe, KS. They are a design and manufacturer of commercial wood products, and they have designed several pieces, including a tall marker board table that the district is using in learning pocket spaces and secondary blended learning classrooms. They have been awarded the bid due to their competitive prices and meeting unique design requests along with their advantageous turnaround time. The district is requesting to have purchasing authority to Precision Craft up to $300,000 for classroom, meeting, office, and collaborative needs. The district has received bid prices that will be honored through June 30, 2025.

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

Administration recommends the board approve the procurement authority up to $300,000 to Precision Craft for the purchase of standardized classroom, learning space items, customized desks, casework components, tables and storage units from the capital outlay allocated budget.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.27 Board Governance and Operating Procedures |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the board of education approve the Governance and Operating Procedures Manual from the Dec.11, 2023 Board meeting." |

# Public Content

### Administrator Responsible:

Kristen Ryan, Executive Director of Human Resources

### Background Information:

As called for by the Board Governance and Operations Manual, the board must approve the manual annually at the boards July organizational meeting. The latest version was approved at the December 11, 2023 Board of Education meeting.

### Strategic Plan Alignment:

Safe & Supportive Schools

### Recommendation:

Administration recommends the Board of Education approve the Governance and Operating Procedures Manual as updated from the December 11, 2023 Board meeting.

**File Attachments**

[Draft (Tracked Changes) Lawrence BOE Governance & Operating Procedures July 2024.docx - Google Docs.pdf (1,404 KB)](#)
[Final Draft Lawrence BOE Governance & Operating Procedures July 2024.docx (1).pdf (786 KB)](#)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.28 Reading Curriculum Supplemental Resource Purchase- IXL |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move that the Board of Education approve the renewal of IXL ELA student licenses for the estimated amount of $35,000 which includes an allowance for additional student licenses as necessary to be paid from the Student Materials Revolving Teaching and Learning Account. |

# Public Content

**Administrator Responsible:**

Shaun Hanson, Director Secondary Curriculum

Denise Johnson, Director Elementary Curriculum

**Background Information:**

The State of Kansas adopted new English Language Arts Standards for grades K-12 in November of 2017 with expectations that teachers are covering these standards in tier 1 instruction provided to all general education students. As the English Language Arts curriculum team continues to review instructional resources that are utilized throughout our district to intervene and/or enrich our students' experience, the team needs to implement a supplemental curriculum resource.This team would like to renew our IXL site license to include the addition of ELA access for the 2024-25 school year. After reviewing our Reading State Assessment

scores, IXL provides personalized learning opportunities for our students as well as our teachers that will assist in targeting small group instruction to help fill missing concepts while strengthening others in a platform the students are familiar with.

**Strategic Plan Alignment**:

Cohesive Curriculum

Student-Centered Learning

**Recommendation**:

The Curriculum and Instruction Department recommends Board approval of renewing our current IXL site license to include:

> *ELA for LVS in grades K-8 = 350 student licenses*
>
> *ELA for SPED in grades K-12 = 200 student licenses*
>
> *ELA for grades 6-8 = 2300 student licenses*

The contracted price for these licenses are $29,925 plus an allowance for additional student licenses as necessary, for a total estimate of $35,000 to be paid from the Student Materials Revolving Teaching and Learning account.

## File Attachments

IXL Contract 206306 Lawrence Public Schools July 2024.pdf (76 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.29 LVS Resource Purchase - Flexpoint |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move that the Board of Education approve the purchase of the FlexPoint platform for the estimated amount of $97,000.00 which includes an allowance for additional |

student licenses as necessary to be paid from the Lawrence Virtual School Account.

# Public Content

**Administrator Responsible:**

Shaun Hanson, Director of Secondary Curriculum

Zach Harwood, Principal of Lawrence Virtual School

**Background Information:**

During the 2021-22 school year Lawrence Virtual School transitioned to using FlexPoint, formerly known as FLVS Global, as the core curriculum primary resource for grades 6-12. The FlexPoint platform provides K-12 virtual school students the opportunity to learn during live class lessons, as well as curricular integration and teacher customization. FlexPoint allows for a wide array of course options to choose from, the ability for teachers to identify lessons based on state standards, and to be the direct instructor for the course.

**Strategic Plan Alignment:**

Cohesive Curriculum

Student-Centered Learning

**Recommendation:**

The Curriculum and Instruction Department recommends Board approval of purchasing 400 Client Hosted Per Student Licenses and 100 Client Hosted Per Enrollment Licenses to support a variety of courses offered at Lawrence Virtual School. The contracted price for these licenses are $77,675 plus an allowance for additional student licenses as necessary, for a total estimate of $97,000 to be paid from the Lawrence Virtual school fund.

