# EXHIBIT G

**Organizational/Board Business Meeting (Monday, July 8, 2024)**
*Generated by Alyse Donnell on Thursday, July 18, 2024*
**Members present**
Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

**Meeting called to order at 6:00 PM**

**1. Opening Items**
Procedural: 1.1 Call to Order

Action: 1.2 Approval of Agenda
I move we approve the agenda for the July 8, 2024 board meeting.

Motion by Shannon Kimball, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action: 1.3 Election of President
I move that the board of education elect Kelly Jones as our new president of the board of education.

Motion by Shannon Kimball, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action: 1.4 Election of Vice President
I move that the board of education elect GR Gordon-Ross as our new vice president of the board of education.

Motion by Shannon Kimball, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Recognition: 1.5 Special Recognition
- Lawrence Virtual School eCybermission National Champions - Zach Harwood, principal, and Nancy Jackson, gifted education facilitator
- Recognition of Outgoing Board President Kelly Jones - Dr. Anthony Lewis, superintendent


The board recognized the Lawrence Virtual School's eCybermission Team, the eighth-grade national champions! The team of Lawrence Dao, Daniel Dao, and Eian Pratch worked with adviser Nancy Jackson, LVS gifted education teacher, to study the interest and potential for AI educational initiatives in schools and assess the accuracy of ChatGPT's mathematical reasonings. "When they announced our team name, it was probably one of the best moments of my life," said Daniel Dao. After hearing the team's research, Jones formed an ad hoc committee to discuss policy, guidelines, and procedures around appropriate district use of AI.


Information: 1.6 Report of the Superintendent of Schools
*Recognition of Outgoing Board President Kelly Jones*
I want to take a moment to recognize Kelly Jones for her leadership during her second term as Lawrence Board of Education president.

An active Cordley parent and site council member and leader, Kelly was first elected to the school board for the 2018-2019 school year. This followed her volunteer service on district facilities study committees and two successful school bond issue campaigns in 2013 and 2017 that led to community funding of improvements to all of our schools.

We have heard Kelly share some of her personal story with our students during graduation, and with our staff during convocation. She is a first-generation college graduate, and as such, a strong advocate for public investment in education.

Her professional background in social work lends to her passion for equity in representation, access, meaningful participation, educational opportunity, and positive outcomes for all of our students.

Community engagement and transparency have been evident among Kelly's priorities as board president. This year she started a series of public conversations, inviting the community to go "Beyond the Boardroom" and visit with board members about issues of importance to them.

Kelly is a dedicated member of the Board Policy Committee. She helped to author changes to our Dress Code Policy, in part to eliminate prior discrimination in its application to female students. She also helped author the board's Equity Policy, which has become a guide for our work on our strategic plan goals. Both of these policies are model policies from which school boards across the country have been interested to learn.

Kelly also is a champion for our teachers and support staff. She has served on the negotiations teams and continues to prioritize the board's commitment to improving working conditions and compensation for our staff.

Kelly served as the board's vice president in 2019, and again in 2022. She first served as board president in 2020, and tonight completes her second term as president.

As is our district's tradition, we would like to thank Kelly by presenting her with an original piece of student work. As Kelly opens it, I will share a little bit about the student who created it.

Natalie Riley, a 2024 graduate, and now alumna, of Free State High School. Natalie said that she was always a "music and theater kid" until she took a Ceramics class with Bryan Lloyd during her sophomore year at Free State. Natalie said that Mr. Lloyd's passion, joy, and encouragement fueled her interest in ceramics.

She took a Ceramics class during each of her remaining semesters in high school. She also was able to work on her pieces at home thanks to receiving a pottery wheel as a birthday present, and then a kiln as a Christmas gift.

Natalie set up her own art studio in the basement of her home, where she said that it wasn't uncommon for her to go at 9:00 in the morning and not re-emerge until 10:00 at night, because she was so immersed in creating things.

In addition to sharing her appreciation for Mr. Lloyd's instruction, Natalie said that she also learned a lot about making ceramics by watching TikTok videos and Instagram reels.

Natalie plans to continue to study ceramics at KU with a goal of someday opening her own studio and teaching art classes. She would also like to incorporate her love of music into her art studio. Natalie plays several instruments and is a member of "Puddle," a band that we can listen to on Spotify or wherever music is streamed.

Natalie was excited for the district to purchase this piece of her work for presentation to you, Kelly, in recognition of your leadership this year. On behalf of Natalie and all of our students, staff, and school community members, we thank you for your service, during this second term, as Lawrence Board of Education president.

*Superintendent Report*
We are excited to share our selection of Dr. Jana Craig-Hare as our executive director of curriculum and instruction. Dr. Craig-Hare joined us in 2022 as director of data and assessment. She demonstrates a strong commitment to educational equity and excellence. Her passion and dedication to supporting our educators in using high quality instruction and data-informed decisions to improve student outcomes make her a great fit to lead our Teaching and Learning Team. Dr. Craig-Hare has nearly three decades of experience as a director of curriculum, instruction, and assessment for the Baldwin City schools, assistant research professor and associate director of ALTEC at KU's Center for Research on Learning, director of statewide educational technology programs for KSDE, educational technology coordinator and integration specialist for the Olathe schools, and as a business education and computer studies teacher in Prairie View. As our district does with all open positions, we evaluated our needs and the budget and decided to transition the chief academic officer position to this executive director of curriculum and instruction role. It's part of the board's Personnel Report tonight.

If you want, you could also share something about your appointment of Dr. Larry Englebrick to the Deputy Superintendent role. I sent you an email about whether you want a news release.

The Annual Free and Reduced-Price Lunch Application is now available for families to complete for the new school year. You may find it on our website at usd497.org/FoodService. We encourage families to complete the application for free or reduced-price school meal eligibility, as well as the Consent for Disclosure Forms for waivers of student fees. In addition to all children needing healthy meals, when families apply for these school meal benefits, they assist our district in receiving additional at-risk funding from the state that supports student learning in our schools.

I want to thank all of the community members, governmental officials, and human service organization representatives who participated in a community planning meeting last week to discuss what more Lawrence can do to keep its youth safe. I especially appreciate Kiley Luckett's facilitation of the meeting. The safety of our community's children is everyone's responsibility. In light of recent tragedies involving gun violence, drugs, and the death of young people, it was important for a broad cross-section of the community to come together to discuss our greatest concerns and aspirations for the future of our youth. This group also brainstormed voices that were missing from the table so additional invitations can be extended for future discussions.

I plan to attend the Youth Civic Leadership Institute Thursday evening at the Dole Institute of Politics.

The Lawrence Special Education Advisory Committee, a parent-led group, invites families and their children with exceptionalities to gather, chat, and play from 10-11 a.m. Friday, July 12, at Burroughs Creek Park.

The Boys and Girls Club of Lawrence will host its Celebrity Softball Tournament and Fanfest Fundraiser on Saturday, August 3, at Rock Chalk Park. I will be serving some time in the dunk tank for this good cause, continuing to provide high quality before- and after-school care for our students. You can go to the Boys and Girls Club of Lawrence's website to get tickets or to sign up to help volunteer at the event.

I also want to invite our scholars and school families to join us here from 9 a.m.-1 p.m. Saturday, August 10, for the Lawrence Schools Foundation's first annual Kids Expo. This free event will include creative and educational activities, community resources, free health screenings and hair cuts, as well as food and entertainment.

As you are shopping around town for back-to-school items, please consider dropping a few extra supplies into the donational bins for the annual Douglas County Back2School Supply Drive. You'll find these bins at most businesses where supplies are being sold this month. If you want a donation bin for your business, want to host a supply drive, or would like to donate money for the purchase of supplies, please contact the Lawrence Schools Foundation through its website at LawrenceSchoolsFoundation.org. Families who are in need of supplies for their children may contact their child's school this summer and leave a message. Backpacks of supplies will be available in our schools in August. We thank the Lawrence Schools Foundation and all of its community partners for the annual supply drive, providing thousands of backpacks of supplies for our scholars.

Information: 1.7 Report of the President of the Board of Education

No comments

Information: 1.8 Public Comment
- Trina Langston, district funding and future parent concerns & engagement
- Barbara Tholen, Gaggle

Information: 1.9 Board Commentary
*Shannon Kimball*
- Transition Remarks
- KASB Annual Convention

*Carole Cadue-Blackwood*
- LHS Community Planning Meeting
- Community Crisis Remarks

*Anne Costello*
- Policy Updates
- Public Remarks

*Yolanda Franklin*
- Community Response Planning Meeting

## 2. Consent Agenda

Action (Consent): 2.1 Approval of Consent Agenda
Resolution: "I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent), Minutes: 2.2 Meeting Minutes
Resolution: I move that the Board of Education accept the minutes as attached.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent), Minutes: 2.3 Special Meeting Minutes
Resolution: I move that the Board of Education accept the minutes as attached.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.4 Personnel Report
Resolution: I move the Board of Education accept the personnel report as attached.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.5 Financial Reports
Resolution: I move the Board of Education approve the Cash Summary, Budget to Actual Summary and Budget to Actual Summary for Donations, Grants, Athletics and Activities report for the period ending May 31, 2024.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.6 Monthly Vouchers
Resolution: I move the board of education approve the summary of district and school disbursements for the period of 06/21/2024 through 07/03/2024, as presented.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.7 Annual Renewal Facilites and Operations Management Software - FMX
Resolution: "I move the Board of Education to approve renewing FMX software for the 2024-2025 school year, covering maintenance work order management, facility and trip scheduling, and IT work orders. The total cost is $30,240.00, to be funded out of the technology budget fund."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.8 Annual Elevator Service Agreement - KONE, Inc.
Resolution: "I move the Board of Education approve a one-year service agreement through October 31, 2025, for district-wide elevator maintenance and phone monitoring services with KONE, Inc. under OMINA Partners cooperative contract GENRL-EV2516 in the amount of $31,080.00 to be paid from Capital Outlay Funds."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.9 Property & Liability Insurance & Educator's Legal Liability for 2024-2025
Resolution: "I move the Board of Education to approve the district's property and liability insurance for the 2024-2025 fiscal year, including educator's legal liability coverage through the Kansas Insurance Cooperative for Schools (KICS), totaling $1,390,901.87 to be paid from the general fund budget."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.10 Fire Alarm Inspections and Monitoring and Hood Inspections - Tech Electronics
Resolution: "I move the Board of Education to approve the service agreement with Tech Electronics of Kansas for the annual and semi-annual testing monitoring, and inspections of the fire alarm systems, including the hood inspections for the 2024-2025 period. The total cost is $76,522.50 to be paid from the Facilites and Operations general fund."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.11 Annual Renewal Microsoft Licenses - CDW-G
Resolution: "I move the Board of Education to approve the renewal of Microsoft licenses for the 2024-2025 school year through CDW-G, utilizing the Southeast Kansas ESC Purchasing Contract (022-G), at a total cost of $66,738.76 to be paid from the technology fund budget."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.12 Annual Renewal - Mosyle Manager
Resolution: "I move the Board of Education to approve the renewal for Mosyle Manager software from Mosyle, with an estimated cost of $104,500.00, to be funded from the technology budget fund."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.13 Annual Renewal - ClassLink
Resolution: "I move the Board of Education to approve the renewal of ClassLink site licenses and ClassLink Analytics Plus software, purchased from ClassLink, Inc., for the 2024-2025 school year with an estimated cost of $41,525.00 to be paid from the technology department funds."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.14 OpenEye Security Camera Monitoring Software Renewal - American Digital Security
Resolution: "I move the Board of Education approve the renewal purchase from American Digital Security of OpenEye Video Surveillance Management Software used for the district's video security cameras with an estimated cost of $40,205.88, to be paid from the Facilities and Operations Safety and Security Capital Outlay Fund."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.15 Lighting Upgrades for Energy Cost Savings
Resolution: "I move the Board of Education to approve lighting upgrades. This initiative aims to enhance energy costs savings by acquiring hybrid light bulbs from Border States Industries Inc. through State of Kansas contract #51087. Additionally, the budget will cover the purchase of project supplies, recycling of used bulbs and any contracted electrical services deemed necessary. The estimated cost for this comprehensive project is set not to exceed $36,000, and the funds will be sourced from the Facilities and Operations general fund."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.16 Device Repair - Synetic Technologies
Resolution: "I move the Board of Education to approve a budget allocation of $30,000 with Synetic Technologies, Inc. for repairing staff and student devices during the 2024-2025 school year, to be funded from the technology department's instructional budget."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.17 Engineering and Consulting Services - Norton & Schmidt Consulting Engineers, LLC
Resolution: "I move the Board of Education to approve the engagement of Norton & Schmidt Consulting Engineers, LLC for engineering and consulting services during the 2024-2025 school year, with total expenditures not to exceed $300,000, to be paid out of capital outlay funds."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.18 Annual Renewal - PowerSchool
Resolution: "I move the Board of Education to approve the 2024-2025 software renewals with PowerSchool including but not limited to BPlus and Operations Modules, Special Programs, Student Management Modules, Performance Matters Analytics and RTI/MTSS, TalentED, and associated technical support, with total expenditures estimated to be $600,000.00 to be paid from the technology department funds."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.19 Architectural Consulting Services - ACI Boland
Resolution: "I recommend the Board of Education to approve architectural consulting services from ACI Boland for the 2024-2025 school year, with expenditures not to exceed $200,000.00 to be paid from capital outlay funds."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.20 Participation in Child Nutrition Programs for 2024-2025
Resolution: I move the Board of Education approve participation in the Child Nutrition Programs for the 2024 - 2025 school year and designate Julie Henry as the Authorized Representative, with Jennifer Flowers as the Determining Official for free/reduced price meal applications, and Paula Murrish as the Hearing Official.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.21 Designation of Authorized Bank Signers
Resolution: I move the Board of Education approve the designation of the Board President, Board Vice President, Board Treasurer, Clerk of the Board, Deputy Treasurer and Assistant Director of Budget and Finance as authorized signers on district and / or school bank accounts and to perform financial transactions on behalf of Lawrence USD 497 and its schools.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.22 Designation of Depositories for 2024-25 Fiscal Year
Resolution: I move the Board of Education designate the schedule of banks and savings associations as depositories for possible use during the 2024-25 fiscal year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.23 Waiver of GAAP & Fixed Asset Accounting Requirements
Resolution: I move the Board of Education waive the requirements for Generally Accepted Accounting Principles and fixed asset accounting for the year ending June 30, 2025.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.24 Disposal of Excess Items
Resolution: "I move the Board of Education to approve the sale of marketable items via Purple Wave and donation of less saleable items to Restore-Habitat for Humanity, and /or Orphan Grain Train, Inc., with the plan that any items not sold or donated will be recycled. "

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.25 Printing Expenses - Maintenance and Supplies
Resolution: "I move the Board of Education to approve the annual cost of maintenance and supply costs for printing, including click charges and related expenses from SumerONE up to $190,000.00 annually to be paid from general fund printing budget."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.26 Purchase Authority for Casework, Custom Desks, Collaborative Tables, and Student Storage Units
Resolution: "I move the Board of Education approve purchasing authority to Precision Craft in the amount up to $300,000 for items comprising of casework components, customized desks, tables and student storage units as specified and bid."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.27 Board Governance and Operating Procedures
Resolution: "I move the board of education approve the Governance and Operating Procedures Manual from the Dec.11, 2023 Board meeting."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.28 Reading Curriculum Supplemental Resource Purchase- IXL
Resolution: "I move that the Board of Education approve the renewal of IXL ELA student licenses for the estimated amount of $35,000 which includes an allowance for additional student licenses as necessary to be paid from the Student Materials Revolving Teaching and Learning Account."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.29 LVS Resource Purchase - Flexpoint
Resolution: "I move that the Board of Education approve the purchase of the FlexPoint platform for the estimated amount of $97,000.00 which includes an allowance for additional student licenses as necessary to be paid from the Lawrence Virtual School Account."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.30 Schedule of Fees 2024-25
Resolution: I move the board of education approve the attached fee schedules for the 2024-25 school year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.31 Approval of District Facility Rental Fee Structure
Resolution: "I move the Board of Education to approve the facility rental fee structure outlined below, applicable to both district and community groups for the 2024-2025 school year."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.32 Designation of Legal Counsel for 2024-2025 School Year
Resolution: I move we approve the Designation of Legal Counsel for 2024-2025 School Year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.33 Designation of Official Paper & Other News Media for 2024-2025 School Year
Resolution: I move we approve the Designation of Official Paper & Other News Media for 2024-2025 School Year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes

Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.34 Appointment of Clerk of the Board, District Treasurer, Deputy Clerk & Deputy Treasurer for 2024-2025 School Year
Resolution: I move we approve the appointment of the Clerk of the Board, District Treasurer, Deputy Clerk & Deputy Treasurer for the 2024-2025 School Year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.35 1116 Hour School Plan
Resolution: I move we authorize the superintendent to notify the Kansas State Board of Education that Lawrence USD 497 will incorporate the hourly method for accounting for instructional time for the 2024-2025 school year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.36 Adoption of Board Meeting Schedule for 2024-2025 School Year
Resolution: I move the board of education adopt the board meeting schedule for 2024-2025 school year.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.37 2024-2025 District Leadership Organizational Chart
Resolution: I move we approve the 2024-2025 Organizational Chart.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.38 Designation of Authorized Representatives
Resolution: I move we approve the Designation of Authorized Representatives.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.39 Kansas State University ESOL Endorsement Tuition
Resolution: "I move the Board of Education approve the payment for ESOL Methods course to Kansas State University in the amount of $40,209.75 to be paid from the 2024-25 Bilingual Fund."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.40 Board Policy JBCC - Enrollment of Nonresident Students - Second Reading
Resolution: "I move the Board of Education approve Board Policy JBCC - Enrollment of Nonresident Students on Second Reading with an adoption date of July 8, 2024."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.41 Board Policy JH - Student Activities - Second Reading
Resolution: "I move the Board of Education approve Board Policy JH - Student Activities on Second Reading with an adoption date of July 8, 2024."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.42 Board Policy KK - Disposal of District Property - Second Reading
Resolution: "I move the Board of Education approve Board Policy KK - Disposal of District Property on Second Reading with an adoption date of July 8, 2024."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.43 Board Policy EE - Food Services Management - Second Reading
Resolution: "I move the Board of Education approve Board Policy EE - Food Services Management on Second Reading with an adoption date of July 8, 2024."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello


Action (Consent): 2.44 Board Policy CF - Board-Superintendent Relations - Second Reading
Resolution: "I move the Board of Education approve Board Policy CF - Board-Superintendent Relations on Second Reading with an adoption date of July 8, 2024."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.45 Board Policy JCE - Complaints About School Rules - Retirement
Resolution: "I move the Board of Education review Board Policy JCE - Complaints About School Rules and approve it for retirement, with an adoption date of July 8, 2024.

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

Action (Consent): 2.46 Acceptance of Bid Recommendation for Roof Recovery - Cordley Elementary School
Resolution: "I move the Board of Education accept the bid as recommended by Roof Assest Management Services LLC for Diamond Everly Roofing to perform roof recovery services at Cordley Elementary School in the amount of $152,900.00 to be paid out of Capital Outlay budget."

"I move the Board of Education adopt the items listed on the Consent Agenda with the exception of items #2.12 and #2.22, which will be discussed under new business."

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

### 3. New Business

Action: 3.1 Enrollment Analysis, Boundary Analysis and Facilatation - RSP and Associates
Enrollment/Boundary Analysis & Facilatation - The board discussed and deferred approval of a contract with RSP & Associates not to exceed $100,000. It directed staff to work with RSP to focus its contract on balancing high school boundaries. The district has worked with RSP for several years to forecast/analyze enrollment for staffing/budget planning and to assist the board's Boundary Advisory Committee.

Action: 3.2 Annual Renewal - Gaggle Software (Pulled from consent - previously item 2.12)
Annual Renewal of Gaggle Safety Management Software - The board discussed and approved renewal of Gaggle safety management software at a cost of $53,411.25. The technology scans students' district accounts for harmful content and alerts school administrators, so they may respond to signs of self-harm, depression, suicidal ideation, substance abuse, cyberbullying, threats of violence, or other potential harm.

"I move the Board of Education to approve the annual renewal of Gaggle software for the second year of a three-year contract, totaling $53,411.25, to be paid from the technology department fund."

Motion by GR Gordon-Ross, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello
No: Carole Cadue-Blackwood

Action: 3.3 2024-2025 Meal Prices (Pulled from consent - previously item 2.22)
School Meal Prices - The board discussed and approved as recommended a 10-cent increase in school meal prices. Reduced-price (40 cents lunch/30 cents breakfast) and adult meal ($5 lunch/$3 breakfast) prices remain unchanged. All students receive a full reimbursable meal regardless of lunch account balance. Our district does not meet federal eligibility requirements to provide free student meals.

"I move the board of education to approve meal prices as outlined below for the 2024-2025 school year."

Motion by GR Gordon-Ross, second by Bob Byers.

Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

*The board took a brief recess at 8:08 pm and returned at 8:20 pm.*

### 4. Executive Session

Action: 4.1 Recess to Executive Session
I move to recess to Executive Session for the purposes of discussing personnel matters of non-elected personnel in order to protect the privacy interests of the individuals to be discussed; with Dr. Anthony Lewis invited to be present; and with the board to return to open session in this room at 9:21 pm with no action to follow.

Motion by GR Gordon-Ross, second by Bob Byers.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

The board recessed to executive session at 8:21 pm.

Action: 4.2 Extend Executive Session

N/A

Procedural: 4.3 Return to Open Session
The board returned to open session at 9:21 pm with no action to follow.

### 5. Closing Items

Information: 5.1 Announcements

Action: 5.2 Adjournment
I move to adjourn the meeting.

Motion by Shannon Kimball, second by GR Gordon-Ross.
Final Resolution: Motion Passes
Yes: Kelly Jones, Shannon Kimball, Carole Cadue-Blackwood, GR Gordon-Ross, Bob Byers, Yolanda Franklin, Anne Costello

**The meeting adjourned at 9:22 PM**