# EXHIBIT H

LAWRENCE PUBLIC SCHOOLS
FUND ID SUMMARY AND CHECK REGISTER
Checks Dated:  10/11/2025 - 10/17/2025
Presented at Board Meeting:  10/27/2025

| Fund # | Fund Description | Amount |
|---|---|---:|
| 001 | GENERAL | 394,681.02 |
| 002 | LOCAL OPTION BUDGET | 436,941.83 |
| 003 | FOOD SERVICE | 83,778.42 |
| 004 | VOCATIONAL EDUCATION | 2,732.65 |
| 005 | SPECIAL EDUCATION | 827,789.28 |
| 009 | CAPITAL OUTLAY | 435,446.67 |
| 020 | PROFESSIONAL DEVELP | 423.69 |
| 021 | BILINGUAL FUND | 4,787.98 |
| 022 | PARENTS AS TEACHERS | 200.34 |
| 024 | STUDENTS MATLS REVOLVE | 6,429.51 |
| 027 | KPERS RETIRMENT | 2,317,461.83 |
| 046 26 | TITLE IIA 2026 | 6,000.00 |
| 050 26 | TITLE VIBDIS 2026 | 270.00 |
| 054 26 | KS DEAF/BLIND 2026 | 924.95 |
| 095 | PAYROLL FUND | 509,572.48 |
| 275 | SPECTRA-MEDICAID | 280.00 |
| 800 | LOC/DON/GRA | 54,149.12 |
| | **GRAND TOTAL** | **5,081,869.77** |

LAWRENCE PUBLIC SCHOOLS
FUND ID SUMMARY AND CHECK REGISTER
Checks Dated: 10/11/2025 - 10/17/2025
Presented at Board Meeting: 10/27/2025

| Check # | Vendor # | Vendor Name | Check Date | Amount |
|---|---|---|---|---|
| 00099046 | V0012347 | ADAPTIVE TECH SOLUTIONS | 10/15/2025 | 750.00 |
| 00099047 | VOID.CONTINU | Void - Continued Stub | 10/15/2025 | - |
| 00099048 | VOID.CONTINU | Void - Continued Stub | 10/15/2025 | - |
| 00099049 | VOID.CONTINU | Void - Continued Stub | 10/15/2025 | - |
| 00099050 | V0004246 | AMAZON.COM LLC | 10/15/2025 | 10,028.11 |
| 00099051 | V0018704 | AMERICAN DIGITAL SECURITY | 10/15/2025 | 41,400.00 |
| 00099052 | V0003211 | BEAUTIFUL MUSIC VIOLIN SHOP LL | 10/15/2025 | 33.80 |
| 00099053 | V0021633 | BECHLER DBA VENTURE INTERNATIO | 10/15/2025 | 2,638.75 |
| 00099054 | V0005067 | BLACK HILLS ENERGY | 10/15/2025 | 202.10 |
| 00099055 | V0003842 | CHECKERS | 10/15/2025 | 297.76 |
| 00099056 | V0012537 | CHILDRENS HOSPITAL MEDICAL CEN | 10/15/2025 | 700.00 |
| 00099057 | VOID.CONTINU | Void - Continued Stub | 10/15/2025 | - |
| 00099058 | V0004556 | CITY OF LAWRENCE KANSAS | 10/15/2025 | 14,429.00 |
| 00099059 | V0004556 | CITY OF LAWRENCE KANSAS | 10/15/2025 | 18,235.06 |
| 00099060 | V0004556 | CITY OF LAWRENCE KANSAS | 10/15/2025 | 1,227.50 |
| 00099061 | V0003919 | COTTINS HARDWARE INC DBA COTTI | 10/15/2025 | 5.58 |
| 00099062 | V0004649 | COX, JOHANNAH H | 10/15/2025 | 100.00 |
| 00099063 | V0003606 | DILLONS CUSTOMER CHARGES | 10/15/2025 | 271.25 |
| 00099064 | V0014170 | DOUBLETREE BY HILTON LAWRENCE | 10/15/2025 | 22,503.10 |
| 00099065 | V0010920 | EILEENS COLOSSAL COOKIES | 10/15/2025 | 48.00 |
| 00099066 | V0014186 | FIX A FIELD LLC | 10/15/2025 | 350.00 |
| 00099067 | V0021155 | FLEET FUELS LLC | 10/15/2025 | 602.90 |
| 00099068 | V0007096 | FOLEY EQUIPMENT CO | 10/15/2025 | 706.65 |
| 00099069 | V0004866 | FOOD SERVICE | 10/15/2025 | 649.47 |
| 00099070 | V0003614 | FOSTER BROS WOOD PRODUCTS INC | 10/15/2025 | 1,975.50 |
| 00099071 | V0005448 | GARBER AUTOMOTIVE INC | 10/15/2025 | 903.74 |
| 00099072 | V0021681 | GARDNER, DAMON OR HEATHER | 10/15/2025 | 180.00 |
| 00099073 | V0019926 | GORDON DBA GORDON CPA LLC, SEA | 10/15/2025 | 10,000.00 |
| 00099074 | V0018904 | H&M INTEGRATED INVESTMENTS LLC | 10/15/2025 | 2,520.00 |
| 00099075 | V0018761 | HAEFELE, JOHN A | 10/15/2025 | 310.00 |
| 00099076 | V0020492 | HERCULES ACHIEVEMENT LLC DBA V | 10/15/2025 | 14,556.80 |
| 00099077 | V0004148 | HOME DEPOT CREDIT SERVICES | 10/15/2025 | 1,305.12 |
| 00099078 | V0004459 | HY-VEE INC | 10/15/2025 | 28.74 |
| 00099079 | V0004459 | HY-VEE INC | 10/15/2025 | 136.42 |
| 00099080 | V0004459 | HY-VEE INC | 10/15/2025 | 178.18 |
| 00099081 | V0019308 | INTERMOUNTAIN LOCK AND SECURIT | 10/15/2025 | 9,933.36 |
| 00099082 | V0002865 | JAYHAWK TROPHY COMPANY INC | 10/15/2025 | 1,515.55 |
| 00099083 | V0004163 | JOCKS NITCH | 10/15/2025 | 600.00 |
| 00099084 | V0003966 | JUNIOR LIBRARY GUILD | 10/15/2025 | 1,300.82 |
| 00099085 | V0004172 | KANSAS ASSOCIATION OF SCHOOL B | 10/15/2025 | 1,308.66 |

| | | | | |
|---|---|---|---|---:|
| 00099086 | V0006941 | KANSAS ASSOCIATION OF SCHOOL P | 10/15/2025 | 300.00 |
| 00099087 | V0005938 | KANSAS ATHLETICS INC | 10/15/2025 | 1,350.00 |
| 00099088 | V0004888 | KANSAS BUREAU OF INVESTIGATION | 10/15/2025 | 456.00 |
| 00099089 | V0005204 | KANSAS DEPARTMENT OF SOCIAL RE | 10/15/2025 | 50.00 |
| 00099090 | V0004895 | KANSAS STATE HIGH SCHOOL ACTIV | 10/15/2025 | 264.00 |
| 00099091 | V0005432 | KANSAS STATE SCHOOL FOR THE BL | 10/15/2025 | 1,908.00 |
| 00099092 | V0015955 | KANSAS THESPIANS | 10/15/2025 | 8,875.00 |
| 00099093 | V0004569 | KNAPHEIDE TRUCK EQUIPMENT CO | 10/15/2025 | 10,003.50 |
| 00099094 | V0004588 | LAIRD NOLLER AUTOMOTIVE INC | 10/15/2025 | 114,800.00 |
| 00099095 | V0004670 | LAWRENCE MEMORIAL HOSPITAL | 10/15/2025 | 385.00 |
| 00099096 | V0004670 | LAWRENCE MEMORIAL HOSPITAL | 10/15/2025 | 610.00 |
| 00099097 | V0015906 | MCCORMICKS GROUP LLC | 10/15/2025 | 514.72 |
| 00099098 | V0002998 | MIDWEST GLASS INC | 10/15/2025 | 12,350.00 |
| 00099099 | V0017261 | MIER Y TERAN, ASTRID ELENA | 10/15/2025 | 200.00 |
| 00099100 | V0002873 | MINUTEMAN PRESS | 10/15/2025 | 869.00 |
| 00099101 | V0021667 | MUELLER, JASON D | 10/15/2025 | 152.00 |
| 00099102 | V0004894 | MUSICIANS FRIEND INC | 10/15/2025 | 121.58 |
| 00099103 | V0003902 | NCS PEARSON INC | 10/15/2025 | 394.60 |
| 00099104 | V0002755 | NEENAN COMPANY | 10/15/2025 | 1,316.31 |
| 00099105 | VOID.CONTINU | Void - Continued Stub | 10/15/2025 | - |
| 00099106 | V0013080 | NEOSHO COUNTY COMMUNITY COLLEG | 10/15/2025 | 1,406.00 |
| 00099107 | V0015903 | NEXT LEVEL RISING LLC DBA NEXT | 10/15/2025 | 1,150.00 |
| 00099108 | V0015310 | NORTHEAST KANSAS MUSIC EDUCATO | 10/15/2025 | 40.00 |
| 00099109 | V0015310 | NORTHEAST KANSAS MUSIC EDUCATO | 10/15/2025 | 60.00 |
| 00099110 | V0015310 | NORTHEAST KANSAS MUSIC EDUCATO | 10/15/2025 | 50.00 |
| 00099111 | V0021679 | OBREGON, CLISELDA | 10/15/2025 | 15.00 |
| 00099112 | V0015991 | OPTUM BANK INC | 10/15/2025 | 1,795.50 |
| 00099113 | V0002809 | OREILLY AUTO PARTS | 10/15/2025 | 45.98 |
| 00099114 | V0003192 | PATCHEN ELECTRICAL & INDUSTRIA | 10/15/2025 | 5.04 |
| 00099115 | V0012313 | PINE LANDSCAPE CENTER LLC | 10/15/2025 | 262.78 |
| 00099116 | V0013374 | PROPIO LS LLC | 10/15/2025 | 4,784.41 |
| 00099117 | V0019394 | PURVIS, NEAL | 10/15/2025 | 1,525.00 |
| 00099118 | V0004406 | REEVES-WIEDEMAN COMPANY | 10/15/2025 | 551.48 |
| 00099119 | V0021658 | ROCK CHALK ROUNDBALL CLASSIC I | 10/15/2025 | 1,200.00 |
| 00099120 | V0007978 | SANTA FE SERVICE & SALES CO IN | 10/15/2025 | 802.57 |
| 00099121 | V0009664 | SCHENDEL PEST SERVICES | 10/15/2025 | 3,492.54 |
| 00099122 | V0021644 | SEKULA, JACK ALAN | 10/15/2025 | 50.00 |
| 00099123 | V0003825 | SHARP DBA SUPERSONIC MUSIC, DE | 10/15/2025 | 51.99 |
| 00099124 | V0011123 | SHC SERVICES INC DBA SUPPLEMEN | 10/15/2025 | 29,250.93 |
| 00099125 | V0003058 | SHERWIN WILLIAMS | 10/15/2025 | 60.75 |
| 00099126 | V0002726 | STANION WHOLESALE ELECTRIC COM | 10/15/2025 | 1,124.84 |
| 00099127 | V0003198 | STYERS EQUIPMENT COMPANY | 10/15/2025 | 382.50 |
| 00099128 | V0004555 | SUMNERONE INC | 10/15/2025 | 657.00 |
| 00099129 | VOID.CONTINU | Void - Continued Stub | 10/15/2025 | - |
| 00099130 | V0006267 | SYSCO KANSAS CITY INC | 10/15/2025 | 46,518.24 |
| 00099131 | V0018869 | THERAPYTRAVELERS LLC DBA EPIC | 10/15/2025 | 1,536.00 |
| 00099132 | V0004809 | TOYS FOR SPECIAL CHILDREN INC | 10/15/2025 | 174.95 |

| | | | | |
|---|---|---|---|---|
| 00099133 | V0004537 | TRANE US INC | 10/15/2025 | 355.14 |
| 00099134 | V0021678 | TURNER, TRENT OR BARBARA | 10/15/2025 | 36.00 |
| 00099135 | V0004325 | UNIFIED SCHOOL DISTRICT 497 | 10/15/2025 | 249.89 |
| 00099136 | V0004325 | UNIFIED SCHOOL DISTRICT 497 | 10/15/2025 | 255.00 |
| 00099137 | V0003441 | UNITED SCHOOL ADMINISTRATORS O | 10/15/2025 | 6,000.00 |
| 00099138 | V0004262 | USD 231 GARDNER-EDGERTON | 10/15/2025 | 80.00 |
| 00099139 | V0018841 | USD 342 MCLOUTH | 10/15/2025 | 100.00 |
| 00099140 | V0004384 | USD 345 SEAMAN | 10/15/2025 | 125.00 |
| 00099141 | V0005394 | USD 437 AUBURN WASHBURN | 10/15/2025 | 75.00 |
| 00099142 | V0007048 | USD 475 GEARY COUNTY SCHOOLS | 10/15/2025 | 50.00 |
| 00099143 | V0005444 | USD 512 SHAWNEE MISSION | 10/15/2025 | 70.00 |
| 00099144 | V0017032 | VARSITY SPIRIT LLC | 10/15/2025 | 500.00 |
| 00099145 | V0013455 | VERITIV OPERATING COMPANY | 10/15/2025 | 3,642.73 |
| 00099146 | V0005391 | VERIZON WIRELESS | 10/15/2025 | 1,826.94 |
| 00099147 | V0004166 | WALMART | 10/15/2025 | 929.06 |
| 00099148 | V0002723 | WESTLAKE ACE HARDWARE | 10/15/2025 | 1,094.64 |
| 00099149 | V0018152 | WINSUPPLY LAWRENCE KS COMPANY | 10/15/2025 | 660.53 |
| 00099150 | V0004132 | WW GRAINGER INC DBA GRAINGER | 10/15/2025 | 287.30 |
| 00099151 | V0021680 | YOUNG, ASHLEY | 10/15/2025 | 115.00 |
| 00099152 | V0021682 | ZARAGOZA OR ROSA RODRIGUEZ, AR | 10/15/2025 | 50.00 |
| 00022059 | V0011927 | ALPHA ROOFING LLC | 10/15/2025 | 671.00 |
| 00022060 | 0000008265 | ARMSTRONG, REBECCA R | 10/15/2025 | 39.20 |
| 00022061 | V0007537 | BSN SPORTS INC | 10/15/2025 | 10,736.14 |
| 00022062 | V0004539 | CHARLES D JONES & CO INC | 10/15/2025 | 2,453.79 |
| 00022063 | V0020956 | CN FINANCING INC | 10/15/2025 | 287,537.92 |
| 00022064 | 0000009913 | COOPER CORNEJO, ROBIN | 10/15/2025 | 41.79 |
| 00022065 | 0000013162 | COSTAVALO NELSON, MARITA | 10/15/2025 | 3.57 |
| 00022066 | V0014580 | CSI/COMMERCIAL SERVICES INC | 10/15/2025 | 3,640.93 |
| 00022067 | V0010900 | DORMAKABA USA INC | 10/15/2025 | 3,224.53 |
| 00022068 | 0000010838 | ESSMAN, ANNA MIRIAH | 10/15/2025 | 107.66 |
| 00022069 | V0009708 | EXPRESS EMPLOYMENT PROFESSIONA | 10/15/2025 | 16,316.00 |
| 00022070 | V0002775 | FIRST STUDENT INC | 10/15/2025 | 1,234,322.85 |
| 00022071 | 0000012497 | GABEL, FRANCIS JOSEPH | 10/15/2025 | 143.71 |
| 00022072 | 0000007361 | GREEN, WENDY S | 10/15/2025 | 14.28 |
| 00022073 | 0000013222 | GULLEY, NATALIE RACHELLE | 10/15/2025 | 88.13 |
| 00022074 | 0000011157 | HARRIS, JESSICA LYNN | 10/15/2025 | 8.40 |
| 00022075 | 0000012948 | HENDRICKSON, LAUREN JANE | 10/15/2025 | 60.55 |
| 00022076 | 0000006557 | HESS, RODNEY L | 10/15/2025 | 198.87 |
| 00022077 | 0000012603 | HIGGINS, KIMBERLY KAREN | 10/15/2025 | 16.38 |
| 00022078 | V0011012 | HILAND DAIRY FOODS COMPANY LLC | 10/15/2025 | 19,392.83 |
| 00022079 | 0000012522 | HOCHSTETLER, SARAH | 10/15/2025 | 49.84 |
| 00022080 | 0000012344 | HOUSTON, SARAH GRACE | 10/15/2025 | 17.01 |
| 00022081 | V0020863 | HUT AMERICAN GROUP LLC DBA FLY | 10/15/2025 | 9,149.00 |
| 00022082 | V0007323 | IDENTISOURCE LLC | 10/15/2025 | 3,715.69 |
| 00022083 | V0015216 | IRON MOUNTAIN INCORPORATED | 10/15/2025 | 1,089.79 |
| 00022084 | V0003495 | JW PEPPER & SON INC | 10/15/2025 | 326.99 |
| 00022085 | V0015226 | KENT FENCE COMPANY INC | 10/15/2025 | 814.00 |

| | | | | |
|---|---|---|---|---|
| 00022086 | V0021668 | KJA ENTERPRISES LLC DBA MIDWES | 10/15/2025 | 6,568.25 |
| 00022087 | 0000011865 | LANE, BRITTANY JO | 10/15/2025 | 9.80 |
| 00022088 | 0000012965 | LARSON, SIERRA NICOLE | 10/15/2025 | 19.95 |
| 00022089 | 0000012150 | LASSMAN, KAREN ELAINE | 10/15/2025 | 74.13 |
| 00022090 | V0003969 | LAWRENCE FREE STATE HIGH SCHOO | 10/15/2025 | 750.00 |
| 00022091 | V0003968 | LAWRENCE HIGH SCHOOL | 10/15/2025 | 330.00 |
| 00022092 | V0004900 | LAWRENCE SCHOOLS FOUNDATION | 10/15/2025 | 700.00 |
| 00022093 | V0015944 | LAWRENCE SHIRT FACTORY | 10/15/2025 | 329.00 |
| 00022094 | 0000008933 | LEMMON, MARY E | 10/15/2025 | 60.27 |
| 00022095 | V0014859 | LINEAGE MAILING SERVICES LLC D | 10/15/2025 | 3,020.43 |
| 00022096 | V0019501 | LOGICALIS INC | 10/15/2025 | 8,580.00 |
| 00022097 | V0021648 | MANAGED METHODS INC | 10/15/2025 | 14,790.00 |
| 00022098 | V0011772 | MENARD INC | 10/15/2025 | 825.24 |
| 00022099 | V0011918 | MORGAN HUNTER EDUCATION LLC | 10/15/2025 | 69,046.38 |
| 00022100 | 0000010305 | MORGAN, SARABETH | 10/15/2025 | 46.20 |
| 00022101 | 0000002052 | NAYLOR, ANNA C | 10/15/2025 | 135.00 |
| 00022102 | 0000009339 | NICKEL, JAIME SUZANNE | 10/15/2025 | 302.33 |
| 00022103 | V0018546 | OPEN TEXT INC | 10/15/2025 | 337.65 |
| 00022104 | V0019751 | P1 SERVICE LLC | 10/15/2025 | 17,938.20 |
| 00022105 | 0000009824 | PARTRIDGE, CHRISTINA MARIE | 10/15/2025 | 38.78 |
| 00022106 | 0000006397 | PATTERSON, SHERRY L | 10/15/2025 | 9.80 |
| 00022107 | 0000008013 | POOL, AUDREY L | 10/15/2025 | 89.04 |
| 00022108 | V0014721 | POWERSCHOOL GROUP LLC | 10/15/2025 | 30,271.71 |
| 00022109 | V0021261 | PROXIMITY LEARNING INC | 10/15/2025 | 1,849.99 |
| 00022110 | V0002741 | PUR-O-ZONE INC | 10/15/2025 | 13,867.85 |
| 00022111 | V0014917 | QUALITY AUTOMOTIVE EQUIPMENT & | 10/15/2025 | 1,326.65 |
| 00022112 | V0013082 | QUENCH USA INC | 10/15/2025 | 96.04 |
| 00022113 | 0000010732 | ROHRBERG, JESSICA LYNN | 10/15/2025 | 185.43 |
| 00022114 | 0000012715 | ROY, ELIZABETH MARIE | 10/15/2025 | 207.06 |
| 00022115 | 0000008895 | RUSSELL, TIFFANY D | 10/15/2025 | 171.08 |
| 00022116 | V0019565 | SEBELIUS, JOHN | 10/15/2025 | 275.00 |
| 00022117 | V0017469 | SELECT ONE SAFETY AND FIRE LC | 10/15/2025 | 655.00 |
| 00022118 | 0000012132 | SMITH, MELANIE ANNE | 10/15/2025 | 22.40 |
| 00022119 | 0000013213 | SOLOMON, MICHAEL TIMOTHY | 10/15/2025 | 67.62 |
| 00022120 | V0019911 | SOUTH BALDWIN FARMS LLC | 10/15/2025 | 975.00 |
| 00022121 | V0004437 | SOUTHWEST MIDDLE SCHOOL | 10/15/2025 | 300.00 |
| 00022122 | 0000013632 | STEINBERGER, AMBRIA NICHOLE | 10/15/2025 | 66.92 |
| 00022123 | V0019511 | SUNBELT STAFFING LLC | 10/15/2025 | 47,246.78 |
| 00022124 | 0000005834 | TEMMEN, JOANE KRISTINE | 10/15/2025 | 135.00 |
| 00022125 | V0019615 | THE STEPPING STONES GROUP LLC | 10/15/2025 | 8,233.13 |
| 00022126 | V0005611 | ULINE INC | 10/15/2025 | 173.47 |
| 00022127 | 0000011179 | WELCHHANS, DIANE MEREE | 10/15/2025 | 91.98 |
| 00022128 | 0000006165 | WILLIAMS, JACLYNN G | 10/15/2025 | 88.69 |
| 99010418 | V0005992 | KANSAS DEPARTMENT OF REVENUE | 10/15/2025 | 33,784.38 |
| 99010419 | V0007426 | KANSAS PUBLIC EMPLOYEES RETIRE | 10/15/2025 | 49,825.44 |
| 99010420 | V0011576 | THE OMNI GROUP | 10/15/2025 | 3,010.00 |
| 99010421 | V0003450 | UNITED MISSOURI BANK N.A. | 10/15/2025 | 2,250.57 |

| | | | | |
|---|---|---|---|---:|
| 99010422 | V0004562 | UNITED STATES TREASURY | 10/15/2025 | 169,105.00 |
| 00010055 | V0006546 | CALIFORNIA STATE DISBURSEMENT | 10/15/2025 | 138.46 |
| 00010056 | V0019592 | DAVIS (TRUSTEE), CARL B | 10/15/2025 | 161.54 |
| 00010057 | V0021418 | DJR LAW OFFICE | 10/15/2025 | 251.16 |
| 00010058 | V0004278 | GRIFFIN, WILLIAM H | 10/15/2025 | 300.00 |
| 00010059 | V0004951 | HEALTH CARE SERVICES/RESERVE F | 10/15/2025 | 245,812.91 |
| 00010060 | V0006542 | KANSAS PAYMENT CENTER | 10/15/2025 | 561.92 |
| 00010061 | V0007022 | STATE OF NEW MEXICO CSSDU | 10/15/2025 | 210.92 |
| 00010062 | V0004862 | WORKERS COMP RESERVE FUND | 10/15/2025 | 4,160.18 |
| 99010417 | V0003471 | STATE OF KANSAS | 10/15/2025 | 2,317,461.83 |
| | | **GRAND TOTAL** | | **5,081,869.77** |