# EXHIBIT L



| | |
|---|---|
| Book | Policy Manual |
| Section | I - Instructional Program |
| Title | Use of Personal Technology Devices |
| Code | IIBGD |
| Status | Active |
| Adopted | May 26, 2015 |

**IIBGD - Use of Personal Technology Devices**

Students and staff bringing and using personal, non-district-issued technology devices to district buildings shall follow the guidelines as stated in the District Acceptable Use Policy.

Approved: May 26, 2015