# EXHIBIT N



| | |
|---|---|
| Book | Policy Manual |
| Section | J - Students |
| Title | Interrogation and Investigations |
| Code | JCAC |
| Status | Active |
| Adopted | July 1, 2001 |
| Last Revised | November 25, 2019 |
| Last Reviewed | February 27, 2008 |

**JCAC - Interrogation and Investigations**

Principals (or a designee) or others designated by the superintendent, may conduct investigations and question students about infractions of school rules or the student conduct code.

Violations of Criminal Law
If there is reason to believe a violation of a criminal law has been committed, the principal shall notify the appropriate law enforcement agency and may request further investigation of the alleged violation. Information on criminal conduct shall be turned over to law enforcement officials.

Coordination with Law Enforcement
School administrators may meet periodically with local law enforcement officials to discuss the district's policies and rules regarding law enforcement contacts with the district.

Investigations Initiated by School Administrators and Conducted by Law Enforcement Officers
When law enforcement officers conduct an investigation and/or question a student(s), the principal shall contact a parent or guardian prior to questioning unless there is the potential for imminent harm to any person or when in the judgment of law enforcement and/or administration the investigation would be impeded. The administrator involved shall document the notification. If a student's parent or guardian is not present during questioning, the principal shall be present. To the extent possible, reasonable requests from the parent or guardian shall be observed.

Initiated and Conducted by Law Enforcement Officers
Law enforcement officers shall not be permitted to conduct investigations during school hours except in demonstrated emergency situations.  If a demonstrated emergency is found, the principal shall require identification of law enforcement officials and reasons for the interrogation or investigation of a student.  If the principal is not satisfied with either the identification or the reason, the request for investigation shall not be granted.  The principal shall notify the superintendent and the officer's superiors of the reasons for the refusal.

When a student has been taken into custody or arrested on school premises pursuant to a lawfully issued warrant without prior notification to the building principal, the school staff present shall notify the principal of the circumstances as quickly as possible. The principal shall contact a parent or guardian.

Taking Students Into Custody
Students shall not be voluntarily released by school officials to law enforcement authorities unless the student has been placed under arrest or taken into custody by law enforcement or the Kansas Department for Children and Families (DCF) pursuant to a lawfully issued warrant. If a student is taken into custody by a school resource

officer, or any other law enforcement persons, for any reason other than being the alleged victim of abuse or neglect, school administrators shall contact the parent or guardian. Notification efforts shall be documented.

Allegations of Child Abuse and Neglect
The administration shall cooperate with DCF and/or law enforcement conducting investigations of suspected child abuse.

School officials shall not notify a parent or guardian when a student is taken into custody by DCF and/or law enforcement as a result of allegations of abuse or neglect.

Disturbance of School Environment
Law enforcement officers may be requested to assist in controlling disturbances at school and, if necessary, to take students or other persons into custody.


Approved: July 1, 2001
Reviewed by Board Policy Committee: October 18, 2004
Amended: December 13, 2004
Reviewed by Board Policy Committee: February 27, 2008
Amended: April 14, 2008
Amended: October 28, 2013
Amended: July 8, 2019
Amended: November 25, 2019


Cross References        See EBC, GAAD