# EXHIBIT P



**LAWRENCE PUBLIC SCHOOLS**
www.usd497.org
110 McDonald Dr.
Lawrence, KS 66049
785 832-5000

## STUDENT ACCEPTABLE USE POLICY (AUP)

The Lawrence Public Schools provide access for student use of computer technology for student use of the Internet and transmission of data or other information across the network infrastructure. All users must share the responsibility for seeing that our technology resources are used in an effective, efficient, ethical and lawful manner. It is an opportunity to have access to these extraordinary resources and therefore, all users must agree that they will comply with these guidelines in accordance with KANSAS STATUTE 21-5839 and Board Policies IIBG; IIBGA.

## EXPECTATIONS FOR ALL STUDENTS

### STUDENTS WILL:
- Use technology in the manner directed by building staff and administration.
- Use technology for educational purposes.
- Take care of any district equipment and report damages, problems, or inappropriate materials immediately to a staff member.
- Comply with all copyright, trademarks, and license restrictions, including citing Internet sources as you would all other reference materials.

### STUDENTS WILL NOT:
- Intentionally damage, disable, or hinder the performance (or attempt any of the previous) of any district technology system device, software, or network (inside or outside of the district).
- Share passwords or provide personal information to non-approved online sources.
- Have any expectation of privacy when using any district owned device (computer, tablet, iPad, etc.) at school or a school related function or with respect to email, files or directories.
- Use technology to harass others according to Board Policy JGECA.
- Download, store, distribute, or share any software or digital file (such as movies, music, or text) in violation of copyright laws.
- Intentionally access material through, or with, technology that would not be allowed for educational purposes in your school if presented in other media.
- Access or attempt to access any system, file, directory, user account, or network to which you have not been granted access.
- Use technology in a manner that would hinder the learning environment for you or any other student.
- Install or attempt to install any software on a district owned technology device other than applications approved by the district.
- Attempt to thwart or bypass the district's filtering services or Mobile Device Management (MDM) system(s).
- Engage in hacking activities or participate in crypto-currency mining using Lawrence Public Schools electronic or network resources.

## ADDITIONAL EXPECTATIONS FOR STUDENTS WITH PERSONALLY ASSIGNED COMPUTING DEVICES

### STUDENTS WILL:
- Regularly save any information stored on a district device to assigned cloud storage directory.
- Expect any district device to be regularly inspected for inappropriate material, which might include unlicensed software or inappropriate content and software. Any inappropriate content or unlicensed software will be removed.
- Expect, without prior notice, any and all usage of the district network and internet access, including, but not by way of limitation, e- mail transmissions and receptions to be subject to review. Any information gathered during monitoring may be copied and or stored. All such information and /or files shall be and remain the property of the school district and no user shall have any expectation of privacy regarding the use of the device(s), district network, or the district's Internet.

## STUDENT USE OF PERSONAL MOBILE DEVICES AT SCHOOL OR SCHOOL-RELATED ACTIVITIES

- Students may use personal mobile devices in the manner directed by building staff and administration.
- Students may, but are not required or expected to, bring a personal mobile device to school or school-related activities.
- The district will not be responsible for data or other losses of any kind, economic or otherwise, a student may experience when using a personal mobile device at school or a school-related activity.
- The district will not be responsible for any fees associated with a student's use of a personal mobile device.
- Students are responsible for their own mobile device(s) and understand district personnel will not repair or perform any set-up options to enable students to use a personal mobile device at school or school-related activities.

## CONSEQUENCES FOR AUP VIOLATIONS

- Suspension from use of district technology.
- Suspension or expulsion from school.
- The district may notify law enforcement agencies.
- Any consequence outlined in your school handbook.

NAME: _____

DATE: _____

SIGNATURE: _____

Amended September 2019