# EXHIBIT R

| | |
|---|---|
| **From:** | Brad Finkeldei <bfinkeldei@stevensbrand.com> |
| **Sent:** | Friday, August 15, 2025 6:04 AM |
| **To:** | Rosenthal, Harrison M.; Alan.Rupe@lewisbrisbois.com |
| **Cc:** | Johnson, Mark P.; Margolies, Jacob |
| **Subject:** | RE: URGENT: Tell et al. v. Lawrence Board of Education, et al. (No. 2:25-cv-02428) — Prior restraint on student press; TRO/PI today |

**[WARNING: EXTERNAL SENDER]**

Harrison,

Thanks for the email.  I can confirm your second paragraph.  As for the rest, I will let Alan handle the issues related to the litigation.

Brad

# Bradley R. Finkeldei
Attorney & Counselor at Law

**Direct Line (785) 856-6527**
**Main Office (785)843-0811**
**BFinkeldei@stevensbrand.com**

900 Massachusetts St., Suite 500
Lawrence, Kansas 66044



CONFIDENTIALITY STATEMENT:
This message from the law firm of Stevens & Brand, L.L.P. contains information which is privileged and confidential and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this in error, please destroy it immediately and please notify us immediately (785) 843-0811.

**From:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Sent:** Thursday, August 14, 2025 9:03 PM
**To:** Brad Finkeldei <bfinkeldei@stevensbrand.com>; Alan.Rupe@lewisbrisbois.com
**Cc:** Johnson, Mark P. <mark.johnson@dentons.com>; Margolies, Jacob <jacob.margolies@dentons.com>
**Subject:** RE: URGENT: Tell et al. v. Lawrence Board of Education, et al. (No. 2:25-cv-02428) — Prior restraint on student press; TRO/PI today

**CAUTION:** This email originated from outside of the organization. Be careful with links and attachments.

Brad:

Thank you for your email below and for our call. As confirmed on the call, Principal Quentin Rials issued a directive prohibiting *The Budget* and its student reporters from reporting on this lawsuit; Journalism Adviser Abbi Epperson-Ladd effectuated that directive today in a face-to-face discussion with one of our client-plaintiffs; and the restriction has now been lifted such that *The Budget* and our client are free to report on Gaggle and this lawsuit without restriction. If any of the foregoing is inaccurate, please advise.

Please also confirm that the rescission is district-wide and that no District official will prohibit, delay, condition, or otherwise restrain any student journalist or journalism adviser from lawful reporting on this subject going forward.

As discussed, our client reports that, after Principal Rials issued the directive, a person Ms. Epperson-Ladd understood to be a District administrator reiterated to her by telephone that neither *The Budget* nor its student reporters may report on this lawsuit.

As I mentioned on the phone, we will not file our emergency motion this evening. But in light of what transpired, we are evaluating options. To avoid recurrence and unnecessary motion practice, **Plaintiffs hereby request that the District draft and circulate, no later than Sunday, August 17, 2025 at 5:00 p.m. CT, a joint motion and proposed consent order** that (a) recites the relevant facts concerning the prior directive prohibiting coverage of this lawsuit; (b) memorializes the rescission; (c) commits the District to non-retaliation; and (d) affirms compliance with the Kansas Student Publications Act (K.S.A. 72-7209 *et seq*.), with an expedited show-cause enforcement mechanism if similar restraints or retaliation recur.

In addition to case-wide preservation obligations, **Plaintiffs hereby request that the District preserve all materials concerning the restriction and its rescission**—including communications and documents—whether stored on District devices/servers or on personal devices/accounts used for District business. At a minimum, custodians should include Principal Quentin Rials, Abbi Epperson-Ladd, Assistant Principal Mike Gillman, LHS and central-office administrators, and any agents consulted regarding the restriction, from August 14, 2024 to present. Please suspend any auto-delete/retention-purge functions for these custodians and confirm in writing that a litigation hold has issued.

Mr. Rupe: In prior discussions, Mr. Finkeldei indicated he was not authorized to accept service. Would you please confirm your engagement and whether you are authorized to accept service on behalf of any Defendant (and, if so, which entities)?

Thank you.

Harrison


Harrison M. Rosenthal
Managing Associate

Licensed in Kansas, Missouri, New York, and Pennsylvania
+1 816 460 2582
Assistant: Brenda K. Lovell-Dye +1 816 460 2449
Kansas City

---

**From:** Brad Finkeldei <bfinkeldei@stevensbrand.com>
**Sent:** Thursday, August 14, 2025 4:45 PM
**To:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>

2

**Cc:** Johnson, Mark P. <mark.johnson@dentons.com>; Margolies, Jacob <jacob.margolies@dentons.com>
**Subject:** Re: URGENT: Tell et al. v. Lawrence Board of Education, et al. (No. 2:25-cv-02428) — Prior restraint on student press; TRO/PI today

[WARNING: EXTERNAL SENDER]

Harrison,
This email is to confirm the district administration has directed the LHS staff to lift any restriction they placed in the budget related to this story. LHS budget, and your client are free to write on this lawsuit without restriction. Please let me know if you need any clarification.

Also, as I mentioned toned I am told Alan Rupe has been appointed by insurance on this case.

Brad


Sent from my iPhone

> On Aug 14, 2025, at 2:49 PM, Rosenthal, Harrison M. <harrison.rosenthal@dentons.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Be careful with links and attachments.
> Counsel:
>
> This firm represents Plaintiffs in the above-captioned matter (complaint attached). We understand the District has directed our client, the editor-in-chief of The Budget, not to report on this litigation. That directive is an impermissible prior restraint and constitutes irreparable injury per se.
>
> We intend to file an emergency motion for a temporary restraining order and preliminary injunction later today. Please advise by 5:00 p.m. CT today (August 14, 2025) whether the District will (i) withdraw the directive and refrain from interfering with lawful reporting, and (ii) state its position on the requested relief and an expedited schedule. Please also confirm whether you represent the District and/or Board in this case and whether you will accept service.
>
> Thank you.
>
> Harrison M. Rosenthal
> Managing Associate
>
> Licensed in Kansas, Missouri, New York, and Pennsylvania
> [D] +1 816 460 2582<tel:+18164602582>
>
> harrison.rosenthal@dentons.com<mailto:harrison.rosenthal@dentons.com> | Bio<https://linklock.titanhq.com/analyse?url=https%3A%2F%2Fwww.dentons.com%2Fch.aspx%3Femail%3Dharrison.rosenthal%40dentons.com%26action%3Dbiolink&data=eJyFTTkOwjAQfI1TWiEbAo0LBApfoF0fkS3sdeQ1hOdjUSFRIE0xmtOoCQbcjQeAo16gs4qrezpiXZCsNDl1SfVl3ZNP5_Ptyh0rj6UEziRLZkfVYxRjbxvLxJ9GUXoJdHfRutCsn8WH8rWuLOAkhrlh2zb51W-K8RJ5fQmYXcIQBVz-nYphQlNDppbVIcf2_wbzuk1q> |

Website<https://linklock.titanhq.com/analyse?url=https%3A%2F%2Fwww.dentons.com&data=eJxljMsKwyAQRb9Gl5Jm0sdmFiXQ_kK3Gg1K4xhmbP39SleFwl0cOJy74AlGe5jOABe3gvYoNbwDiWNL3iwl64wD70eKeZ4fd9GC0TInKWS4SKAa7aamwXcqJN-C0a2JnmHzIXX19_jCWOsuCq5qvPW11sxP_wHJ0TPy>
> Assistant: Brenda K. Lovell-Dye +1 816 460 2449
> Dentons US LLP | 4520 Main Street, Suite 1100, Kansas City, MO 64111-7700
> [Logo]
> Our Legacy Firms<https://linklock.titanhq.com/analyse?url=https%3A%2F%2Fwww.dentons.com%2Fen%2Fabout-dentons%2Four-combination-history&data=eJxljMsKg0AMRb9Gd4p17GMziyLYX-h2xhmZoZpIEiv9-4bSRaEQQu49nIz2ZFp36M7GXPxkymBZ4jMCe3lQ6hGXcrENrUdIS9_fb1yyTY4oM0JNyBEkubnomqAXAn8Msn7K8IhziFnR38fNJpGVC3Mt2kFn3_f6x9cmgi7ncZPqCzTjRpVin8FJRqhSZkF6vQHW8EU0> | Client Experience (CX)<https://linklock.titanhq.com/analyse?url=https%3A%2F%2Fwww.dentons.com%2Fen%2Fclient-experience&data=eJxljM0KwjAQhJ-muRlqU38uOUhBX8FrmmxJsN2E3Wh8fBdPgjAMwzfMeHs0g9uPJ2PO82JUsFzhBcgzOQza501ttqdywLhN0_3Gim10RIkzasoMWKNbu7EPkjLyd0F2XhI-YA2QpPp7fNpYa-HOXLrhKmqt6Z-9EEAxvyaBO3gXIEkePkXCPNM%>
>
> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.
>
>