# EXHIBIT S

**From:** REDACTED
**Subject:** Parental "opt out" from spyware program
**Date:** August 4, 2024 at 5:26 PM
**To:** amcanarn@usd497.org

REDACTED

Hi Amy,

I would like to "opt out" my child who will be a junior at FSHS this year from the AI surveillance spyware training program at school called "gaggle". How do I go about this?

Thank you,

REDACTED

**From:** Amy Mcanarney amcanarn@usd497.org
**Subject:** Re: Parental "opt out" from spyware program
**Date:** August 5, 2024 at 7:12 AM
**To:** REDACTED

Hi REDACTED,

We don't have a training program for Gaggle. Could you clarify your request?

Thank you,



**Amy McAnarney**
Principal
Lawrence Free State High School
4700 Overland Drive
Lawrence, KS 66049
785/832-6050 x 2610
amcanarn@usd497.org
Respect, Responsibility, Excellence

*This email is intended for the addressee(s) and may be confidential. If received in error, please delete it and notify me. Unauthorized use, forwarding, printing, copying, or distributing is prohibited and may be unlawful.*

On Sun, Aug 4, 2024 at 5:27 PM REDACTED wrote:

Hi Amy,

I would like to "opt out" my child who will be a junior at FSHS this year from the AI surveillance spyware training program at school called "gaggle". How do I go about this?

Thank you,

REDACTED

**From:** REDACTED
**Subject:** Re: Parental "opt out" from spyware program
**Date:** August 5, 2024 at 7:33 AM
**To:** Amy Mcanarney  amcanarn@usd497.org

REDACTED

I would like to opt my child out of gaggle. That is my request.
It is spyware. It also uses AI.

AI programs are continuously "trained" by users, they evolve to better understand and parse information.

Gaggle is constantly learning how to better detect what it considers, or is told to consider, to be problematic speech.

But setting that aside, the whole thing creeps me out. I am happy for my child to take surveys asking him about his well-being, about sexual activity or drug use or happiness, I have no issue with him participating in sexual education, I have never wanted to "opt out" of such things.

I strongly disapprove of AI spyware monitoring, and would like to opt out of participation in this project.

Thank you,

REDACTED

On Mon, Aug 5, 2024 at 7:12 AM Amy Mcanarney <amcanarn@usd497.org> wrote:

Hi REDACTED

We don't have a training program for Gaggle.  Could you clarify your request?

Thank you,



**Amy McAnarney**
Principal
Lawrence Free State High School
4700 Overland Drive
Lawrence, KS 66049
785/832-6050 x 2610
amcanarn@usd497.org
Respect, Responsibility, Excellence

*This email is intended for the addressee(s) and may be confidential. If received in error, please delete it and notify me. Unauthorized use, forwarding, printing, copying, or distributing is prohibited and may be unlawful.*

On Sun, Aug 4, 2024 at 5:27 PM REDACTED wrote:

Hi Amy,

I would like to "opt out" my child who will be a junior at FSHS this year from the AI surveillance spyware training program at school called "gaggle". How do I go about this?

Thank you,

REDACTED

REDACTED

REDACTED

**From:** Amy Mcanarney amcanarn@usd497.org
**Subject:** Re: Parental "opt out" from spyware program
**Date:** August 5, 2024 at 9:52 AM
**To:** REDACTED

Thanks for the clarification. I do not have the power to do that since Gaggle monitors district owned/issued devices. You would have to contact the district to make this request.

Thank you for checking,



**Amy McAnarney**
Principal
Lawrence Free State High School
4700 Overland Drive
Lawrence, KS 66049
785/832-6050 x 2610
amcanarn@usd497.org
Respect, Responsibility, Excellence

*This email is intended for the addressee(s) and may be confidential. If received in error, please delete it and notify me. Unauthorized use, forwarding, printing, copying, or distributing is prohibited and may be unlawful.*

On Mon, Aug 5, 2024 at 7:33 AM REDACTED wrote:
> I would like to opt my child out
> It is spyware. It also uses AI.
>
> AI programs are continuously "trained" by users, they evolve to better understand and parse information.
>
> Gaggle is constantly learning how to better detect what it considers, or is told to consider, to be problematic speech.
>
> But setting that aside, the whole thing creeps me out. I am happy for my child to take surveys asking him about his well-being, about sexual activity or drug use or happiness, I have no issue with him participating in sexual education, I have never wanted to "opt out" of such things.
>
> I strongly disapprove of AI spyware monitoring, and would like to opt out of participation in this project.
>
> Thank you,
>
> Bret
>
> On Mon, Aug 5, 2024 at 7:12 AM Amy Mcanarney <amcanarn@usd497.org> wrote:
>> Hi REDACTED
>>
>> We don't have a training program for Gaggle. Could you clarify your request?
>>
>> Thank you,
>>
>> 
>>
>> **Amy McAnarney**
>> Principal
>> Lawrence Free State High School
>> 4700 Overland Drive
>> Lawrence, KS 66049
>> 785/832-6050 x 2610

| Public Schools | 785/832-5050 x 2010<br>amcanarn@usd497.org<br>Respect, Responsibility, Excellence |
|---|---|

*This email is intended for the addressee(s) and may be confidential. If received in error, please delete it and notify me. Unauthorized use, forwarding, printing, copying, or distributing is prohibited and may be unlawful.*

On Sun, Aug 4, 2024 at 5:27 PM REDACTED wrote:

Hi Amy,

I would like to "opt out" my child who will be a junior at FSHS this year from the AI surveillance spyware training program at school called "gaggle". How do I go about this?

Thank you,

REDACTED

**From:** REDACTED  
**Subject:** Re: Parental "opt out" from spyware program  
**Date:** August 5, 2024 at 3:36 PM  
**To:** Amy Mcanarney amcanarn@usd497.org  
REDACTED

Hi Amy,

Can you please clarify who in the district I should contact, and how to do so?

Thank you,

REDACTED

> On Aug 5, 2024, at 9:52 AM, Amy Mcanarney <amcanarn@usd497.org> wrote:
>
> Thanks for the clarification. I do not have the power to do that since Gaggle monitors district owned/issued devices. You would have to contact the district to make this request.
>
> Thank you for checking,
>
> 
>
> **Amy McAnarney**  
> Principal  
> Lawrence Free State High School  
> 4700 Overland Drive  
> Lawrence, KS 66049  
> 785/832-6050 x 2610  
> amcanarn@usd497.org  
> Respect, Responsibility, Excellence
>
> *This email is intended for the addressee(s) and may be confidential. If received in error, please delete it and notify me. Unauthorized use, forwarding, printing, copying, or distributing is prohibited and may be unlawful.*
>
>> On Mon, Aug 5, 2024 at 7:33 AM REDACTED wrote:
>> I would like to opt my child out of gaggle. That is my request.
>> It is spyware. It also uses AI.
>>
>> AI programs are continuously "trained" by users, they evolve to better understand and parse information.
>>
>> Gaggle is constantly learning how to better detect what it considers, or is told to consider, to be problematic speech.
>>
>> But setting that aside, the whole thing creeps me out. I am happy for my child to take surveys asking him about his well-being, about sexual activity or drug use or happiness, I have no issue with him participating in sexual education, I have never wanted to "opt out" of such things.
>>
>> I strongly disapprove of AI spyware monitoring, and would like to opt out of participation in this project.
>>
>> Thank you,
>>
>> REDACTED
>>
>>> On Mon, Aug 5, 2024 at 7:12 AM Amy Mcanarney <amcanarn@usd497.org> wrote:
>>> Hi REDACTED;
>>>
>>> We don't have a training program for Gaggle. Could you clarify your request?
>>>
>>> Thank you,



**Amy McAnarney**
Principal
Lawrence Free State High School
4700 Overland Drive
Lawrence, KS 66049
785/832-6050 x 2610
amcanarn@usd497.org
Respect, Responsibility, Excellence

*This email is intended for the addressee(s) and may be confidential. If received in error, please delete it and notify me. Unauthorized use, forwarding, printing, copying, or distributing is prohibited and may be unlawful.*

On Sun, Aug 4, 2024 at 5:27 PM REDACTED wrote:

Hi Amy,

I would like to "opt out" my child who will be a junior at FSHS this year from the AI surveillance spyware training program at school called "gaggle". How do I go about this?

Thank you,

REDACTED