# EXHIBIT U

**From:** Larry Englebrick larry.englebrick@usd497.org
**Subject:** Re: Parental request to opt minor child out of "Gaggle" spyware project - PLEASE REPLY
**Date:** August 21, 2024 at 8:06 AM
**To:** REDACTED
**Cc:** Kelly.Jones@usd497.org, GR.Gordon-Ross@usd497.org, bbyers@usd497.org, ccaduebl@usd497.org, Anne.Costello@usd497.org, Yolanda.Franklin@usd497.org, skimball@usd497.org, schoolboard@usd497.org, David.Vignery@usd497.org, Anthony.Lewis@usd497.org, Amy Mcanarney amcanarn@usd497.org, REDACTED REDACTED REDACTED

Mr. REDACTED,

I apologize for the delay in responding to your request to have your child, REDACTED, "opt out" of Gaggle. However, the District is statutorily required under both state and federal law to monitor students' District-issued devices to ensure they are not used to access or produce harmful content. Under the Children's Internet Protection Act, districts must prevent students from using district-owned technology to access obscene and harmful content and must enforce those restrictions any time minors use their devices. The Kansas Internet Protection Act imposes a similar responsibility. Likewise, Kansas boards of education are required to implement policies to prevent bullying, including cyberbullying, "on *or while utilizing* school property." (emphasis added). Therefore, because Gaggle is the monitoring program selected by the district to fulfill its federal and state requirements, the District may not allow your student to "opt out" of using Gaggle on district issued devices.

Larry

> On Tue, Aug 20, 2024 at 9:00 PM REDACTED wrote:
>
> <u>I have received no reply to the email below which I originally sent on August 5, 2024.</u> As a parent and voter I thought perhaps I might receive some sort of reply?
>
> *[Letter in text below also included as PDF attachment]*
>
> USD 497 Board and Administration
>
> August 5, 2024
>
> **RE: Parental request to opt minor child out of "Gaggle" spyware project**
> **Please forward to appropriate party for expedited reply and action**
>
> My child, REDACTED, will be a Junior at Lawrence Free State High School this year.
>
> I would like to opt my child out of the "Gaggle" project.
>
> Gaggle is spyware.
>
> I also understand that it uses Artificial Intelligence (AI) to read and evaluate all of my child's written communication, what he writes, and perhaps what he reads as well.
>
> AI programs are continuously "trained" by users, and they evolve to better understand and parse information.
>
> Gaggle is constantly learning how to better detect what it considers, or is told to consider, to be problematic speech.
>
> I am not interested in having my child train AI based spyware programs to better conduct

surveillance.

But setting the AI issues aside, frankly the whole thing creeps me out.

I am happy for my child to take surveys asking him about his well-being, about sexual activity or drug use or happiness. (I apparently have the right to opt out of those, and this seems like an end-run around that right.)

I have no issue with him participating in sexual education, drug education, or engaging with sensitive or controversial literature or social issues content. More the better.

I have never wanted to "opt out" of such things.

However, I strongly disapprove of AI spyware monitoring, and request to immediately opt out of participation in this project, however well-intentioned it may be.

[I also have a question . . . Is the district paying for use of the Gaggle program, is it being provided for free, or is the district getting paid for its use? Because as I see it my child is the product here, and I don't wish to sell his services to Gaggle.]

Thank you for your prompt reply and action in this matter.

Cordially,

# REDACTED

--

**Larry Englebrick**
Chief Operations Officer
711 E 23rd Street Bldg A
Lawrence, KS 66046
785/832-5000 x 1643
www.usd497.org

Case 2:25-cv-02428-KHV-GEB    Document 23-22    Filed 11/17/25    Page 4 of 4