# EXHIBIT V

**From: Kelly Jones** kelly.jones@usd497.org
**Subject:** Re: Parental request to opt minor child out of "Gaggle" spyware project - PLEASE REPLY
**Date:** August 21, 2024 at 8:13 AM
**To:**              REDACTED
**Cc:** gr.gordon-ross@usd497.org

Good morning,  REDACTED .

Thank you for reaching out to the board. Our apologies in the response delay from the district. It's likely related to the start of school activities and the leadership transition at the superintendent level.

GR and I will speak with district leadership about this matter today.   There is currently not a process for parents and caregivers  to opt their children out of district communication devices, which utilize the safety/surveillance software, Gaggle.

Students' personal devices and private accounts are not monitored by Gaggle.

Sincerely,
Kelly Jones
board president

Cc'd G.R. Gordan Ross, board, vice president

On Aug 20, 2024, at 9:00 PM,                REDACTED                wrote:

I have received no reply to the email below which I originally sent on August 5, 2024. As a parent and voter I thought perhaps I might receive some sort of reply?

*[Letter in text below also included as PDF attachment]*

USD 497 Board and Administration

August 5, 2024

**RE: Parental request to opt minor child out of "Gaggle" spyware project**
Please forward to appropriate party for expedited reply and action

My child,         REDACTED        , will be a Junior at Lawrence Free State High School this year.

I would like to opt my child out of the "Gaggle" project.

Gaggle is spyware.

I also understand that it uses Artificial Intelligence (AI) to read and evaluate all of my child's written communication, what he writes, and perhaps what he reads as well.

AI programs are continuously "trained" by users, and they evolve to better understand and parse information.

Gaggle is constantly learning how to better detect what it considers, or is told to consider, to be problematic speech.

I am not interested in having my child train AI based spyware programs to better conduct surveillance.

But setting the AI issues aside, frankly the whole thing creeps me out.

I am happy for my child to take surveys asking him about his well-being, about sexual activity or drug use or happiness. (I apparently have the right to opt out of those, and this seems like an end-run around that right.)

I have no issue with him participating in sexual education, drug education, or engaging with sensitive or controversial literature or social issues content. More the better.

I have never wanted to "opt out" of such things.

However, I strongly disapprove of AI spyware monitoring, and request to immediately opt out of participation in this project, however well-intentioned it may be.

[I also have a question . . . Is the district paying for use of the Gaggle program, is it being provided for free, or is the district getting paid for its use? Because as I see it my child is the product here, and I don't wish to sell his services to Gaggle.]

Thank you for your prompt reply and action in this matter.

Cordially,

REDACTED

<USD 497 Board and Administration.pdf>