# EXHIBIT X



Ashlyn Tell <10203745@students.usd497.org>

# Kansas Open Records Act Request #1 — ManagedMethods Contract and Attachments
2 messages

---

**Ashlyn Tell** <10203745@students.usd497.org>                                       Thu, Oct 30, 2025 at 8:00 AM
To: Jake Potter <jake.potter@usd497.org>
Cc: Jeanice Swift <jeanice.swift@usd497.org>, Larry Englebrick <larry.englebrick@usd497.org>, GR Gordon-Ross <gr.gordon-ross@usd497.org>, Bob Byers <bbyers@usd497.org>

Records Custodian:

This is a request under the Kansas Open Records Act, K.S.A. 45-215 et seq., to inspect and obtain copies of the following public records:

1. The fully executed contract(s) between USD 497 and ManagedMethods (including any affiliate or reseller) in effect at any time from January 1, 2024 to the present, including all exhibits, statements of work, appendices, schedules, data-security addenda, business-associate/data-processing agreements, order forms, renewals, amendments, riders, and change orders.

Production format. Please produce records electronically by email in the format maintained: text-searchable PDF for executed documents; native CSV/XLSX for spreadsheets; and MSG/EML with headers and attachments preserved for emails/messages. Avoid print-scan where native is available.

Segregability and exemptions. If any portion is withheld, identify the specific subsection of K.S.A. 45-221 for each redaction/withholding and produce all reasonably segregable non-exempt material. For any withholdings in full, provide a description sufficient to assess the claim.

Fees and estimate. Before incurring costs, provide an itemized estimate (task, staff role/title, hourly rate, time, page counts, media). Limit any charges to actual costs consistent with K.S.A. 45-219 and use the lowest-cost staff reasonably necessary. I am a member of the news media requesting records while acting in that capacity. Given the strong public interest and ongoing news coverage, please waive or substantially reduce fees; if denied, provide the legal basis and your current fee schedule.

Timing and delivery. Please acknowledge receipt and act within 3 business days as required by K.S.A. 45-218(d) by (a) providing the records, (b) providing a production schedule, or (c) supplying a written legal basis for any denial. Rolling production is welcome. If another USD 497 office or custodian maintains responsive records, please forward this request or advise.

Ashlyn Tell
Online Editor-in-Chief
LHS Budget

---

**Jake Potter** <jake.potter@usd497.org>                                              Fri, Oct 31, 2025 at 1:58 PM
To: Ashlyn Tell <10203745@students.usd497.org>

Lawrence Public Schools (USD 497) acknowledges receipt of your Kansas Open Records Act (KORA) request, received on October 30.

Your request is currently under review to determine the availability of the records and the time and resources required to compile and produce them.

The district will provide you with an estimated cost to retrieve, review, and reproduce the requested records, along with an estimated timeframe for completion. No work to gather or produce records will begin until the estimated charges, if any, are communicated and approved.

Thank you for your patience as the district processes your request.

[Quoted text hidden]



Ashlyn Tell <10203745@students.usd497.org>

## Kansas Open Records Act Request #2 — ManagedMethods Invoices, Payments, and Cost Analyses
2 messages

**Ashlyn Tell** <10203745@students.usd497.org>   Thu, Oct 30, 2025 at 8:00 AM
To: Jake Potter <jake.potter@usd497.org>
Cc: Jeanice Swift <jeanice.swift@usd497.org>, Larry Englebrick <larry.englebrick@usd497.org>, GR Gordon-Ross <gr.gordon-ross@usd497.org>, Bob Byers <bbyers@usd497.org>

Records Custodian:
This is a request under the Kansas Open Records Act, K.S.A. 45-215 et seq., to inspect and obtain
copies of the following public records:

1. All invoices, purchase orders, payment records, warrants/ACH remittances, and contract-value
summaries for ManagedMethods from January 1, 2024 to the present.

2. Any cost comparison, savings analysis, ROI worksheet, or budget memorandum discussing ManagedMethods relative
to Gaggle or other surveillance vendors, including underlying assumptions and data supporting any stated cost savings
figure.

Production format. Please produce records electronically by email in the format maintained: text-searchable PDF for
executed documents; native CSV/XLSX for spreadsheets; and MSG/EML with headers and attachments preserved for
emails/messages. Avoid print-scan where native is available.

Segregability and exemptions. If any portion is withheld, identify the specific subsection of K.S.A. 45-221 for each
redaction/withholding and produce all reasonably segregable non-exempt material. For any withholdings in full, provide a
description sufficient to assess the claim.

Fees and estimate. Before incurring costs, provide an itemized estimate (task, staff role/title, hourly rate,time, page
counts, media). Limit any charges to actual costs consistent with K.S.A. 45-219 and use the lowest-cost staff reasonably
necessary. I am a member of the news media requesting records while acting in that capacity. Given the strong public
interest and ongoing news coverage, please waive or substantially reduce fees; if denied, provide the legal basis and your
current fee schedule.

Timing and delivery. Please acknowledge receipt and act within 3 business days as required by K.S.A.45-218(d) by (a)
providing the records, (b) providing a production schedule, or (c) supplying a written legal basis for any denial. Rolling
production is welcome. If another USD 497 office or custodian maintains responsive records, please forward this request
or advise.

Ashlyn Tell
Online Editor-in-Chief
LHS Budget

**Jake Potter** <jake.potter@usd497.org>   Fri, Oct 31, 2025 at 1:58 PM
To: Ashlyn Tell <10203745@students.usd497.org>

Lawrence Public Schools (USD 497) acknowledges receipt of your Kansas Open Records Act (KORA) request, received
on October 30.

Your request is currently under review to determine the availability of the records and the time and resources required to
compile and produce them.

The district will provide you with an estimated cost to retrieve, review, and reproduce the requested records, along with an
estimated timeframe for completion. No work to gather or produce records will begin until the estimated charges, if any,
are communicated and approved.

Thank you for your patience as the district processes your request.

[Quoted text hidden]



Ashlyn Tell <10203745@students.usd497.org>

# Kansas Open Records Act Request #3 — Communications Concerning ManagedMethods
2 messages

**Ashlyn Tell** <10203745@students.usd497.org>                                    Thu, Oct 30, 2025 at 8:01 AM
To: Jake Potter <jake.potter@usd497.org>
Cc: Jeanice Swift <jeanice.swift@usd497.org>, Larry Englebrick <larry.englebrick@usd497.org>, GR Gordon-Ross <gr.gordon-ross@usd497.org>, Bob Byers <bbyers@usd497.org>

Records Custodian:
This is a request under the Kansas Open Records Act, K.S.A. 45-215 et seq., to inspect and obtain copies of the following public records:

1. All communications including but not limited to emails, letters, text messages, and messages in collaboration platforms (e.g., Teams/Slack) between USD 497 personnel and ManagedMethods (sales, support, implementation, or legal) from January 1, 2024 to the present, including attachments.

2. Internal communications among USD 497 personnel discussing the selection, implementation, scope, configuration, efficacy, or public messaging regarding ManagedMethods, including drafts of statements or FAQs, from January 1, 2024 to the present.

Production format. Please produce records electronically by email in the format maintained: text-searchable PDF for executed documents; native CSV/XLSX for spreadsheets; and MSG/EML with headers and attachments preserved for emails/messages. Avoid print-scan where native is available.

Segregability and exemptions. If any portion is withheld, identify the specific subsection of K.S.A. 45-221 for each redaction/withholding and produce all reasonably segregable non-exempt material. For any withholdings in full, provide a description sufficient to assess the claim.

Fees and estimate. Before incurring costs, provide an itemized estimate (task, staff role/title, hourly rate, time, page counts, media). Limit any charges to actual costs consistent with K.S.A. 45-219 and use the lowest-cost staff reasonably necessary. I am a member of the news media requesting records while acting in that capacity. Given the strong public interest and ongoing news coverage, please waive or substantially reduce fees; if denied, provide the legal basis and your current fee schedule.

Timing and delivery. Please acknowledge receipt and act within 3 business days as required by K.S.A. 45-218(d) by (a) providing the records, (b) providing a production schedule, or (c) supplying a written legal basis for any denial. Rolling production is welcome. If another USD 497 office or custodian maintains responsive records, please forward this request or advise.

Ashlyn
Online Editor-in-Chief
LHS Budget

**Jake Potter** <jake.potter@usd497.org>                                          Fri, Oct 31, 2025 at 1:58 PM
To: Ashlyn Tell <10203745@students.usd497.org>

Lawrence Public Schools (USD 497) acknowledges receipt of your Kansas Open Records Act (KORA) request, received on October 30.

Your request is currently under review to determine the availability of the records and the time and resources required to compile and produce them.

The district will provide you with an estimated cost to retrieve, review, and reproduce the requested records, along with an estimated timeframe for completion. No work to gather or produce records will begin until the estimated charges, if any, are communicated and approved.

Thank you for your patience as the district processes your request.

[Quoted text hidden]

Case 2:25-cv-02428-KHV-GEB    Document 23-25    Filed 11/17/25    Page 8 of 11

11/7/25, 11:20 AM                Lawrence Public Schools Mail - Kansas Open Records Act Request #4 — Procurement: RFP/RFQ, Bids, Scoring, Award (ManagedMethods)



Ashlyn Tell <10203745@students.usd497.org>

# Kansas Open Records Act Request #4 — Procurement: RFP/RFQ, Bids, Scoring, Award (ManagedMethods)
2 messages

**Ashlyn Tell** <10203745@students.usd497.org>　　　　　　　　　　　　　　　　　　　　Thu, Oct 30, 2025 at 8:01 AM
To: Jake Potter <jake.potter@usd497.org>
Cc: Jeanice Swift <jeanice.swift@usd497.org>, Larry Englebrick <larry.englebrick@usd497.org>, GR Gordon-Ross <gr.gordon-ross@usd497.org>, Bob Byers <bbyers@usd497.org>

Records Custodian:

This is a request under the Kansas Open Records Act, K.S.A. 45-215 et seq., to inspect and obtain copies of the following public records:

1. Any RFI/RFQ/RFP (or equivalent), addenda, bidder Q&amp;As, public notices, ManagedMethods' proposal(s), competing vendor proposals, pricing sheets, and security questionnaires.

2. Evaluation materials: scoring sheets, evaluator notes, consensus scores, recommendation memoranda, conflict-of-interest disclosures, award/intent-to-award notices, and any protest filings/resolutions.

Date range: 1/1/2024–present.
Production format. Please produce records electronically by email in the format maintained: text-searchable PDF for executed documents; native CSV/XLSX for spreadsheets; and MSG/EML with headers and attachments preserved for emails/messages. Avoid print-scan where native is available.

Segregability and exemptions. If any portion is withheld, identify the specific subsection of K.S.A. 45-221 for each redaction/withholding and produce all reasonably segregable non-exempt material. For any withholdings in full, provide a description sufficient to assess the claim.

Fees and estimate. Before incurring costs, provide an itemized estimate (task, staff role/title, hourly rate, time, page counts, media). Limit any charges to actual costs consistent with K.S.A. 45-219 and use the lowest-cost staff reasonably necessary. I am a member of the news media requesting records while acting in that capacity. Given the strong public interest and ongoing news coverage, please waive or substantially reduce fees; if denied, provide the legal basis and your current fee schedule.

Timing and delivery. Please acknowledge receipt and act within 3 business days as required by K.S.A. 45-218(d) by (a) providing the records, (b) providing a production schedule, or (c) supplying a written legal basis for any denial. Rolling production is welcome. If another USD 497 office or custodian maintains responsive records, please forward this request or advise.

Ashlyn Tell
Online Editor-in-Chief
LHS Budget

---

**Jake Potter** <jake.potter@usd497.org>　　　　　　　　　　　　　　　　　　　　　　　Fri, Oct 31, 2025 at 1:58 PM
To: Ashlyn Tell <10203745@students.usd497.org>

Lawrence Public Schools (USD 497) acknowledges receipt of your Kansas Open Records Act (KORA) request, received on October 30.

Your request is currently under review to determine the availability of the records and the time and resources required to compile and produce them.

The district will provide you with an estimated cost to retrieve, review, and reproduce the requested records, along with an estimated timeframe for completion. No work to gather or produce records will begin until the estimated charges, if any, are communicated and approved.

Thank you for your patience as the district processes your request.

[Quoted text hidden]



Ashlyn Tell <10203745@students.usd497.org>

# Kansas Open Records Act Request #5 — Gaggle Wind-Down, Off-Boarding &amp; Data Disposition

2 messages

**Ashlyn Tell** <10203745@students.usd497.org>　　　　　　　　　　　　　　　　　Thu, Oct 30, 2025 at 8:02 AM
To: Jake Potter <jake.potter@usd497.org>
Cc: Jeanice Swift <jeanice.swift@usd497.org>, Larry Englebrick <larry.englebrick@usd497.org>, GR Gordon-Ross <gr.gordon-ross@usd497.org>, Bob Byers <bbyers@usd497.org>

Records Custodian:

This is a request under the Kansas Open Records Act, K.S.A. 45-215 et seq., to inspect and obtain copies of the following public records:

1. Notices of non-renewal or termination with Gaggle; off-boarding checklists;
certifications/attestations of data deletion or return from Gaggle; and correspondence regarding the disposition of student/staff data during the transition to ManagedMethods.

2. Internal memoranda or summaries describing the timeline and scope of purportedly ceasing Gaggle monitoring and commencing ManagedMethods monitoring.

Date range: January 1, 2024 to the present.
Production format. Please produce records electronically by email in the format maintained: text-searchable PDF for executed documents; native CSV/XLSX for spreadsheets; and MSG/EML with headers and attachments preserved for emails/messages. Avoid print-scan where native is available.

Segregability and exemptions. If any portion is withheld, identify the specific subsection of K.S.A. 45-221 for each redaction/withholding and produce all reasonably segregable non-exempt material. For any withholdings in full, provide a description sufficient to assess the claim.

Fees and estimate. Before incurring costs, provide an itemized estimate (task, staff role/title, hourly rate, time, page counts, media). Limit any charges to actual costs consistent with K.S.A. 45-219 and use the lowest-cost staff reasonably necessary. I am a member of the news media requesting records while acting in that capacity. Given the strong public interest and ongoing news coverage, please waive or substantially reduce fees; if denied, provide the legal basis and your current fee schedule.

Timing and delivery. Please acknowledge receipt and act within 3 business days as required by K.S.A. 45-218(d) by (a) providing the records, (b) providing a production schedule, or (c) supplying a written legal basis for any denial. Rolling production is welcome. If another USD 497 office or custodian maintains responsive records, please forward this request or advise.

Ashlyn Tell
Online Editor-in-Chief
LHS Budget

**Jake Potter** <jake.potter@usd497.org>　　　　　　　　　　　　　　　　　　　　Fri, Oct 31, 2025 at 1:58 PM
To: Ashlyn Tell <10203745@students.usd497.org>

Lawrence Public Schools (USD 497) acknowledges receipt of your Kansas Open Records Act (KORA) request, received on October 30.

Your request is currently under review to determine the availability of the records and the time and resources required to compile and produce them.

The district will provide you with an estimated cost to retrieve, review, and reproduce the requested records, along with an estimated timeframe for completion. No work to gather or produce records will begin until the estimated charges, if any, are communicated and approved.

Thank you for your patience as the district processes your request.

[Quoted text hidden]