IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS, HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JONATHAN MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE BOARD OF EDUCATION; LAWRENCE USD 497; GREG FARLEY, in his individual capacity; and QUENTIN RIALS, in his individual capacity,<br><br>Defendants. | Case No. 2:25-cv-02428-KHV-GEB |

**DEFENDANTS LAWRENCE BOARD OF EDUCATION, LAWRENCE USD 497, AND GREG FARLEY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants Lawrence Board of Education, Lawrence USD 497, and Greg Farley (collectively "Original Defendants") move the Court for an extension of the deadline for the Original Defendants to respond to Plaintiffs' First Amended Complaint to December 19, 2025. In support of this motion, Original Defendants state:

1. Plaintiffs filed their original Complaint on August 1, 2025. Doc. 1.

2. Original Defendants responded to Plaintiffs' original Complaint by filing a Motion to Partially Dismiss and an Answer on October 27, 2025. Docs. 17–19.

3. On November 17, 2025, Plaintiffs filed their First Amended Complaint. Doc. 23.

4. As a result, Original Defendants' deadline to respond to Plaintiffs' First Amended Complaint is December 1, 2025. Fed. R. Civ. P. 15(a)(3). That deadline has not passed.

5. Plaintiffs' First Amended Complaint is much longer and more detailed than the original Complaint—which was already very long and detailed. Plaintiffs' First Amended Complaint is over 100 pages longer (427 pages total), over 150 paragraphs larger (435 paragraphs total), and four claims greater (12 claims total) than the original Complaint.

6. Additionally, Alan Rupe, lead counsel for Original Defendants, is preparing for trial in *Tyreice Haggins v. The Whole Person, Inc.*, Case No. 2316-CV24608, in the Circuit Court of Jackson County, Missouri. That trial is scheduled to begin on December 8 and will likely last at least the rest of that week, and possibly longer.

7. Therefore, Original Defendants now request an 18-day extension of time, which would make Original Defendants' new deadline to respond to Plaintiffs' First Amended Complaint December 19, 2025.

8. Original Defendants have sought Plaintiffs' position on this requested extension from Plaintiffs' counsel via email. Plaintiffs' counsel has not responded. Therefore, Original Defendants do not know whether Plaintiffs oppose Original Defendants' requested extension.

9. Under Federal Rule of Civil Procedure 6, Original Defendants have good cause for the requested extension. Original Defendants need more than 14 days to review Plaintiffs' First Amended Complaint, prepare answers and affirmative defenses, and coordinate with new co-defendant Quentin Rials. Additionally, Mr. Rupe will be occupied with trial in another matter for the first few weeks of December. Therefore, good cause exists for the requested extension.

10. None of the Original Defendants have previously filed any motions to extend their time to respond to Plaintiffs' First Amended Complaint.

11. This requested extension will not unduly delay these proceedings and is not sought for an improper purpose.

167407218.1

WHEREFORE, Original Defendants respectfully request the Court enter an order granting their motion to extend the deadline for all Defendants' time to respond to Plaintiffs' Amended Complaint to December 19, 2025.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2025, I filed the above Defendants' Lawrence Board of Education, Lawrence USD 497, and Greg Farley's Motion For Extension Of Time To Respond To Plaintiffs' First Amended Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

167407218.1