# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:25-CV-02428-KHV-GEB

Plaintiff:
**Jack Tell et al**

vs.

Defendant:
**LAWRENCE BOARD OF EDUCATION, a political subdivision of the State of Kansas; LAWRENCE USD 497, a political subdivision of the State of Kansas; and GREG FARLEY, in his individual capacity**

For:
DENTONS
4520 Main St Ste 1100
Kansas City, MO 64111

POW2025015940

Received by D & B Legal Service, LLC to be served on **Quentin Rials, Principal, Lawrence High School, 1901 Louisiana Street, Lawrence, KS 66046**.

I, Kenneth Prewett PPS25-0088, being duly sworn, depose and say that on the **21st day of November, 2025** at **1:20 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Notice, First Amended Complaint for Civil Rights Violations, Exhibit A-X** to: **Quentin Rials, Principal** at the address of: **Lawrence High School, 1901 Louisiana Street, Lawrence, KS 66046**.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are true and correct.

Subscribed and Sworn to before me on the 25th day of November, 2025 in the County of Johnson in the State of Kansas

NOTARY PUBLIC

JAMES HANNAH
Notary Public - State of Kansas
My Appt. Expires 8/24/27

**Kenneth Prewett PPS25-0088**
Process Server

**D & B Legal Service, LLC**
5350 W 94th Ter Ste 206
Prairie Village, KS 66207
(913) 362-8110

Our Job Serial Number: POW-2025015940
Ref: 09500000.002630

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JONATHAN MORRIS<br>*Plaintiff(s)*<br>v.<br>LAWRENCE BOARD OF EDUCATION, a political subdivision of the State of Kansas; LAWRENCE USD 497, a political subdivision of the State of Kansas; GREG FARLEY, in his individual capacity; and QUENTIN RIALS, in his individual capacity,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-02428-KHV-GEB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Quentin Rials, Principal
Lawrence High School
1901 Louisiana Street, Lawrence, KS 66046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark P. Johnson
Harrison M. Rosenthal
Jacob S. Margolies
DENTONS US LLP, 4520 Main Street, Suite 1100, Kansas City, MO 64111, (816) 460-2400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/21/2025

/s/ M. Harrison
*Signature of Clerk or Deputy Clerk*