## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS;
HENRY FARTHING; SUZANA
KENNEDY; NAOMI SUI PANG; ASHLYN
TELL; and P.M., a minor, by and through her
parents MARGARET WEISBROD MORRIS
and JONATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION, a
political subdivision of the State of Kansas;
LAWRENCE USD 497, a political
subdivision of the State of Kansas; GREG
FARLEY, in his individual capacity; and
QUENTIN RIALS, in his individual capacity,

        Defendants.

Case No.:  2:25-cv-02428-KHV-GEB

## ENTRY OF APPEARANCE

Alan L. Rupe of Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as

counsel for Defendant Quentin Rials.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:     (316) 609-7900
Facsimile:     (316) 462-5746
alan.rupe@lewisbrisbois.com

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 9, 2025, I filed the above Entry of Appearance using the Court's

CM/ECF System which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe