### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JONATHAN MORRIS,<br><br>          Plaintiffs,<br><br>v.<br><br>LAWRENCE BOARD OF EDUCATION, a political subdivision of the State of Kansas; LAWRENCE USD 497, a political subdivision of the State of Kansas; GREG FARLEY, in his individual capacity; and QUENTIN RIALS, in his individual capacity,<br><br>          Defendants. | Case No.:  2:25-cv-02428-KHV-GEB |

### ENTRY OF APPEARANCE

Jared D. Harpt of Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as counsel for Defendant Quentin Rials.

/s/ Jared D. Harpt
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:    (316) 609-7900
Facsimile:    (316) 462-5746
jared.harpt@lewisbrisbois.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on December 9, 2025, I filed the above Entry of Appearance using the Court's CM/ECF System which will send notification to all counsel of record.

      /s/ Jared D. Harpt
      Jared D. Harpt

161840478.1  2