**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS,
HENRY FARTHING; SUZANA KENNEDY;
NAOMI SUI PANG; ASHLYN TELL; and
P.M., a minor, by and through her parents
MARGARET WEISBROD MORRIS and
JONATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION;
LAWRENCE USD 497; GREG FARLEY, in
his individual capacity; and QUENTIN
RIALS, in his individual capacity,

        Defendants.

Case No. 2:25-cv-02428-KHV-GEB

**DEFENDANTS' UNOPPOSED MOTON TO EXCEED PAGE
LIMITS IN THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION
TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants Lawrence Board of Education, Lawrence USD 497, Greg Farley, and Quentin Rials (collectively "Defendants") move the Court for leave to file a Memorandum in Support of Their forthcoming Motion to Partially Dismiss Plaintiffs' First Amended Complaint of up to 25 pages. In support of this motion, Defendants state:

1. On November 17, 2025, Plaintiffs filed their First Amended Complaint, the currently-operative complaint in this matter. Doc. 23.

2. Defendants intend to submit a single Motion to Partially Dismiss Plaintiffs' First Amended Complaint, along with a Memorandum in Support.

3. D. Kan. Rule 7.1(d)(3) provides, "Principal briefs in support of, or in response to, all motions other than those set forth in subparagraphs (d)(1) and (2) above must not exceed 15

168448766.1

pages and replies must not exceed 5 pages." Subparagraphs (d)(1) and (d)(2) refer to discovery-related motions and to summary judgment and class certification motions, respectively. Therefore, Defendants' anticipated Memorandum in Support of Their Motion to Partially Dismiss and Plaintiffs' Response would be subject to the rule's 15-page limit, while Defendants' Reply would be subject to the Rule's 5-page limit.

4.     Defendants' Memorandum in Support of Their Motion to Partially Dismiss Plaintiffs' original Complaint (Doc. 18) was 15 pages long.

5.     Plaintiffs' First Amended Complaint is even longer and more detailed than Plaintiffs' original Complaint.  Plaintiffs' First Amended Complaint consists of 427 pages (more than 100 pages longer than the original Complaint), 435 paragraphs (over 150 paragraphs more than the original Complaint), and twelve claims (four more than the original Complaint) against four different Defendants.

6.     Additionally, Defendants intend to use their Memorandum in Support to present several additional defenses related to the new Defendant and claims that Plaintiffs added to the case through their First Amended Complaint.  Defendants need additional pages to adequately present all of these defenses and related arguments.

7.     Therefore, Defendants request this Court to permit Defendants to file a Memorandum in Support of Their anticipated Motion to Partially Dismiss Plaintiffs' First Amended Complaint of up to 25 pages; allow Plaintiffs to file a Response in Opposition to Defendants' Motion to Partially Dismiss of up to 25 pages; and allow Defendants to file a Reply in Support of Defendants' Motion to Partially Dismiss of up to 10 pages.

8.     Defendants have informed Plaintiffs of Defendants' intent to file the instant Motion.  Plaintiffs do not oppose this Motion.

168448766.1

9.    Defendants' deadline to respond to Plaintiffs' First Amended Complaint is December 19, 2025. *See* Docs. 26, 31. Therefore, this Motion complies with D. Kan. Rule 7.1(d)(4), which requires that, "Any motion to exceed these page limits must be filed at least 3 days before the brief's filing deadline."

Therefore, Defendants request that this Court grant their Motion to Exceed Page Limits and to permit Defendants to file a Memorandum in Support of Their anticipated Motion to Partially Dismiss Plaintiffs' First Amended Complaint of up to 25 pages; allow Plaintiffs to file a Response in Opposition to Defendants' Motion to Partially Dismiss of up to 25 pages; and allow Defendants to file a Reply in Support of Defendants' Motion to Partially Dismiss of up to 10 pages.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I filed the above Defendants' Unopposed Motion to Exceed Page Limits in Their Memorandum in Support of Their Motion to Partially Dismiss Plaintiffs' First Amended Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

168448766.1