## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, ASHLYN TELL; and
P.M., a minor, by and through her parents
MARGARET WEISBROD MORRIS and
JOHNATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION, a
political subdivision of the State of Kansas;
LAWRENCE USD 497, a political subdivision
of the State of Kansas; GREG FARLEY, in his
individual capacity, and QUENTIN RIALS, in
his individual capacity,

        Defendants.

Case No. 2:25-cv-02428-KHV-GEB

## DEFENDANTS' MOTION TO PARTIALLY
## DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Lawrence Board of Education (the "School Board"), Lawrence USD 497 (the "School District"), Greg Farley, and Quentin Rials (collectively "Defendants"), by the undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), request the Court to grant their Motion to Partially Dismiss Plaintiffs' First Amended Complaint.

Specifically, Defendants request the following relief: (1) dismiss all claims by Plaintiffs Jack Tell, Natasha Torkzaban, Morgan Salisbury, Opal Morris, Henry Farthing, Suzana Kennedy, and Naomi Sui Pang against all Defendants; (2) dismiss all claims for injunctive or declaratory relief by all Plaintiffs against all Defendants; (3) dismiss all claims for damages by all Plaintiffs against Defendant Greg Farley; (4) dismiss all claims for damages by all Plaintiffs against Defendant Quentin Rials; (5) dismiss all claims by all Plaintiffs against Defendant the School

167550004.1

Board; (6) dismiss Plaintiffs' KORA claims (the Tenth, Eleventh, and Twelfth Claims); and grant all further relief as the Court deems just and proper.  In support of this Motion, Defendants concurrently file their Memorandum in Support.

WHEREFORE, for the reasons set forth in Defendants' Memorandum in Support, Defendants request that the Court grant their Motion to Partially Dismiss Plaintiffs' First Amended Complaint.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2025, I filed the above Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

167550004.1