**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, A.T., a minor, by and
through her parents DAVE TELL and
HANNAH TELL and P.M., a minor, by and
through her parents MARGARET
WEISBROD MORRIS and JOHNATHAN
MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION,
LAWRENCE USD 497 and GREG FARLEY,
in his individual capacity,

        Defendants.

Case No. 25-2428-KHV

**DECLARATION OF JEANICE SWIFT**

I, JEANICE SWIFT, being duly sworn upon my oath, do hereby declare:

1.      I am over the age of 18 and competent to testify to the matters herein. I make this declaration based upon my personal knowledge.

2.      I have had the opportunity and enough time to review and edit this declaration to make sure it is accurate.

3.      I have personal knowledge of the following, and, if called as a witness on the matter, I would testify as follows:

4.      I have been employed with Lawrence Public Schools, U.S.D. 497 (the "School District") since approximately September 1, 2024. I currently hold the job title of Superintendent.

5.      I am aware of an ongoing lawsuit against the School District, Lawrence Board of Education, and Greg Farley involving the Gaggle software program. I understand that this declaration may be used as evidence in that case.

165656837.1

1

**Exhibit 1**

6.      I understand that I do not have to provide this declaration. I make the statements in this declaration voluntarily. I have not been pressured to give this declaration nor promised anything in connection with this declaration.

7.      Having agreed to give this declaration, I understand that I am expected only to tell the truth.  Although this declaration was typed for me, it is based on my personal knowledge, and I have had the opportunity to review its contents and edit it to make sure that it is accurate.

8.      As Superintendent, my role is to supervise the district.

9.      According to School District records, Plaintiffs Jack Tell, Natasha Torkzaban, Morgan Salisbury, Opal Morris, Henry Farthing, Suzana Kennedy, and Naomi Sui Pang have each already graduated from high school.

10.     The contract with Gaggle expired during the summer 2025, and has not been renewed for the 2025-26 school year.  The School District has stopped using Gaggle to monitor students.

**I declare under penalty of perjury pursuant to the laws of Kansas and the United States of America, including K.S.A. 53-601 and 28 U.S.C.  § 1746, that the foregoing statements are my own and are true and correct to the best of my knowledge.**

**Dated this 27 day of October, 2025**

JEANICE SWIFT

**Exhibit 1**