

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

Room 322, U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
FAX (316) 315-4361

**GWYNNE E. BIRZER**                                                      **TELEPHONE**
**U.S. Magistrate Judge**                                               **(316) 315-4360**

October 29, 2025

Harrison Michael Rosenthal                    Alan L. Rupe
Jacob Samuel Margolies                          Lewis Brisbois Bisgaard & Smith, LLP
Mark P. Johnson                                      1605 N. Waterfront Parkway, Suite 150
Dentons US, LLP                                     Wichita, KS 67206
4520 Main Street, Suite 1100                   Email: alan.rupe@lewisbrisbois.com
Kansas City, MO 64111-7700
Email: harrison.rosenthal@dentons.com      Blake Michael Edwards
Email: jacob.margolies@dentons.com         Jared Harpt
Email: mark.johnson@dentons.com            Lewis Brisbois Bisgaard & Smith, LLP
                                                          4600 Madison Avenue, Suite 700
                                                          Kansas City, MO 64112
                                                          Email: blake.edwards@lewisbrisbois.com
                                                          Email: jared.harpt@lewisbrisbois.com

        RE:    *Tell, et al. v. Lawrence Board of Education, et al.*
               Case No. 25-2428-KHV-GEB

Dear Counsel:

Generally, after all defendants have been served and filed an answer or responsive pleading in a civil action, the U.S. Magistrate Judge issues a preliminary case management order and sets the case for a scheduling conference pursuant to Fed. R. Civ. P. 16(b). However, in cases where a party or parties file a motion seeking dismissal of the case in its entirety, transfer to another jurisdiction, or other similar motion which is potentially dispositive of a case is filed, or where the defense of Eleventh Amendment or qualified immunity is raised scheduling with the magistrate judge can be postponed until the district judge has ruled on the dispositive motion. As you know, Defendants filed a Motion to Dismiss (ECF No. 17), which is now pending for consideration before the District Judge.

**Exhibit 2**

P a g e | **2**

Therefore, formal scheduling of this case under Fed. R. Civ. P. 26(f) and 16(b) will be postponed unless the parties, as a whole, agree to move the case forward. If the parties prefer and <u>agree</u> to proceed with scheduling, or have other questions or concerns regarding case management, please contact our chambers at ksd_birzer_chambers@ksd.uscourts.gov. If the Court has not received contact from counsel by **November 12, 2025**, I will assume there is no opposition to suspending scheduling.

Cordially,

Gwynne E. Birzer
U.S. Magistrate Judge

GEB: kdf

**Exhibit 2**