## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;           )
MORGAN SALISBURY; OPAL MORRIS;          )
HENRY FARTHING; SUZANA KENNEDY;         )
NAOMI SUI PANG; ASHLYN TELL; and        )
P.M., a minor, by and through her parents   )
MARGARET WEISBROD MORRIS and            )
JONATHAN MORRIS,                        )
                                        )
           *Plaintiffs*,                )
                                        )    Case No.:  2:25-cv-02428-KHV-GEB
        v.                              )
                                        )
LAWRENCE BOARD OF EDUCATION, a          )
political subdivision of the State of Kansas;   )
LAWRENCE USD 497, a political subdivision   )
of the State of Kansas; GREG FARLEY, in his   )
individual capacity; and QUENTIN RIALS, in   )
his individual capacity,                )
                                        )
           *Defendants*.                )
                                        )

## UNOPPOSED MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), Plaintiffs respectfully move for an unopposed extension of time to file their response to Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint. In support, Plaintiffs state as follows:

1.      Plaintiffs filed their First Amended Complaint on November 17, 2025. (ECF No. 23.)

2.      Defendants filed and served their Motion to Partially Dismiss Plaintiffs' First Amended Complaint on December 19, 2025. (ECF No. 34.)

3.      Under D. Kan. Rule 6.1(d)(1), Plaintiffs' response is currently due January 9, 2026.

4.    Plaintiffs seek a two-week extension due to intervening holidays, previously scheduled travel, and client and counsel scheduling constraints, including other case commitments during the response period. Plaintiffs request that the Court extend the response deadline through and including January 20, 2026.

5.    This is Plaintiffs' first request to extend their deadline to respond to Defendants' Motion to Partially Dismiss. No prior extension has been granted for this response deadline.

6.    Plaintiffs conferred with counsel for Defendants regarding this request. On December 23, 2025, Defendants confirmed that they do not oppose the requested extension.

7.    The requested extension is sought in good faith and will not prejudice Defendants. No hearing or trial date will be affected by the requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court grant this unopposed motion and extend Plaintiffs' deadline to respond to Defendants' Motion to Partially Dismiss through and including January 20, 2026.

**Dated:** December 24, 2025                 Respectfully submitted,

                                             **DENTONS US LLP**

                                             */s/ Harrison M. Rosenthal*
                                             Mark P. Johnson (Kan. No. 22289)
                                             Harrison M. Rosenthal (Kan. No. 28894)
                                             Jacob S. Margolies (Kan. No. 29470)

                                             4520 Main Street, Suite 1100
                                             Kansas City, Missouri 64111-7700
                                             Telephone:  (816) 460-2400
                                             Facsimile:  (816) 531-7545
                                             mark.johnson@dentons.com
                                             harrison.rosenthal@dentons.com
                                             jacob.margolies@dentons.com

                                             *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 24, 2025, a true and correct copy of the above and foregoing was e-filed with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action.

/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*