# EXHIBIT A

 **Gmail**

**Ashlyn Tell <10203745@students.usd497.org>**

---

## February 4, 2026: narrowed KORA request (response)

---

**Jake Potter** <jake.potter@usd497.org>                                    Thu, Mar 12 at 4:06 PM
To: Ashlyn Tell <10203745@students.usd497.org>

Ms. Tell,

Thank you for your response. As you know, your initial KORA requests were very broad and required extensive investigation in order to even provide an initial cost estimate. Now that you have narrowed your requests, we have been able to obtain a revised cost estimate. We have provided that estimate for your narrowed KORA request dated February 4, 2026, below.

If you elect to proceed, the earliest time and date on which these records may be available for inspection (to the extent that the School District decides to provide access to them) will be Thursday, April 9. This date is subject to change if needed.

To evaluate these requests, we had to consider materials related to 10 district-level administrators, 5 building-level administrators at Lawrence High School, and 5 building-level administrators at Lawrence Free State High School.

We used the following hourly rates when estimating costs:

- Network/IT Staff: $32.96 per hour
- District Administrative Staff: $68.64 per hour
- Attorneys: $200 per hour

**First Request:** "First, I am narrowing my requests to records created between August 1 and November 15, 2025, limited to the superintendent and deputy superintendent responsible for approvals, the IT director and any project lead, and the procurement official reflected on the ManagedMethods quote and purchase documentation. Within that time period and for those custodians, please start by gathering the core procurement documents for the ManagedMethods purchase from the District's procurement/IT files (rather than running broad email searches), including any RFI/RFQ/RFP (or equivalent), the ManagedMethods quote and any addendum, any evaluation or approval memoranda, and any conflict-of-interest disclosures or bid protests. Because it appears from your response and the documents produced with it that the invoice and purchase records are already collected, these procurement documents should be accessible from procurement and IT repositories without broad email review."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection**: Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
    - Network/IT Staff: 6 hours
    - District Administrative Staff: 10 hours
    - Estimated Subtotal: $884.16

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
    - District Administrative Staff: 6 hours
    - Attorneys: 4 hour
    - Estimated Subtotal: $1,211.84

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
    - Estimated Cost: $N/A

**Second Request:** "For communications with ManagedMethods, I am narrowing my requests to external emails and attachments thereto with ManagedMethods between August 1 and November 15, 2025, limited to the same IT and procurement custodians and any project manager who interacted with the vendor during procurement and initial implementation. Please identify these using domain-based filtering (e.g., ManagedMethods' email domain) and apply deduplication and email-threading to minimize volume."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection:** Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
    - Network/IT Staff: 6 hours
    - District Administrative Staff: 10 hours
    - Estimated Subtotal: $884.16

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
    - District Administrative Staff: 6 hours
    - Attorneys: 4 hours
    - Estimated Subtotal: $1,211.84

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
    - Estimated Cost: $N/A

**Third Request:** "For internal District communications, I am narrowing the first phase to internal District memoranda, directives, configuration summaries, and FAQs that describe the selection, scope of monitoring, configuration, and messaging to students and/or parents of students concerning ManagedMethods within the August 1 to November 15, 2025 timeframe and within the same core custodians. If you contend that these documents are not maintained in final form as such, an acceptable alternative for this first phase is the email transmittals to which those final documents were attached, within the same dates and custodians."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection:** Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
    - Network/IT Staff: 2 hours
    - District Administrative Staff: 4 hours
    - Estimated Subtotal: $340.48

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
    - District Administrative Staff: 3 hours
    - Attorneys: 1 hours
    - Estimated Subtotal: $405.92

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
    - Estimated Cost: $N/A

**Fourth Request:** "For Gaggle wind-down and data disposition, I am narrowing my requests to August 1 through December 31, 2025, and limiting custodians to the IT director, the procurement official handling the process of eliminating Gaggle, and any central office official responsible for vendor management. Please prioritize production of the notice(s) of termination or non-renewal, any termination checklist or similar process documentation, and any certifications or attestations of data deletion or return, together with any correspondence about student and staff data disposition during the transition. Please include any documents concerning Gaggle's access or non-access to student data, and Gaggle's responsibility to delete student information

it had accessed while providing service to the District."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection:** Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
    - Network/IT Staff: 3 hours
    - District Administrative Staff: 6 hours
    - Estimated Subtotal: $510.72

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
    - District Administrative Staff: 5 hours
    - Attorneys: 3 hours
    - Estimated Subtotal: $943.20

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
    - Estimated Cost: $N/A

**Total Estimated Cost:** $6,392.32.

- This estimate reflects the anticipated staff time reasonably necessary to conduct a good-faith search and review of records responsive to your request.
- If the actual time required is less than estimated, you will be billed the lower amount.
- If the scope of responsive records significantly exceeds this estimate, we will notify you before incurring additional charges.

Consistent with district policy and K.S.A. 45-219, prepayment of the estimated amount is required prior to initiating the records search and review process. If you wish to narrow or clarify your request further to reduce associated costs, please respond accordingly and we will provide a revised estimate.

Please remit payment to Lawrence Public Schools (attention: Business Office) at the address below. Upon receipt of payment, we will proceed promptly with processing your request.

Thank you,

Jake

--



**Jake Potter, APR**
Executive Director of Communications
Educational Support Center
110 McDonald Drive
Lawrence, KS 66044
785/832-5000
www.usd497.org

| | |
|---|---|
| **From:** | Jake Potter <jake.potter@usd497.org> |
| **Sent:** | Thursday, March 12, 2026 2:06 PM |
| **To:** | P     M |
| **Subject:** | February 4, 2026: narrowed KORA request (response) |

Ms. M       ,

Thank you for your response. As you know, your initial KORA requests were very broad and required extensive investigation in order to even provide an initial cost estimate. Now that you have narrowed your requests, we have been able to obtain a revised cost estimate. We have provided that estimate for your narrowed KORA request dated February 4, 2026, below.

If you elect to proceed, the earliest time and date on which these records may be available for inspection (to the extent that the School District decides to provide access to them) will be Thursday, April 9. This date is subject to change if needed.

To evaluate these requests, we had to consider materials related to 10 district-level administrators, 5 building-level administrators at Lawrence High School, and 5 building-level administrators at Lawrence Free State High School.

We used the following hourly rates when estimating costs:

- Network/IT Staff: $32.96 per hour
- District Administrative Staff: $68.64 per hour
- Attorneys: $200 per hour

**First Request:** "First, I am narrowing my requests to records created between August 1 and November 15, 2025, limited to the superintendent and deputy superintendent responsible for approvals, the IT director and any project lead, and the procurement official reflected on the ManagedMethods quote and purchase documentation. Within that time period and for those custodians, please start by gathering the core procurement documents for the ManagedMethods purchase from the District's procurement/IT files (rather than running broad email searches), including any RFI/RFQ/RFP (or equivalent), the ManagedMethods quote and any addendum, any evaluation or approval memoranda, and any conflict-of-interest disclosures or bid protests. Because it appears from your response and the documents produced with it that the invoice and purchase records are already collected, these procurement documents should be accessible from procurement and IT repositories without broad email review."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection**: Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
    - Network/IT Staff: 6 hours
    - District Administrative Staff: 10 hours
    - Estimated Subtotal: $884.16

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
  - District Administrative Staff: 6 hours
  - Attorneys: 4 hour
  - Estimated Subtotal: $1,211.84

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
  - Estimated Cost: $N/A

**Second Request:** "For communications with ManagedMethods, I am narrowing my requests to external emails and attachments thereto with ManagedMethods between August 1 and November 15, 2025, limited to the same IT and procurement custodians and any project manager who interacted with the vendor during procurement and initial implementation. Please identify these using domain-based filtering (e.g., ManagedMethods' email domain) and apply deduplication and email-threading to minimize volume."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection:** Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
  - Network/IT Staff: 6 hours
  - District Administrative Staff: 10 hours
  - Estimated Subtotal: $884.16

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
  - District Administrative Staff: 6 hours
  - Attorneys: 4 hours
  - Estimated Subtotal: $1,211.84

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
  - Estimated Cost: $N/A

**Third Request:** "For internal District communications, I am narrowing the first phase to internal District memoranda, directives, configuration summaries, and FAQs that describe the selection, scope of monitoring, configuration, and messaging to students and/or parents of students concerning ManagedMethods within the August 1 to November 15, 2025 timeframe and within the same core custodians. If you contend that these documents are not maintained in final form as such, an acceptable alternative for this first phase is the email transmittals to which those final documents were attached, within the same dates and custodians."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection:** Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
  - Network/IT Staff: 2 hours
  - District Administrative Staff: 4 hours

2

- o Estimated Subtotal: $340.48

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
    - o District Administrative Staff: 3 hours
    - o Attorneys: 1 hours
    - o Estimated Subtotal: $405.92

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
    - o Estimated Cost: $N/A

**Fourth Request:** "For Gaggle wind-down and data disposition, I am narrowing my requests to August 1 through December 31, 2025, and limiting custodians to the IT director, the procurement official handling the process of eliminating Gaggle, and any central office official responsible for vendor management. Please prioritize production of the notice(s) of termination or non-renewal, any termination checklist or similar process documentation, and any certifications or attestations of data deletion or return, together with any correspondence about student and staff data disposition during the transition. Please include any documents concerning Gaggle's access or non-access to student data, and Gaggle's responsibility to delete student information it had accessed while providing service to the District."

We identified the following tasks that needed to be performed:

- **Records Identification and Collection:** Internal solicitation of departments, search of electronic records (including email archives, if applicable), and compilation of potentially responsive documents.
    - o Network/IT Staff: 3 hours
    - o District Administrative Staff: 6 hours
    - o Estimated Subtotal: $510.72

- **Review and Redaction for Confidential or Exempt Information:** Review of records for confidential information, personnel privacy protections, student information protections (if applicable), and preparation of necessary redactions.
    - o District Administrative Staff: 5 hours
    - o Attorneys: 3 hours
    - o Estimated Subtotal: $943.20

- **Production Costs:** Electronic compilation, scanning, or physical copies (if requested).
    - o Estimated Cost: $N/A

**Total Estimated Cost:** $6,392.32.

- This estimate reflects the anticipated staff time reasonably necessary to conduct a good-faith search and review of records responsive to your request.
- If the actual time required is less than estimated, you will be billed the lower amount.
- If the scope of responsive records significantly exceeds this estimate, we will notify you before incurring additional charges.

Consistent with district policy and K.S.A. 45-219, prepayment of the estimated amount is required prior to initiating the records search and review process. If you wish to narrow or clarify your request

further to reduce associated costs, please respond accordingly and we will provide a revised estimate.

Please remit payment to Lawrence Public Schools (attention: Business Office) at the address below. Upon receipt of payment, we will proceed promptly with processing your request.

Thank you,

Jake

--



**Jake Potter, APR**
Executive Director of Communications
Educational Support Center
110 McDonald Drive
Lawrence, KS 66044
785/832-5000
www.usd497.org