# EXHIBIT B

## Rosenthal, Harrison M.

| | |
|---|---|
| **From:** | Rupe, Alan <Alan.Rupe@lewisbrisbois.com> |
| **Sent:** | Thursday, March 12, 2026 4:23 PM |
| **To:** | Rosenthal, Harrison M.; Harpt, Jared; Vitanova, Laura; Gnefkow, Andrew; Wills, Rhonda; Rush, Brandon; Dowell, Marissa |
| **Cc:** | Margolies, Jacob; Parker, Rebecca Hughes; Johnson, Mark P.; Conner, Beth; Martin, Mary |
| **Subject:** | RE: Tell v. Lawrence BOE, et al. — Request to Confirm Non-Opposition to Extension |
| **Attachments:** | Tell - ECF 035 - Defs - Memo in Support of Their MTN to Partially Dismiss  Plf's 1st Amended Complaint(168910210.1).pdf; Tell - ECF 043 - Defs - Response in Oppos to Plfs MTN for Partial Judgment on the Pleadings on Violations and for Declaratory and Compliance Order(171338440.1).pdf; Tell - ECF 042 - Defs - Reply in Support of Their MTN to Partially Dismiss Plfs' 1st Amended Complaint(170889737.1).pdf; Tell - ECF 047 - Defs - MTN to Stay Disc(172975495.1).pdf |

**[WARNING: EXTERNAL SENDER]**

Harrison, in accordance with D. Kan. Local Rule 37.2, we are reaching out to confer regarding our intent to seek a stay on all discovery—particularly Plaintiffs' outstanding KORA requests—until Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint is resolved. We intend to withdraw our current Motion to Stay without prejudice, and then refile once we have satisfied the local rule requirements.

You are already familiar with our legal positions and authorities regarding these KORA requests and our position that these requests are, or should be, stayed. I have attached several filings we have made that contain these arguments for your reference.

We believe a stay on discovery is appropriate here and need not compromise Plaintiffs' interests in obtaining the information they sought. Defendants will abide by their statutory duties and will provide all documents that are required under KORA once any stay is lifted. To the extent that the relevant claims have not been dismissed after the Motion to Partially Dismiss has been resolved, Plaintiffs will still be able to obtain the requested documents after the stay has been lifted.

We would like to set up a call early next week to discuss this with you further. Do you have time next Monday, Tuesday, or Wednesday? Thank you, alan.



**Alan L. Rupe** ABOTA Advocate
Wichita Managing Partner | Vice Chair Employment and Labor Practice
Wichita | Kansas City | Omaha
Alan.Rupe@lewisbrisbois.com
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
**T: 316.609.7901  F: 316.462.5746**
**C: 316.304.8573**

Admitted in Arkansas, Kansas, Nebraska, Missouri, Oklahoma, Tennessee, and Texas

4600 Madison Avenue, Suite 700
Kansas City, MO 64112
**T: 816.299.4250  F: 816.299.4245**

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

1

**From:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Sent:** Monday, March 2, 2026 4:41 PM
**To:** Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Wills, Rhonda <Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>; Dowell, Marissa <Marissa.Dowell@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Parker, Rebecca Hughes <rebeccahughes.parker@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>; Martin, Mary <Mary.Martin@lewisbrisbois.com>
**Subject:** RE: Tell v. Lawrence BOE, et al. — Request to Confirm Non-Opposition to Extension

EXTERNAL

Yes—Plaintiffs will oppose. Thanks.

Harrison M. Rosenthal
Managing Associate

Licensed in Kansas, Missouri, New York, and Pennsylvania

☐ +1 816 460 2582
Assistant: Brenda K. Lovell-Dye +1 816 460 2449
Kansas City

**From:** Harpt, Jared <Jared.Harpt@lewisbrisbois.com>
**Sent:** Monday, March 02, 2026 2:45 PM
**To:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Wills, Rhonda <Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>; Dowell, Marissa <Marissa.Dowell@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Parker, Rebecca Hughes <rebeccahughes.parker@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>; Martin, Mary <Mary.Martin@lewisbrisbois.com>
**Subject:** RE: Tell v. Lawrence BOE, et al. — Request to Confirm Non-Opposition to Extension

**[WARNING: EXTERNAL SENDER]**

Harrison,

Defendants intend to file a motion to stay discovery (including all KORA requests) pending the Court's ruling on Defendants' Motion to Partially Dismiss Plaintiff's First Amended Complaint. Am I correct to assume that Plaintiffs will oppose such a motion? Please let us know either way so that we know how to designate the motion.

Thank you,

Jared Harpt



**Jared D. Harpt**
**Attorney**
Jared.Harpt@lewisbrisbois.com

**T: 816.299.4242 F: 816.299.4245**

4600 Madison Avenue, Suite 700, Kansas City, MO 64112 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Sent:** Tuesday, December 23, 2025 2:35 PM
**To:** Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Wills, Rhonda <Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>; Dowell, Marissa <Marissa.Dowell@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Parker, Rebecca Hughes <rebeccahughes.parker@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>
**Subject:** RE: Tell v. Lawrence BOE, et al. — Request to Confirm Non-Opposition to Extension

EXTERNAL

Thanks, Jared—much appreciated and Happy Holidays.

Harrison

Harrison M. Rosenthal
Managing Associate

Licensed in Kansas, Missouri, New York, and Pennsylvania
☐ +1 816 460 2582
Assistant: Brenda K. Lovell-Dye +1 816 460 2449
Kansas City

**From:** Harpt, Jared <Jared.Harpt@lewisbrisbois.com>
**Sent:** Tuesday, December 23, 2025 2:31 PM
**To:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Wills, Rhonda

<Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>; Dowell, Marissa <Marissa.Dowell@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Parker, Rebecca Hughes <rebeccahughes.parker@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>; Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** Re: Tell v. Lawrence BOE, et al. — Request to Confirm Non-Opposition to Extension

**[WARNING: EXTERNAL SENDER]**

Harrison, Defendants will not oppose. Hope you and your team have a great holiday season. Thanks.

Get Outlook for iOS



**Jared D. Harpt**
**Attorney**
Jared.Harpt@lewisbrisbois.com

**T: 816.299.4242 F: 816.299.4245**

4600 Madison Avenue, Suite 700, Kansas City, MO 64112 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Sent:** Tuesday, December 23, 2025 9:42:22 AM
**To:** Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Vitanova, Laura <Laura.Vitanova@lewisbrisbois.com>; Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Wills, Rhonda <Rhonda.Wills@lewisbrisbois.com>; Rush, Brandon <Brandon.Rush@lewisbrisbois.com>; Dowell, Marissa <Marissa.Dowell@lewisbrisbois.com>
**Cc:** Margolies, Jacob <jacob.margolies@dentons.com>; Parker, Rebecca Hughes <rebeccahughes.parker@dentons.com>; Johnson, Mark P. <mark.johnson@dentons.com>; Conner, Beth <beth.conner@dentons.com>; Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** Tell v. Lawrence BOE, et al. — Request to Confirm Non-Opposition to Extension

EXTERNAL

Alan, Jared—

We intend to file a short motion later today to extend Plaintiffs' deadline to respond to Defendants' motion to dismiss from January 6, 2026 to January 20, 2026 (a two-week extension) to accommodate the holidays and upcoming travel/hearings.

4

Can you confirm whether Defendants will oppose the requested extension? If not, we will file the motion as unopposed.

Thanks very much.

Harrison

Harrison M. Rosenthal
Managing Associate

Licensed in Kansas, Missouri, New York, and Pennsylvania

+1 816 460 2582

harrison.rosenthal@dentons.com   |   Bio   |   Website
Assistant: Brenda K. Lovell-Dye +1 816 460 2449
Dentons US LLP | 4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.