## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, ASHLYN TELL; and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JOHNATHAN MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE BOARD OF EDUCATION, a political subdivision of the State of Kansas; LAWRENCE USD 497, a political subdivision of the State of Kansas; GREG FARLEY, in his individual capacity, and QUENTIN RIALS, in his individual capacity,<br><br>Defendants. | Case No. 2:25-cv-02428-KHV-GEB |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF ITS MOTION TO STAY DISCOVERY, INCLUDING ALL KANSAS OPEN RECORDS ACT REQUESTS BY PLAINTIFFS, UNTIL THE COURT'S RULING ON DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Lawrence Board of Education (the "School Board"), Lawrence USD 497 (the "School District"), Greg Farley, and Quentin Rials (collectively "Defendants"), by the undersigned counsel, hereby withdraw their Motion to Stay Discovery, Including All Kansas Open Records Act Requests by Plaintiffs, Until the Court's Ruling on Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint, Doc. 47. Defendants withdraw this Motion pursuant to the order of U.S. Magistrate Judge Birzer (Doc. 48) and without prejudice to refiling.

173385443.1

This withdrawal is effective immediately upon the filing of this notice.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, I filed the above Defendants' Notice of Withdrawal of Motion to Stay Discovery, Including All Kansas Open Records Act Requests by Plaintiffs, Until the Court's Ruling on Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

173385443.1