**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, ASHLYN TELL; and
P.M., a minor, by and through her parents
MARGARET WEISBROD MORRIS and
JOHNATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE USD 497, a political subdivision
of the State of Kansas;

        Defendant.

Case No. 2:25-cv-02428-KHV-GEB

**DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO
PROVIDE COURT-ORDERED KANSAS OPEN RECORDS ACT RESPONSE**

Defendant Lawrence USD 497 ("Defendant") moves the Court for an extension of its

deadline to provide the Kansas Open Records Act ("KORA") response that the Court ordered (see

Doc. 56) from 5:00 P.M. on April 13, 2026 to 5:00 P.M. on April 20, 2026. In support of this

Motion, Defendant states as follows:

1.      In the afternoon of April 8, 2026, the Court ordered Defendant to provide the

following in response to two Plaintiffs' KORA requests by Monday, April 13, 2026 at 5:00 P.M.:

"a KORA-compliant response for each request which (a) describes the searches conducted and

repositories consulted; (b) specifies the earliest date and place for inspection or production; and

(c) for any record withheld in whole or in part, cites the specific K.S.A. § 45-221(a) subsection

and (d) produces all reasonably segregable non-exempt material as required by K.S.A. § 45-

221(d)."

174805177.1

2.      The collection, review, and production of these materials will take significant time and effort.  Defendant's initial review of the potentially-responsive materials suggested that as many as 10,000 emails might be responsive.  Though Defendant currently believes that the number of documents may be significantly less than 10,000, the number is not yet known.  The Court's order requires Defendant to complete the following with respect to these documents: (1) identify and collect the documents; (2) review the documents for responsiveness, privilege, and statutory KORA exemptions; (4) redact or withhold all documents with privileged or exempt material; (5) produce all responsive, non-privileged, non-exempt documents; and (6) provide a KORA-compliant response, including a log of all documents redacted or withheld and the basis for doing so.

3.      Defendant is working as quickly as possible to collect all potentially-responsive documents.  Defendant is also retaining an ESI vendor to assist with the collection, review, production, and privilege/exemption log for the documents.

4.      Defendant has informed Plaintiffs of its intent to seek this extension.  Plaintiffs informed Defendant that they oppose the requested extension.

5.      Under Federal Rule of Civil Procedure 6, Defendant has good cause for the requested extension.  Defendant is moving as quickly as possible to comply with the Court's order, but the extent of the work required to comply will create significant hardship given the current deadline.  Defendant believes that the requested extension will provide sufficient time to comply with the Court's order while also providing Plaintiffs with time to review the production ahead of the Court conference on April 23.  Therefore, good cause exists for the requested extension.

6.      Defendant has not previously filed any motions to extend its time to provide the Court-ordered KORA response.

174805177.1

7.     This requested extension will not unduly delay these proceedings and is not sought for an improper purpose.

WHEREFORE, Defendant respectfully requests the Court enter an order granting his motion to extend the deadline for its Court-ordered KORA response to 5:00 P.M. on April 20, 2026.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
jared.harpt@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2026, I filed the above Motion For Extension of Time to Provide Court-Ordered Kansas Open Records Act Response using the Court's CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

174805177.1