| | |
|---|---|
| **From:** | Luke Riddle <Luke.Riddle@trustarray.com> |
| **Sent:** | Wednesday, April 8, 2026 6:14 PM |
| **To:** | Diaz, Magdalena |
| **Cc:** | Gnefkow, Andrew; Mannani, Hanna; Rupe, Alan; Harpt, Jared |
| **Subject:** | Re: URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28 |

> EXTERNAL

Hi Maggie,

Confirming that we can be available tomorrow at 11:00am PST / 1:00pm CST. I'll send a Teams meeting to everyone on this email.

My Review Director, John Yukon, will be joining us to discuss.

Thanks!
Luke



**Luke Riddle**
**Account Executive**
**O 312.925.9504**
**trustArray.com**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Diaz, Magdalena <Magdalena.Diaz@lewisbrisbois.com>
**Sent:** Wednesday, April 8, 2026 6:06 PM
**To:** Luke Riddle <Luke.Riddle@trustarray.com>
**Cc:** Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Mannani, Hanna <Hanna.Mannani@lewisbrisbois.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>
**Subject:** URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28

Luke,

Can you please assemble a team of attorney reviewers to review for Responsive & Privilege an estimated 20,000 emails.  LBBS handling attorneys are available tomorrow at 11:00 am PST/1 pm CST for a project scoping call, strategy, and cost estimate.  Additional details provided below.

**Due Date: <span style="color:red">by 5 PM CST on Monday, April 13 per Court Order</span>**
**Data Location:** Waiting for the client to provide an estimated 20,000 emails. Emails need to be process, loaded into a database and reviewed for Responsive and Privilege plus create a production log.
**Review Memo:** Jared Harpt will create the review memo today.

**EXHIBIT A**