| **From:** | Rupe, Alan |
| **Sent:** | Friday, April 10, 2026 5:18 PM |
| **To:** | Johnson, Mark P.; Rosenthal, Harrison M.; Margolies, Jacob |
| **Cc:** | Gnefkow, Andrew; Harpt, Jared; Mannani, Hanna |
| **Subject:** | Jack Tell, et al. v. Lawrence USD 497 - Confirmation of Our Understanding on the Court's KORA Response Order - 44920.28 |
| **Attachments:** | Tell - Rupe Letter to Opposing Counsel RE_ KORA Court Order Understanding(174865431.1).pdf |

Mark, thanks for speaking with us earlier today regarding the Court's order on Monday's KORA response deadline. I have attached a letter that I believe summarizes the mutual understanding we reached. Please let us know if you have any questions or concerns. Thank you, alan.



**Alan L. Rupe** 🦉 ABOTA 𝔄𝔡𝔳𝔬𝔠𝔞𝔱𝔢
Wichita Managing Partner | Vice Chair Employment and Labor Practice
Wichita | Kansas City | Omaha
Alan.Rupe@lewisbrisbois.com
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
**T: 316.609.7901  F: 316.462.5746**
**C: 316.304.8573**

Admitted in Arkansas, Kansas, Nebraska, Missouri, Oklahoma, Tennessee, and Texas

4600 Madison Avenue, Suite 700
Kansas City, MO 64112
**T: 816.299.4250  F: 816.299.4245**

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**EXHIBIT B**



Alan L. Rupe
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Alan.Rupe@lewisbrisbois.com
Direct: 316.609.7901

4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112

April 10, 2026                                                                              File No. 44920.28

**VIA ELECTRONIC MAIL**

Mr. Mark Johnson
Mr. Harrison Rosenthal
Mr. Jacob Margolies
E-Mail: mark.johnson@dentons.com
       harrison.rosenthal@dentons.com
       jacob.margolies@dentons.com

Re:    Jack Tell, et al. v. Lawrence U.S.D. 497
       Letter Confirming the Parties' Understanding and Intentions Regarding
       Defendant's Compliance With the Court's Order Regarding a KORA Response
       Case No. 2:25-cv-02428-KHV-GEB (D. Kan.)

Dear Mark, Harrison, and Jacob:

Thank you for speaking with us earlier today regarding the parties' mutual understanding of the Court's Order (Doc. 56) regarding a KORA-compliant response and related document productions. We appreciate your time and that we were able to come to a mutually-agreeable understanding.

As discussed, we agree that—per the Court's order—the only information that Defendant needs to provide by 5:00 P.M. on April 13, 2026 is: (a) a description of the searches conducted and repositories consulted, and (b) a specification of the earliest date and place for inspection or production of the documents. Pursuant to the Court's order, we will provide this information to you at or before 5:00 P.M. on April 13, 2026.

As we also discussed, we will proceed with a rolling production of documents and privilege logs pursuant to parts (c) and (d) of the Court's order. Our goal is to provide an initial production by the end of Monday, April 13, but we are still determining whether that will be feasible. Regardless, we intend to complete and provide all productions and privilege logs by the end of April 22, 2026.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Mr. Mark Johnson
Mr. Harrison Rosenthal
Mr. Jacob Margolies
April 10, 2026

      We will provide additional information as it becomes available.  For now, thank you for your willingness to work with us on this.

Very truly yours,

/s/ Alan L. Rupe

Alan L. Rupe of
LEWIS BRISBOIS BISGAARD & SMITH LLP

174863012.1