| From: | Susan Schomburg <Susan.Schomburg@trustarray.com> |
|---|---|
| Sent: | Saturday, April 11, 2026 11:57 AM |
| To: | Harpt, Jared; Diaz, Magdalena; Luke Riddle |
| Cc: | Gnefkow, Andrew; Mannani, Hanna; Rupe, Alan; LBBS Support |
| Subject: | Re: URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28 |

EXTERNAL

Hello Jared,

We have finished processing the data into the workspace, with details below:



| ProcessingSet | Custodian | Preprocessed file count | Nisted file count | Excluded File Count | Filtered file count | Discovered document count | Deduplication method | Duplicate file count | Published documents |
|---|---|---|---|---|---|---|---|---|---|
| 20260410 | Lawrence Public Schools | 9,684 | 20 | 0 | 0 | 26,956 | None | 0 | 26,956 |

Folder location:



We have also run imaging on the 26,309 items that were not in excel/csv format, so the team should be able to apply redaction markup in the Image viewer as they review the materials (the excel/csv files can be redacted using the Native viewer). We will stand by for your list of users to add to the workspace. Please let us know if you have any questions or need any assistance.

Thanks,



**Susan Schomburg**
**Project Manager - ESI**

1

**EXHIBIT C**