| | |
|---|---|
| **From:** | Harpt, Jared |
| **Sent:** | Tuesday, April 14, 2026 7:52 PM |
| **To:** | Rupe, Alan; Johnson, Mark P.; Rosenthal, Harrison M.; Margolies, Jacob |
| **Cc:** | Gnefkow, Andrew; Mannani, Hanna; Martin, Mary |
| **Subject:** | RE: 2:25-cv-02428-KHV-GEB Tell et al v. Lawrence USD 497 - KORA Response and Protective Order - 44920.28 |

Counsel,

We are making our first document production in response to Ashlyn Tell and P.M.'s outstanding KORA requests. I am providing the information you will need to access the production below. This is volume LBOE001, and has bates numbers LBOE_00000001 - LBOE_00004095. The link below will be active until 11:59 P.M. CST on April 24, 2026.

Link: https://files.array.hosting/public/file/d40awgouzksx-h7-vlhhqa/LBOE001.zip

I will send the password separately for security purposes.

Please let us know if you have any questions.

Thank you,

Jared Harpt


**Jared D. Harpt**
**Attorney**
Kansas City
816.299.4242 or x8164242

---

**From:** Rupe, Alan <Alan.Rupe@lewisbrisbois.com>
**Sent:** Monday, April 13, 2026 4:49 PM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>; Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>; Margolies, Jacob <jacob.margolies@dentons.com>
**Cc:** Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Mannani, Hanna <Hanna.Mannani@lewisbrisbois.com>
**Subject:** 2:25-cv-02428-KHV-GEB Tell et al v. Lawrence USD 497 - KORA Response and Protective Order - 44920.28

Mark, Harrison, and Jacob, this KORA response pursuant to the Court's order is being directed to counsel because of our ethical concerns in responding directly to your clients. As a result, we are directing this communication to you and ask that you convey it to your clients.

In response to Ashlyn Tell and P.M.'s outstanding KORA requests, I am providing you with a more detailed explanation/response and description of our intended rolling production in response to the requests.

In order to obtain all responsive records, the School District consulted numerous storage locations in the School District's systems. The School District utilized Google Vault as its primary eDiscovery engine to facilitate the KORA request. By constructing targeted Boolean search queries across specified user repositories, the School District identified and preserved all responsive documents. School district employee email accounts and storage

1

**EXHIBIT E**

locations were searched, as well as all stand-alone folders related to Gaggle or Managed Methods. Requests were also made with relevant individuals with knowledge of where relevant materials might be stored to identify additional storage locations. The School District sought to export the documents with full metadata headers to ensure a defensible chain of custody.

At approximately 2:00 P.M. this afternoon, we have spent about 33 hours on document review to identify potentially responsive materials and matters to be redacted or withheld. During that time, we reviewed and marked over 3500 documents.  Therefore, the earliest date when production may begin is tomorrow, April 14. We have already reviewed and are preparing to produce a substantial number of the documents. We intend to engage in a rolling production and intend to complete all productions by April 22. We will provide a protective order and privilege logs for all responsive documents withheld along with our productions.

There are several reasons for the production delay: (1) We have identified nearly 27,000 items that may be responsive to your requests; and (2) these materials will require significant redactions and withholdings because they include attorney-client privileged information, work product privileged information, confidential student information, confidential financial account information, and more.

We have also attached the Proposed Protective Order (which we pulled from D. Kan and modified), which we would like to obtain your agreement to before we submit it to the Court. The Protective Order provides that the reason/basis for the redaction or withholding will be spelled out when withheld or redacted. Because of the Court's production order, we will assume that you are agreeable to the provisions of this order until we hear from you otherwise. If you have issues with the Proposed Protective Order or provisions you would like changed, we would ask that you and Plaintiffs nevertheless do not share any of the produced materials with any third parties until the Protective Order is agreed to and signed by the Court.

Please let us know if you have any questions or would like further information. Please also let us know if you would like this message sent directly to Ashlyn Tell and P.M.

Sincerely,

Alan Rupe



**Alan L. Rupe**  ABOTA  Advocate
Wichita Managing Partner | Vice Chair Employment and Labor Practice
Wichita | Kansas City | Omaha
Alan.Rupe@lewisbrisbois.com
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206

**T: 316.609.7901  F: 316.462.5746**
**C: 316.304.8573**

Admitted in Arkansas, Kansas, Nebraska, Missouri, Oklahoma, Tennessee, and Texas

4600 Madison Avenue, Suite 700
Kansas City, MO 64112

**T: 816.299.4250  F: 816.299.4245**

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.