| | |
|---|---|
| **From:** | Gnefkow, Andrew |
| **Sent:** | Wednesday, April 15, 2026 12:37 PM |
| **To:** | Luke Riddle; Harpt, Jared; Susan Schomburg; Alvin Valor; Gil Arias; Glycelle Sanchez; Diaz, Magdalena; LBBS Support |
| **Cc:** | Mannani, Hanna; Rupe, Alan; McCoy, Delaney; Johnson, Noah; John Yukon Motzi |
| **Subject:** | RE: URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28 |

Yes, that works for us.

**Andrew Gnefkow**
**Attorney**
Kansas City
816.299.4247 or x8164247

**From:** Luke Riddle <Luke.Riddle@trustarray.com>
**Sent:** Wednesday, April 15, 2026 12:35 PM
**To:** Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Susan Schomburg <Susan.Schomburg@trustarray.com>; Alvin Valor <Alvin.Valor@trustarray.com>; Gil Arias <gil.arias@trustarray.com>; Glycelle Sanchez <Glycelle.Sanchez@trustarray.com>; Diaz, Magdalena <Magdalena.Diaz@lewisbrisbois.com>; LBBS Support <lbbssupport@trustarray.com>
**Cc:** Mannani, Hanna <Hanna.Mannani@lewisbrisbois.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; McCoy, Delaney <Delaney.McCoy@lewisbrisbois.com>; Johnson, Noah <Noah.Johnson@lewisbrisbois.com>; John Yukon Motzi <john.motzi@trustarray.com>
**Subject:** Re: URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28

| EXTERNAL |
|---|

Does 1pm CT work?



**Luke Riddle**
**Account Executive**
**O 312.925.9504**
**trustArray.com**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>
**Sent:** Wednesday, April 15, 2026 11:52 AM
**To:** Luke Riddle <Luke.Riddle@trustarray.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Susan Schomburg <Susan.Schomburg@trustarray.com>; Alvin Valor <Alvin.Valor@trustarray.com>; Gil Arias <gil.arias@trustarray.com>;

**EXHIBIT F**

Glycelle Sanchez <Glycelle.Sanchez@trustarray.com>; Diaz, Magdalena <Magdalena.Diaz@lewisbrisbois.com>; LBBS Support <lbbssupport@trustarray.com>
**Cc:** Mannani, Hanna <Hanna.Mannani@lewisbrisbois.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; McCoy, Delaney <Delaney.McCoy@lewisbrisbois.com>; Johnson, Noah <Noah.Johnson@lewisbrisbois.com>; John Yukon Motzi <john.motzi@trustarray.com>
**Subject:** RE: URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28

Thank you for the update. Jared and I are available for a call. We can meet at any time you have available this afternoon.


Thank you
Andrew



**Andrew Gnefkow**
**Attorney**
Andrew.Gnefkow@lewisbrisbois.com

**T: 816.299.4247 F: 816.299.4245**

4600 Madison Avenue, Suite 700, Kansas City, MO 64112 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Luke Riddle <Luke.Riddle@trustarray.com>
**Sent:** Wednesday, April 15, 2026 11:46 AM
**To:** Gnefkow, Andrew <Andrew.Gnefkow@lewisbrisbois.com>; Harpt, Jared <Jared.Harpt@lewisbrisbois.com>; Susan Schomburg <Susan.Schomburg@trustarray.com>; Alvin Valor <Alvin.Valor@trustarray.com>; Gil Arias <gil.arias@trustarray.com>; Glycelle Sanchez <Glycelle.Sanchez@trustarray.com>; Diaz, Magdalena <Magdalena.Diaz@lewisbrisbois.com>; LBBS Support <lbbssupport@trustarray.com>
**Cc:** Mannani, Hanna <Hanna.Mannani@lewisbrisbois.com>; Rupe, Alan <Alan.Rupe@lewisbrisbois.com>; McCoy, Delaney <Delaney.McCoy@lewisbrisbois.com>; Johnson, Noah <Noah.Johnson@lewisbrisbois.com>; John Yukon Motzi <john.motzi@trustarray.com>
**Subject:** Re: URGENT - Tell, Jack, et al. v. Lawrence Board of - Need For Document Review Assistance - 44920.28

| EXTERNAL |
|----------|

Andrew and Jared,

I spoke with my team, and we should have full capability to staff a team of around 20-40 reviewers to meet your deadline. Can you be available this afternoon for a quick call with our team to discuss the review?

If you could let me know your general availability today, I can coordinate on our end.