# EXHIBIT B

**MM**
Safety and Security Platform Implementation
**Fall 2025**

Lawrence Public Schools prioritizes ensuring the safety of students as they access district communications systems. The district ensures compliance with laws such as [HYPERLINK "https://www.fcc.gov/consumers/guides/childrens-internet-protection-act" \h], Family Educational Rights and Privacy Act (FERPA), and state student-privacy requirements by controlling access, monitoring for violent threats, and protecting student data.

**Rationale for MM:**
- In the summer of 2025, during the process of evaluating contracts with vendors to try to identify and maximize cost savings, the district identified Managed Methods as a proficient tool to monitor for student safety, resulting in savings of over $35,000 annually over the use of the prior tool.

**What is MM?**
- ManagedMethods is a cloud-based security and student-safety platform built specifically for K-12 school districts, designed to work with Google Workspace (formerly G Suite).

- The tool provides monitoring of email, file-sharing, and chats to identify risks including watching for student-safety. It uses AI to scan for signals of self-harm, threats of violence and other student risk indicators in text and image content.

**How Lawrence Public Schools is Using MM:**
- The district is in the implementation phase of this platform designed to help identify and manage potential online safety risks involving students.

- Monitoring is aligned with the CIPA requirement to protect students from harmful online content (obscenity, self-harm, threats) in school-issued or school-managed resources.

- A district-level monitoring team is overseeing the platform during this fall semester rollout, managing alerts, and coordinating communication with schools as needed.

- The team continues to meet regularly to review progress, address questions, and continue to guide further implementation.

**Monitoring**:
- The platform is limited to monitoring activity within the district's Google Suite environment only (such as Google Docs, Gmail, and Drive).

- Monitoring is strictly limited to a few categories:
  - Self-harm concerns
  - Violence or threat-related content
  - Images that meet criteria as inappropriate (lewd, pornographic, etc..)

**Lawrence Public Schools USD 497**
110 McDonald Drive | Lawrence, Kansas 66044-1063
Phone: 785-832-5000 | Fax: 785-832-50[HYPERLINK "http://www.usd497.org/" \h]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER