# EXHIBIT E



NEWS

# City of Frontenac Violates Kansas Open Records Act After Requesting $3,500 Fee

by: Austin Hyslip
Posted: Feb 17, 2020 / 03:06 PM CST
Updated: Feb 20, 2020 / 10:55 AM CST

**SHARE**

TOPEKA – (February 17, 2020) – Kansas Attorney General Derek Schmidt has notified the City of Frontenac that it violated the Kansas Open Records Act (KORA) when it requested a $3,500 fee in order to furnish copies of public records to a reporter.

In October 2019, a representative of the media filed a KORA complaint with the attorney general's office alleging, in part, that the city's $3,500 fee request to furnish public records he requested on September 18 was unreasonable. Upon investigation, the attorney general's office determined that

"While the city may recover its actual costs in responding to a KORA request, those costs must still be reasonable," the attorney general's office wrote in a finding of violation. "An hourly rate of $225.00 per hour for attorney time is *per se* unreasonable. Outside counsel may charge a governmental entity for its services. However, based on the public policy and purpose of the KORA, it is unreasonable for a public agency to pass those costs onto a requester without a significant reduction in the hourly fee rate."

As a result of the finding of violation, the attorney general has imposed the following requirements on the city:

ADVERTISEMENT

- Cease and desist from any further violation of the KORA;
- Review and amend its city ordinance outlining fees for access to public records to ensure compliance with the KORA;
- Adopt, review, or update any internal city policies governing how staff is to respond to KORA requests, including the calculation of costs necessary to do so;

**LOCAL NEWS BY AREA:**

| **Missouri**

- Barry County
- Barton County
- Jasper County
- Lawrence County

READ NEXT >

Joplin Council censures Ryan Jackson for ethics violation

READ NEXT >

**Next story in 5**                                                                                          Cancel

A copy of the finding of violation, which was signed last week by the attorney general, is available at http://ag.ks.gov/open-govt/enforcement-actions. Information about the requirements of the KORA and the KOMA can be found at http://ag.ks.gov/open-govt.

**ADD AS PREFERRED SOURCE ON GOOGLE**

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

| Oklahoma

| Arkansas

**LOCAL WEATHER**

| | Current | Tonight | Tomorrow |
|---|---|---|---|
| | 60° | 55° | 74° |
| | Sunny | Partly Cloudy<br>Precip: 16% | Cloudy<br>Precip: 16% |

**SPONSORED CONTENT**

Privacy Policy

**Doctors Identify 10 Medications Now Linked to Cognitive Decline (See the List)**

Smart Neural Reports

Learn More

**Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick**

Sleep Digest Publication

**Cardiologist: "If You Eat Avocado Daily This Is What Happens"**

Gundry MD

Learn More

**Dermatologists: The 1 Vitamin You Need If You Have Wrinkles**

Anti-Aging Center

Read More

**Here's How Much A 1-Day Walk In Shower Costs In Denver**

Jacuzzi Bath Remodel

Learn More

**Here`s The Walk-In Shower That Fits A Tight Budget**

Homebuddy



**TRENDING STORIES**

1   Joplin Council censures Ryan Jackson for ethics violation

2   Missouri ex-mayor charged with stealing city money

3   Explore Branson Ozark Mountain Adventure Prize Package …

**READ NEXT >**

Joplin Council censures Ryan Jackson for ethics violation

**READ NEXT >**

**Next story in 5**

**CPAP Recall Has Thousands of Sleep Apnea Sufferers Rethinking Their Routine**

Sleep Digest Publication

**Cardiologist Reveals: "Americans Were Lied To About Eggs"**

Gundry MD

Learn More

**Denver: How Much Should New Windows Cost For a 2500 Sq Ft Home?**

Window Replacement Pros

Learn More

**Why Your Rotator Cuff Isn't Healing (It's Not Just Age)**

Shoulder Relief News

CONTENT CONTINUES BELOW SURVEY

**WHAT DO YOU THINK?**

Loading survey...

These Little People collector sets will make your …

Holiday • 5 days ago

Amazon's Mother's Day Shop has all the gifting inspo …

Holiday • 5 days ago

Amazon's 'Spring Edit' has new arrivals from Shark, …

Holiday • 7 days ago

Walmart's 'Flash Deals' are filled with hidden gems …

Holiday • 4 days ago

Walmart's Mother's Day gift guide is filled with …

Holiday • 2 weeks ago

Best Mother's Day Gifts for moms obsessed with books

Holiday • 2 weeks ago

View All BestReviews Picks

**DON'T MISS**

READ NEXT >

**Joplin Council censures Ryan Jackson for ethics violation**



READ NEXT >

**Next story in 5**



This list of Amazon bestsellers will help you find the floor care you need When it comes to floor cleaning, you need options. Sometimes your mess requires a full upright that can plow through pet hair and area rugs, but sometimes all you need is …



### Amazon smart home devices are up to 58% off this …

SMART HOME  /  4 Days Ago

Now is the time to buy that Ring doorbell  Need some new tech for your home? This week, Amazon has great deals on popular smart home devices, with discounts up to 58%. You go in thinking maybe you'll replace an old streaming stick, and suddenly you're …

View All BestReviews

**Police cracking down on unlicensed teen motorized …**

SPONSORED CONTENT



### Why Choosing the Right SUV Matters More When Traveling With Kids

By **Mazda as seen on Parents.com**

## TOP STORIES



Alan Osmond, oldest brother of …

**Tick bites causing most ER visits in a decade: CDC**

**Coach K's grandson charged with DWI in deadly …**

**Hot air balloon makes emergency landing in …**

WHAT DO YOU THINK?

READ NEXT >

### Joplin Council censures Ryan Jackson for ethics violation



READ NEXT >

**Next story in 5**

**MORE STORIES**

 **Alan Osmond, eldest brother of The Osmonds, dies …**

 **Tick bites causing most ER visits in a decade: CDC**

 **Coach K's grandson charged with DWI in deadly crash**

 **Hot air balloon makes emergency landing in backyard**

 **Iran 'prepared to reveal new cards on the battlefield'**

 **Tim Cook to end 15-year reign as Apple CEO**

 **Brazilian influencer, 38, drowns at Ironman triathlon**

 **Principal who tackled shooter is crowned prom king**

More Stories

KSNF/KODE | FourStatesHomepage.com Video



READ NEXT >

Joplin Council censures Ryan Jackson for ethics violation



READ NEXT >

Next story in 5

Joplin Council censures
Ryan Jackson for ethics...

Knights of Columbus Tootsie
Roll drive raises hundreds ...

Aurora man arrested for
child sex crimes

8 hours ago

10 hours ago

10 hours ago

More Videos

News from Joplin, MO & the Four States

Contact Us

Local News

Mission FCC Applications

Weather

Sports

About our Ads

Marketplace

Community

Advertise With Us

Contests and Sweepstakes

TV Schedule

KSNF EEO Report

KSNF FCC Public File

READ NEXT >

Joplin Council censures Ryan Jackson for ethics violation

READ NEXT >

**Next story in 5**

Stay Connected

Privacy Policy  09/30/2025

Terms Of Use

FCC Applications

Public File Assistance Contact

Subscribe To Push Notifications

The Hill

NewsNation

BestReviews

Content Licensing

Advertise with Nexstar

Journalistic Integrity

Sitemap

Your Privacy Choices

© 1998 - 2026 Nexstar Media Inc. | All Rights Reserved.

**READ NEXT >**

## Joplin Council censures Ryan Jackson for ethics violation



**READ NEXT >**

**Next story in 5**