# EXHIBIT F

Case 2:25-cv-02428-KHV-GEB    Document 65-6    Filed 04/22/26    Page 2 of 16

4/21/26, 1:25 PM                Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times

About   Advertise   Contact us   Submit news

 Lawrence, US – 76 °F

SUBSCRIBE


THE LAWRENCE TIMES

ADVERTISEMENT

KANSAS 91.5 FM | 96.1 FM
PUBLIC
RADIO    LISTEN LIVE

☰ MENU

EDUCATION      MARCH 9, 2026 - 6:15 PM

# Lawrence Public Schools delays public records for months, wants $13K for fulfillment

by Cuyler Dunn



Local news needs your support! **Click here to subscribe.**




**Share this post or save for later**



The Lawrence school district has delayed responding for months to an open record request related to its silent switch from one AI monitoring software to another. It's also asking for thousands of dollars to produce the records.

The school district this summer stopped using Gaggle, an AI tool that sifts through anything connected to the district's Google Workspace and flags content it deems a safety risk. They instead began using a new tool called Managed Methods, which has nearly identical capabilities. The switch was not announced publicly and did not require school board approval.

ADVERTISEMENT



Days after the silent switch was made public by news reports in late October, this publication filed its initial request for relevant documents and internal communications.

The district replied to the initial request by saying it was under review. For the next three months, that was the only information provided.

The Kansas Open Records Act requires a public agency to respond to open records requests in three business days with either the records, an explanation of why the records were denied, or a detailed explanation for delay. The school district did not provide any of these.

▶ Don't miss a beat … Click here to sign up for our email newsletters

The district did eventually respond in late January, providing an invoice with Managed Methods, but said the rest of the records would require two additional months and payment of nearly $13,000.

In response, this publication filed an amended request with a much narrower scope. The district again did not respond to the request within three business days.

Local news needs your support! **Click here to subscribe.**

district responded to the amended request, saying it would need two weeks and nearly $1,500 to provide the records.

The goal of this publication's request is to find more information about how and why the transition to Managed Methods occurred.

Please support local news and information from The Lawrence Times.

**Subscribe here.**

Over the summer, Superintendent Jeanice Swift said the district would continue using Gaggle this year, but that ended up not being true. The cessation of Gaggle was only made public when the district's lawyers filed court documents related to an ongoing lawsuit saying the district had ceased use of Gaggle. But those documents made no mention of the new AI tool, Managed Methods.

"When government agencies in Kansas ignore their duty under KORA to provide timely and transparent access to public records, they undermine public trust and the law itself," said Emily Bradbury, executive director of the Kansas Press Association. "If records are being withheld or delayed, that is not in the public's or the school district's best interest."

ADVERTISEMENT




This publication sent requests for comment to each school board member. Board President GR Gordon-Ross responded, saying the board would not comment due to pending litigation. District spokesperson Jake Potter said the same.

Alan Rupe, a lawyer representing the school district in the Gaggle lawsuit, said in an email the requests were "quite extensive."

"The school district needed significant amounts of time to evaluate the requests and create estimates for how much time and how many costs would be required to comply with your requests," Rupe said. "The school district has now provided two different cost estimates to ensure that you are willing to pay the requisite costs before we complete the required collections, review and productions."

KORA's requirements for the timeline and nature of responses to



Local news needs your support! **Click here to subscribe.**

# Student journalists also haven't received open records

A group of current and former students who are suing the school district over its use of Gaggle have engaged in a similar debate over the district's failure to provide records as part of that lawsuit.

In late January, the plaintiffs filed a motion asking a judge to immediately rule on a set of claims arguing the district violated KORA, because they said the district did not dispute any of the relevant facts.

The plaintiffs argue KORA places the burden on the public agency to comply with the outlined process, but the district's only response for months was a statement that the records were under review.

The district's lawyers responded in legal filings by arguing the KORA request was improper because plaintiffs sought information related to the case.

The parties are currently debating a motion filed by the district claiming two defendants, Lawrence High School Principal Quentin Rials and Assistant Principal Greg Farley, are protected by qualified immunity.

A judge decided there would be a delay in holding a scheduling conference for the case until that qualified immunity debate was resolved. Discovery cannot begin until after a scheduling conference.

ADVERTISEMENT



The district said the plaintiff's KORA request goes against the spirit of this order by attempting to skirt the delay. They say people protected under qualified immunity are not just protected from trial, but also from discovery.

"There is significant authority suggesting that KORA requests are improper when they seek records related to the subject matter of a pending lawsuit with a discovery stay (a pause in discovery pending a court decision) in place," Rupe said. "We will know more about the scope of such a stay when the court rules on the pending motions that address that issue."



Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB    Document 65-6    Filed 04/22/26    Page 6 of 16

4/21/26, 1:25 PM                Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times

"KORA isn't discovery; it's Kansas' sunshine law," said Harrison Rosenthal, the students' lawyer. "The district doesn't get to switch it off because this litigation, or the underlying records, is inconvenient."

Rosenthal said the district's own actions prove it could comply with the KORA request. In January, the district partially fulfilled the students open records request by producing Managed Methods invoices and asked for $13,000 in fees to produce other records. This occurred while the scheduling delay was in place, which the district was arguing allowed it to avoid fulfilling the KORA request.

"The surveillance didn't stop; it changed names," Rosenthal said. "Families deserve to know how, and by whom, students are being surveilled. ... Student journalists have a right to report on their own school district. Withholding records because the requesters are plaintiffs chills newsgathering. That's not how KORA — or the First Amendment — works."

If local news matters to you, please help us keep doing this work.

**Support The Lawrence Times**

# Don't miss a beat — get the latest news from the Times delivered to your inbox:

**Name**

**Email address:**

Your email address

**What kind of emails do you want from us?**

☑ **Daily news updates**



Local news needs your support! **Click here to subscribe.**

**Sign up**

Click here to learn more about our newsletters first

---



Cuyler Dunn (he/him), a contributor to The Lawrence Times since April 2022, is a student at the University of Kansas School of Journalism. He is a graduate of Lawrence High School where he was the editor-in-chief of the school's newspaper, The Budget, and was named the 2022 Kansas High School Journalist of the Year. Read his complete bio here. Read more of his work for the Times here.

---

# Related coverage:





Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB    Document 65-6    Filed 04/22/26    Page 8 of 16

4/21/26, 1:25 PM    Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times

APRIL 9, 2026 – 3:39 PM



Lawrence school district offices, 110 McDonald Drive

## Lawrence Public Schools delays public records for months, wants $13K for fulfillment

MARCH 9, 2026 – 6:15 PM



## Free State journalism students, former Lawrence High adviser net national awards

NOVEMBER 27, 2025 – 2:10 PM

MORE …



Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB   Document 65-6   Filed 04/22/26   Page 9 of 16

4/21/26, 1:25 PM                 Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times



## Lawrence board signs off on 83-unit apartment complex planned for Oread neighborhood

APRIL 16, 2026 – 7:56 PM



## Two Haskell seniors leave their mark on campus with a 'girl's girl' art show

APRIL 16, 2026 – 4:36 PM



Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB     Document 65-6     Filed 04/22/26     Page 10 of 16

4/21/26, 1:25 PM                Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times



### Artist Stan Herd to create Algerian flag earthwork in Lawrence ahead of World Cup

APRIL 16, 2026 – 2:52 PM



### Haskell powwow, native plant restoration projects and more earn heritage grants

APRIL 16, 2026 – 12:05 PM



Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB      Document 65-6      Filed 04/22/26      Page 11 of 16

4/21/26, 1:25 PM                    Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times



## LINK community meals are now a program of Lawrence's Homeless Resource Center

APRIL 16, 2026 – 11:01 AM

MORE …

## TOP POSTS

 Lawrence board signs off on 83-unit apartment complex planned for Oread neighborhood

 Signs of Life soon to close its doors in downtown Lawrence

 Artist Stan Herd to create Algerian flag earthwork in Lawrence ahead of World Cup

 Camp sweep near I-70 in Lawrence leaves people asking where else they can go

 Haskell powwow, native plant restoration projects and more earn heritage grants



Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB    Document 65-6    Filed 04/22/26    Page 12 of 16

4/21/26, 1:25 PM                    Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times





ADVERTISEMENT



Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB     Document 65-6     Filed 04/22/26     Page 13 of 16

4/21/26, 1:25 PM                    Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times



PINE'S
GARDEN
&
MARKET

**For All of Your Spring Gardening Needs!**

GROW YOUR BEST GARDEN

pinesgardenmarket.com

**TODAY IN LAWRENCE**

Local news needs your support! **Click here to subscribe.**

 Community Overdose and Naloxone Training

**Tuesday April 21st 12:30pm - 1:30pm**

 Link 4 Lunch - free homemade meals

**Tuesday April 21st 1:00pm - 2:00pm**

 Senior Resource Center Instrumental Musicians Jam Session

**Tuesday April 21st 1:00pm - 3:00pm**

 Tech Help Tuesday

**Tuesday April 21st 2:00pm - 3:30pm**

Community Resource Clinic

**Tuesday April 21st 3:00pm - 5:00pm**

See more

---

**GET OUR NEWSLETTERS**

Never miss a story. Sign up for our emails.

**Name**

**Email address:**

Your email address

**What kind of emails do you want from us?**

☑ **Daily news updates**

☑ **Weekly recaps of highlights**

☑ **Occasional updates on the Times**

Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB    Document 65-6    Filed 04/22/26    Page 15 of 16

4/21/26, 1:25 PM                    Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times

**QUICK LINKS**

SUPPORT & SUBSCRIBE

ALL LATEST POSTS

COMMUNITY RESOURCES

CONTACT US

EVENTS

JOB LISTINGS

**Support the Times**

**FOLLOW US**

**MORE INFORMATION**

ABOUT

ADVERTISE

CONTACT US

SUBMIT NEWS

**PAID SUPPORTER ACCOUNTS**

Local news needs your support! **Click here to subscribe.**

Case 2:25-cv-02428-KHV-GEB    Document 65-6    Filed 04/22/26    Page 16 of 16

4/21/26, 1:25 PM                    Lawrence Public Schools delays public records for months, wants $13K for fulfillment – The Lawrence Times

YOUR PROFILE

## CURRENT TOP POSTS

Lawrence board signs off on 83-unit apartment complex planned for Oread neighborhood

Signs of Life soon to close its doors in downtown Lawrence

Artist Stan Herd to create Algerian flag earthwork in Lawrence ahead of World Cup

Camp sweep near I-70 in Lawrence leaves people asking where else they can go

Haskell powwow, native plant restoration projects and more earn heritage grants

Two Haskell seniors leave their mark on campus with a 'girl's girl' art show

Earth Day events coming up across Lawrence

## THE LAWRENCE TIMES

Copyright © 2026 The Lawrence Times.

The Lawrence Times is a Lawrence, Kansas owned and operated publication covering key news and providing important information for the Lawrence and Douglas County, Kansas, community.

We operate without a paywall so that everyone can read our coverage, regardless of ability to pay. Please click here to support us if you are able.

The Times is a proud "aspiring entrepreneur" member of Local Independent Online News (LION) Publishers.

We are happy to consider individual requests to republish content; however, no content from this site may be republished without express permission.



Local news needs your support! **Click here to subscribe.**