# EXHIBIT G

An official State of Kansas government website. Here's how you know.

# Scott Schwab
# Kansas Secretary of State

 **KORA Policy Statement**

## Policy and Procedure for Obtaining Copies of or Access to Public Records Pursuant to the Kansas Open Records Act (KORA) K.S.A. 45-215 *et seq*.

## Your Rights

Under the Kansas Open Records Act (KORA) you may obtain copies of or inspect public records kept by the Secretary of State, unless a specific statutory provision exempts them from disclosure or requires redaction.

The Secretary of State will send an initial response within three business days of receiving your request, acknowledging your request.

You may be charged a reasonable fee, not exceeding actual cost, for staff time and expenses in responding to your request. You will be given an estimate of the expense before work is done to respond to your request.

The Open Records Act does not require the Secretary of State to answer questions or prepare reports, only to make available existing records. Requests for records not yet in existence cannot be honored.

**Office Hours:** 8:00 a.m. to 5:00 p.m., Monday – Friday, except official state holidays. Requests received after 5:00 p.m. will not be logged in and processed until the next business day.

**Designated Records Custodian:** Clayton L. Barker; General Counsel

# Requesting Open Records

For your convenience, the Secretary of State's office provides three ways to obtain access to its public records: (1) Records Access Request (RAR) or (2) Voter registration Data (CVR) or (3) Kansas Open Records Act (KORA) request.

**(1) Records Access Request:** Allows access to business records that are intended to be publicly available. You can choose which records from a menu of options, which include Resident Agents; Businesses (both For-Profit and Not-For-Profit); Charities; Notaries; and Lobbyists. To use this option, fill out and print form RAR. Sign your name certifying that you will not use the information for prohibited commercial purposes (K.S.A. 45-220(c)); submit to the Secretary of State's Deputy of Business Services; and pay the appropriate fee (K.S.A. 45-218(f)). You will receive a response within a reasonable time.

**(2) Voter Registration Data Request:** Allows access to voter registration data. To use this option, fill out and submit form CVR.

**(3) Kansas Open Records Access:** Allows access to public records maintained by the Secretary of State. To ensure that the request is clearly understood, the agency requires requests records be made in writing.

Open Records Requests to the Secretary of State may be mailed to the office or emailed to kora@ks.gov.

All requests for records must state: (K.S.A. 45-219(b))

- The requesting person or organizations' name.
- Email or mailing address to which the records are to be sent.

- Enough information about the requested records so the staff can determine if the requested records exist and are in the agency's possession.
- Include this Certification (K.S.A. 45-220(c)): "I certify that I do not intend to, and will not: (A) Use any list of names or addresses contained in or derived from the records or information for the purpose of selling or offering for sale any property or service to any person listed or to any person who resides at any address listed; or (B) sell, give or otherwise make available to any person any list of names or addresses contained in or derived from the records or information for the purpose of allowing that person to sell or offer for sale any property or service to any person listed or to any person who resides at any address listed." Or similar wording.

## Requests for Database Records

The Office of the Secretary of State will be the sole judge of its capability to comply with any request for specific data stored on and to be produced from a database. For security reasons no direct access to or inspection of the voter or business services databases is possible.

## Format of Record Copies

The Office of the Secretary of State will provide copies of requested records and will be the sole judge of whether it will accommodate requests that the copies produced be in formats other than the native format.

## Response Time

The Office of the Secretary of State will act upon requests as soon as possible, with an initial response being made to the requestor no later than the third business day following the receipt of the request. Supplemental responses will be sent as needed.

# Requestor Verification

In certain circumstances involving personal records, the Office of the Secretary of State may require verification of the requestor's identity.

# Fees

The Secretary reserves the discretion to not charge a fee for small or infrequent requests. If fees are charged, the following rates shall apply: (K.S.A. 45-219(c))

- **Copies:** $0.25 per page for paper copies, $0.125 per page for electronic copies.
- **Mailing:** $0.50 for first 5 pages, $0.25 for additional 5-page increments for paper copies.
- **Staff Time:** Staff time will be charged at the rate of pay for each person(s) whose time is used to assist and/or respond to a specific request. This may include the time spent to access records maintained on computer facilities, as well as record and review and redaction records. For most requests time will be charged as follows:
  - **Clerical time** will be charged at $21 per hour;
  - **Attorney time** will be charged at $52 per hour;
  - **Information Technology (IT) services** will be charged at $42 per hour; and
  - **Time for other classifications of employees** will be charged based upon actual costs.
- **Additional Fees:** Additional fees, including any other costs incurred by the agency in connection with complying with a record request may be assessed to the requestor, including fees charged to our office by third parties in order to access records.

# Advance Payment of Fees Required

The agency will provide the requestor with an estimate of the fees before gathering and processing or providing access to the records. The estimated fees **MUST be paid BEFORE** the agency processes the request or provides access to the requested records.

If the records can be produced for less than the estimated amount, additional amounts will be refunded.

If we discover that the estimated fee is too low, we will promptly advise the requestor of any correction to the fee and request advance payment of any additional costs before continuing the work.

Payment may be made by check or money order **payable to the Office of the Secretary of State**. Returned checks will incur an additional fee of $30.

# Express Delivery

If express delivery is requested, the requestor **MUST** arrange for pick up and packaging of the records; all associated costs for such delivery **MUST** be paid by the requestor.

The agency records custodian has sole discretion as to whether to honor requests for express delivery.

---

## Kansas Secretary of State

Docking State Office Building
915 SW Harrison Street
Topeka, KS 66612

785-296-4564

kssos@ks.gov

8:00 a.m. to 5:00 p.m.

## Business Services Division

785-296-4564

kssos@ks.gov

## Elections Division

📞 800-262-VOTE(8683)

✉ election@ks.gov

## Publications Division

📞 785-296-BOOK(2665)

✉ sos_lawbooks@ks.gov

© 2025 Kansas Secretary of State



# Kansas Open Records Act

**Please use this Kansas Open Records Act page to request records maintained by the Kansas Department of Administration only.  The Kansas Department of Administration does not maintain records for any other State Agency.**

**The Kansas Department of Administration does not maintain criminal, accident, law enforcement, or court records.**



**To submit a KORA Request for Kansas Department of Administration maintained records please click the following link.**

KORA Request Form

Procurement and Contracts Bid Tab Sheets

**Or submit your written request by email, mail, fax, or in person to the Designated Custodian using the following form or a format of your choice.**

Kansas Open Records Act Request Form

### By Mail or In Person:

Kansas Department of Administration
Office of Chief Counsel
Attn: KORA Request
CSOB, Suite 500,

### By Email:

Designated Custodian

### By Fax:

785-296-2702



1000 SW Jackson
Topeka, KS 66612

---

# Kansas Department Of Administration Policy And Procedure For Obtaining Copies Of Or Access To Public Records Pursuant To The Kansas Open Records Act (KORA) K.S.A. 45-215 et seq.

## Office Hours:

8 A.M. TO 5 P.M., Monday - Friday, except official state holidays

## Fees:

Record requests that can be provided with less than one hour of staff time or fewer than 100 pages (pursuant to Executive Order 18-05) will be provided to residents of the State of Kansas at no charge.  For requests that exceed that amount, the following rates shall apply: **COPIES**, $0.25 per page; **MAILING**, $0.50 for first 5 pages, $0.25 for additional 5-page increments; **FAX**, $0.65 per 10-page fax.

## Staff Time:

Will be charged at the rate of pay for each person(s) whose time is used in order to assist and/or respond to a specific request. This may include the time spent to access records maintained on computer facilities, review



records to determine whether closure exceptions apply, and/or redact open from closed information. Attorney time will be charged at $60 per hour. Clerical time will be charged at $18 per hour. Information Technology (IT) services will be charged at $38 per hour.

## Additional Fees:

Any other costs incurred by the Department of Administration in connection with complying with a record request may be assessed to the requester. The agency will provide an estimate of the fees which shall be paid prior to the agency gathering the records.  However, in order to assure payment, the final cost of providing access to or furnishing copies must be paid before the records are provided. If the final cost is less than the estimate, the requester will be reimbursed for the difference.

## Written Request:

The Department of Administration may require that requests for access to or copies of records be made in writing, in order to adequately document the request and clarify exactly what records are being sought. All requests for records shall state the requester's name, mailing address, and a contact phone number.  The requester should provide detailed information about the records being requested in order to aid the staff in determining if such records exist and are possessed by the agency.  Requests for records not yet in existence or documents to be created prospectively cannot be honored.

## Faxing And Air Express Delivery:

Generally, records may be faxed if the request is for fewer than 15 pages and fax time and facilities are readily available.  If express delivery is requested, the requester shall arrange for pickup and packaging of the records, and all associated costs for such delivery shall be paid by the requester.  The record custodian has sole discretion as to whether to honor requests for faxing or express delivery.

## Requests For Electronic Format Records:

The record custodian will be the sole judge of the ability of the agency to comply with any record requests for the records to be provided in electronic format or for records that must be produced in any special computer-generated format.

## Response Time:

The agency will act upon requests as soon as possible, with some response being made to the requester no later than the third business day following the receipt of the request. If it appears that additional time will be needed, fees will be assessed, or some of the records may be closed by law, then a written response will be provided as soon as the records have been located and reviewed.

© 2026 Kansas Department of Administration. All rights reserved.