# EXHIBIT H

**DECLARATION OF SUZANA KENNEDY**

I, Suzana Kennedy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I make this declaration based upon my personal knowledge. If called as a witness, I could and would testify competently to the facts set forth herein.

2. I am a named Plaintiff in this action. I am a citizen of the United States and a domiciliary of Douglas County, Kansas.

3. At all times relevant to this declaration, I was a student enrolled in Lawrence USD 497 and served as co-editor-in-chief of *The Budget*, the student newspaper at Lawrence High School ("LHS").

4. I graduated from LHS as class valedictorian and was named Kansas Student Journalist of the Year in 2025.

5. During my time as a student journalist at LHS, I reported on matters of public concern, including the District's use of student surveillance software.

6. In October 2024, I submitted KORA requests to the District seeking records related to Gaggle's safety audit data and the District's implementation of its surveillance program.

7. When I submitted my KORA requests in October 2024, the District did not charge me any fees.

8. The District provided the documents I requested without requiring any payment.

1

9. Based on my discussions with journalism adviser Barbara Tholen, I understood that the District historically provided records to student journalists under KORA at no charge.

10. I was informed that in October 2025, Plaintiffs Ashlyn Tell and P.M. submitted KORA requests to the District seeking records concerning the District's switch from Gaggle to ManagedMethods.

11. I was informed that the District demanded $12,815 in processing fees, including attorney-review time billed at $200 per hour, threatened to deem the requests withdrawn if Plaintiffs did not agree to pay within three business days, and announced that the "earliest time and date" for access would be sixty days after approval and payment.

12. The District's treatment of the October 2025 KORA requests is different from my experience in October 2024, when the District provided records to me without charge.

13. Based on my experience as a student journalist who submitted KORA requests to the District, I had never before heard of the District demanding fees from a student journalist before producing records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____April 22_____, 2026.

St. Louis, Missouri

_____

Suzana Kennedy

2