# EXHIBIT I

## DECLARATION OF BARBARA THOLEN

I, Barbara Tholen, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I make this declaration based upon my personal knowledge. If called as a witness, I could and would testify competently to the facts set forth herein.

2. I have resided in Lawrence, Kansas, for over 20 years. Since August 2025, I have held the position of Executive Director of the Kansas Scholastic Press Association ("KSPA"). My office is located at the William Allen White School of Journalism and Mass Communications at the University of Kansas, 1435 Jayhawk Boulevard, Lawrence, Kansas. In that capacity, I oversee the day-to-day administration of KSPA, which is the organization that serves high school and middle school journalism programs throughout the State of Kansas.

3. Since August 2025, I have also taught undergraduate students at the William Allen White School of Journalism and Mass Communications. During the 2025–2026 academic year, I have taught courses in journalism writing and reporting.

4. Prior to becoming Executive Director of KSPA, I served as the Journalism Adviser at Lawrence High School in Lawrence, Kansas ("LHS") for 15 years. In that capacity, I oversaw and advised the students who participated in the journalism program at LHS, including all students on the staff of *The Budget*, the student newspaper at LHS.

5. On many occasions during my 15-year tenure as journalism adviser at LHS, members of *The Budget* submitted requests under the Kansas Open Records Act ("KORA"), K.S.A. §§ 45-215 *et seq.*, to government entities in Kansas. These requests were intended to obtain documents and information from those government entities for use in preparing articles for *The Budget*. I regularly advised students on the preparation, submission, and use of those KORA

requests. I instructed students that KORA requests are important tools for journalists, allowing them to obtain information for investigating topics of public interest.

6. During my tenure at LHS, I learned that the operation and administration of LHS and the Lawrence School District ("the District" or "Lawrence USD 497") are of particular interest to the readers of *The Budget*, who are principally the students, teachers, and administrators at LHS with additional readership within the community. To obtain information useful to the investigation of potential stories, the journalism students under my supervision submitted KORA requests to the District on numerous occasions.

7. I understand that KORA permits the governmental entity to charge fees for obtaining, reviewing, and producing the documents sought by the request. However, I also understand that the governmental entity is not required to charge those fees to the requesting party and has discretion to waive them. I understand the decision to charge or waive fees is a discretionary policy decision made by the public agency.

8. In my 15 years as the journalism adviser at LHS, I do not recall any instance in which the District required students submitting a KORA request to pay any fees to obtain documents. To my recollection, I estimate that includes a dozen or more KORA requests submitted by LHS students during my tenure. I cannot provide exact details, but I recall interactions as routine in that information was typically handed over in a timely manner with no request for fees. Based on this consistent experience, I instructed students on *The Budget* that when submitting KORA requests to the District, they should request a fee waiver because the District had historically provided records to student journalists at no charge and because the purpose of their requests— newsgathering in the public interest—supported waiver of fees under the District's discretion. In

2

fact, the district didn't seek fees for documents produced for *The Budget's* editor in 2024 regarding Gaggle.

9.     Based on my experience and observations during my 15-year tenure at LHS, the District's demand for fees for the October 2025 KORA requests submitted by Ashlyn Tell and P.M. represents a departure from its practice of providing records to student journalists at no charge and in a timely manner.

10.     During my 15 years advising student journalists in their interactions with the District, I cannot recall observing or hearing of the District demanding fees from a student journalist before producing records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2026.

Lawrence, Kansas

*Barbara Tholen*

Barbara Tholen

3