# EXHIBIT J



**Cabinet Updates: Week of October 27-31, 2025**

**Tuesday, October 28**

**Communications**
- Media inquiries re: discontinuation of "g-word"
  - Will share-out Managed Methods info, once approved
- Board Member Vacancy - public notification posted to Web; LJWorld scheduled placement for 10/30
- 2026 Legislative Priorities posted to Web; working on printed tri-fold
- Community collaboration "SNAP Paula and Shaun,Samrie will be scheduling a conference call with Zach Conrad to Pantry Response" (10/28)
- Ad Hoc Generative AI & Evolving Technologies Advisory - applications open
- Research and scheduling of dates and venues for Fall/Winter Community Conversations re: Strategic Plan (soft launch 11/6 Taste of Lawrence)
- Planning for Next Quarterly Newspaper Insert (tentative publication on November 19)
- Planning for Friends of Education Volunteer Recognition Event (Wed., November 19)
- One Dream Planning (January 2026)

**Community**
- Trunk or Treat event (Center for Community Outreach - Dole Institute), Wednesday, October 29 (5 to 7 pm)
- Taste of Lawrence - Thursday, November 6 (4 to 7pm) — will have a staffed district non-food/beverage exhibit presence – Chamber waived Fees

**Facilities and Operations**
- 

**Finance**
- Meeting with 7th health insurance brokerage firm; Need to determine next steps in firm selection
- Working on refinancing issues

**Human Resources**
- Hosting Ameritime KPERS Retirement Planning Session - October 28, 5:00 - 6:15 p.m.
  - 45+ years of age, Planning to Retire within 5 years

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- Distribution of Kansas Teacher Retention Initiative Survey - Certified (October 13 - 31)
- Sunset Hills Principal Interviews (5 on 10/29)
- Virtual Evaluation – HR will host an **optional, virtual** hour to drop in, ask questions, and review any evaluation topics.

**PK12 Schools**
- Elementary Fall 2025 Parent/Teacher Conference Attendance
  - Elementary schools reported an average attendance rate of 95.10% for Fall 2025 conferences, a 0.39% increase from last fall. This continues Lawrence Public Schools' strong trend of family engagement and partnership across all elementary campuses. A few highlights:
    - Deerfield (96%) – Hosted an exceptional PTO-sponsored "tailgate" event with family-favorite grilled meals that drew large crowds.
    - Langston Hughes (98%) – Langston Hughes held an impressive 568 general education and 83 special education conferences, totaling 651 successful family meetings in just two days.
    - New York (96%) – Nearly a full percentage point increase, with multiple classrooms achieving 100% participation.
    - Prairie Park (95%) – A 1.25% increase; the book fair and specialist-led family engagement nights were well-attended.
    - Quail Run (99%) – Up 3%; the art teacher personally met with 46 families, offering a creative and inclusive approach to conferences.
    - Woodlawn (97%) – A 4% increase from last fall, reflecting growing family engagement and strong communication between home and school.
- Professional Plan:
  - Principals are leveraging the Professional Plan to replace traditional meetings with focused coaching, data review, and intervention group planning.
- AVID Integration:
  - AVID strategies are being embedded into professional learning, with Sunflower preparing to host an internal LPS AVID showcase focused on student-led learning.
- Behavioral & SPED Supports:
  - Schools implementing targeted interventions to reteach expectations and stabilize supports.
- Positive Culture Building:
  - Initiatives like the 21-Day Gratitude Challenge (Sunflower) and recognition of student achievements are boosting morale and reinforcing a sense of community as we head into midterm benchmarks. One student who has been consistently meeting their daily behavior goals keeps coming to the office for a clapout each day. It's become a powerful motivator, and they've now maintained the streak for 15 straight days!

**Teaching and Learning**
- Atlas up and going on the 5th
- Planning for Online Course Guide to Web
- Xello counselor training
- $25K Perkins Grant PLTW/CTE (due Friday)

**Special Education**

- 

## Student Supports

- 

## Superintendent

- Attended "SNAP Pantry Response" WorkGroup (10/28)

## Data Team

- High Schools have been working hard to clean and verify their Dropout/Graduation Summary Report (DGSR) due to the state on 10/31. Once completed, Graduation rates for the 2024-2025 school year will be finalized.

## Upcoming Dates

- **Thursday, November 4** — AVID Literacy Family Night @ West MS (6:00 - 7:00 p.m.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER