# EXHIBIT K

Message

---

**From**: James Polk (via Google Docs) [drive-shares-dm-noreply@google.com]
**Sent**: 10/28/2025 12:10:44 PM
**To**: jake.potter@usd497.org
**Subject**: Document shared with you: "DRAFT- Managed Methods Talking Points for Comms.docx"

# James Polk shared a document

James Polk (james.polk@usd497.org) has invited you to **edit** the following document:

W DRAFT- Managed Methods Talking Points for Comms.docx

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because james.polk@usd497.org shared a document with you from Google Docs.

Google Workspace

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER