# EXHIBIT L

Message

**From:** Jake Potter [jake.potter@usd497.org]
**Sent:** 10/28/2025 12:18:50 PM
**To:** School Board [schoolboard.googlegroup@usd497.org]; Cabinet [Cabinet.googlegroup@usd497.org]
**Subject:** Superintendent response to Media Inquiries (10/28/25)

Good afternoon.

Please see below for an official response from the Superintendent that will be provided as a reply to media inquiries specific to the discontinued usage of gaggle:

**The district contract with gaggle was reviewed during late summer 2025, and was not continued for the school year 2025-26.**

**In the regular course of business this fall, as part of the continuing effort to evaluate and streamline contracts with vendors and identify cost savings, the district implemented Managed Methods, a proficient tool that continues to monitor for student safety.**

**This change resulted in a cost savings of approximately $35,000 annually.**

--



**Jake Potter, APR**
Executive Director of Communications
Educational Support Center
110 McDonald Drive
Lawrence, KS 66044
785/832-5000
www.usd497.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER