# EXHIBIT M

Message

| | |
|---|---|
| **From:** | Jake Potter [jake.potter@usd497.org] |
| **Sent:** | 3/4/2026 11:47:04 AM |
| **To:** | Larry Englebrick [larry.englebrick@usd497.org] |
| **Subject:** | Fwd: Request for comment — KORA |

For your awareness.

---------- Forwarded message ---------
From: **GR Gordon-Ross** <gr.gordon-ross@usd497.org>
Date: Wed, Mar 4, 2026 at 11:22 AM
Subject: Fwd: Request for comment — KORA
To: Jeanice Swift <jeanice.swift@usd497.org>, Jake Potter <jake.potter@usd497.org>


Sending the board talking points would be helpful.

---------- Forwarded message ---------
From: **Cuyler Dunn** <cdunn@lawrencekstimes.com>
Date: Wed, Mar 4, 2026, 11:14 AM
Subject: Request for comment — KORA
To: Kelly Jones <kelly.jones@usd497.org>, GR Gordon-Ross <GR.Gordon-Ross@usd497.org>, Bob Byers <bbyers@usd497.org>, <ccaduebl@usd497.org>, <Yolanda.Franklin@usd497.org>, Shannon Kimball BOE <skimball@usd497.org>, <matt.lancaster@usd497.org>


Hello,


I'm a reporter for the Lawrence Times.

In October of last year, we filed an open records request for documents related to the district's switch from Gaggle to Managed Methods. For three months, we received nothing except a pair of emails that stated our request was "under review."

Under K.S.A. 45-218(d): "If access to the public record is not granted immediately, the custodian shall give a detailed explanation of the cause for further delay and the place and earliest time and date that the record will be available for inspection." We never received a detailed explanation of the cause for delay or a timeline of when the records would be available.

In January, one of the requested records was provided to us: the district's contract with Managed Methods. Other records regarding internal communications were said to require nearly $13,000 to fulfill.

In response, we narrowed our request to try and avoid these high costs for public info. That updated request was submitted on Feb. 4. Today. one month later, we have only received a statement saying the request is "under legal review." We have not received a "detailed explanation of the cause for further delay and the place and earliest time and date that the record will be available for inspection," as required by Kansas law.

As well as the failure to produce open records in alignment with Kansas law, the district made the switch from the highly-controversial Gaggle software without a public vote, or mention in any public setting at all. They then argued in court filings that they had stopped using Gaggle, but made no mention that a nearly-identical program was being used. That information was only provided when asked by reporters. I was also told by the

LBOE_00005020

superintendant in July that the district would continue using Gaggle this school year, which ended up being incorrect.

I wanted to provide each school board member a chance to comment for a story on the lack of transparency surrounding this topic. This email is being sent to each school board member.

Please feel free to email me or call me on my cell 785-766-9442. If I don't answer, I'll call back as soon as I can. We plan to run a story on this by the end of the week, so please reach out before 1 p.m. on Friday if you'd like to comment. I'm happy to answer any questions you may have.

Thank you,
--

# Cuyler Dunn

*Reporter, The Lawrence Times*
cdunn@lawrencekstimes.com | 913-349-1661

