# EXHIBIT N

# Student Digital Safety Outline

- Federal Compliance
  - [HYPERLINK "https://studentprivacy.ed.gov/ferpa" \h], [HYPERLINK "https://www.hhs.gov/hipaa/index.html" \h], [HYPERLINK "https://www.ftc.gov/legal-library/browse/rules/childrens-online-privacy-protection-rule-coppa" \h], [HYPERLINK "https://www.fcc.gov/consumers/guides/childrens-internet-protection-act" \h]

- Current Product Comparison
  - CloudLock (Protection of Private Information / Account Compromise)
    - FERPA
    - HIPPA
  - Umbrella (Protection from Harmful Websites)
    - COPPA
    - CIPA
  - Gaggle (Protection of Well-being from Digital Influence To Self, Others, and Pornography)
    - COPPA
    - CIPA

- Purchase Date and Price
  - Data Loss Prevention
    - CloudLock (2018-2025) $19,3011/yr
    - Google Workspace DLP (Included in plan, but not comprehensive or robust)
  - Student Well-being
    - Gaggle (2023-2025) $59,961/yr
    - (Split with Tech budget and safe schools grant funding)
  - DNS Filters
    - SecURLy (2016-2019) $23,833/yr
    - LightSpeed (June 2019- November 2019) $42,920/yr
    - Cisco Umbrella (2019-2025) $19,928/yr

**Key Point:**
Gaggle is not directly comparable with CloudLock or Google Workspace DLP Rules.
Gaggle is focused on Self-Harm, Harm to others, and Pornography (Implied by COPA)
CloudLock is focused on protecting PII. (Clear Federal Responsibility)

A potential Gaggle Replacement must detect nude images.
A potential Gaggle Replacement may detect violence or self-harm.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          LBOE_00004086

**Alternative Products To Consider For Student Well-being:**

- [HYPERLINK "https://navigate360.com/solutions/digital-threat-detection/" \h] **(ALICE Provider)**
- [HYPERLINK "https://managedmethods.com/use-cases/student-self-harm-detection/" \h]
- [HYPERLINK "https://www.lightspeedsystems.com/products/lightspeed-alert/" \h]

**Alternative Products To Consider For Wholistic DLP / Well-being:**
- [HYPERLINK "http://varonis.com/data-security-platform" \h]
- [HYPERLINK "https://www.sentra.io/product?utm_term=varonis&utm_campaign=boringads_search_desktop_us_competitors&utm_adgroup=varonis&utm_source=adwords&utm_medium=ppc&hsa_acc=6428149860&hsa_cam=22568247024&hsa_grp=182675942552&hsa_ad=762590145103&hsa_src=g&hsa_tgt=kwd-309467844148&hsa_kw=varonis&hsa_mt=e&hsa_net=adwords&hsa_ver=3&gad_source=1&gad_campaignid=22568247024&gbraid=0AAAAAo9rZBJwWeXIrQYOEepp2UalS6Y-v&gclid=CjwKCAjwtfvEBhAmEiwA-DsKjrJ_cn05VFobRN7Mueyqe2s40Wb85k6j_KOdOA0AAIMqWPcjA94iAxoCeylQAvD_BwE" \h]

---

**Why Student Well-being Is Critical**

https://managedmethods.com/blog/school-suicide-prevention-program/

According to the CDC, suicide is the *second leading cause of death* for children aged 15 to 19 years old. In 2019, nearly 9% of high school students attempted suicide in a one-year period, while nearly 16% made a plan to commit suicide.

Sadly, these stats are nothing new. And the numbers are moving in the wrong direction. Research by *Navigate360* shows that between 2009 and 2019:

- The number of children who seriously considered attempting suicide **increased**
- The number of children who made a suicide plan **increased**
- The number of children who attempted suicide **increased**

Advances in artificial intelligence (AI) *self-harm monitoring technology* more specifically identify cries for help with fewer false positives. This helps *protect students' privacy* and saves time. It also means that your response task force is better able to focus on students who truly need their help.

For example, compared to keyword matching, AI can:

- Better understand the context of a sentence to distinguish between "If I don't get asked to prom I'll die," and "I just want to die"
- Distinguish between "I want to die' vs "I don't want to die"
- Learn over time and get better at spotting signals with fewer false positives and removing biases

---

## Privacy Concerns

USD 497 has been monitoring student accounts for harmful content for at least 4 years prior to Gaggle via CloudLock.

It was only after Gaggle greatly improved our detection quality that it was feasible to share the results directly with school administrators. Previously, a single member would attempt to review the detections and share concerning detections manually with administrators.

[HYPERLINK "https://www.usd497.org/about-us/departments/technology-department/technology-support/acceptable-use-policy" \l ":~:text=Have%20any%20expectation%20of%20privacy%20when%20using%20any%20district%20owned%20device%20(computer%2C%20tablet%2C%20iPad%2C%20etc.%7D%20at%20school%20or%20a%20school%20related%20function%20or%20with%20respect%20to%20email%2C%20files%20or%20directories." \h]

### STUDENTS WILL NOT:

- Intentionally damage, disable, or hinder the performance (or attempt any of the previous} of any district technology system device, software, or network (inside or outside of the district).
- Share passwords or provide personal information to non-approved on line sources.
- Have any expectation of privacy when using any district owned device (computer, tablet, iPad, etc.} at school or a school related function or with respect to email, files or directories.

**AI**

Vendors using AI to determine and reinforce detection anonymize all content.
No student or staff data is ever collected for marketing purposes.

---

## Detection Mechanisms

Any system can deliver alerts to a group of individuals related to the detection.
However, many systems deliver far too many false positives to be productive.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Bullying VS Data Loss:**
Most tools are designed to detect sensitive documents containing PII like SSN, DL, Passport, Credit Card like patterns. Many can also detect custom rules of defined words. However, tuning a custom detection is complicated and requires ongoing additions to new slang, typically resulting in many false positives.

Google Workspace does offer a set of predefined PII rules for Google Docs.
However, we use CloudLock because it also monitors Microsoft Office 365 and Webex with the same policies.

Additionally, CloudLock has a predefined detection for "Aggressive Behavior" to help identify potential danger to others. However, detecting self-harm is done via a long, complicated custom detection that yields many false positives.

Gaggle is a product not focused on PII and Data Loss, but instead exclusively on Self-Harm and Bullying in the Google Workspace, with human-verified detections yielding minimal to no false positives.

**Screenshot Examples of Detection Rules Configuration:**
Gaggle's detections are automatically updated with the latest terminology of slang and emojis, including image recognition of weapons and nudity.

## Google Workspace Rules:



**Conditions**

Add conditions to define data that you want this rule to scan for



BACK



## Add word list

Name*

Sensitive keywords

Description

This detector lists all keywords that are considered sensitive

Enter words separated by commas*

sensitive, confidential, secret, password, credentials

CANCEL     CREATE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Cisco CloudLock Rules:

Flag content that matches this Regular Expression:

\b(?i)((cut|cuts|cutting|carve|kill|hang|slit|burn)
(me|myself|yourself|her|him|you|them|it all)|(overdose|over-dose|over dose)|(self-
harm|self-harmer|harm|harming)|kys|(suicide) (letter|note|challenge)|(i) (hate my
life|hate myself|cut|can\'t take it anymore|want to die|don\'t want to live|don\'t
wanna live)|(slit my) (wrist|wrists)|(I\'m so done|end my life|end it all|kms|fml im
done|if i died|hang myself|nobody would care if I|(everyone|everybody) hates
me|not worth it|high as fuck|haf|mollys|molly|geekin on|tweeking on|tweekin
on|bluewhalechallenge|blue whale
challenge|bluewhaleapp|bluewhaleyoutube|nude|topless|tits|boobs|sext|boob|br
a|tit|tits|naked|blue
whale|bluewhale|suicidechallenge|suicidechallengeapp|suicidechallengeyoutub
e|suicide|suicidal|hit list|gun|ammo|bullet|bullets|shotgun|rifle|ak|ar|bomb|bomb
threat|pistol|best way to kill myself))\b

- ● Search content, including file name.
- ○ Search file names only (not available for Salesforce, ServiceNow, Google+).

☐ Enable optical character scanning

Except for results matching the following Regular Expressions:

romeo

❌ Remove

nuclear

❌ Remove

brutus

Overwhelming False Positives averaging 200 detections a day.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LBOE_00004091



| | Incident ID | Platform | Severity | Matches ☐ | Policy | Source |
|---|---|---|---|---|---|---|
| ☐ | 1031452733 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | POV Narrative.pdf *Adobe portable d...* |
| ☐ | 1031452715 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | College Essay *Google document* |
| ☐ | 1031446227 | Google Drive | ● Info ▾ | 2 | Self Harm – Upda... | Lauren Henry 2025- *Google document* |
| ☐ | 1031430637 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | Just for Teens- Stre *Adobe portable d...* |
| ☐ | 1031430636 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | Just for Teens- Stre *Adobe portable d...* |
| ☐ | 1031430581 | Google Drive | ● Info ▾ | 2 | Self Harm – Upda... | SW responsibilities *Rfc822 email file* |
| ☐ | 1031422996 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | Copy of KS History- *Google document* |
| ☐ | 1031422955 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | Copy of Standard O *Microsoft office w...* |
| ☐ | 1031415110 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | AP Art History – Stu *Adobe portable d...* |
| ☐ | 1031415058 | Google Drive | ● Info ▾ | 1 | Self Harm – Upda... | Ingrid Karman – 01 *Google document* |

Showing 1 - 10 of 351   [10 ▾]          ◄◄ First   ◄ Previous   1   2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER