## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; Ashyln Tell; and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JONATHAN MORRIS,

      Plaintiffs,

v.

LAWRENCE USD 497,

      Defendant.

Case No.:  2:25-cv-02428-KHV-GEB

### NOTICE OF WITHDRAWAL OF COUNSEL

Jared D. Harpt is leaving for another firm and will no longer be associated with the firm of Lewis Brisbois Bisgaard & Smith LLP.  Therefore, Jared D. Harpt hereby withdraws as counsel for Defendant Lawrence USD 497.  Alan L. Rupe and Andrew Gnefkow of the law firm of Lewis Brisbois Bisgaard & Smith LLP will remain as counsel of record on behalf of Defendant Lawrence USD 497.

/s/ Jared D. Harpt
Jared D. Harpt, KS #30005
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:     (316) 609-7900
Facsimile:      (316) 462-5746
jared.harpt@lewisbrisbois.com

*Attorney for Defendant Lawrence USD 497*

175619966.1

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, I filed the above Notice of Withdrawal using the Court's

CM/ECF System which will send notification to all counsel of record.

/s/ Jared D. Harpt
Jared D. Harpt