CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

JACK TELL, *et al*,

   *Plaintiffs,*

v.           Case No:  **2:25-cv-02428-KHV-GEB**

USD 497 LAWRENCE,

   *Defendant.*

| JUDGE: | **Hon. Kathryn H. Vratil** | DATE: | **4/23/2026** |
|---|---|---|---|
| CLERK: | **Jeff Hokanson** | TAPE/REPORTER: | **Kristina Scott** |

- <u>Attorneys for Plaintiffs</u>: **Harrison Rosenthal, Mark Johnson**
- <u>Attorneys for Defendant</u>: **Alan Rupe, Andrew Gnefkow, Jared Harpt**

### EVIDENTIARY HEARING

Plaintiffs Ashlyn Tell and Morgan Salisbury appear with counsel as set forth above.

Defendant appears by Jeanice Swift (school superintendent) and Jake Potter (school district director of communications) with counsel as set forth above.

Parties present evidence and testimony with regards to defendant's compliance with plaintiffs' requests under the Kansas Open Records Act (KORA).

For reasons set forth on the record, the Court takes this matter (including **Plaintiffs' Motion to Enforce** et al [Doc. 61]) **UNDER ADVISEMENT**.