*(Revised 12/2025)*     **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 2:25-cv-02428-KHV-GEB**

**Tell et al v. USD 497 Lawrence**

| WITNESSES FOR | Plaintiff | | WITNESSES FOR | Defendant |
|---|---|---|---|---|
| Date       Name | Sworn | | Date       Name | Sworn |
| | ☐ | | 4/23/2026   Jeanice Swift | ☒ |
| | ☐ | | 4/23/2026   Jared Harpt | ☒ |
| | ☐ | | 4/23/2026   Jake Potter | ☒ |
| | ☐ | | 4/23/2026   Cameron Grant | ☒ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |
| | ☐ | | | ☐ |