# EXHIBIT SHEET

Case No:     2:25-cv-02428                          Defendant Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 401 | Email correspondence between the School District and Ashlyn Tell regarding her KORA requests | X | X | X | Jeanice Swift |
| 402 | Email correspondence between the School District and P.M. regarding their KORA requests | X | X | X | Jeanice Swift |
| 403 | Timeline of events from around the time the School District received the KORA requests to the present | X | X | X | Jeanice Swift |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

175655056.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

175655056.1