# EXHIBIT SHEET

Case No:    **2:25-cv-02428**                                    **Plaintiffs'** Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | Cabinet Updates: Week of October 27-31, 2025<br><br>*(Document was attached to Plaintiffs' Position Statement [ECF No. 65] as Exhibit J [ECF No. 65-10 at 2–4].* | X | X | X | Jeanice Swift |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

175655056.1