**VERIFICATION OF ERIK CHANEY**

Pursuant to 28 U.S.C. § 1746, I, ERIK CHANEY, declare as follows:

1.      I am over the age of 18, competent to testify, and a citizen of the United States. I am a domiciliary of Douglas County, Kansas.

2.      I am the parent and next friend of H.C., the minor Plaintiff identified in the foregoing Pleading in Joinder. I authorize the filing of this Pleading in Joinder on H.C.'s behalf. I believe that proceeding in this action is in H.C.'s best interest.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____18 May_____, 2026, at Lawrence, Kansas.

_Erik Chaney_
Erik Chaney

12