## VERIFICATION OF H.C.

Pursuant to 28 U.S.C. § 1746, I, H.C., declare as follows:

1.      I am a minor (under 18 years old).

2.      My parents are Danielle Brunin and Erik Chaney.

3.      I am a Plaintiff in the present case, a citizen of the United States, and I reside in Douglas County, Kansas.

4.      I have read the foregoing Pleading in Joinder.

5.      The factual allegations in paragraphs 1, 4 through 17 of the Pleading in Joinder are based on my personal knowledge and are true and correct.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____18 May_____, 2026, at Lawrence, Kansas.

H.C.
_____

H.C.

10