## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;           )
MORGAN SALISBURY; OPAL MORRIS;          )
HENRY FARTHING; SUZANA KENNEDY;         )
NAOMI SUI PANG; ASHLYN TELL; and        )
PHOEBE MORRIS,                          )
                                       )
         *Plaintiffs*,                        )    Case No.: 2:25-cv-02428-KHV-GEB
                                         )
    v.                                  )
                                         )
LAWRENCE USD 497, a political subdivision )
of the State of Kansas,                 )
                                       )
         *Defendant*.                         )
                                       )

## PLAINTIFFS' AMENDED CERTIFICATE OF SERVICE

Plaintiffs hereby amend the certificate of service filed with Plaintiffs' Rule 21 Motion to Add H.C. as Plaintiff (ECF No. 71), as the original certificate of service was dated incorrectly.

The undersigned hereby certifies that on May 18, 2026, a true and correct copy of Plaintiffs' Rule 21 Motion to Add H.C. as Plaintiff was e-filed with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action.

/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*