## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, A.T., a minor, by and
through her parents DAVE TELL and
HANNAH TELL and P.M., a minor, by and
through her parents MARGARET
WEISBROD MORRIS and JOHNATHAN
MORRIS,

        Plaintiffs,

v.

LAWRENCE USD 497,

        Defendant.

Case No. 2:25-cv-02428-KHV-GEB

## NOTICE OF SERVICE

Defendant Lawrence USD 497 ("Defendant"), through counsel of record, notifies the Court

that it served Defendant Lawerence USD 497's Rule 26(A) Initial Disclosures on all parties of

record on the 27th day of May, 2026.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Andrew J. Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

*Attorneys for Defendant*

177262801.1

## CERTIFICATE OF SERVICE

I certify that on May 27, 2026, I filed the above Notice of Service using the Court's

CM/ECF system which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe