**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and PHOEBE MORRIS, | ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No.: 2:25-cv-02428-KHV-GEB |
| v. | ) ) ) | |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, | ) ) ) | |
| *Defendant*. | ) ) | |

**CERTIFICATE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES**

Plaintiffs hereby certify service of their Initial Disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure on all counsel of record on May 27, 2026.


/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*