## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;               )
MORGAN SALISBURY; OPAL MORRIS;              )
HENRY FARTHING; SUZANA KENNEDY;            )
NAOMI SUI PANG; ASHLYN TELL; and           )
PHOEBE MORRIS,                              )
                                            )
      *Plaintiffs*,                      )    Case No.: 2:25-cv-02428-KHV-GEB
                                            )
    v.                                     )
                                            )
LAWRENCE USD 497, a political subdivision   )
of the State of Kansas,                     )
                                            )
      *Defendant*.                      )
                                            )

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I move that Rebecca Hughes Parker be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 2nd day of June, 2026.

**Dated:** June 2, 2026

Respectfully submitted,

**DENTONS US LLP**

/s/ Harrison M. Rosenthal
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com

Rebecca Hughes Parker (NY No. 4321287)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 398-8463
Facsimile: (212) 768-6800
rebeccahughes.parker@dentons.com

*To be admitted pro hac vice.*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was provided via the e-filing notice system on this 2nd day of June, 2026.

/s/ Harrison M. Rosenthal
Counsel for Plaintiffs