# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;                )
MORGAN SALISBURY; OPAL MORRIS;              )
HENRY FARTHING; SUZANA KENNEDY;            )
NAOMI SUI PANG; ASHLYN TELL; and            )
PHOEBE MORRIS,                                       )
                                                            )
         *Plaintiffs*,                            )   Case No.: 2:25-cv-02428-KHV-GEB
                                                            )
     v.                                              )
                                                            )
LAWRENCE USD 497, a political subdivision     )
of the State of Kansas,                               )
                                                            )
         *Defendant*.                            )
                                                            )

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.    My full name is: **Rebecca Hughes Parker**

2.    I practice under the following firm name or letterhead:

| | |
|---|---|
| Name: | **Dentons US LLP** |
| Address: | **1221 Avenue of the Americas** |
| | **New York, NY 10020-1089** |
| Telephone Number: | **212-398-8463** |
| Fax: | **212-768-6800** |
| Email address: | **rebeccahughes.parker@dentons.com** |

3.    I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Supreme Court | 05/03/2005 | 4321287 |

| U.S. District Court for the Eastern District of New York | 06/21/2005 | 4321287 |
| U.S. District Court for the Southern District of New York | 06/21/2005 | 4321287 |

4.  I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.  I am in good standing in all bars of which I am a member.

7.  No disciplinary or grievance proceedings have been previously filed against me.

8.  No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.  I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

I declare the foregoing is signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and is served in accordance with D.Kan. Rule 5.1

Dated June 2, 2026

Rebecca Hughes Parker