## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;    )
MORGAN SALISBURY; OPAL MORRIS;    )
HENRY FARTHING; SUZANA KENNEDY;    )
NAOMI SUI PANG; ASHLYN TELL; and    )
PHOEBE MORRIS,    )
    )
      *Plaintiffs*,    )    Case No.: 2:25-cv-02428-KHV-GEB
    )
    v.    )
    )
LAWRENCE USD 497, a political subdivision    )
of the State of Kansas,    )
    )
      *Defendant*.    )
    )

## CERTIFICATE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs hereby certify service of their Initial Disclosures in accordance with Rule

26(a)(1) of the Federal Rules of Civil Procedure on all counsel of record on June 8, 2026.


/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*