## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS;
HENRY FARTHING; SUZANA
KENNEDY; NAOMI SUI PANG; Ashyln
Tell; and P.M., a minor, by and through her
parents MARGARET WEISBROD MORRIS
and JONATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE USD 497,

        Defendant.

Case No.:  2:25-cv-02428-KHV-GEB

## DEFENDANT LAWRENCE USD 497'S
## STATUS REPORT REGARDING KORA PRODUCTION

In response to this Court's June 1, 2026 Memorandum and Order (Doc. 79), Defendant Lawrence USD 497 ("Defendant") provides the following status report.

1. <u>KORA Request Production</u>

In response to the Court's Memorandum and Order issued April 8, 2026 (Doc. 56), Defendant began rolling production of responsive documents to satisfy the Plaintiffs' October 30, 2025 KORA requests ("KORA requests") to Defendant.  Defendant served productions to Plaintiffs on April 14th, April 17th, April 21st, April 22nd (two separate productions), and April 23rd of 2026.  Each of the six productions in response to Plaintiffs' KORA requests has also had a corresponding Privilege Log that has been provided to Plaintiffs.  In total, these six productions required the review of 26,956 documents.  Defendant has produced 18,134 responsive, non-privileged documents consisting of 38,453 pages.

178056664.1

2.  <u>Document Markings</u>

For all documents that were produced by Defendant in response to Plaintiffs' KORA requests that contained the "confidential" watermark, Defendant has removed the watermark. These documents were produced without the "confidential" watermark on May 13, 2026.

<div style="margin-left: 45%;">

/s/ Alan L. Rupe
_____
Alan L. Rupe, KS #08914
Andrew Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone:     (816) 299-4244
Facsimile:     (816) 299-4245
Alan.rupe@lewisbrisbois.com
Andrew.gnefkow@lewisbrisbois.com

*Attorneys for Defendant Lawrence USD 497*

</div>

## CERTIFICATE OF SERVICE

I certify that on June 12, 2026, I filed the above Defendant Lawrence USD 497's Status Report Regarding Kora Production using the Court's CM/ECF System which will send notification to all counsel of record.

<div style="margin-left: 45%;">

/s/ Alan L. Rupe
_____
Alan L. Rupe

</div>

178056664.1                              2