**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and PHOEBE MORRIS, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAWRENCE USD 497, a political subdivision of the State of Kansas, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 2:25-cv-02428-KHV-GEB |

**CERTIFICATE OF SERVICE OF PLAINTIFFS'
FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

Plaintiffs hereby certify that on June 17, 2026, they served Plaintiffs' First Supplemental Initial Disclosures on Defendant Lawrence USD 497 by electronic mail to Defendant's counsel of record as follows:

Alan L. Rupe
Andrew J. Gnefkow
Lewis Brisbois Bisgaard & Smith LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*