## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS;
HENRY FARTHING; SUZANA
KENNEDY; NAOMI SUI PANG; Ashyln
Tell; and P.M., a minor, by and through her
parents MARGARET WEISBROD MORRIS
and JONATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE USD 497,

        Defendant.

Case No.:  2:25-cv-02428-KHV-GEB

### DEFENDANT LAWRENCE USD 497'S
### STATUS REPORT REGARDING KORA PRODUCTION

In response to this Court's June 1, 2026 Memorandum and Order (Doc. 79), and continuing the status report filed on June 12, 2026 (Doc. 85), Defendant Lawrence USD 497 ("Defendant") provides the following status report.

1. **KORA Request Production**

Defendant incorporates the updates contained in the June 12, 2026 Defendant Lawrence USD 497's Status Report Regarding KORA Production (Doc. 85).  The production of relevant, non-privileged documents was completed on April 23, 2026, with Privilege logs for the documents withheld on the basis of privilege under KORA supplied to Plaintiffs.  Defendant continues to work to refine the descriptions used in the Privilege Logs to ensure an easily discernable explanation for the content of the documents being withheld while not violating the protections afforded to the withheld materials.  Defendant has produced 18,134 responsive, non-privileged documents consisting of 38,453 pages with no Confidential markings.

178369131.1

2.  **Cost of Production**

The continuing production and evaluation of materials has involved 174.7 hours from four attorneys and five paralegals at Lewis Brisbois Bisgaard & Smith LLP.  The ESI vendor employed twenty contract attorney reviewers, six managers, and one director to complete the evaluation and production of documents for Plaintiffs' KORA requests.  The vendor contract attorney hours totals at least 750 and the manager hours totaled at least 215.  Defendant committed at least 1,139 hours at analysis documents to respond to the KORA Requests and continues to work to ensure its responses are KORA compliant.  In total, Defendant has expended in excess of  $57,743.95 for the production associated with Plaintiffs' KORA requests.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Andrew Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone:    (816) 299-4244
Facsimile:    (816) 299-4245
Alan.rupe@lewisbrisbois.com
Andrew.gnefkow@lewisbrisbois.com

*Attorneys for Defendant Lawrence USD 497*

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2026, I filed the above Defendant Lawrence USD 497's Status Report Regarding Kora Production using the Court's CM/ECF System which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

178369131.1                                          2