## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;  )
MORGAN SALISBURY; OPAL MORRIS;  )
HENRY FARTHING; SUZANA KENNEDY;  )
NAOMI SUI PANG; ASHLYN TELL; and  )
PHOEBE MORRIS,  )
                                     )
          *Plaintiffs*,  )     Case No.: 2:25-cv-02428-KHV-GEB
                                       )
    v.  )
                                         )
LAWRENCE USD 497, a political subdivision  )
of the State of Kansas,  )
                                     )
          *Defendant*.  )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of June, 2026, Plaintiffs served true and correct copies of the following on counsel for Defendant:

1. Plaintiffs' First Interrogatories to Defendant Lawrence USD 497;

2. Plaintiffs' First Requests for Production of Documents to Defendant Lawrence USD 497; and

3. Plaintiffs' First Requests for Admission to Defendant Lawrence USD 497.

As required by the Court's Scheduling Order, Defendant shall respond to these discovery requests within twenty days of service.

                                    Respectfully submitted,

**Dated:** June 23, 2026

                                    **DENTONS US LLP**

                                    */s/ Harrison M. Rosenthal*

                                    _____

                                    Mark P. Johnson (Kan. No. 22289)

1

Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2026, a true and correct copy of the

above and foregoing was served via electronic mail to all parties who have entered an

appearance in this action, including:

Alan L. Rupe
Andrew J. Gnefkow
**Lewis Brisbois Bisgaard & Smith LLP**
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

/s/ *Harrison M. Rosenthal*
Harrison M. Rosenthal

2