**Declaration of David R. Cooper**

I, David R. Cooper, being of lawful age and competent to give testimony in a court of law, have personal knowledge of the facts set forth in this Declaration.

1.      Since 2001, I have been a partner in the law firm of Fisher, Patterson, Sayler & Smith, L.L.P., 3550 S.W. 5th Street, Topeka, Kansas. I was admitted to the Kansas bar in 1994, Kansas Supreme Court Bar #16690. I served as a research attorney to the Honorable Robert J. Lewis, Jr., of the Kansas Court of Appeals from my graduation from Washburn University School of Law in May 1994 until March 1, 1996.

2.      Since March 1996 I have practiced law continuously in private practice. My practice focuses on defense of litigated cases, primarily the litigation of matters involving government liability, civil and constitutional rights, and/or employment. This includes the litigation of claims under the Kansas Open Records Act.

3.      I am rated AV Preeminent by Martindale-Hubbell, listed in Best Lawyers in America in the areas of Civil Rights Law, Employment Law – Management, Labor Law – Management, Litigation - Labor and Employment, and Municipal Law. I am listed in Missouri and Kansas Super Lawyers. I am a past president of the Kansas Association of Defense Counsel.

4.      I practice extensively in federal court in the District of Kansas with appeals to the Circuit Court of Appeals for the Tenth Circuit. A Westlaw search on June 25, 2026 with the search term "adv: AT("David R. Cooper")" restricted to Kansas and related federal content gave a result of 482 cases, 420 in federal courts and 62 cases in Kansas courts. Of those cases, 86 are reported cases with 57 reported federal cases and 29 reported Kansas cases. While I practice throughout Kansas, the majority of my practice is in northeast Kansas, the majority of that practice is in the United States District Court and especially in Kansas City, Kansas and Topeka, Kansas.

5.      I have been asked to provide information regarding reasonable attorney fees in Kansas in 2025 and 2026 in a litigated claim under the Kansas Open Records Act.

6.      In much of my practice, I am retained by governmental entities to defend them and their officials and employees. The customary hourly rate charged by me in 2025 and 2026 for direct-hire representation in litigation is $270.00/hour for partners and Senior Of-Counsel and $210.00/hour for associates. For non-governmental, one-off, clients I charge $300.00/hour for partners and Senior Of-Counsel and $210.00/hour for associates. I believe these are the reasonable rates in Kansas for those years, including Northeast Kansas.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JUNE 29, 2026.

David R. Cooper

**Exhibit A**