**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS**

JACK TELL; NATASHA TORKZABAN;  )
MORGAN SALISBURY; OPAL MORRIS;  )
HENRY FARTHING; SUZANA  )
KENNEDY; NAOMI SUI PANG; ASHLYN  )
TELL; and PHOEBE MORRIS,  )
　　　　　　　　　　　　　　　　)
　　　　　　　*Plaintiffs*,  )　　Case No.: 2:25-cv-02428-KHV-GEB
　　　　　　　　　　　　　　　　)
　　　　v.  )
　　　　　　　　　　　　　　　　)
LAWRENCE USD 497, a political  )
subdivision of the State of Kansas,  )
　　　　　　　　　　　　　　　　)
　　　　　　　*Defendant*.  )
　　　　　　　　　　　　　　　　)

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs, by and through undersigned counsel, respectfully move under Fed. R. Civ. P.

6(b)(1)(A) and D. Kan. Rule 6.1(a) for a seven-day extension of time, up to and including July 13,

2026, to file their reply in support of Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No.

86). In support, Plaintiffs state as follows:

1.　　　　Plaintiffs filed their Motion for Attorneys' Fees and Costs on June 15, 2026. (ECF

No. 86.)

2.　　　　Defendant filed its response in opposition on June 29, 2026. (ECF No. 95.) Under

D. Kan. Rule 6.1(d)(4), Plaintiffs' reply is currently due July 6, 2026.

3.　　　　This is Plaintiffs' first request for an extension of the reply deadline.

4.　　　　Plaintiffs file this Motion as soon as practicable and not less than three days before

the current deadline, as required by D. Kan. Rule 6.1(a).

5.　　　　This motion is unopposed. Defense counsel has confirmed that Defendant does not

oppose the requested extension.

1

6.    Good cause supports the requested extension. Defendant's response challenges both the requested rates and the compensability of numerous categories of work, including work concerning KORA compliance, witness preparation, confidentiality designations, protective-order issues, and fees-on-fees. In addition, the Court has set Plaintiffs' fee motion for hearing on July 21, 2026, at 10:00 a.m. before Judge Vratil. (ECF No. 96.) Plaintiffs require additional time to review and respond to Defendant's arguments, prepare a focused reply that will assist the Court before the hearing, and evaluate whether supplemental materials should be submitted with their reply.

7.    Good cause is also supported by counsel's preexisting commitments. Mark Johnson will be out of town July 2 through 5 on a long-scheduled family vacation. In addition, counsel responsible for the fee issues have significant preexisting professional obligations on July 6, 2026, the current reply deadline, including a substantial client-development presentation involving Mr. Johnson and Harrison M. Rosenthal. The current deadline also falls immediately after the Independence Day holiday weekend.

8.    The requested extension is modest, is not sought for delay, leaves more than one week before the July 21, 2026 hearing, and will not affect that hearing or any discovery deadline, pretrial deadline, trial setting, or other case-management date.

WHEREFORE, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to file their reply in support of ECF No. 86 by seven days, up to and including July 13, 2026, and grant such other relief as the Court deems just and proper.

*(Signature block on following page)*

2

Dated: July 2, 2026

**DENTONS US LLP**

*/s/  Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)
Rebecca Hughes Parker* (NY No. 4321287)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone:  (816) 460-2400
Facsimile:  (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com
rebeccahughes.parker@dentons.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2026, a true and correct copy of the above

and foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which

will send notification of such filing to all counsel of record, including:

Alan L. Rupe
Andrew J. Gnefkow
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

*/s/ Harrison M. Rosenthal*

*Counsel for Plaintiffs*

4