CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

**JACK TELL,** *et al,*

*Plaintiffs,*

v.                                                          Case No:  **2:25-cv-02428-KHV-GEB**

**USD 497 LAWRENCE,**

*Defendant.*

| JUDGE: | **Hon. Kathryn H. Vratil** | DATE: | **7/21/2026** |
|--------|---------------------------|-------|---------------|
| CLERK: | **Jeff Hokanson** | TAPE/REPORTER: | **Kristina Scott** |

- Attorneys for Plaintiffs:    **Harrison Rosenthal, Jacob Margolies**
- Attorneys for Defendant:    **Alan Rupe**

## **MOTION HEARING**

Plaintiffs Suzana Kennedy, Morgan Salisbury, Ashlyn Tell, and H.C. appear with counsel as set forth above.

Defendant appears by Larry Englebrick (Deputy Superintendent of Schools for USD 497) with counsel as set forth above.

Parties present evidence and testimony with regards to plaintiffs' **MOTION for Attorney Fees and Costs Pursuant to Rule 54** [Doc. 86] filed June 15, 2026.

For reasons set forth on the record, the Court **TAKES UNDER ADVISEMENT** plaintiffs' **MOTION for Attorney Fees and Costs Pursuant to Rule 54** [Doc. 86].