*(Revised 12/2025)*     **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 2:25-cv-02428-KHV-GEB**

**Tell et al v. Lawrence Board of Education et al**

| **WITNESSES FOR** | | **Plaintiff** | **WITNESSES FOR** | | **Defendant** |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 7/21/2026 | Patrick McInerney | ☒ | 7/21/2026 | Mark Johnson | ☒ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |