**EXHIBIT SHEET**

Case No:    **2:25-cv-02428-KHV-GEB**                    **PLAINTIFF** Exhibits

**Tell et al v. Lawrence Board of Education et al**

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| A / 1 | Memorandum and Order (Doc. 630) as to Case 19-1343 filed 4/12/2024 | ☒ | ☒ | ☒ | McInerney |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |
| | | ☐ | ☐ | ☐ | |