**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends DANIELLE BRUNIN and ERIK CHANEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | Case No.  2:25-cv-02428-KHV-GEB |
| v. | ) ) ) | |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, | ) ) ) ) | |
| *Defendant*. | ) ) | |

**SUPPLEMENTAL DECLARATION OF MARK P. JOHNSON**

Pursuant to 28 U.S.C. § 1746, I, Mark P. Johnson, declare as follows:

1.      I make this declaration based on my personal knowledge, professional experience, and review of the materials identified below. If called as a witness, I could and would testify competently to the matters stated in this declaration.

2.      I submit this declaration pursuant to the Court's July 21, 2026 Order (ECF No. 108), in further support of Plaintiffs' request for attorneys' fees and costs, and to supplement my June 15, 2026 declaration (ECF No. 86-1), which I incorporate by reference except as modified by Plaintiffs' reply and this declaration. In their reply, Plaintiffs reduced their requested attorneys' fees to $82,435, exclusive of costs.

3.      In addition to the hours underlying Plaintiffs' reduced original request, Plaintiffs seek recovery for the supplemental hours reflected in **Exhibit A**, attached hereto. I have reviewed

1

those time records, and Exhibit A accurately reflects the time for which Plaintiffs seek supplemental recovery. Those hours total 68.4 and are:

      a.   Mark P. Johnson: 6.2 hours;

      b.   Rebecca Hughes Parker: 7.7 hours;

      c.   Harrison M. Rosenthal: 36.6 hours; and

      d.   Jacob S. Margolies: 17.9 hours.

4.      Applying the hourly rates set forth in ECF No. 86-1, the supplemental lodestar amount requested is $29,990.00. Plaintiffs also seek $262.80 for the transcript of the July 21, 2026 hearing, as reflected in **Exhibit B**, attached hereto.

5.      The time reflected in Exhibit A represents work performed from June 16, 2026, through 5:00 p.m. on July 21, 2026, in connection with Plaintiffs' KORA fee request and related proceedings, including preparation of Plaintiffs' reply to Defendant's opposition, preparation for and participation in the July 21 hearing, and related tasks.

6.      Consistent with ECF No. 86-1, Plaintiffs exercised billing judgment in selecting and reducing the supplemental time for which they seek recovery. Plaintiffs do not seek recovery for any supplemental time billed by Parker Bednasek or for any paralegal or support staff time.

7.      The Tenth Circuit recognizes that reasonable time spent preparing and presenting a fee application is compensable under fee-shifting statutes. *Case v. Unified Sch. Dist. No. 233*, 157 F.3d 1243, 1254 (10th Cir. 1998).

8.      Including the supplemental fees and costs set forth herein, Plaintiffs request a total of $112,425.00 in attorneys' fees and $1,055.35 in costs.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 22, 2026, in Hutchinson, Kansas.


Mark P. Johnson

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2026, a true and correct copy of the above

and foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which

will send notification of such filing to all counsel of record, including:

Alan L. Rupe
Andrew J. Gnefkow
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

/s/ Mark P. Johnson
*Counsel for Plaintiffs*

4