# EXHIBIT A

| Work Date | Work Hours | Timekeeper Name | Narrative |
|---|---|---|---|
| 6/16/2026 | 0.40 | Jacob Margolies | Review motion for attorneys' fees and confer with H. Rosenthal regarding same. |
| 6/30/2026 | 1.20 | Rebecca Hughes Parker | Review and analyze reply to plaintiffs' fee motion pertaining to KORA, compare to judge's order, and emails with team re same (1); review pleadings index and other trial documents (.2) |
| 7/2/2026 | 1.90 | Rebecca Hughes Parker | Call with team regarding discovery plan and strategy for motions, including KORA fee response (.8); review KORA fee opposition (.3); review pleadings index and discovery files and organization prepared by B Connor for trial and depositions (.8) |
| 7/4/2026 | 1.60 | Mark P. Johnson | Email from Mr. Rosenthal with thoughts concerning content of reply to response by defendants to request for attorney's fees (.5); further review of defendants' response to determine scope and content of reply (.7); email comments to Mr. Rosenthal with thoughts about content of reply (.4) |
| 7/6/2026 | 2.80 | Rebecca Hughes Parker | Revise brief in further support of fees for KORA violations and review select cases |
| 7/13/2026 | 1.30 | Mark P. Johnson | Detailed review of reply to defendant's response to motion for attorney's fees (1.1); provide comments on proposed changes to reply (.2). |
| 7/13/2026 | 0.50 | Rebecca Hughes Parker | Review KORA fees motion and filing issues related to same, emails w H Rosenthal re same |
| 7/13/2026 | 1.00 | Jacob Margolies | Confer with H. Rosenthal regarding, reply in support of motion for attorneys' fees, upcoming hearing, and related issues. |
| 7/14/2026 | 0.50 | Harrison M. Rosenthal | Analyze July 21 fee-hearing text order and draft proposed joint request to chambers clarifying whether the Court anticipated testimony or other evidence (0.5) |
| 7/14/2026 | 0.30 | Jacob Margolies | Review and consider email from H. Rosenthal to opposing counsel regarding KORA production issues, privilege log issues. |
| 7/14/2026 | 0.20 | Jacob Margolies | Review motion for attorneys' fees and related filings in preparation for moot hearing session. |
| 7/14/2026 | 0.80 | Jacob Margolies | Confer with H. Rosenthal and M. Johnson regarding strategy for hearing on motion for attorneys' fees. |
| 7/15/2026 | 1.70 | Mark P. Johnson | Review extensive email from Mr. Bednasek with analysis of and cases concerning burden of proof in fee request hearing (1.1); discussion with Mr. Rosenthal concerning issues to be addressed at hearing (.3); help prepare email to defendant's counsel requesting their interest in joint communication to court concerning whether hearing will include testimony or be limited to argument (.3). |

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 7/15/2026 | 2.30 | Harrison M. Rosenthal | Prepare for and participate in preliminary moot regarding Kansas Open Records Act fee entitlement, reasonableness of hours and rates, billing judgment, and anticipated hearing questions (1.3); analyze burden-of-proof authorities and need for supplemental evidence concerning prevailing market rates and comparable public-records litigation (0.7); prepare chambers inquiry regarding whether July 21 hearing would include testimony or be limited to argument and assess resulting preparation requirements (0.3) |
| 7/15/2026 | 3.80 | Jacob Margolies | Review motion for attorneys' fees, related filings, and relevant case law in preparation for hearing on motion. |
| 7/15/2026 | 1.50 | Jacob Margolies | Confer with case team regarding upcoming hearing on attorneys' fee motion |
| 7/16/2026 | 1.00 | Rebecca Hughes Parker | Review emails from judge regarding KORA hearing and emails with team regarding recommended strategy for hearing, including revision of draft |
| 7/16/2026 | 3.00 | Harrison M. Rosenthal | Review Court's direction that July 21 hearing would receive evidence and revise witness, exhibit, and hearing-presentation strategy (0.7); analyze fee briefing and record concerning prevailing-market rates, reasonableness of hours, billing judgment, necessity of work, and KORA bad-faith findings (1.2); prepare for and confer with G. Greubel regarding third-party evidentiary support and prepare outreach to FIRE and the Student Press Law Center concerning declarations supporting the fee request (0.8); organize fee briefing, exhibits, and cited authorities for hearing preparation and binder assembly (0.3). |
| 7/16/2026 | 0.30 | Jacob Margolies | Confer with H. Rosenthal regarding email from chambers regarding evidentiary hearing on motion for attorneys' fees. |
| 7/17/2026 | 1.60 | Mark P. Johnson | Participate in conference call with Will Creeley of FIRE to discuss obtaining declaration from him concerning fee request (.4); work with Mr. Rosenthal on that declaration (.3); confer with Mr. McInerney concerning testimony at hearing on fee request (.4); outline issues to be discussed with Mr. McInerney in his preparation to testify (.4); confer with Mr. Rosenthal to communicate issues to be included in Mr. McInerney's prep session (.1). |
| 7/17/2026 | 0.30 | Rebecca Hughes Parker | Emails regarding KORA attorney fee declarations |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 7/17/2026 | 8.70 | Harrison M. Rosenthal | Analyze fee-motion briefing, KORA bad-faith order, billing records, rate evidence, and Defendant's challenges to hours, rates, and costs (1.5); develop hearing outline and evidentiary presentation concerning fee entitlement, lodestar support, billing judgment, recoverable KORA work, fees-on-fees, and transcript expenses (1.8); prepare witness-examination strategy for M. Johnson and P. McInerney regarding prevailing market rates, staffing, necessity of work, billing-record foundation, and anticipated defense examination (1.4); develop external declaration strategy and prepare for and confer with W. Creeley regarding FIRE's institutional perspective and evidentiary support for the reasonableness of Plaintiffs' fee request (0.9); assess recoverability of fee-hearing witness expense and additional support for prevailing Kansas City market rates (0.4); review and organize fee briefing, declarations, billing exhibits, transcript excerpts, and cited authorities for hearing presentation (1.0); analyze Defendant's KORA status report, omission of additional production volumes, and implications for the fee and discovery records (0.4); analyze interrogatory, request-for-admission, Rule 34, privilege-log, and KORA withholding deficiencies and begin Rule 37.2 follow-up preserving Plaintiffs' motion-to-compel posture (1.0); assess late-day document production and establish immediate review plan before the hearing (0.3). |
| 7/17/2026 | 0.60 | Jacob Margolies | Confer with H. Rosenthal regarding upcoming hearing on attorneys' fees and discovery issues. |
| 7/17/2026 | 0.20 | Jacob Margolies | Review and consider emails from H. Rosenthal to non-profit organizations requesting declarations in support of motion for attorneys' fees. |
| 7/17/2026 | 0.50 | Jacob Margolies | Attend moot hearing preparation session on motion for attorneys' fees. |
| 7/18/2026 | 3.00 | Harrison M. Rosenthal | Review fee-motion reply and identify evidentiary points for upcoming attorneys' fees hearing (0.7);assess Paragraph 8 response deadlines, automatic-withdrawal consequences, and timing for seeking a pre-motion discovery conference (0.6); draft and revise final Rule 37.2 conferral letter preserving Plaintiffs' discovery and KORA positions before requesting relief from Judge Birzer (1.3); prepare case-team strategy regarding conferral timing, escalation under Rule 37.1(a), and review of Defendant's production before the hearing (0.4). |

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 7/19/2026 | 2.90 | Harrison M. Rosenthal | Analyze fee-motion briefing, bad-faith ruling, M. Johnson declaration, and evidentiary issues concerning market rates, reasonableness and necessity of hours, billing judgment, and recoverable KORA work (1.0); prepare for and confer with M. Johnson regarding P. McInerney's direct examination, anticipated defense cross-examination, witness sequencing, and hearing presentation (0.8); draft examination outline and prepare evidentiary presentation concerning counsel qualifications, prevailing Kansas City rates, staffing, hours expended, and necessity of the work performed (1.1). |
| 7/20/2026 | 8.70 | Harrison M. Rosenthal | Analyze fee-motion briefing, billing records, hearing transcript, supporting declarations, and Defendant's objections concerning rates, necessity of hours, billing judgment, recoverable work, and costs (1.4); correspond and confer with case team and W. Creeley regarding declaration supporting reasonableness of requested fees (1.2); prepare for and confer with P. McInerney regarding anticipated testimony concerning prevailing market rates, civil-rights litigation, and reasonableness of Plaintiffs' fee request (1.1); prepare witness-examination strategy for P. McInerney and M. Johnson regarding rates, staffing, work performed, necessity of hours, and anticipated defense examination (1.5); draft and revise prehearing statement identifying appearing counsel, witnesses, evidentiary presentation, and disputed fee issues, and finalize statement for filing (1.5); prepare hearing outline and evidentiary presentation concerning fee entitlement, lodestar support, billing judgment, recoverable Kansas Open Records Act work, transcript costs, and anticipated defense objections (2.0). |
| 7/20/2026 | 1.40 | Jacob Margolies | Prepare outline for cross-examination of M. Johnson at upcoming hearing on motion for attorneys' fees. |
| 7/20/2026 | 0.80 | Jacob Margolies | Meet with M. Johnson to prepare for cross-examination at upcoming hearing on motion for attorneys' fees. |
| 7/20/2026 | 0.20 | Jacob Margolies | Review and consider prehearing statement and email H. Rosenthal regarding same. |
| 7/20/2026 | 1.60 | Jacob Margolies | Prepare for upcoming hearing on motion for attorneys' fees and review underlying filings and case law in connection with same. |
| 7/21/2026 | 0.20 | Jacob Margolies | Update pleadings index for attorney review. |

| | | | |
|---|---|---|---|
| 7/21/2026 | 7.50 | Harrison M. Rosenthal | Prepare for evidentiary hearing on Plaintiffs' Motion for Attorney Fees and Costs, including fee-entitlement record, lodestar support, billing-judgment issues, recoverable Kansas Open Records Act work, transcript-cost support, and anticipated defense objections (1.8); review hearing materials, billing records, declarations, transcript excerpts, and exhibit support for presentation of fee-and-cost evidence (1.2); prepare for and attend evidentiary hearing regarding Plaintiffs' Motion for Attorney Fees and Costs (2.6); assess hearing testimony, Court questions, rate and reasonableness issues, and evidentiary record needed to support fee award (0.8); confer with case team regarding hearing outcome, post-hearing issues, and next steps for fee ruling and continued discovery posture (0.9); preserve July 20 USD 497 discussion recording and related follow-up materials for case record (0.2). |
| 7/21/2026 | 4.10 | Jacob Margolies | Prepare for, drive to, and attend hearing on motion for attorneys' fees. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |