# EXHIBIT B

## Rosenthal, Harrison M.

| | |
|---|---|
| **From:** | Lovell-Dye, Brenda K. |
| **Sent:** | Wednesday, July 22, 2026 3:13 PM |
| **To:** | Kristina Scott |
| **Cc:** | Rosenthal, Harrison M. |
| **Subject:** | RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al  2:25-cv-02428-KHV-GEB |

Please make it out to Dentons US LLP and mail it to my attention at Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, MO 64111 and I will get it forwarded to accounting department.  Thanks again. !

Brenda K. Lovell-Dye
Legal Administrative Assistant

+1 816 460 2449
Assistant To: Michelle Stark Kaufman, Skyler Davenport, Michael P. Pappas, Michael Robinson, Harrison M. Rosenthal, Adam P. Sachs, Jarred M. Stindt, Samantha J. Wenger, Kyler Womack
Kansas City

---

**From:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Sent:** Wednesday, July 22, 2026 2:58 PM
**To:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Cc:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

**[WARNING: EXTERNAL SENDER]**

That's no problem.  I can send a refund check if you could advise to whom to make the check out to and where to send it to.

Without signature, please.

Thank you,


**Kristina L. Scott, CCR, CRR**
United States District Court
500 State Avenue
Kansas City, KS  66101
(913) 735-2334 – office
kristina_scott@ksd.uscourts.gov

---

**From:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Sent:** Wednesday, July 22, 2026 2:55 PM
**To:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Cc:** harrison.rosenthal_dentons.com <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

1

**CAUTION - EXTERNAL:**

I've been told that I should be receiving the check from our accounting department this afternoon and it is too late for accounting to change the amount requested which was $270.10.

Also, when I send the FedEx do you want to sign for it, or deliver without signature ?


Brenda K. Lovell-Dye
Legal Administrative Assistant

+1 816 460 2449
Assistant To: Michelle Stark Kaufman, Skyler Davenport, Michael P. Pappas, Michael Robinson, Harrison M. Rosenthal, Adam P. Sachs, Jarred M. Stindt, Samantha J. Wenger, Kyler Womack
Kansas City

---

**From:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Sent:** Wednesday, July 22, 2026 2:46 PM
**To:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Cc:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

**[WARNING: EXTERNAL SENDER]**

Good afternoon,

I was able to complete this transcript this afternoon.  I've attached the final invoice and the transcript.

The estimation was one page off, so there will be a refund due of $7.30 to you if the check has already been sent out.

Let me know how you want to handle that and I'm happy to do so.

Thank you,


**Kristina L. Scott, CCR, CRR**
United States District Court
500 State Avenue
Kansas City, KS  66101
(913) 735-2334 – office
kristina_scott@ksd.uscourts.gov

---

**From:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Sent:** Wednesday, July 22, 2026 11:38 AM
**To:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

<mark>CAUTION - EXTERNAL:</mark>

Thanks.!

**Brenda K. Lovell-Dye**
Legal Administrative Assistant

+1 816 460 2449

Assistant To: Michelle Stark Kaufman, Skyler Davenport, Michael P. Pappas, Michael Robinson, Harrison M. Rosenthal, Adam P. Sachs, Jarred M. Stindt, Samantha J. Wenger, Kyler Womack

Kansas City

---

**From:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Sent:** Wednesday, July 22, 2026 11:34 AM
**To:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Cc:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

**[WARNING: EXTERNAL SENDER]**

Thank you!

I'll go ahead and get started on this.

Thank you,
Kristina

---

**From:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Sent:** Wednesday, July 22, 2026 11:33 AM
**To:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Cc:** harrison.rosenthal_dentons.com <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

<mark>CAUTION - EXTERNAL:</mark>

Ok, I just submitted the check request and will email you once I have the check ready to FedEx to you.  Thanks again.

**Brenda K. Lovell-Dye**
Legal Administrative Assistant

+1 816 460 2449

Assistant To: Michelle Stark Kaufman, Skyler Davenport, Michael P. Pappas, Michael Robinson, Harrison M. Rosenthal, Adam P. Sachs, Jarred M. Stindt, Samantha J. Wenger, Kyler Womack

Kansas City

3

**From:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Sent:** Wednesday, July 22, 2026 11:25 AM
**To:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Cc:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

**[WARNING: EXTERNAL SENDER]**

Hi Brenda,

I've attached an invoice.  Please advise once payment is confirmed and I'm happy to get started on this for you.

Thank you,

**Kristina L. Scott, CCR, CRR**
United States District Court
500 State Avenue
Kansas City, KS  66101
(913) 735-2334 – office
kristina_scott@ksd.uscourts.gov

**From:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Sent:** Wednesday, July 22, 2026 11:22 AM
**To:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Cc:** harrison.rosenthal_dentons.com <harrison.rosenthal@dentons.com>
**Subject:** FW: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

**CAUTION - EXTERNAL:**

Hi Kristina,

Please send me an invoice and I will request the check and send to you by Federal Express.  Thank you for your assistance.

Brenda K. Lovell-Dye
Legal Administrative Assistant

+1 816 460 2449
Assistant To: Michelle Stark Kaufman, Skyler Davenport, Michael P. Pappas, Michael Robinson, Harrison M. Rosenthal, Adam P. Sachs, Jarred M. Stindt, Samantha J. Wenger, Kyler Womack
Kansas City

**From:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Sent:** Wednesday, July 22, 2026 11:19 AM
**To:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>; Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

Next day please. Thanks, Kristina.

4

Harrison

**Harrison M. Rosenthal**
Managing Associate

Licensed in Kansas, Missouri, New York, and Pennsylvania
+1 816 460 2582
Assistant: Brenda K. Lovell-Dye +1 816 460 2449
Kansas City

---

**From:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Sent:** Wednesday, July 22, 2026 11:03 AM
**To:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Cc:** Rosenthal, Harrison M. <harrison.rosenthal@dentons.com>
**Subject:** RE: Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

**[WARNING: EXTERNAL SENDER]**

Good morning,

My apologies for the late response, I was in court yesterday and this morning.

I have attached a cost estimate chart below.  Please let me know what you're thinking as far as turnaround times.

| TRANSCRIPT RATE CALCULATOR (Effective 1Oct2024) | | | |
|---|---|---|---|
| **NUMBER OF APPROXIMATE PAGES** | | | **37** |
| DO NOT ALTER FORMULAS IN CELLS BELOW | | | |
| **TYPE OF TRANSCRIPT** | ORIGINAL | 1ST COPY | ADDT'L COPY |
| **30-Day Transcript (Ordinary):** *A transcript to be delivered within thirty (30) calendar days after receipt of an order.* | $162.80 | $40.70 | $27.75 |
| **14-Day Transcript:** *A transcript to be delivered within fourteen (14) calendar days after receipt of an order.* | $188.70 | $40.70 | $27.75 |
| **7-Day Transcript (Expedited):** *A transcript to be delivered within seven (7) calendar days after receipt of an order.* | $216.45 | $40.70 | $27.75 |
| **3-Day Transcript:** *A transcript to be delivered within three (3) calendar days after receipt of an order.* | $242.35 | $48.10 | $33.30 |
| **Next-Day Transcript (Daily):** *A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office.* | $270.10 | $53.65 | $40.70 |
| **2-Hour Transcript (Hourly):** *A transcript of proceedings to be delivered within two (2) hours from receipt of the order.* | $321.90 | $53.65 | $40.70 |

Thank you,

5

**Kristina L. Scott, CCR, CRR**
United States District Court
500 State Avenue
Kansas City, KS  66101
(913) 735-2334 – office
kristina_scott@ksd.uscourts.gov

---

**From:** Lovell-Dye, Brenda K. <brenda.lovell-dye@dentons.com>
**Sent:** Tuesday, July 21, 2026 3:14 PM
**To:** Kristina Scott <Kristina_Scott@ksd.uscourts.gov>
**Cc:** harrison.rosenthal_dentons.com <harrison.rosenthal@dentons.com>
**Subject:** Transcript Request —Jack Tell et al v. Lawrence Board of Education et al 2:25-cv-02428-KHV-GEB

<mark>**CAUTION - EXTERNAL:**</mark>

Good afternoon,

Harrison Rosenthal would like to order a copy of today's transcript (7/21/26) in the above-referenced case.   Would you kindly provide cost estimates for the 2-hour, next-day, and 3-day delivery options.

Thank you for your assistance.

Brenda K. Lovell-Dye
Legal Administrative Assistant

+1 816 460 2449
brenda.lovell-dye@dentons.com   |   Website
Assistant To: Michelle Stark Kaufman, Skyler Davenport, Michael P. Pappas, Michael Robinson, Harrison M. Rosenthal, Adam P. Sachs, Jarred M. Stindt, Samantha J. Wenger, Kyler Womack
Dentons US LLP | 4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.