## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, ASHLYN TELL;
PHOEBE MORRIS; E.B., a minor, by and
through his parent and next friend
CATHERINE P. BATZA, Ph.D.; and H.C., a
minor, by and through his parents and next
friends DANIELLE BRUNIN and ERIK
CHANEY,

          Plaintiffs,

v.

LAWRENCE USD 497, a political subdivision
of the State of Kansas,

          Defendant.

Case No. 2:25-cv-02428-KHV-GEB

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Lawrence USD 497 ("Defendant") hereby respectfully moves this Court for an extension of time up to and including July 28, 2026, in which to file its answer or otherwise respond to Plaintiffs' Second Amended Complaint ("Complaint"). In support of its motion, Defendant states as follows:

1. Plaintiffs filed their Complaint on July 10, 2026.

2. Defendant was served on July 10, 2026.

3. Given the length and details in Plaintiffs' Complaint, Defendant's counsel requires additional time to answer or respond to Plaintiffs' Complaint in a sufficient manner.

180825410.1

4.    Defendant therefore requests an extension of this deadline up to and including July 28, 2026, to answer or otherwise respond to Plaintiffs' Complaint. Such an extension will allow Defendant to sufficiently investigate Plaintiffs' allegations and respond to the Complaint.

5.    Counsel for Defendant conferred with counsel for Plaintiffs, and counsel for Plaintiffs does not oppose Defendant's requested extension of time.

6.    This motion is made in good faith, and not for purpose of vexation, harassment, undue delay, or other improper purpose.

7.    The requested extension will not unduly prejudice any party.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion for extension of time for Defendant to file its answer or otherwise respond to Plaintiffs' Second Amended Complaint, up to and including July 28, 2026.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
Andrew Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone:    (816) 299-4244
Facsimile:    (816) 299-4245
Alan.rupe@lewisbrisbois.com
Andrew.gnefkow@lewisbrisbois.com

*Attorneys for Defendant Lawrence USD 497*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, I filed the above Defendant Lawrence USD 497's Unopposed Motion for an Extension of Time using the Court's CM/ECF System which will send notification to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

180825410.1