## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;   )
MORGAN SALISBURY; OPAL MORRIS;  )
HENRY FARTHING; SUZANA         )
KENNEDY; NAOMI SUI PANG; ASHLYN  )
TELL; and PHOEBE MORRIS,       )
                                 )

       *Plaintiffs*,        )   Case No.: 2:25-cv-02428-KHV-GEB
                                 )

     v.                  )
                                 )

LAWRENCE USD 497, a political     )
subdivision of the State of Kansas,   )
                                 )

       *Defendant*.      )
                                 )

## PLAINTIFFS' NOTICE OF DEPOSITION OF GREG FARLEY

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, the deposition of **Greg Farley** will take place on **Friday, July 31, 2026**, beginning at **9:30 a.m.** at the offices of Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, Missouri 64111. The deposition will be conducted before a court reporter or other person authorized by law to administer oaths and will be recorded stenographically. The deposition will continue from day to day until completed.

Dated: July 23, 2026

**DENTONS US LLP**

*/s/  Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)
Rebecca Hughes Parker* (NY No. 4321287)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone:  (816) 460-2400
Facsimile:  (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com
rebeccahughes.parker@dentons.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 23, 2026, a true and correct copy of the above and foregoing was served via e-mail to:

Alan L. Rupe
Andrew J. Gnefkow
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

/s/ *Harrison M. Rosenthal*

*Counsel for Plaintiffs*

US_ACTIVE\138225728\V-1