**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS**

JACK TELL; NATASHA TORKZABAN;　　)
MORGAN SALISBURY; OPAL MORRIS;　　)
HENRY FARTHING; SUZANA　　　　　　)
KENNEDY; NAOMI SUI PANG; ASHLYN　)
TELL; and PHOEBE MORRIS,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　*Plaintiffs*,　　　　　　　　)　　Case No.: 2:25-cv-02428-KHV-GEB
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
LAWRENCE USD 497, a political　　　　)
subdivision of the State of Kansas,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　*Defendant*.　　　　　　　)
　　　　　　　　　　　　　　　　　　)

**PLAINTIFFS' NOTICE OF DEPOSITION OF JEFF PLINSKY**

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, the deposition of **Jeff Plinsky** will take place on **Wednesday August 5, 2026**, beginning at **9:30 a.m.** at the offices of Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, Missouri 64111. The deposition will be conducted before a court reporter or other person authorized by law to administer oaths and will be recorded stenographically. The deposition will continue from day to day until completed.

US_ACTIVE\138226714\V-1

Dated: July 23, 2026

**DENTONS US LLP**

*/s/  Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)
Rebecca Hughes Parker* (NY No. 4321287)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone:  (816) 460-2400
Facsimile:  (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com
rebeccahughes.parker@dentons.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

US_ACTIVE\138226714\V-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2026, a true and correct copy of the above and foregoing was served via e-mail to:


Alan L. Rupe
Andrew J. Gnefkow
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com


/s/ *Harrison M. Rosenthal*

*Counsel for Plaintiffs*

US_ACTIVE\138226714\V-1