# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:25-CV-02428-KHV-GEB

Plaintiff: **Jack Tell et al**
vs.
Defendant: **Lawrence USD 497**

POW2026009730

For: DENTONS

Received by D & B Legal Service, LLC to be served on **Teacher, Abbi Epperson-Ladd, Lawrence High School, 1901 Louisiana St, Lawrence, KS 66046**, I, _Ryan Weekley_, being duly sworn, depose and say that on the _24th_ day of _July_ /20_26_ at _4:46_ P.m., executed service by delivering a true copy of the **Subpoena to Testify at a Deposition in a Civil Action and $109 Witness Fee Check** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) INDIVIDUAL SERVICE AT ALTERNATE ADDRESS: Served the within-named person at the alternate address of _1525 Vermont St. Lawrence KS 66044_.

( ) SUBSTITUTE RESIDENTIAL: By serving _____ as _____ who resides therein and who is of legal age.

( ) SUBSTITUTE RESIDENTIAL AT ALTERNATE ADDRESS: By Serving _____ as _____, who resides therein and who is of legal age at the alternate address of _____.

( ) POSTED: Posted a copy at a conspicuous place at the property listed above and sent a copy to the same via US mail on _____.

( ) AUTHORIZED SERVICE: By serving _____ as _____ who is authoirzed to accept.

( ) NON SERVICE: For the reason detailed in the Comments below.
COMMENTS: _Attempted at school address and spoke to custodian and he stated there was no staff at school. Attempted at 2600 W 6th St Apt K5 Lawrence KS 66049 at 1:32PM, no answer at door._

Age _25_ Sex M (F) Race _W_ Height _5 6_ Weight _250_ Hair _Brn_ Glasses (Y) N

## AFFIDAVIT OF SERVICE For 2:25-CV-02428-KHV-GEB

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was·made.

Subscribed and Sworn to before me on the _27th_ day of ___July___ ,_2026_ by the affiant who is personally known to me in the State of
___Kansas___ and County of
___Shawnee___ .

_____
NOTARY PUBLIC

DIANNE L HILTON
Notary Public, State of Kansas
My Appointment Expires
_4/22/30_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**D & B Legal Service, LLC**
**5350 W 94th Ter Ste 206**
**Prairie Village, KS 66207**
**(913) 362-8110**

Our Job Serial Number: 2026009730
Ref: 09500000.002630

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

| | |
|---|---|
| JACK TELL, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-CV-02428-KHV-GEB |
| LAWRENCE USD 497 | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Abbi Epperson-Ladd, Teacher at Lawrence High School
1901 Louisiana Street, Lawrence, KS 66046

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Dentons US, LLP, 4520 Main Street, Suite 1100 Kansas City, Missouri 64111 | Date and Time: 08/03/2026 9:30 am |
|---|---|

The deposition will be recorded by this method: stenographically

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/23/2026

| *CLERK OF COURT* | |
|---|---|
| | OR |
| | /s/ Harrison M. Rosenthal |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__
_____ , who issues or requests this subpoena, are:
Harrison M. Rosenthal, Dentons US LLP, 4520 Main St., Ste. 1100, Kansas City, MO 64111, harrison.rosenthal@dentons.com; (816) 460-2400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).