**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; A.T., a minor, by and through her parents DAVE TELL and HANNAH TELL; and P.M., a minor, by and through her parents MARGARET WEISBROD MORRIS and JONATHAN MORRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>LAWRENCE BOARD OF EDUCATION, a political subdivision of the State of Kansas; and LAWRENCE USD 497, a political subdivision of the State of Kansas,<br><br>    Defendants. | Case No.: 2:25-cv-02428-KHV-GEB |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Alan L. Rupe gives notice that he is leaving Lewis Brisbois Bisgaard & Smith LLP and will no longer be associated with Lewis Brisbois Bisgaard & Smith LLP. He hereby withdraws as counsel for Defendants in this matter. Andrew Gnefkow of Lewis Brisbois Bisgaard & Smith LLP has entered his appearance and will continue to represent Defendants in this matter. The clients have been notified by electronic mail.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: 316-609-7901
alan.rupe@alanrupelaw.com

CERTIFICATE OF SERVICE

I certify that on July 30, 2026, the above Notice of Withdrawal of Counsel was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe