### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, A.T., a minor, by and
through her parents DAVE TELL and
HANNAH TELL and P.M., a minor, by and
through her parents MARGARET
WEISBROD MORRIS and JOHNATHAN
MORRIS,

      Plaintiffs,

v.

LAWRENCE USD 497,

      Defendant.

Case No. 2:25-cv-02428-KHV-GEB

### ENTRY OF APPEARANCE

Cameron E. Grant, of Lewis Brisbois Bisgaard & Smith LLP, hereby enters his appearance

as lead counsel for Defendant.

      /s/ *Cameron E. Grant*
      Cameron E. Grant, KS #28388
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      4600 Madison Avenue, Suite 700
      Kansas City, MO 64112
      Telephone:  (816) 299-4255
      Cameron.Grant@lewisbrisbois.com

      *Attorney for Defendant*