## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN;
MORGAN SALISBURY; OPAL MORRIS;
HENRY FARTHING; SUZANA
KENNEDY; NAOMI SUI PANG; A.T., a
minor, by and through her parents DAVE
TELL and HANNAH TELL; and P.M., a
minor, by and through her parents
MARGARET WEISBROD MORRIS and
JONATHAN MORRIS,

        Plaintiffs,

v.

LAWRENCE BOARD OF EDUCATION, a
political subdivision of the State of Kansas;
LAWRENCE USD 497, a political
subdivision of the State of Kansas,

        Defendant.

Case No.:  2:25-cv-02428-KHV-GEB

## ENTRY OF APPEARANCE

COMES NOW, Melika T. Harris of Lewis Brisbois Bisgaard & Smith LLP hereby enters

her appearance as counsel for Defendant Lawrence Board of Education, a political subdivision of

the State of Kansas; Lawrence USD 497, a political subdivision of the State of Kansas.

        */s/ Melika T. Harris*
        Melika T. Harris, KS #30908
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        4600 Madison Avenue, Suite 700
        Kansas City, MO 64112
        Telephone: (816) 299-4258
        Facsimile: (816) 299-4245
        melika.harris@lewisbrisbois.com

        *Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Melika T. Harris*
Melika T. Harris