# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:25-CV-02428-KHV-GEB

Plaintiff: **Jack Tell, et al.**
vs.
Defendant: **Lawrence USD 497**

POW2026010024

For: DENTONS

Received by D & B Legal Service, LLC to be served on **Julie Boyle, former District Spokesperson / Freedom of Information Officer c/o DCCCA, 3312 Clinton Pkwy, Lawrence, KS 66047.** I, ___Bridgette___ ___Hight___, being duly sworn, depose and say that on the ___31st___ day of ___July___, 20_26_ at _9_:_31_ p.m., executed service by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, Exhibit A, PLAINTIFFS' NOTICE OF DEPOSITION OF JULIE BOYLE, Witness Fee Check $111.00** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) INDIVIDUAL SERVICE AT ALTERNATE ADDRESS: Served the within-named person at the alternate address of
_____.

( ) SUBSTITUTE RESIDENTIAL: By serving _____ as
_____ who resides therein and who is of legal age.

( ) SUBSTITUTE RESIDENTIAL AT ALTERNATE ADDRESS: By Serving _____
as _____, who resides therein and who is of legal age at the alternate address of
_____.

( ) POSTED: Posted a copy at a conspicuous place at the property listed above and sent a copy to the same via US mail on _____.

( ) AUTHORIZED SERVICE: By serving _____ as
_____who is authoirzed to accept.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:_____
_____
_____
_____

Age _50_ Sex M (F) Race ___W___ Height _5'4_ Weight _280_ Hair ___Brn___ Glasses (Y) N

## AFFIDAVIT OF SERVICE For 2:25-CV-02428-KHV-GEB

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 3ʳᵈ day of _August_ _2026_ by the affiant who is personally known to me in the State of ___Kansas___ and County of ___Shawnee___.

_Deanne L Hilton_
NOTARY PUBLIC

DIANNE L HILTON
Notary Public, State of Kansas
My Appointment Expires
4/22/30

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**D & B Legal Service, LLC**
**5350 W 94th Ter Ste 206**
**Prairie Village, KS 66207**
**(913) 362-8110**

Our Job Serial Number: 2026010024
Ref: 09500000.0002630

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Kansas

| | |
|---|---|
| JACK TELL, et al. <br><br> *Plaintiff* <br> v. <br><br> LAWRENCE USD 497 <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.    2:25-CV-02428-KHV-GEB

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:    Julie Boyle, former District Spokesperson / Freedom of Information Officer
c/o DCCCA, 3312 Clinton Pkwy, Lawrence KS  66047 (Donor Relations Manager)

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Dentons US, LLP, 4520 Main Street, Suite 1100 <br> Kansas City, Missouri 64111 | Date and Time: <br><br> 08/07/2026 9:30 am |
|---|---|

The deposition will be recorded by this method:    stenographically

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:    See attached Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/30/2026

|  |  |
|---|---|
| *CLERK OF COURT* | |
|  | OR |
|  | /s/ Harrison M. Rosenthal |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs
_____ , who issues or requests this subpoena, are:
Harrison M. Rosenthal, Dentons US LLP, 4520 Main St., Ste. 1100, Kansas City, MO  64111,
harrison.rosenthal@dentons.com; (816) 460-2400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).