**IN THE UNITED STATES DISTRICT**
**COURT FOR THE DISTRICT OF KANSAS**

JACK TELL; NATASHA TORKZABAN;       )
MORGAN SALISBURY; OPAL MORRIS;      )
HENRY FARTHING; SUZANA              )
KENNEDY; NAOMI SUI PANG; ASHLYN     )
TELL; PHOEBE MORRIS; E.B., a minor, )
by and through his parent and next friend )
CATHERINE P. BATZA, Ph.D.; and H.C., )    Case No.: 2:25-cv-02428-KHV-GEB
a minor, by and through his parents and )
next friends DANIELLE BRUNIN and    )
ERIK CHANEY,                        )
                                    )
            *Plaintiffs*,           )
                                    )
      v.                            )
                                    )

LAWRENCE USD 497, a political
subdivision of the State of Kansas,

            *Defendant*.

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF ABBI EPPERSON-LADD

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, the deposition of **Abbi Epperson-Ladd** will take place on **Tuesday, August 11, 2026**, beginning at **9:30 a.m.** at the offices of Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, Missouri 64111. The deposition will be conducted before a court reporter or other person authorized by law to administer oaths and will be recorded stenographically and may also be recorded by audiovisual means. The deposition will continue from day to day until completed, unless otherwise agreed by the parties or ordered by the Court.

This deposition Notice is subject to modification based on the availability of all parties and counsel.  Counsel for Plaintiffs are willing to confer with Defendant's counsel to identify mutually agreeable dates and times for this deposition.

US_ACTIVE\138367750\V-1

Dated: August 6, 2026

**DENTONS US LLP**

*/s/  Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)
Rebecca Hughes Parker* (NY No. 4321287)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone:  (816) 460-2400
Facsimile:  (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com
rebeccahughes.parker@dentons.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 6, 2026, a true and correct copy of the above and foregoing was was e-filed with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action, including:

Cameron Grant
Andrew J. Gnefkow
Melika Harris
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
cameron.grant@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com
melika.harris@lewisbrisbois.com

/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*

US_ACTIVE\138367750\V-1