## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN,
MORGAN SALISBURY, OPAL MORRIS,
HENRY FARTHING, SUZANA KENNEDY,
NAOMI SUI PANG, ASHLYN TELL;
PHOEBE MORRIS, E.B., a minor, by and
through his parents and next friend
CATHERINE P. BATZA, Ph.D.; and H.C.,
a minor, by and through his parents and next
friends DANIELLE BRUNIN and ERIK
CHANEY,

        Plaintiffs,

v.

LAWRENCE USD 497,

        Defendant.

Case No. 2:25-cv-02428-KHV-GEB

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2026, Defendant Lawrence US 497 ("Defendant") served the following documents were served by electronic mail on counsel for Plaintiffs:

1. Defendant's First Interrogatories to Plaintiff Jack Tell

2. Defendant's First Interrogatories to Plaintiff Natasha Torkzaban

3. Defendant's First Interrogatories to Plaintiff Morgan Salisbury

4. Defendant's First Interrogatories to Plaintiff Opal Morris

5. Defendant's First Interrogatories to Plaintiff  Henry Farthing

6. Defendant's First Interrogatories to Plaintiff Suzana Kennedy

7. Defendant's First Interrogatories to Plaintiff Naomi Sui Pang

8. Defendant's First Interrogatories to Plaintiff Ashlyn Tell

9.  Defendant's First Interrogatories to Plaintiff Phoebe Morris

10. Defendant's First Interrogatories to Plaintiff E.B.

11. Defendant's First Interrogatories to Plaintiff H.C.

12. Defendant's First Request for Production of Documents to Plaintiff Jack Tell

13. Defendant's First Request for Production of Documents to Plaintiff Natasha Torkzaban

14. Defendant's First Request for Production of Documents to Plaintiff Morgan Salisbury

15. Defendant's First Request for Production of Documents to Plaintiff Opal Morris

16. Defendant's First Request for Production of Documents to Plaintiff Henry Farthing

17. Defendant's First Request for Production of Documents to Plaintiff Suzana Kennedy

18. Defendant's First Request for Production of Documents to Plaintiff Naomi Sui Pang

19. Defendant's First Request for Production of Documents to Plaintiff Ashlyn Tell

20. Defendant's First Request for Production of Documents to Plaintiff Phoebe Morris

21. Defendant's First Request for Production of Documents to Plaintiff E.B.

22. Defendant's First Request for Production of Documents to Plaintiff H.C.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Melika T. Harris
Cameron Grant, KS #28388
Melika T. Harris, KS #30908
Andrew J. Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Ave., Ste. 700
Kansas City, Missouri 64112
Telephone:  (816) 299-4244
Facsimile:   (816) 299-4245
Cameron.Grant@lewisbrisbois.com
Melika.Harris@lewisbrisbois.com
Andrew.Gnefkow@lewisbrisbois.com
Attorneys for Defendant