**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends DANIELLE BRUNIN and ERIK CHANEY,

Plaintiffs,

v.

LAWRENCE USD 497, a political subdivision of the State of Kansas,

Defendant.

Case No. 2:25-cv-02428-KHV-GEB

**DEFENDANT'S NOTICE OF DEPOSITION OF NATASHA TORKZABAN**

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, the deposition of **Natasha Torkzaban** will take place on **Wednesday, August 19, 2026**, beginning at **10:30 a.m.** *The deposition will be taken remotely.* The deposition will be conducted before a court reporter or other person authorized by law to administer oaths and will be recorded stenographically. The deposition will continue from day to day until completed.

/s/ Cameron E. Grant
Cameron E. Grant, KS #28388
Melika Harris, KS #30908
Andrew Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
Cameron.grant@lewisbrisbois.com
Andrew.gnefkow@lewisbrisbois.com

*Attorneys for Defendant Lawrence USD 497*