**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG, ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends DANIELLE BRUNIN and ERIK CHANEY,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE USD 497,<br><br>Defendant. | Case No.: 2:25-cv-02428-KHV-GEB |

**DEFENDANT LAWRENCE USD 497'S**
**<u>STATUS REPORT REGARDING KORA PRODUCTION</u>**

In response to this Court's June 1, 2026 Memorandum and Order (Doc. 79) ("Order"), and continuing the status reports filed on June 12, 2026 (Doc. 85), June 18, 2026 (Doc. 90), June 26, 2026 (Doc. 93), July 2, 2026 (Doc. 97), July 10, 2026 (Doc. 102), July 17, 2026 (Doc. 105), July 24, 2026 (Doc. 111), July 31, 2026 (Doc. 128), August 7, 2026 (Doc. 135), August 14, 2026 (Doc. 141), August 21, 2026 (Doc. 143). Defendant Lawrence USD 497 ("Defendant") provides the following status report.

**1. <u>KORA Request Production</u>**

Defendant incorporates the updates contained in the June 12, 2026, June 18, 2026, June 26, 2026, July 2, 2026, July 10, 2026, July 17, 2026, July 24, 2026, July 31, 2026, August 7, 2026, and August 14, 2026. Defendant Lawrence USD 497's Status Report Regarding KORA Production

(Docs. 85, 90, 93, 97, 102, 105, 111, 128, 135, 141, and 143). The production of relevant, non-privileged documents was thought to be completed on April 23, 2026, with privilege logs for the documents withheld on the basis of privilege under KORA supplied to Plaintiffs. It was brought to Defendant's attention during a meet and confer with Plaintiffs' counsel that there were two possible additional volumes referenced in correspondence that have not been produced. The ESI vendor utilized for the rolling KORA productions was contacted and identified the two Volumes (LBOE007 and LBOE008), which were produced to Plaintiffs' on July 27, 2026. Defendant considers the production of non-privileged documents responsive to the relevant KORA requests to be complete. Defendant has amended the Privilege log and continues to work to refine the descriptions used in the Privilege Logs to ensure an easily discernable explanation for the content of the documents being withheld while not violating the protections afforded to the withheld materials.

Additionally, during the July 20, 2026 meet and confer, Plaintiffs' counsel noted that the redactions for the flagged/violation reports generated by Gaggle and/or ManagedMethods are no longer necessary, given the terms of the Protective Order (Doc. 91). This requires the removal of the redaction of student identifying information for more than 13,000 individual documents. Defendant began this process of removing the redactions; it is ongoing to provide Plaintiffs with the unredacted flagged/violation reports. Further, a meet and confer with opposing counsel on August 3, 2026, resulted in an agreement that the terms of the Protective Order allow for the production of documents withheld for KORA-related privilege subsections. This was confirmed with the Court during the August 4, 2026 discovery conference. The 3,296 documents that were withheld because of only KORA privilege were produced on August 7, 2026. The revised Privilege Log was provided to Plaintiffs' counsel on August 14, 2026.

**2. Cost of Production**

The continuing production and evaluation of materials has involved 202.2 hours from four attorneys and five paralegals at Lewis Brisbois Bisgaard & Smith LLP. The ESI vendor employed twenty contract attorney reviewers, six managers, and one director to complete the evaluation and production of documents for Plaintiffs' KORA requests. The vendor contract attorney hours totals at least 750 and the manager hours totaled at least 215. Defendant committed at least 1,166.5 hours at analysis documents to respond to the KORA Requests and continued to work to ensure its responses are KORA compliant.

Defendant has incurred, in excess of, $59,828.45 for the production associated with Plaintiffs' KORA requests including amending the Privilege Log descriptions for the documents being withheld and productions to comply with the Court's Orders.

/s/ Andrew Gnefkow
Cameron Grant, KS #28388
Melika Harris, KS # 30908
Andrew Gnefkow, KS #79266
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
Cameron.grant@lewisbrisbois.com
Melika.harris@lewisbrisbois.com
Andrew.gnefkow@lewisbrisbois.com

*Attorneys for Defendant Lawrence USD 497*

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2026, I filed the above Defendant Lawrence USD 497's Status Report Regarding Kora Production using the Court's CM/ECF System which will send notification to all counsel of record.

/s/ Andrew Gnefkow
Andrew Gnefkow