**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends DANIELLE BRUNIN and ERIK CHANEY,

Plaintiffs,

v.

LAWRENCE USD 497, a political subdivision of the State of Kansas,

Defendant.

Case No. 2:25-cv-02428-KHV-GEB

**JOINT MEDIATION NOTICE**

Defendant files this Joint Mediation Notice in accordance with Section III of the Court's Order entered August 10, 2026 (ECF 137).

The parties conferred regarding mediation on September 17, 2026, and agreed to mediate this case with Jay Daugherty of Jay Daugherty Mediation & Arbitration on October 26, 2026. The parties reserved mediation for October 26 using Mr. Daugherty's online calendar and are preparing to mediate with Mr. Daugherty on that date.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Cameron E. Grant*
Cameron E. Grant, KS #28388
Melika Harris, KS #30908
Andrew Gnefkow, KS #79266
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone: (816) 299-4255

Facsimile: (816) 299-4245

Cameron.Grant@lewisbrisbois.com
Melika.Harris@lewisbrisbois.com
Andrew.Gnefkow@lewisbrisbois.com

*Attorneys for Defendant Lawrence USD 497*