IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL, et al.,

Plaintiffs,

v.

LAWRENCE USD 497,

Defendant.

Case No. 2:25-cv-02428-KHV-GEB

**DECLARATION OF JAMES POLK IN SUPPORT OF DEFENDANT LAWRENCE USD 497'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, James Polk, states as follows:

1. I am the Senior Director of Data, Assessment and Information Technology for Lawrence USD 497 (the "District"), a position I have held since July 1, 2026. I have been employed by the District since 2020. In 2024, I became the District's Director of Data and Assessment, where I oversaw the District's integration and data services team, which handles state and federal reporting and integrates new and existing software products into the District's systems. I submit this Declaration in support of Defendant's motion for partial summary judgment.

2. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently thereto.

3. In my current position, I am responsible for the District's information technology department. That includes administration of the District's Google Workspace for Education domain, the District's student-monitoring platform (ManagedMethods), and the District's student information system, PowerSchool, and its online enrollment platform. I was designated by the District to testify under Federal Rule of Civil Procedure 30(b)(6) on topics including the District's transition from Gaggle to ManagedMethods, the operation of ManagedMethods, and the exemption of certain students from monitoring.

4. The District records I refer to in this declaration include student enrollment, course-enrollment, and graduation records maintained in PowerSchool; Acceptable Use Policy acknowledgment records maintained in the District's enrollment platform;

organizational-unit and account records maintained in the District's Google Workspace administrative console; and alert, configuration, and quarantine records maintained in the ManagedMethods platform. Each of these records is made at or near the time of the event it records, by or from information transmitted by a person with knowledge, and is kept in the course of the District's regularly conducted activities. Making and keeping these records is a regular practice of the District. I have access to these records in the course of my duties and am familiar with how they are created and maintained.

5. I have reviewed the District's enrollment and graduation records for each Plaintiff. According to those records, Plaintiffs Jack Tell, Natasha Torkzaban, Morgan Salisbury, Opal Morris, Henry Farthing, Suzanna Kennedy, Naomi Sui Pang, Ashlyn Tell, and Phoebe Morris are all over the age of 18 years of age, and graduated on or before May 20, 2026.

6. According to the same records, the only Plaintiffs currently enrolled in the District are E.B., who is enrolled at Lawrence High School for the 2026–2027 school year, and H.C., who is enrolled at Lawrence Free State High School for the 2026–2027 school year after attending West Middle School.

7. In summer 2025, the District reviewed its technology contracts to streamline services and identify savings. As part of that review, I personally evaluated approximately eight software programs and recommended to the District's executive leadership whether each should be continued, discontinued, or replaced. One of my recommendations was to replace Gaggle with ManagedMethods. The District's executive leadership adopted that recommendation.

8. Since November of 2025, ManagedMethods has been the only student-monitoring platform the District uses. The District no longer has access to Gaggle's monitoring services. The District has renewed its ManagedMethods subscription for an additional year, and has no plan to resume using Gaggle.

9. ManagedMethods monitors content in student accounts within the District's Google Workspace for Education domain, including District Gmail, Google Drive, Docs, Slides, and Sheets. Monitoring is attached to the student's District account, not to any device. It applies to activity in a student's District account regardless of which device the student uses to log in.

10. ManagedMethods does not monitor students' personal email accounts, personal cloud storage, personal social media accounts, or content stored only on personal devices. ManagedMethods is not a device-management tool. It is not installed on, and does not access, District-issued or personal devices.

11. I have searched the District's student discipline records in PowerSchool for entries arising from a ManagedMethods alert. Those records reflect no discipline imposed on any student based on content flagged by ManagedMethods.

12. According to the District's course-enrollment records, E.B. is enrolled in Media Design & Production at Lawrence High School for the fall 2026 semester, and has been since the fall of 2025 semester.

13. Any student within the District enrolled in Media Design & Production is exempt from ManagedMethods. Because E.B. is enrolled in Media Design & Production, E.B.'s account in not monitored by ManagedMathods. Google Workspace records show that his account remains in that unit as of the date of this declaration. E.B.'s account is not monitored by ManagedMethods.

14. According to the District's course-enrollment records, H.C. is enrolled at Lawrence Free State High School for the 2026–2027 school year. H.C. is not enrolled in any exempt course, and his District Google account is subject to ManagedMethods monitoring.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 2, 2026

James Polk