IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN, MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY,

Plaintiffs,

vs. | No. 2:25-CV-02428-KHV-GEB

LAWRENCE USD 497, a political subdivision of the State of Kansas,

Defendant.

DEPOSITION OF DR. JEANICE SWIFT, a Witness, taken on behalf of the Plaintiffs before Kelsey Robbins Schmalz, CSR No. 1571, CCR No. 1148, RPR, pursuant to Notice on the 15th day of October, 2026, at the offices of Dentons US LLP, 4520 Main Street, Suite 1100, Kansas City, Missouri.



EXHIBIT 4

your office, you do not individually recall those other examples?
    A. I do not, but if James were sitting here I would recognize all of the names because we in course of conversation discussed each one, the advantages, the disadvantages, what's the cost, how do we make this work.
    Q. Understood. Do the names Securely or GoGuardian mean anything to you?
    A. Not particularly. The first one is one I've heard of. The second one is not one I've heard.
    Q. Understood. And out of those do you recall how you landed specifically on ManagedMethods?
    A. Again, that really is James's work, but it was a good balance of meeting -- I would summarize it as superintendent as it was a decent balance of meeting our requirement under federal E-Rate and other federal requirements to monitor for student safety, it was a balance of that, of not being overly invasive and then the third leg of the stool, cost.
        We also made the decision -- you didn't ask me this so I probably shouldn't even say it,

overly evasive, why was that of concern to you?

A. There are a couple of reasons why that was of concern. One is that our resources in terms of human capital are limited and so it is very important that the hours in the day of a counselor or teacher or administrator are used to deliver and do the work.

When there is a great deal of white noise in the system it takes up a lot of bandwidth, and if a tool is wide open and flagging many, many things -- I'm being very frank because that's what we're here for. Yes. We didn't get all dressed up to not speak the truth so I'm speaking the truth.

When a tool is wide, wide open, an administrator, a counselor, a teacher can get a tremendous number of flags each day which means their energy is dissipated, and so there's a desire as you work with these tools to really narrow to ensure that our monitoring is around those issues required, first of all, for student safety, student safety before anything else, and secondly to meet the duties and obligations of our federal requirements.

So there had been a desire for some

time -- some days administrators -- I mean, you've seen the data. You all spent months figuring out the data. Some days they would get 100 or they might get 20, and in my practical view of the world, when you get everything you can prioritize nothing, so there was a desire in streamlining to balance getting real needs of students, mental health, I'm going to shoot up the school, got a gun with me today, you know, student safety and mental health.

There was a priority to get that tighter and cleaner, and so there are a variety of ways to do that and James Polk -- I don't mean to keep referencing him but he is the expert on how one can maintain the safety priority but reduce the white noise that counselors and teachers and principals are getting in their inboxes every day.

Q. Understood. So in part as related to not being overly invasive, that was important in terms of student safety, encompassing mental health, the duties and obligations under law and --

A. And concerns like, for example, of a student with suicidal ideations. And so when

you speak with Kiley Luckett, she and her team of social workers and counselors -- those students who need that support, it's important that our people be able to dedicate their human resource to that effort and not be flagged on a bunch of white noise in the system.

Q. Understood. Anything else?

A. No, but that is the delicate balance that we were working to achieve.

Q. Understood. And just to recall not -- recalling this is not a memory test, but the federal duties and obligations, you know that they exist but can't at this time specify what they are?

A. I can't give you the chapter and verse, but James can.

Q. With that as background, why was the decision made to omit kindergarten through fifth grade students from monitoring?

A. Because we're also on a parallel track working to reduce -- and this effort is widely documented and we're leaders in the country on it. We're working to reduce tech time for lower el and upper el and moving away from a one-to-one device situation. Most of their