IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY,

Plaintiffs,

vs.

Case No: 2:25-cv-02428-KHV-GEB

LAWRENCE USD 497, a political subdivision of the State of Kansas,

Defendant.

FOR READ AND SIGN PURPOSES ONLY

RULE 30(b)(6) DEPOSITION OF DEFENDANT LAWRENCE USD 497, by its designated representative, KYLIE LUCKETT, taken on October 27, 2026, at 9:30 a.m., taken remotely via Zoom Videoconference, before Stacy L. Decker, a Certified Court Reporter, taken on behalf of the Plaintiffs.



EXHIBIT 5

of the building leadership license you learned about how to run a school.

A. Uh-huh.

Q. How do you run a school?

A. Very carefully.

Q. Tell me about some of the things you discussed under that bucket or within that bucket.

A. Well, the structure of school leadership, whether it is a principal, an assistant principal, how to work with what is called a building leadership team to set your mission and vision for your building. How to, you know, prioritize day to day needs and operations in a building. Addressing problems in a building.

Q. Do you recall, for example, what -- did you have a mission statement within your building? I can withdraw the question.

A. What building are you referring to?

Q. You mentioned mission and vision of a specific building.

A. So what we worked on was how to create a mission and vision for the building that you are a principal of.

Q. Understood. Could you give me an example of a specific building within USD 497 that you worked on that mission and vision statement?

A. It was a hypothetical, because I do not work in a building.

Q. Understood. Do you recall, say, for Lawrence High School what the mission and vision of that building is?

A. I could only assume.

Q. Tell me what you're thinking, realizing it might not be accurate.

A. We are a learning environment dedicated to providing education to all students so they will be ready for life beyond high school and career and college.

Q. Understood. Okay. I'm recalling an example from the University of Kansas, and they have stopped using this, I think, but I used to hear on NPR lifting students in society for educating leaders that changed the world. Do you recall something similar?

A. No.

Q. Is that within the same realm?

A. Yes.

Q. What about problems in the building? You mentioned addressing problems in the building, realizing that's a broad question, could this be problems between students?

A. It could.

Q. Problems between faculty?

A. It could.

Q. Problems between faculty and students?

A. Yes.

Q. Tell me a little bit more about each one of those and what that could look like.

A. How to diffuse a situation, a fight between two students and what you would do to gather information and provide consequences, etcetera. How to support staff and students. How to support parents when there's an issue with a parent and a staff member. There is also just the physical building. If you have a door that doesn't latch or lock properly, how do you ensure safety and get those things taken care of. What are the things that are within your locus of control and outside of your locus of control that still impact a school building that you need to be aware of, like traffic, construction.