IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No: 2:25-cv-02428-KHV-GEB |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, | ) |
| Defendant. | ) |

DEPOSITION OF GREG FARLEY, taken on August 10, 2026, at 9:30 a.m., at Dentons US, LLP, 4520 Main Street, Suite 1100, Kansas City, Missouri, 64111, before Stacy L. Decker, a Certified Court Reporter, taken on behalf of the Plaintiffs.



EXHIBIT 7

A. I don't know what went into the decision.
Q. Let's look at the third page. And at the top it's Lawrence Public Schools letterhead, and it says "Managed Methods Safety and Security Platform Implementation, Fall 2025."
In the first paragraph particularly, the second sentence, three actions are mentioned as methods to implement safety considerations. Controlling access --
MR. GRANT: I'm sorry, Mark. I don't think we're with you just based on Mr. Farley's facial expression. And I also wasn't following what you're reading from.
A. Where are we at?
Q. (By Mr. Johnson) First paragraph --
A. That begins with Lawrence Public Schools?
Q. Yes. The second sentence, "The district ensures compliance with laws such as Child Internet Protection Act, Family Educational Rights and Privacy Act, and State Student Privacy Requirements by, one,

controlling access; two, monitoring for violent threats; and three, protecting student data."

Do you know what this refers to when it says controlling access? Controlling access to what?

A. I do not know.

Q. Do you know if Managed Methods provided any functions that Gaggle did not provide?

A. I don't know what Managed Methods did or didn't do that was different from Gaggle.

Q. About two-thirds of the way down, the third bullet point under, "How Lawrence Public Schools is using Managed Methods," states, "A district level monitoring team is overseeing the platform."

Do you know what the district level monitoring team was?

A. I do not.

Q. Do you know who the members of that team were?

A. No, I don't.

Q. And to go down on this document

under monitoring, the first bullet point says, "The platform is limited to monitoring activity within Google Suite's environment only."

What was in the Google Suite environment?

A. Well, as I would -- as I remember it, it would be your email, anything in the Google Drive, Sheets, Docs, whatever it is, their version of PowerPoint, Google Drive. Probably whatever falls within those nine circles when you open up Google in the top right-hand corner, although I don't know that for a fact. I mean, that's what I would assume.

Q. From your understanding, did the students have to use the Google Suite environment in order to access their schoolwork, to get assignments, to upload their work product? Did they have to have access to the Google Suite environment?

A. Well, again, "have to," I don't know about that, because they could access it from their personal device. But if they were going to submit something for an assignment,

and I'm assuming here that they would have to put it through their Google district login.

Q. So they'd have to have access to the Google Suite environment?

A. "Have to" -- again, I don't know who -- I don't know that -- there's probably workarounds that I'm not aware of.

Q. When you were teaching did you give your assignments to your students through the Google Suite environment?

A. We would use a Google Classroom.

Q. Did you hand out assignments on paper?

A. Absolutely.

Q. Did the students have to have access to the Google Suite environment to do the work you assigned to them?

A. Not necessarily. I could have printed what was on Google Classroom and given them a hard copy.

Q. But that was your choice?

A. Well, if they wanted one, or if there was a concern from -- when I was teacher, if there was a concern from the parents or from somebody -- you know, if

somebody told me, hey, access to a computer you know, they don't have it, it's broken or something's happening, we're not going to let them have a computer, then I would print out hard copies.

Q. The second bulleted item under monitoring says, "Monitoring is strictly limited to a few categories, self-harm concerns, violence or threat-related content, or images that meet criteria as inappropriate (lewd, pornographic, et cetera."

Would you agree with me that, when it says the monitoring is limited to that, that's actually not accurate?

That is the content that is being looked for. Managed Methods had to review all of the student content in order to find content that might be inappropriate. Would you agree with me?

MR. GRANT: Objection.

A. I guess it would depend on what is meant by "monitoring."

Q. (By Mr. Johnson) What do you think is meant by "monitoring"?

A. I didn't write this policy, so I