Message

**From**: Jeanice Swift [jeanice.swift@usd497.org]
**Sent**: 10/29/2025 5:59:17 PM
**To**: School Board [schoolboard.googlegroup@usd497.org]
**CC**: ELT [elt.googlegroup@usd497.org]
**Subject**: Board Update: Media Response re: Managed Methods
**Attachments**: Managed Methods Information 1025.docx.pdf

**Statement Provided on 10/28/25**

From Dr. Jeanice Kerr Swift, Superintendent of Schools:
*The district contract with gaggle was reviewed during late summer 2025, and was not continued for the school year 2025-26.*

*In the regular course of business this fall, as part of the continuing effort to evaluate and streamline contracts with vendors and identify cost savings, the district implemented Managed Methods, a proficient tool that continues to monitor for student safety.*

*This change resulted in a cost savings of approximately $38,700. annually.*

**Response provided on 10/29/25**

From Dr. Jeanice Kerr Swift, Superintendent of Schools:

The district contract with gaggle was reviewed during late summer 2025, and was not continued for the school year 2025-26.

In the regular course of business this fall, as part of the continuing effort to evaluate and streamline contracts with vendors and identify cost savings, the district implemented Managed Methods, a proficient tool that continues to monitor for student safety.

This change resulted in a cost savings of approximately $35,000 annually.

The document attached shares more information regarding the implementation of Managed Methods.

Board members were updated in regular conversations throughout the process, as they are on safety steps we regularly take on behalf of students in the district.

Because of the low cost of this particular product - $14,700. per year - it does not rise to the level where approval was required (state amount requiring Board vote is $20,000). This item, like most of the steps completed in the district to carry out our daily work to support students, is regularly updated to the Board, yet does not require direct Board approval on a Board agenda.

You may learn more about the Managed Methods tool in the attached document.

LAWRENCE
Public Schools

**Dr. Jeanice Kerr Swift**
Superintendent of Schools
Lawrence Public Schools
www.usd497.org

EXHIBIT 8

LAWRENCE
Public Schools

**Managed Methods**
Safety and Security Platform Implementation
**Fall 2025**

Lawrence Public Schools prioritizes ensuring the safety of students as they access district communications systems. The district ensures compliance with laws such as Children's Internet Protection Act (CIPA), Family Educational Rights and Privacy Act (FERPA), and state student-privacy requirements by controlling access, monitoring for violent threats, and protecting student data.

**Rationale for Managed Methods:**

- In the summer of 2025, during the process of evaluating contracts with vendors to try to identify and maximize cost savings, the district identified Managed Methods as a proficient tool to monitor for student safety, resulting in savings of over $35,000 annually over the use of the prior tool.

**What is Managed Methods?**

- ManagedMethods is a cloud-based security and student-safety platform built specifically for K-12 school districts, designed to work with Google Workspace (formerly G Suite).

- The tool provides monitoring of email, file-sharing, and chats to identify risks including watching for student-safety. It uses AI to scan for signals of self-harm, threats of violence and other student risk indicators in text and image content.

**How Lawrence Public Schools is Using Managed Methods:**

- The district is in the implementation phase of this platform designed to help identify and manage potential online safety risks involving students.

- Monitoring is aligned with the CIPA requirement to protect students from harmful online content (obscenity, self-harm, threats) in school-issued or school-managed resources.

- A district-level monitoring team is overseeing the platform during this fall semester rollout, managing alerts, and coordinating communication with schools as needed.

- The team continues to meet regularly to review progress, address questions, and continue to guide further implementation.

**Monitoring**:

- The platform is limited to monitoring activity within the district's Google Suite environment only (such as Google Docs, Gmail, and Drive).

- Monitoring is strictly limited to a few categories:
  - Self-harm concerns
  - Violence or threat-related content
  - Images that meet criteria as inappropriate (lewd, pornographic, etc..)

Currently, the categories listed above are the only areas being reviewed. No other online activity or student communication is monitored or analyzed by this tool.

**Lawrence Public Schools USD 497**
110 McDonald Drive | Lawrence, Kansas 66044-1063
Phone: 785-832-5000 | Fax: 785-832-5016 | www.usd497.org