LAWRENCE
Public Schools

| | |
|---|---|
| Book | Policy Manual |
| Section | I - Instructional Program |
| Title | Computer Use |
| Code | IIBG |
| Status | Active |
| Adopted | July 1, 2001 |
| Last Revised | May 12, 2014 |
| Last Reviewed | March 24, 2010 |

**IIBG - Computer Use**

Use of District Computers
Computer systems are for educational and professional use.  All information created or accessed by staff and students may be subject to monitoring without notice by district administrators and/or school staff when appropriate.  Students and staff shall be informed annually of the district's acceptable use policy.  The district retains the right to impose disciplinary measures on any student.  These measures may include expulsion of students and termination of staff for a violation of this policy.

Installation
No software, including freeware or shareware, may be downloaded or installed on any district computer until cleared by the network administrator.  The administrator shall verify the compatibility of the software with existing software and hardware and prescribe installation and de-installation procedures.  Software installed on district computers must comply with copyright laws. (See ECH) License agreements and proof of purchase (copy or original) must be filed in the district technology office.

Hardware
Neither staff nor students shall install unapproved hardware on or connect it to district computers or make changes to software settings that support district hardware.

Audits
The administration may conduct periodic audits of software installed on district equipment to verify legitimate use.

Privacy Rights
Employees and/or students shall have no expectation of privacy when using district email, other official communication systems, or computer applications. Any email, computer application, or information in district computers or computer systems may be subject to monitoring without notice by the administration and/or school staff when appropriate.  The district retains the right to duplicate any information created by employees or students in a computer system or on any hard drive.

Email - Employees
Email messages shall be used to conduct approved and official district business, and appropriate language must be used in all messages. Employees are expected to conduct themselves in a professional manner and to use the system according to these guidelines or other guidelines published by the administration.

Email - Students

Email messages shall be used only for approved educational purposes, and appropriate language must be used in all messages. Students are expected to use the system following guidelines approved by teachers and/or the administration.

Internet Use - Purpose

The Lawrence Public Schools provides Internet services for educational purposes. The term "educational purposes" includes use of the system for classroom activities, professional or career development, and research.

Student and employee use of the system is governed by this policy and related district regulations.

Responsibilities

The superintendent shall oversee the district system.

Principals shall approve building-level activities, ensure proper training in the requirements of this policy, and establish a system to ensure adequate supervision of students and maintain executed user agreements.

District staff may develop regulations including a student disciplinary code. Those regulations and agreements are to be published annually in each student and staff handbook.

Liability

The district makes no warranties, either expressed or implied, that the computer and/or network services provided through the district system will be error-free. The district will not be responsible for any interruption of service or errors experienced by loss of or damage to data. The district will not be responsible for accuracy or quality of information obtained through the system nor for any financial obligations arising through the unauthorized use of the system. Users shall indemnify and hold the district harmless from any losses sustained as the result of intentional misuse of the system by the user.

Ownership of Employee Computer Materials

All computer-generated materials or devices created as part of any assigned district responsibility or classroom activity undertaken on school time shall be the property of the district.

Approved: July 1, 2001
Amended: March 10, 2003
Reviewed by Board Policy Committee: February 2, 2004
Amended: March 8, 2004
Amended: March 12, 2007
Amended: January 12, 2009
Reviewed by Board Policy Committee: March 24, 2010
Amended: May 10, 2010
Amended: May 12, 2014

Cross References See GBRGC, JCDA, JT, ECH