LAWRENCE
Public Schools

| | |
|---|---|
| Book | Policy Manual |
| Section | J - Students |
| Title | Searches of Property |
| Code | JCAB |
| Status | Active |
| Adopted | July 1, 2001 |
| Last Revised | April 14, 2008 |
| Last Reviewed | February 20, 2008 |

**JCAB - Searches of Property**

Principals are authorized to search property if there is reasonable suspicion that district policies, rules, or directives are being violated. All searches shall be carried out in the presence of another adult witness. Any person other than the principal conducting a search of a student's locker or property shall do so only with the consent of and in the presence of the principal, unless circumstances require immediate action in order to preserve the security and safety of staff and students.

District property, including lockers, is under the supervision of the principal. Students shall have no expectation of privacy when utilizing district property, including lockers. Lockers shall be subject to random searches without prior notice or reasonable suspicion.

The combinations and/or keys to all locker locks shall be in the possession of the principal and stored in a place designed to guard against unauthorized access or use. The principal may search any locker at any time without notice. Students shall not place locks, other than those approved by the school, on any locker.

Use of Trained Dogs to Search
At the request of the administration, law enforcement officers may use trained dogs on school premises to locate student property which may contain illegal or illicit materials and to determine whether materials are present which may threaten the general health, welfare, and safety of students and/or district employees.

Searches of Property by Law Enforcement
If a law enforcement officer desiring to search a student's locker or property has a search warrant, the principal shall permit the search which shall be made in the presence of the principal.

Prohibited items found during the search shall remain in the custody of either the principal or the law enforcement officer. If any items are turned over to law enforcement officials, the principal shall receive and retain a receipt for the items.

Approved: July 1, 2001
Reviewed by Board Policy Committee: September 20, 2004
Amended: October 25, 2004
Reviewed by Board Policy Committee: February 20, 2008
Amended: April 14, 2008