IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY,

Plaintiffs,

vs.

LAWRENCE USD 497, a political subdivision of the State of Kansas,

Defendant.

Case No: 2:25-cv-02428-KHV-GEB

DEPOSITION OF MORGAN SALISBURY, taken on August 18, 2026, at 9:30 a.m., at Lewis Brisbois Bisgaard & Smith, 4600 Madison, Suite 700, Kansas City, Missouri, 64111, before Stacy L. Decker, a Certified Court Reporter, taken on behalf of the Defendant.



EXHIBIT 2

were words that would be flagged by Gaggle?
A. That's right. It was like one word and then a new line and then another word.
Q. And if I'm understanding you correctly, you created that content believing that it would be flagged, but you believe that it should be obvious to any human who reviewed it that it didn't actually represent a threat, so that was the means by which you were testing the system; is that roughly accurate?
A. That's right. And because it was just like a single word on each line, it was our hope that it was obvious that it was just a test and no student was actually in danger.
Q. So in that example, I understand that you were aware that the content was flagged and that it was removed, because you had created this list and then you later went to go find it and it was not there.
Can you -- are you aware of any other examples where content that you created was flagged by Gaggle, do you know?
A. I'm aware that emails that I had sent were flagged by Gaggle and blocked from

being delivered.
Q. And how -- let's start with the flagging part. How are you aware that emails that you had sent were flagged by Gaggle?
A. They were not delivered to the intended recipient.
Q. Do you know roughly how many examples of emails like that exist?
A. I couldn't say specifically without checking.
Q. Could you estimate if it was more or less than 10?
A. It might be something around 10, I would think, something like that. Not much more than that.
Q. Okay. And approximately what time frame was that?
A. That would have been throughout that school year, so maybe starting in late 2023 when the software was implemented, and probably -- the peak maybe would have been in like January or February 2024.
Q. Is there a particular reason there was a peak in January or February of 2024?
A. Not specifically. And maybe I

shouldn't have said peak. There was not -- it was not like a regular effort from us to send mass amounts of emails.

Q. Can you clarify that comment that it wasn't a regular effort to send mass amounts of emails.

A. Right. Like I mean maybe we only sent 10, something like that. That seems accurate. So I don't think a peak is -- I don't think the right word. But maybe 10 spread across four months or something like that.

Q. Were those emails that were not delivered similar to the word list emails that you sent that were designed intentionally to trigger Gaggle's monitoring?

A. That's correct.

Q. Apart from emails that you sent that were intentionally designed by you to trigger Gaggle's monitoring, are there any other emails that you sent that were quarantined by Gaggle that you're aware of?

A. Not that I'm aware of, no.

Q. So I just want to be clear that the entire time -- well, let's limit it to

A. Yes.
Q. Do you know whether -- so if you used -- well, let me ask you this. If you used a personal device to access the school's WiFi, did you have to access the WiFi using your student ID?
A. You did.
Q. Do you have an understanding of whether your activity -- any internet activity that you conducted on your personal laptop using the school WiFi was subject to Gaggle, do you know?
A. My understanding was that Gaggle was only scanning documents in our Google Suite, which wouldn't include internet activity generally being scanned by Gaggle.
Q. But didn't Gaggle -- did Gaggle also scan emails?
A. It did, but -- I mean, Gmail being a part of the Google Suite, yeah.
Q. Right. So if you -- let's say you logged in using your personal device to the school's WiFi using your student ID and then you logged into your personal email account -- first of all, would that be possible, do you

recall or do you know?
A. Right. Using the school's WiFi, you could do anything on the internet.
Q. So it was more or less an open WiFi assuming you had the credentials to access it?
A. To my understanding, yes.
Q. So if you used your personal laptop to send an email from your personal Gmail account to somebody else's personal Gmail account, do you know whether Gaggle would monitor that activity?
A. I don't think that would be scanned by Gaggle.
Q. You discussed some efforts that the school made to exempt the journalism account or journalism folder from Gaggle, and you discussed that it's, you know, maybe not clear what exactly it did or whether it was successful.
But separate and apart from that, are you aware that the district's use of Gaggle changed in any way over the time while you were a student at LHS?
A. I'm aware of their discontinuation

A. The Gaggle monitoring, to my understanding, was in effect no matter the device used as long as you were on your school account. So I actually think in this case, at least as it applies to a school account, you would be unable to avoid the monitoring no matter what device you were on.

Q. (By Mr. Grant) And that's consistent with my understanding as well based on what you've said, so I should have asked my question better.

Am I correct that you personally could have avoided Gaggle monitoring by using your personal device and your personal account as well, correct?

MR. JOHNSON: Objection.

A. That's correct.

Q. (By Mr. Grant) Are you able to identify for me any student who was part of The Budget your senior year who did not have a personal laptop?

A. Oh, I'm certain. I mean, as -- generally, as members of the staff, we didn't discuss our personal finances, but I'm more than certain there were members on staff who