IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF KANSAS

| | | |
|---|---|---|
| JACK TELL, NATASHA TORKZABAN, MORGAN SALISBURY, OPAL MORRIS, HENRY FARTHING, SUZANA KENNEDY, NAOMI SUI PANG, ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next Friends DANIELLE BRUNIN and ERIK CHANEY, | ) | Case No. 2:25-cv-02428-KHV-GEB |
| Plaintiffs, | ) | |
| v. | ) | |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, Defendant. | ) | |

ZOOM DEPOSITION OF HENRY FARTHING, a Plaintiff, taken remotely on behalf of the Defendant before Peggy E. Corbett, CSR No. 0058, CCR No. 143, RDR, pursuant to Notice on the 21st day of August, 2026, at the Law Offices of Lewis Brisbois Bisgaard & Smith, LLP, 4600 Madison Avenue, Suite 700, Kansas City, Missouri 64112.



EXHIBIT 6

Google Workspace, and your own personal camera; is that correct?

A. Yes.

Q. Well, let me go back. So the digital images, did you take -- were the pictures of the body and your self-portraits, were those with film or with your digital images with the digital camera?

A. A little bit of both. Some of them were done with a digital camera, yeah.

Q. How did you determine which self-portraits or portraits of the body to take with your personal camera with film versus the school-issued digital camera?

A. Well, I mean at first it was just based on the kind of work that I wanted to make, and what I wanted it to look like, but beyond that I think when I was doing the portraits towards the end of the year I did them on film partially, because I just didn't want to mess with being Gaggled for using the digital camera, so I think towards the end, yeah, that did kind of encourage me to move away and use my own.

Q. Well, if you always had access to -- I mean you were using your own personal laptop,

Google Drive.

And then we came back later and a lot of things were missing. I don't remember exactly which images were missing, if I had like the portfolio of images in front of me, I could tell you, but some of them went missing I think for I think it was a few days. I don't remember.

I never really had to like -- I never checked on it because I have another copy of it and I just uploaded it from there.

Q. So all of the documents that you think may have went missing in Google Drive you always had another copy?

A. Yeah.

MR. JOHNSON: Objection, mischaracterizes the witness' testimony. Go ahead.

A. Yeah. I mean I never lost anything permanently, because I have copies of everything. I don't know if those specific images that got removed ever came back, I'm not sure, because I did have other copies and so I just uploaded the copies.

Q. (BY MS. HARRIS) So when you would upload copies to the Google Workspace was that

say for sure, I mean it was two years ago, and I've made so much art since then, so I don't know. But I think I probably could at least pick out one or two that I'm sure.

Q. To your knowledge were those, the five photographs that were removed, were they ever replaced?

A. I'm not sure. I like reuploaded them or I showed it to her, I don't know which, but she graded it and then I never thought about it again. It had been graded and I have copies of those files.

Q. How soon after you realized that the five images had been removed did you re-upload them?

MR. JOHNSON: Objection, mischaracterizes the witness' testimony. Go ahead.

A. It would be right away. I don't remember, but I assume I found out in the photography class, and someone said, "Oh, that image is not here," so my guess at that time I re-uploaded them, or show them to the person.

Q. (BY MS. HARRIS) So when someone said, "Some of our files aren't here," was this a