LAWRENCE
Public Schools

| | |
|---|---|
| Book | Policy Manual |
| Section | J - Students |
| Title | Intellectual Property |
| Code | JT |
| Status | Active |
| Adopted | May 12, 2014 |

**JT - Intellectual Property**

The board recognizes the importance of creating an environment that encourages student innovation in creating and developing high-quality materials as part of their educational experience. Publications, articles, materials, models, and other items produced by students will be owned by the student unless the work is produced at the district's request for its use.

If the work is being produced on behalf of the district, the superintendent will apply for copyrights and patents when deemed appropriate. Students will be expected to cooperate in the district's efforts.

The board and the student may agree to share ownership of such intellectual property. When ownership is shared, neither the board nor the student will attempt to copyright or patent such items without the knowledge and consent of the other party.

Approved: May 12, 2014

EXHIBIT
12
Boyle
8-7-26
tabbies

LAWRENCE
Public Schools

| | |
|---|---|
| Book | Policy Manual |
| Section | J - Students |
| Title | Student Publications |
| Code | JHCA |
| Status | Active |
| Adopted | July 1, 2001 |
| Last Revised | June 9, 2008 |
| Last Reviewed | May 16, 2016 |

**JHCA - Student Publications**

Student editors and writers must observe the same legal responsibilities as those imposed upon conventional newspapers and communication media. No student shall produce or distribute any publication on school property or at a school-sponsored event or activity that:

- Is obscene according to current legal definitions;
- Is libelous according to current legal definitions;
- Creates a material or substantial interference with normal school activity or with appropriate discipline in the operation of the school;
- Contains advertisements for tobacco, alcohol, illegal drugs, any controlled substance, or any illegal activity; or
- Has the purpose or effect of violating the discrimination and harassment policy (See JGEC).

Student publications that do not include prohibited content may be distributed on school property at times and in areas designated by the principal. Distribution of publications with contents prohibited by this policy or distribution on school property at times and places other than those designated by the principal may result in suspension, expulsion, or other discipline of the students involved.

If a decision to disapprove distribution of a publication is made, the principal shall state reasons for the decision to the student(s).

If the student is dissatisfied with the principal's decision, the student may appeal the decision to the superintendent.

School-Sponsored Student Publications
School-sponsored student publications shall be under the supervision of the principal or designated faculty representative.

Approved: July 1, 2001
Reviewed by Board Policy Committee: January 31, 2005
Reviewed by Board Policy Committee: April 23, 2008
Amended: June 9, 2008
Reviewed by Board Policy Committee: May 16, 2016

Cross References See JGEC