IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY,

Plaintiffs,

vs.

Case No: 2:25-cv-02428-KHV-GEB

LAWRENCE USD 497, a political subdivision of the State of Kansas,

Defendant.

FOR READ AND SIGN PURPOSES ONLY

RULE 30(b)(6) DEPOSITION OF DEFENDANT LAWRENCE USD 497, by its designated representative, JAMES POLK, taken on October 27, 2026, at 12:30 p.m., taken remotely via Zoom Videoconference, before Stacy L. Decker, a Certified Court Reporter, taken on behalf of the Plaintiffs.

types of alerts that they were getting, how the product was working for them and received a lot of positive feedback on the --

Q. Did any of the feedback solicited come from parents?

A. Not that I'm aware of.

Q. Did any of the feedback solicited come from people, this would be students and staff, from people outside the buildings, members of the community?

A. So not staff?

Q. Not staff. I'm distinguishing -- this may be a bad way of putting it, inside the buildings and outside the buildings.

FOR READ AND SIGN PURPOSES ONLY

A. Not to my knowledge.

Q. And with the changes that you've mentioned in the service provided by ManagedMethods, have any town halls or solicitations from community information been sought?

A. I'm very sorry. Say that one more time.

Q. You've testified how the services provided by ManagedMethods have been changed. You called it sort of upping --

A. Raising the floor.
Q. Raising the floor. Thank you. And that would be a change in the service being provided by ManagedMethods; is that fair to say?
A. You could say that.
Q. Thank you. With that, were any town halls conducted or solicitations for information from the community?
A. Not to my knowledge. And when we make changes to products, we don't -- we don't often -- well, not often. We don't always open it up to community feedback. We recently changed assessment platforms. That's not something that we open up for feedback. We were conducting business as usual, making what we thought were appropriate and good changes focused on student safety, and we conducted business the way that we thought best and went through a really extensive process to on-board that I think is really solid.
Q. Got it. Thank you. To your knowledge has the District generated any statistics concerning what it considers to be successful outcomes with the use of student

FOR READ AND SIGN PURPOSES ONLY

monitoring?

MR. GRANT: Objection. That's out of this topic.

MR. JOHNSON: Just wanted to make sure. You don't want to hear him testifying to it. Sorry about that.

THE DEPONENT: That's okay.

Q. (By Mr. Johnson) Item Number 3, just want to make sure we're clear on something. The District monitors student content uploaded to the Google Suite even if the student is off campus?

FOR READ AND SIGN PURPOSES ONLY

A. So the monitoring for these products is done through student accounts. So the accounts are not tied to devices. So if a student is in their account, logged in on personal device off campus, if they're logged into our account, it is being monitored.

Q. Okay. Just wanted to make sure.

And that includes if the student is using a personal device?

A. Yes.

Q. Is it your understanding that, to receive the education that the state has specified they are to receive, students at

Lawrence School District have to have a student account?

A. We are a public school, so all students are welcome. In our current infrastructure, all of our students have a district account.

Q. I understand all of them do. But do they have to have a student account in order to receive their education?

A. We absolutely work with families to address concerns when they're presented to us to understand what are the hesitations to engage in the use of technology or the use of student accounts. We often in those get opportunities to explain to them why student accounts are important, especially in our secondary schools and the type of learning that transpires. Some of those things are really important. Does a student have to have an account in order to attend our school system, no.

Q. They don't. Can you quantify the number of students at the school district who do not have student accounts?

A. I couldn't speak for it perfectly,

FOR READ AND SIGN PURPOSES ONLY

no.

Q. Do you know if there is a total count, a running total, of the number of students enrolled with the District who do not have student accounts?

A. I'm not aware of a total kept.

Q. So as far as you know, the District doesn't track that number?

A. I mean, I believe that we could audit that number if we needed to.

Q. Why don't you?

A. I've never been asked that before.

FOR READ AND SIGN PURPOSES ONLY

Q. Well, you're being asked now.

A. Why don't we look to see how many students don't have District accounts?

Q. Yes.

A. So it would be uncommon for a student to not have a student account. As students enroll into our District and re-enroll into our District, part of that process is signing our Acceptable Use Policy. And so by signing our Acceptable Use Policy, those parents are acknowledging that students are going to have accounts, they are going to be issued devices, among many other things.

Q. Is it District policy not to issue District devices to students who do not sign the Acceptable Use Policy?

A. Yeah, it's not that cut and dry. When we have students that don't sign our Acceptable Use Policy, there are courses in which we teach that students need technology for. And just because a student doesn't sign an AUP or a family doesn't sign an AUP, we still want students to have really rich educational experiences. So there are situations where we have devices on hand at buildings that students can engage with. But traditionally students don't take those devices home.

FOR READ AND SIGN PURPOSES ONLY

Q. So is what you're telling me that students don't have to sign the Acceptable Use Policy to use District devices?

A. I'm saying that we prioritize the student experience in our District. And, while students signing an AUP is imperative, we have been known to work with families to make it so that students can engage in curriculum when necessary.

Q. How often does that occur?

A. It depends. It happened -- I mean, it happens from time to time.

Q. Does the District track the number of students who fit that description?

A. Tracking is not the word I would use for it. Are we aware that there are students that don't sign the AUP, yes.

Q. Okay. For students who don't sign the AUP and have to have access to District devices in order to do their work, do the students have to sign something that indicates they're using a District device?

FOR READ AND SIGN PURPOSES ONLY

A. We go through a pretty extensive process to try to engage with families so that we don't run into those situations. In the past we have printed paper copies of the AUP. We've done home visits to engage with families to get them to sign documents to ensure that their students can engage in the curriculum.

If they do not get the AUP signed, I don't believe there's an additional document we would have a student sign as we need someone, a parent, guardian, or a student that's 18, to sign the AUP.

Q. So you don't track that number

A. The way that that was set up, I think it's important to clarify how it functions. Students are exempt from monitoring, and the way that that was set up, based on their enrollment in certain courses.

Q. Right. By the way, I apologize for being a little short about that.

A. That's okay. And so as students, and through the process that they took to identify these courses, it is digital media technology and journalism media communications. Students that are enrolled in those courses are exempt from monitoring status. Now, when students are not enrolled in those courses, students are being monitored. I think that's an important thing to note.

FOR READ AND SIGN PURPOSES ONLY

Q. And I appreciate that. Thank you for that distinction.

And as far as you know, that has been the program since the exemptions were first implemented in 2024?

A. As far as I know.

Q. And that continues to today?

A. That continues to today.

A. That's a loaded question.

Q. Of course it is.

MR. GRANT: For the record, they've all been loaded questions. Just so we're clear.

THE DEPONENT: That's true.

A. We are monitoring student content inside the G Suite under student accounts 24 hours a day, seven days a week, yes.

Q. (By Mr. Johnson) From your experience versus director of data and assessment, and now --

FOR READ AND SIGN PURPOSES ONLY

A. Data assessment and information technology. Just add another comma.

Q. -- is it common to conduct such functions without a contract that specifies how the service is to be provided?

A. It varies greatly with the different products that we engage with. There are products that we engage with, typically multiyear agreements, where we do sign a contract. In that case, we are making a commitment to that company that we will be partners with them for multiple years.

Because we're a school district,

we aren't offered the opportunity to pay a lot of contracts up front, so we have to pay them annually based on the budget that's allocated to us. And there's always variability in those contracts, because when you enter in a multiyear contract, your budget could change drastically based on lots of external factors as well as there could be a reason that the board might not approve that contract to extend for other years.

So in the case of engaging with companies for multiple years, you do see contracts. In annual services that you engage with a company in, oftentimes those are continued engagements. Even if they're initial, a single-year usage, invoices are still common practice.

FOR READ AND SIGN PURPOSES ONLY

Q. So you have it -- sort of an annual invoice from ManagedMethods. Does that -- I mean, from the District's point of view, does that invoice incorporate the terms set by ManagedMethods in its website?

A. Yes.

Q. Do you know if ManagedMethods has changed the description of its terms in its

website since the District entered into this invoice relationship with them?

A. I'm not aware.

Q. It could have happened but you don't know?

A. Correct.

Q. Have the services provided by ManagedMethods changed in any way since the District adopted ManagedMethods in 2025?

A. Yes.

Q. In what way have they changed?

A. Yeah. I think I have described the process that -- the deliberate intentional process that we took with them to on-board their product so that it functioned in the desired way focusing on student safety.

And, you know, one of the things we did with them was work with them to raise the floor on the level of alerts that we were getting.

Q. Okay. So you -- when you say raise the floor -- go ahead.

When you say raise the floor, do you mean that the District was looking for more alerts from ManagedMethods?

FOR READ AND SIGN PURPOSES ONLY

types of alerts that they were getting, how the product was working for them and received a lot of positive feedback on the --

Q. Did any of the feedback solicited come from parents?

A. Not that I'm aware of.

Q. Did any of the feedback solicited come from people, this would be students and staff, from people outside the buildings, members of the community?

A. So not staff?

Q. Not staff. I'm distinguishing -- this may be a bad way of putting it, inside the buildings and outside the buildings.

FOR READ AND SIGN PURPOSES ONLY

A. Not to my knowledge.

Q. And with the changes that you've mentioned in the service provided by ManagedMethods, have any town halls or solicitations from community information been sought?

A. I'm very sorry. Say that one more time.

Q. You've testified how the services provided by ManagedMethods have been changed. You called it sort of upping --

A. Raising the floor.
Q. Raising the floor. Thank you. And that would be a change in the service being provided by ManagedMethods; is that fair to say?
A. You could say that.
Q. Thank you. With that, were any town halls conducted or solicitations for information from the community?
A. Not to my knowledge. And when we make changes to products, we don't -- we don't often -- well, not often. We don't always open it up to community feedback. We recently changed assessment platforms. That's not something that we open up for feedback. We were conducting business as usual, making what we thought were appropriate and good changes focused on student safety, and we conducted business the way that we thought best and went through a really extensive process to on-board that I think is really solid.
Q. Got it. Thank you. To your knowledge has the District generated any statistics concerning what it considers to be successful outcomes with the use of student

FOR READ AND SIGN PURPOSES ONLY

monitoring?

MR. GRANT: Objection. That's out of this topic.

MR. JOHNSON: Just wanted to make sure. You don't want to hear him testifying to it. Sorry about that.

THE DEPONENT: That's okay.

Q. (By Mr. Johnson) Item Number 3, just want to make sure we're clear on something. The District monitors student content uploaded to the Google Suite even if the student is off campus?

FOR READ AND SIGN PURPOSES ONLY

A. So the monitoring for these products is done through student accounts. So the accounts are not tied to devices. So if a student is in their account, logged in on personal device off campus, if they're logged into our account, it is being monitored.

Q. Okay. Just wanted to make sure.

And that includes if the student is using a personal device?

A. Yes.

Q. Is it your understanding that, to receive the education that the state has specified they are to receive, students at

Lawrence School District have to have a student account?

A. We are a public school, so all students are welcome. In our current infrastructure, all of our students have a district account.

Q. I understand all of them do. But do they have to have a student account in order to receive their education?

A. We absolutely work with families to address concerns when they're presented to us to understand what are the hesitations to engage in the use of technology or the use of student accounts. We often in those get opportunities to explain to them why student accounts are important, especially in our secondary schools and the type of learning that transpires. Some of those things are really important. Does a student have to have an account in order to attend our school system, no.

Q. They don't. Can you quantify the number of students at the school district who do not have student accounts?

A. I couldn't speak for it perfectly,

FOR READ AND SIGN PURPOSES ONLY

no.

Q. Do you know if there is a total count, a running total, of the number of students enrolled with the District who do not have student accounts?

A. I'm not aware of a total kept.

Q. So as far as you know, the District doesn't track that number?

A. I mean, I believe that we could audit that number if we needed to.

Q. Why don't you?

A. I've never been asked that before.

FOR READ AND SIGN PURPOSES ONLY

Q. Well, you're being asked now.

A. Why don't we look to see how many students don't have District accounts?

Q. Yes.

A. So it would be uncommon for a student to not have a student account. As students enroll into our District and re-enroll into our District, part of that process is signing our Acceptable Use Policy. And so by signing our Acceptable Use Policy, those parents are acknowledging that students are going to have accounts, they are going to be issued devices, among many other things.

Q. Is it District policy not to issue District devices to students who do not sign the Acceptable Use Policy?

A. Yeah, it's not that cut and dry. When we have students that don't sign our Acceptable Use Policy, there are courses in which we teach that students need technology for. And just because a student doesn't sign an AUP or a family doesn't sign an AUP, we still want students to have really rich educational experiences. So there are situations where we have devices on hand at buildings that students can engage with. But traditionally students don't take those devices home.

FOR READ AND SIGN PURPOSES ONLY

Q. So is what you're telling me that students don't have to sign the Acceptable Use Policy to use District devices?

A. I'm saying that we prioritize the student experience in our District. And, while students signing an AUP is imperative, we have been known to work with families to make it so that students can engage in curriculum when necessary.

Q. How often does that occur?

A. It depends. It happened -- I mean, it happens from time to time.

Q. Does the District track the number of students who fit that description?

A. Tracking is not the word I would use for it. Are we aware that there are students that don't sign the AUP, yes.

Q. Okay. For students who don't sign the AUP and have to have access to District devices in order to do their work, do the students have to sign something that indicates they're using a District device?

FOR READ AND SIGN PURPOSES ONLY

A. We go through a pretty extensive process to try to engage with families so that we don't run into those situations. In the past we have printed paper copies of the AUP. We've done home visits to engage with families to get them to sign documents to ensure that their students can engage in the curriculum.

If they do not get the AUP signed, I don't believe there's an additional document we would have a student sign as we need someone, a parent, guardian, or a student that's 18, to sign the AUP.

Q. So you don't track that number

because you're telling me you can't; you don't have them sign an additional document about use of the District devices?

A. We're able to run reports in order to identify students that do not have an AUP on file.

Q. How often do you run those reports?

A. We run them most frequently at the beginning of school years.

Q. Is it correct that, today, a student does not have to sign an AUP in order to enroll; that, in fact, the enrollment process contains, in essence, a requirement that parents agree to the AUP before the student can be enrolled?

FOR READ AND SIGN PURPOSES ONLY

A. Can you reword that for me.

Q. Sure. Is it correct that, today, in order for a parent to enroll his or her child with the District, there is a notice contained in the electronic enrollment software that requires the parent to acknowledge the AUP?

A. There is a form inside the enrollment platform that is requiring parents