IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No: 2:25-cv-02428-KHV-GEB |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, | ) | |
| Defendant. | ) | |

DEPOSITION OF ABBI EPPERSON-LADD, taken on August 11, 2026, at 9:30 a.m., at Dentons US, LLP, 4520 Main Street, Suite 1100, Kansas City, Missouri, 64111, before Stacy L. Decker, a Certified Court Reporter, taken on behalf of the Plaintiffs.



EXHIBIT 16

information about fundraising?
A. No.
Q. So did she say anything in the meeting?
A. I don't remember.
Q. Okay. What else did Principal Rials talk about?
A. I don't remember.
Q. Do you remember him talking about the lawsuit?
A. I brought up the lawsuit saying that I had heard about it and was under the impression that students would likely be wanting to write something about it.
Q. What did he say?
A. The only word I remember is no.
Q. He said no to the students writing stories about the lawsuit?
A. I don't know. The only word I remember is no. I don't remember the given context. I don't remember any clarification around it.
Q. Did he leave the meeting with the impression that the students were not to write about the lawsuit?

A. Yes.
Q. Did Ms. Honas say anything about that?
A. No.
Q. Did you have any subsequent conversations with Principal Rials before classes started about the students writing stories about the lawsuit?
A. No.
Q. Did he -- do you remember him specifying that the publications he was talking about were The Budget Online and The Budget print edition?
A. No.
Q. He just said no to the students writing about the story?
MR. GRANT: Objection.
Q. (By Mr. Johnson) You can go ahead and answer.
A. That was the impression I was under at the time.
Q. Okay. Before classes started, were you involved in any other discussions concerning the students printing stories about the lawsuit?

A. No.
Q. Did you receive anything in writing, a memo, an email, a text message from anyone within the administration --
A. No.
Q. -- during that time -- during that time period?
Sorry. Sometimes I'm a little slow, you know, kind of thinking out loud. But you're good.
So you don't remember receiving any kind of text, email, written memo, concerning the students publishing stories about the lawsuit before classes started?
A. No.
Q. So the only discussion, communication, that you had concerning that issue was that meeting in Principal Rials' office?
A. Yes.
(Exhibit 51 was marked.)
Q. So I'm going to hand you a document that has been marked as Exhibit 51. Have you ever -- take a look at it. And first thing I'm going to ask you is have you ever

A. No.
Q. And this is dated Friday, August 15th. To the best of your recollection, is that the day that this meeting in the conference room took place?
A. Yes.
Q. Did you read the document over before you left the conference room?
A. Yes.
Q. Did he ask you to read it?
A. No.
Q. Did Ms. Honas have any comment during this meeting?
A. No.
Q. Do you know whether she had a copy of the document?
A. I don't know.
Q. Did you believe that this document was sort of inconsistent with what Principal Rials had told you previously about publishing stories concerning the lawsuit?
A. No. After reading this document, I believed that I misunderstood what I heard in the initial meeting.
Q. Okay. Does the document -- I

political or controversial subject matter."
In your experience have you ever told students not to publish a story because it was political or controversial?
A. No.
Q. From what you gathered from Principal Rials' statement to you in the first discussion we've talked about, did you believe that -- or do you now believe that that would have constituted suppression of a story solely because of its political or controversial subject matter?
MR. GRANT: Objection.
A. If I believed now that that is what he was actually trying to tell me, yes.
Q. (By Mr. Johnson) What do you now believe that he was actually trying to tell you?
A. That he and other members of the administration and staff could not comment on the issue.
Q. Do you discuss the open records laws in your journalism classes?
A. No.
Q. Are you aware of any of your