Breakdown of Contract:

400 Client Hosted Per Student Licenses Total Cost is $69,180.00

100 Client Hosted Per Enrollment Licenses Total Cost is $8,495.00

## File Attachments

FLEXPOINT QUOTE #13234 - USD 497 Lawrence - 100 Client Hosted Per Enrollment Licenses - July 2024.pdf (1,066 KB)
FLEXPOINT QUOTE #13420- USD 497 Lawrence - 400 Client Hosted Per Enrollment Licenses - July 2024.pdf (1,042 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.30 Schedule of Fees 2024-25 |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the board of education approve the attached fee schedules for the 2024-25 school year. |

# Public Content

**Administrator Responsible:**

Cynde Frick, Executive Director Finance

**Background Information:**

Board policy JS Student Fees and Charges indicates that the board will approve a schedule of enrollment fees and other fees to be charged for the school year. The attached files summarize the proposed enrollment fees for the 2024-25 school year. Fees changing from last year include:

Enrollment Fees - Monthly Montessori fee of $560 (was $540) - For three and four-year-olds who do no qualify for At-Risk funding.

Lost or Damaged Property - Device replacements due to intentional damage; iPads $50 (was $40), MacBook $90 (was $75), Microsoft Surface $50 (was $40) and Hotspots $15 (was $10); Instrument repair - lesser of repair or 15% of instrument value (was 10%); Instrument replacement due to intentional damage 15% of instrument value (was 10%).

Payment plans and credit card payment options are available to parents for fees, excluding yearbook fees, parking fee and activity tickets which should be paid at the time of purchase. At the end of each school year, unpaid fees go to collections.

**Strategic Plan Alignment**:

Data Informed Decisions

**Recommendation**:

Administration recommends board approval of the attached fees schedules for the 2024-25 school year.

## File Attachments

[Summary of Enrollment Fees 2024-25.pdf (430 KB)](#)
[Course Fees Chart 2024-25.pdf (441 KB)](#)
[Participation and Co-Curricular Fees.pdf (432 KB)](#)
[Lost or Damaged Property.pdf (149 KB)](#)

### Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.31 Approval of District Facility Rental Fee Structure |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education to approve the facility rental fee structure outlined below, applicable to both district and community groups for the 2024-2025 school year." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

Board Policy JS Student Fees and Charges require the board to approve fees for each school year. At the May 13th, 2024 meeting, the Board approvedupdated guidelines for renting school buildings and grounds to both in-district and out-of-district groups. Use of any facility or school ground must not disrupt the school's daily operations or any school-sponsored activities.The Facilities & Operations Department collaborated with both high school administrations, athletic directors, the Human Resources Department, Safety Coordinator, Finance Department, and the Facility Planning Committee to develop the fee structure. The structure includes fees for community groups, individual citizens, and district employees for both school-related and non-school related activities. While these guidelines are comprehensive, unforeseen circumstances may require the district Executive Leadership Team to make final decisions.

The proposed fee structure established is as follows:

| Facility Rental Fees | | | | | |
|---|---|---|---|---|---|
| Facility | Non-Profit | For-Profit | Outside User-Community, Charity Event, or Youth Services Group | School Sponsored Event | KSHSAA School Sponsored Activity |
| | (per hour rate) | (per hour rate) | | | (per day rate) |
| Classroom | $10.00 | $15.00 | Fees may be waived | Fees may be waived | $10.00 |
| Commons /Cafeteria - Elementary School | $10.00 | $20.00 | Fees may be waived | Fees may be waived | $10.00 |
| Commons /Cafeteria - Middle School | $10.00 | $20.00 | Fees may be waived | Fees may be waived | $10.00 |
| Commons /Cafeteria - High School | $10.00 | $20.00 | Fees may be waived | Fees may be waived | $10.00 |
| Gym - Elementary School | $15.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Gym - Middle School/ Auxiliary | $15.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Gym - High School/ Auxiliary | $40.00 | $50.00 | Fees may be waived | Fees may be waived | $10.00 |
| Wrestling Room - High School | $15.00 | $25.00 | Limited access | Fees may be waived | $10.00 |
| Library - Elementary School | $15.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Library - Middle School | $15.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Library - High School | $15.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Auditorium - High/Middle School | $40.00 | $60.00 | Fees may be waived | Fees may be waived | $10.00 |
| Black Box Theatre - High School | $40.00 | $60.00 | Fees may be waived | Fees may be waived | $10.00 |
| Grass Fields - Elementary School | No Charge | No Charge | No Charge | No Charge | No Charge |
| Baseball /Softball High School | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Practice /Camps (Turf) | $20.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Baseball /Softball High School Tournament /Games (Turf) | $25.00 | $50.00 ($300/Day Max) | Fees may be waived | Fees may be waived | $10.00 |
| Batting Cages - Centennial Gym | $15.00 | $25.00 | Fees may be waived | Fees may be waived | $10.00 |
| Batting Cages - Free State High School | $40.00 | $50.00 | Fees may be waived | Fees may be waived | $10.00 |
| Football - Middle School (Grass) | $10.00 | $10.00 | Fees may be waived | Fees may be waived | $10.00 |
| Football - High School (Turf) | $25.00 | $75.00 ($300/Day Max) | Fees may be waived | Fees may be waived | $10.00 |
| Tennis Court | $10.00 | $15.00 | Fees may be waived | Fees may be waived | $10.00 |
| Track - Middle School | $10.00 | $20.00 | Fees may be waived | Fees may be waived | $10.00 |
| Track - High School | $10.00 | $20.00 | Fees may be waived | Fees may be waived | $10.00 |
| Soccer Field - High School (Turf) | $25.00 | $75.00 ($300/Day Max) | Fees may be waived | Fees may be waived | $10.00 |
| Misc. Fees per hour- scoreboard, | | | Fees may be waived | Fees may be waived | |
| Misc. Fees may apply: Tables and Chairs Technology Support Moving of mats | | | | | |
| Custodial Fee | $30.00 | $30.00 | Fees may be waived unless outside custodial hours | Fees may be waived | Fees may be waived unless outside custodial hours |
| Set Up/ Clean-up Time | Additional 2 Hours | Additional 2 Hours | | | |

**Strategic Plan Alignment**:

Safe & Supportive Schools

Data-Informed Decisions

**Recommendation:**
Administration recommends the Board of Education to approve the facility rental fee structure outlined above, applicable to both district and community groups for the 2024-2025 school year.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.32 Designation of Legal Counsel for 2024-2025 School Year |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move we approve the Designation of Legal Counsel for 2024-2025 School Year. |

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, superintendent

Board policy provides for the appointment and compensation of the school board attorney. The policy reads, in part, as follows:

Attorney and Legal Services BBE

*"The board will retain a qualified attorney to handle all legal matters referred by the board.*

*The school attorney may attend any regular meeting of the board and other meetings of the board when requested by the board or the superintendent. The school attorney shall provide legal advice and counsel to the board.*

*The school attorneys contract shall establish the amount of compensation and shall be reviewed annually by the board in July.*

It is recommended that the Board of Education designate Brad Finkeldei of Stevens & Brand, L.L.P., as legal counsel for the 2024-2025 school year at the rate of $150per hour.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.33 Designation of Official Paper & Other News Media for 2024-2025 School Year |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move we approve the Designation of Official Paper & Other News Media for 2024-2025 School Year. |

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, superintendent

It is the recommendation of the administration that the Lawrence Journal-World be designated the official public newspaper of Lawrence Unified School District No. 497 for the 2024-2025 school year and that the Lawrence Journal-World, Great Plains Media, and Lawrence Times be recognized as official news media for the school district.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.34 Appointment of Clerk of the Board, District Treasurer, Deputy Clerk & Deputy Treasurer for 2024-2025 School Year |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move we approve the appointment of the Clerk of the Board, District Treasurer, Deputy Clerk & Deputy Treasurer for the 2024-2025 School Year. |

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, Superintendent

State law requires that each Board of Education annually appoint a clerk of the board and district treasurer. The administration recommends that the board approve the following appointments:

Clerk of the Board AlyseDonnell, Executive Assistant to Superintendent

District Treasurer Cynde Frick, Executive Director of Finance

The administration further recommends that the board approve a deputy clerk and deputy treasurer to be able to sign for official business in the absence of the regularly appointed clerk and/or treasurer:

Deputy Clerk Kiley Luckett, Mental Health Coordinator

Deputy Treasurer Pam Fraley, Assistant Director of Accounting

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.35 1116 Hour School Plan |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move we authorize the superintendent to notify the Kansas State Board of Education that Lawrence USD 497 will incorporate the hourly method for accounting for instructional time for the 2024-2025 school year. |

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, superintendent

The public school term requirements for the 2023-2024 school year are 186 six-hour days or 1116 hours. Kansas Statute 72-1106 empowers boards of education to approve the method of accounting for instructional time. Each board of education that wishes to authorize by board action the 1116 hour method for recording instructional time is required to notify the state board of education on or before September 15 of the applicable school year.

The administration recommends that the Board of Education authorize the superintendent to notify the Kansas State Board of Education that Lawrence USD 497 will incorporate the hourly method for accounting for instructional time for the 2024-2025 school year.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.36 Adoption of Board Meeting Schedule for 2024-2025 School Year |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move the board of education adopt the board meeting |

schedule for 2024-2025 school year.

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, superintendent

**Background Information:**

The board designates its regular meeting place to be the Board Room at the Educational SupportCenter, 110 McDonald Drive, and its regular meeting time to be 6:00 p.m.

In addition, the board retains the right to change both time and place upon proper public notice and to adjourn any meeting to another time, day and location.

## File Attachments

DRAFT 2024-2025 Schedule of BOE Meetings - DRAFT 2024-2025.pdf (179 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.37 2024-2025 District Leadership Organizational Chart |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move we approve the 2024-2025 Organizational Chart. |

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, superintendent

An updated District Leadership Organizational Chart for Lawrence Public Schools is attached for review and approval by the Board of Education. The chart accurately reflects the hiring and transfer of personnel for the 2024-2025 school year.

## File Attachments

[Organization Chart (1).pdf (577 KB)](Organization Chart (1).pdf)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| Subject : | 2.38 Designation of Authorized Representatives |
|---|---|
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | I move we approve the Designation of Authorized Representatives. |

# Public Content

**Administrator Responsible:**

Dr. Anthony S. Lewis, superintendent

State and federal laws and regulations require that each board of education annually appoint authorized representatives for the federal compensatory programs as well as those that serve as attendance officers and KPERS representatives. The administration recommends that the board approve the following appointments for the 2023-2024 school year:

1. Authorized representative for federal programs Anthony S. Lewis

2. Attendance officers

<!--td {border: 1px solid #cccccc;}br {mso-data-placement:same-cell;}-->

| |
|---|
| Amy Mcanareny, Lawrence Free State High School |
| Amanda J Faunce, Lawrence Free State High School |
| Tina Mitchell, Lawrence Free State High School |
| Matthew Renk, Lawrence Free State High School |
| Jered Shaw, Lawrence Free State High School |
| Quentin L Rials, Lawrence High School |
| Mike Gillman, Lawrence High School |
| Greg Farley, Lawrence High School |
| Patrick Graham, Lawrence High School |
| Elaina Honas, Lawrence High School |
| Jennifer A Schmitt, Liberty Memorial Central Middle School |
| Phillip L Mitchell, Liberty Memorial Central Middle School |
| Andrew Taylor, Billy Mills Middle School |
| Sara Murray, Billy Mills Middle School |
| Carissa Miles, Southwest Middle School |
| Jason Kingman, Southwest Middle School |
| Kady Carson, West Middle School |
| Mike Lewis, West Middle School |
| Amanda Green, Sunflower Elementary |
| Becky Reaver, Cordley Elementary School |
| Summer Moeckle, Deerfield Elementary School |
| Sarah Kruse, Hillcrest Elementary School |
| Jackie Mickel, Langston Hughes Elementary School |
| Brian Workman, New York Elementary School |
| Jason Townsend, Prairie Park Elementary School |
| James Polk, Quail Run Elementary School |
| Jared Comfort, Schwegler Elementary School |
| Jeremy Philipp, Sunset Hill Elementary School |
| Brandon Daley, Woodlawn Elementary School |
| Esther Jo Kottwitz, Early Childhood at Kenedy |
| Mark Preut, Lawrence College & Career Academy and Adult Education |
| Jenna Viscomi - East Heights |

3. Authorized representative for KPERS Megan Epperson

4. Freedom of Information officer Julie Boyle

5. Hearing officer for suspension and expulsion appeals Waymond Ervin

6. Homeless Coordinator -- Ron May

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.39 Kansas State University ESOL Endorsement Tuition |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve the payment for ESOL Methods course to Kansas State University in the amount of $40,209.75 to be paid from the 2024-25 Bilingual Fund. |

# Public Content

**Administrator Responsible:**

Leah Wisdom, Director of Instruction and Professional Development

**Background Information:**

Lawrence Public Schools continues to provide an ESOL (English to Speakers of Other Languages) program and ESOL services at all Levels, PreK-12 in accordance with state and federal guidelines.At Elementary, we have two ESOL cluster sites, Hillcrest and Cordley; as well as two neighborhood ESL sites; Schwegler and Sunflower. We serve ELLs (English Language Learners) at all Middle schools and High schools.

Students and families who identify a first language other than English during enrollment are screened using a language assessment (LASLinks) and offered ESOL services if the student qualifies. These services vary and are differentiated based on the needs of the students. Students qualifying for ESOL services are assessed annually as per Kansas State requirement using the K-ELPA (Kansas English Language Proficiency Assessment).

Our four elementary ESOL sites provide services for students in all settings, school-wide. It is an expectation that all certified staff at these four sites be ESOL endorsed. To assist with this, Lawrence Public Schools requires staff who are not ESOL endorsed to take the 3 credit hour ESOL Methods Course through Kansas State University, participate in an ESOL Academy, take and pass the ESOL Praxis exam. The cost associated with this is covered through our State Bilingual funds.With the closure of two elementary schools and movement of staff, we experienced a higher number of incoming staff at our ESOL sites that did not have their endorsement, in addition to newly hired staff, our total number of staff participating in the Methods course is higher than usual.

**Strategic Plan Alignment**:

Cohesive Curriculum

**Recommendation**:

Curriculum and Instruction team recommends that the Board of Education approve the payment for ESOL Methods course to Kansas State University in the amount of $40,209.75 to be paid from the 2024-25 Bilingual Fund.

### File Attachments

[KANSAS STATE UNIVERSITY R0152037 ONLINE GRADUATE COURSES ESOL- USD 497.pdf (154 KB)](#)

### Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.40 Board Policy JBCC - Enrollment of Nonresident Students - Second Reading |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve Board Policy JBCC - Enrollment of Nonresident Students on Second Reading with an adoption date of July 8, 2024." |

# Public Content

**Administrator Responsible:**

Kristen Ryan, Executive Director of Human Resources

**Background Information:**

At its June 17, 2024 meeting, the Board Policy Committee reviewed **Board Policy JBCC - Enrollment of Nonresident Students.** This policy was modified to promote compliance with changes made to the statute in the 2024 legislative session, which became effective upon publication of the statute.

**Recommendation**:

It is recommended that the Board of Education review Board Policy JBCC - Enrollment of Nonresident Students and approve it on Second Reading with an adoption date of July 8, 2024.

**File Attachments**

[DRAFT-JBCC.pdf (338 KB)](DRAFT-JBCC.pdf)

**Consent**

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.41 Board Policy JH - Student Activities - Second Reading |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve Board Policy JH - Student Activities on Second Reading with an adoption date of July 8, 2024." |

# Public Content

**Administrator Responsible:**

Kristen Ryan, Executive Director of Human Resources

**Background Information:**

At its June 17, 2024 meeting, the Board Policy Committee reviewed **Board Policy JH - Student Activities.** H. Sub. For SB 387 allows for virtual school students to participate in extracurricular activities. Specifically, a virtual school student seeking to participate in an activity in the students resident school cannot be required to do the following:


Enroll in or attend a minimum number of courses at such school district.
Enroll in or complete a particular course as a condition of participation, unless such requirement is imposed upon all other students who participate in a particular KSHSAA activity.

**Recommendation**:

It is recommended that the Board of Education review Board Policy JH - Student Activities and approve it on Second Reading with an adoption date of July 8, 2024.

**File Attachments**

[DRAFT - JH.pdf (269 KB)](DRAFT - JH.pdf)

**Consent**

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.42 Board Policy KK - Disposal of District Property - Second Reading |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve Board Policy KK - Disposal of District Property on Second Reading with an adoption date of July 8, 2024." |

# Public Content

**Administrator Responsible:**

Kristen Ryan, Executive Director of Human Resources

**Background Information:**

At its June 17, 2024 meeting, the Board Policy Committee reviewed **Board Policy KK - Disposal of District Property.** Provisions of H Sub for SB 387 implemented
changes to when and how a board can dispose of school district property, including:

- Limiting the legislative option to purchase school district buildings in which building is defined as any building that was used in any prior school year as an attendance center for students enrolled in kindergarten or any of the grades one through 12;
- Authorizing the legislative coordinating council to deny the legislative option to purchase when the legislature is not in session; and
- Prohibiting school districts from refusing to convey a building or property solely because the buyer or lessee may use or intends to use the building or property for nonpublic school purposes.

**Recommendation**:

It is recommended that the Board of Education review Board Policy KK - Disposal of District Property and approve it on Second Reading with an adoption date of July 8, 2024.

### File Attachments

DRAFT - KK.pdf (277 KB)

### Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.43 Board Policy EE - Food Services Management - Second Reading |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve Board Policy EE - Food Services Management on Second Reading with an adoption date of July 8, 2024." |

# Public Content

### Administrator Responsible:

Kristen Ryan, Executive Director of Human Resources

### Background Information:

At its June 17, 2024 meeting, the Board Policy Committee reviewed **Board Policy EE - Food Services Management.** The committee referred proposed KASB model updates to food services staff for review. The alternative draft language is attached.

### Recommendation:

It is recommended that the Board of Education review Board Policy Board Policy EE - Food Services Management and approve it on Second Reading with an adoption date of July 8, 2024.

### File Attachments

DRAFT - EE.pdf (75 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.44 Board Policy CF - Board-Superintendent Relations - Second Reading |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education approve Board Policy CF - Board-Superintendent Relations on Second Reading with an adoption date of July 8, 2024." |

# Public Content

**Administrator Responsible:**

Kristen Ryan, Executive Director of Human Resources

**Background Information:**

At its June 17, 2024 meeting, the Board Policy Committee reviewed **Board PolicyCF - Board-Superintendent Relations.**Update the policy to clarify areas of governance/administration within the board /superintendent relationship.

**Recommendation**:

It is recommended that the Board of Education review Board Policy CF - Board-Superintendent Relations and approve it on Second Reading with an adoption date of July 8, 2024.

## File Attachments

DRAFT - CF.pdf (245 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.45 Board Policy JCE - Complaints About School Rules - Retirement |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education review Board PolicyJCE - Complaints About School Rules and approve it for retirement, with an adoption date of July 8, 2024. |

# Public Content

**Administrator Responsible:**

Kristen Ryan, Executive Director of Human Resources

**Background Information:**

At its June 17, 2024 meeting, the Board Policy Committee reviewed **Board Policy JCE - Complaints About School Rules.**The Board of Education updated policy KN in November 2023 with language that wholly duplicates this policy; Code JCE is needed for a different KASB model policy (JCE Complaints of Discrimination).

**Recommendation:**

It is recommended that the Board of Education review Board PolicyJCE - Complaints About School Rules and approve it for retirement, with an adoption date of July 8, 2024.

## File Attachments

RETIRE - JCE.pdf (239 KB)

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

## Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 2.46 Acceptance of Bid Recommendation for Roof Recovery - Cordley Elementary School |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 2. Consent Agenda |
| Type : | Action (Consent) |
| Recommended Action : | "I move the Board of Education accept the bid as recommended by Roof Assest Management Services LLC for Diamond Everly Roofing to perform roof recovery services at Cordley Elementary School in the amount of $152,900.00 to be paid out of Capital Outlay budget." |

# Public Content

**Administrator Responsible:**

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

At its June 24, 2024, meeting the Board of Education approved an agreement with Norton & Schmidt in partnership with Roof Asset Management Services LLC to provide roof asset management services, including consulting services necessary for competitive bidding and construction administration for roof recovery at Cordley Elementary School. Bids were received from nine different vendors listed below:

| CONTRACTOR | BASE BID |
|---|---|
| Alpha Roofing LLC | $153,159.00 |
| Boone Brothers Roofing | $187,737.00 |
| Delta Innovative Services, Inc. | $245,000.00 |
| Diamond Everly Roofing | $139,000.00 |
| Guarantee Roofing, Inc. | $176,420.00 |
| JR & Co., Inc. | $158,000.00 |
| Meridian Roofing Solutions | $188,241.00 |
| Premier Contracting Inc. | $203,195.00 |
| Schwickert's Tecta American | $200,250.00 |

Roof Assessment Management Services LLC recommends that Diamond Everly Roofing be selected to perform all base bid work items and that the base bid is a good value for the district. Based on this recommendation the total project cost, would be:

Construction Costs ................................................................ $139,000.00
Recommended Contingency* ...................................................$ 13,900.00
Total Estimated LPS Roofing M&I Costs.......................................$152,900.00
*When performing repairs in existing conditions, it is anticipated that issues will arise that could not be anticipated. Additionally, the bids received have been based on the Asphalt index to prevent contractors from padding their bids due to unexpected rises in material costs. Therefore, it is highly recommended that a contingency approximately equal to 10% of the construction cost be included in the overall budget for the project to account for these unforeseen conditions.

**Strategic Plan Alignment**:

Safe & Supportive Schools

Data Informed Decisions

**Recommendation**:

Administration recommends the Board of Education accept bids as recommended by Roof Asset Management Service LLC for Diamond Everly to perform roof recovery services in the amountof $139,000.00. The total bid amount includes a 10% contingency fund of $13,900.00. The total project cost to be $152,900.00 to be paid out of Capital Outlay funds.

## Consent

Consent agenda items are those that are considered routine and are adopted by one motion unless any board member or the superintendent requests that an item be removed. The item/items removed are voted on separately.

# Motion & Voting

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

# 3. New Business

| | |
|---|---|
| Subject : | 3.1 Enrollment Analysis, Boundary Analysis and Facilitation - RSP and Associates |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 3. New Business |
| Type : | Action |
| Recommended Action : | "I move the Board of Education to approve an encumbrance of funds to RSP & Associates for Enrollment Analysis, Boundary Analysis, and Facilitation services. This includes a |

five-year enrollment projections, development and housing analysis, and a demographic profile necessary to complete the boundary analysis report and facilitate the public consultation process. The total cost for these services shall not exceed $100,000.00, to be funded from the General Fund."

# Public Content

**Administrator Responsible:**

Dr. Anthony Lewis, Superintendent

Dr. Larry Englebrick, Chief Operations Officer

**Background Information:**

Lawrence Public Schools has engaged RSP & Associates for annual enrollment analysis, facility utilization assessments, and enrollment projections. For the 2024-2025 school year, RSP & Associates will provide comprehensive professional servicers, including but not limited to the designing, preparing, writing, and analyzing Enrollment and Boundary Studies, F=-facilitating presentations, conducting Facility Staffing Assessments, creating Maps, and preparing other essential reports as outlined in the statement of work.

**Strategic Plan Alignment**:

Safe & Supportive Schools

Data-Informed Decision Making

**Recommendation**:

Administration recommends the Board of Education approve an encumbrance of funds to RSP & Associates for Enrollment Analysis, Boundary Analysis, and Facilitation services. This includes a five-year enrollment projections, development and housing analysis, and a demographic profile necessary to complete the boundary analysis report and facilitate the public consultation process. The total cost for these services shall not exceed $100,000.00, to be funded from the General Fund.

| | |
|---|---|
| Subject : | 3.2 Annual Renewal - Gaggle Software (Pulled from consent - previously item 2.12) |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 3. New Business |
| Type : | Action |
| Recommended Action : | "I move the Board of Education to approve the annual renewal of Gaggle software for the second year of a three-year contract, totaling $53,411.25, to be paid from the technology department fund." |

# Public Content

**Administrator Responsible:**

David Vignery, Director of Technology

**Background Information:**

At its August 28, 2023, meeting, the Board of Education approved the purchase and implementation of the digital evaluation monitoring system Gaggle to help in areas of student mental health and crisis management. Since integrating the monitoring software, the district has requested additional professional development to support staff, building and district administration. The cost for the year two renewal is $53,411.25.

**Strategic Plan Alignment**:

Safe & Supportive Schools

**Recommendation**:

The administration recommends the Board of Education approve the annual renewal, year two of the three-year contract of the digital crisis monitoring solution called Gaggle, for the total amount of $53,411.25. This renewal will be paid out of the technology department fund.

## File Attachments

Invoice_INV05726_1717179207673 (1).pdf (46 KB)

# Motion & Voting

"I move the Board of Education to approve the annual renewal of Gaggle software for the second year of a three-year contract, totaling $53,411.25, to be paid from the technology department fund."

Motion by GR Gordon-Ross, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello
No: Carole Cadue-Blackwood

| | |
|---|---|
| Subject : | 3.3 2024-2025 Meal Prices (Pulled from consent - previously item 2.22) |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 3. New Business |
| Type : | Action |
| Recommended Action : | "I move the board of education to approve meal prices as outlined below for the 2024-2025 school year." |

# Public Content

**Administrator Responsible:**

Julie Henry, Director Nutrition & Wellness

**Background Information:**

The Board Policy <u>JS Student Fees and Charges</u>, indicates the Board will approve a schedule of enrollment fees and other fees to be charged for the school year. At the end of each school year, it is necessary to evaluate the prices charged for meals to students and adults for the following school year.

1. The food service department is self-supporting and strives to stay that way. The food service department has seen an increase in food, supply, and labor costs. The department is committed to purchase a percentage of food from local farmers and ranchers, which is a higher cost than purchasing from a wholesaler.

2. Section 205 of the Healthy, Hunger Free Kids Act requires school districts to annually evaluate paid meal prices in comparison to the federal recommended paid meal price and make adjustments to paid meal prices accordingly. This requirement is called the Paid Lunch Equity provision. The intent of this provision is to ensure that sufficient funds are provided to the food service fund for paid lunches. USDAs weighted average price requirement for lunch for the 2024-2025 school year is $3.85. USD 497s weighted paid meal price from the 2023-2024 school year was $3.00. It is recommended that USD 497 raise its paid meal prices $0.10 for the 2024-2025 school year.

3. The district increased the paid meal price by $0.10 for the 2023-2024 school year. The district did not increase meal prices in the 2022-2023 school year (from the 2019-2020 school year) as a way to ease families back into paid meal programs after multiple years of meals at no cost to families during the COVID era. The following is a three-year history of meal prices and recommendations for the 2024-2025 year, which reflects a 3% increase for student lunches and no increase for adult lunches. The price charged for adult meals must be sufficient to cover the overall cost of the meal, including the value of cash-in-lieu of commodities.

| LUNCH | 2024-2025 (recommended) | 2023-2024 | 2022-2023 | 2021-2022 (Meals claimed under SSO due to COVID) |
|---|---|---|---|---|
| Elementary | $3.00 | $2.90 | $2.80 | $0.00 |
| Middle School | $3.20 | $3.10 | $3.00 | $0.00 |
| High School | $3.25 | $3.15 | $3.05 | $0.00 |
| Reduced Price | $0.40 | $0.40 | $0.40 | $0.00 |
| Adult | $5.00 | $5.00 | $4.65 | $4.65 |

| BREAKFAST | 2024-2025 (recommended) | 2023-2024 (recommended) | 2022-2023 | 2021-2022 (Meals claimed under SSO due to COVID) |
|---|---|---|---|---|
| **Elementary** | $2.00 | $1.90 | $1.80 | $0.00 |
| **Middle School** | $2.10 | $2.00 | $1.90 | $0.00 |
| **High School** | $2.15 | $2.05 | $1.95 | $0.00 |
| **Reduced Price** | $0.30 | $0.30 | $0.30 | $0.00 |
| **Adult** | $3.00 | $3.00 | $2.55 | $2.50 |

**Strategic Plan Alignment**:

Safe & Supportive Schools

Data Driven Decision Making

**Recommendation**:

The administration recommends the board approve meal prices as outlined above for the 2024-2025 school year.

# Motion & Voting

"I move the board of education to approve meal prices as outlined below for the 2024-2025 school year."

Motion by GR Gordon-Ross, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

# 4. Executive Session

| Subject : | 4.1 Recess to Executive Session |
|---|---|
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |

| | |
|---|---|
| Category : | 4. Executive Session |
| Type : | Action |
| Recommended Action : | I move to recess to Executive Session for the purposes of discussing personnel matters of non-elected personnel in order to protect the privacy interests of the individuals to be discussed; with Dr. Anthony Lewis invited to be present; and with the board to return to open session in this room at (1 hour) with no action to follow. |

## Motion & Voting

I move to recess to Executive Session for the purposes of discussing personnel matters of non-elected personnel in order to protect the privacy interests of the individuals to be discussed; with Dr. Anthony Lewis invited to be present; and with the board to return to open session in this room at 9:21 pm with no action to follow.

Motion by GR Gordon-Ross, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

| | |
|---|---|
| Subject : | 4.2 Extend Executive Session |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 4. Executive Session |
| Type : | Action |
| Recommended Action : | I move to recess to Executive Session for the purposes of discussing personnel matters of non-elected personnel in order to protect the privacy interests of the individuals to be discussed; with Dr. Anthony Lewis invited to be present; and with the board to return to open session in this room at (xxx) with no action to follow. |
| Subject : | 4.3 Return to Open Session |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 4. Executive Session |
| Type : | Procedural |

## 5. Closing Items

| | |
|---|---|
| Subject : | 5.1 Announcements |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 5. Closing Items |
| Type : | Information |

# Public Content

- Monday, June 10that 6:00 pm, Regular Board Meeting
- Monday, June 24that 6:00 pm, Regular Board Meeting

| | |
|---|---|
| Subject : | 5.2 Adjournment |
| Meeting : | Jul 8, 2024 - Organizational/Board Business Meeting |
| Category : | 5. Closing Items |
| Type : | Action |
| Recommended Action : | I move to adjourn the meeting. |

# Motion & Voting

I move to adjourn the meeting.

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello