

6:01 10m

HA HA

Ms. Ladd

I do want to make you aware of something. After my talks with administration, and truly thinking long and hard about the whole situation, my personal statements and comments going forward will be that I believe there was a misunderstanding on my part. I can't officially comment as a district employee, but I do truly believe this could have been a misunderstanding, and that makes a lot more sense to me than Quentin Rialls (who has a strong background in law) telling me not to publish the story. And if it wasn't a misunderstanding in what I was told, then maybe it's in how they interpreted what I was asking. I'm so sorry for any trouble this has caused, Ashlyn. And as your advisor, I will continue to support you in this coverage and you have the right to publish what you would like to publish, but just know that my statement moving forward will be that I believe this was a misunderstanding and given that its very he said/she said at this point, I don't feel comfortable calling it any more than a misunderstanding. And this is not to save my job. I know that's not in jeopardy.

I understand your perspective and am sorry for any stress that this has put you under.

I am also having Mr. Saltz take a look at this story as I am having to take a bit of a step back for my own mental health.

This is what Mr. Saltz said

US_ACTIVE\138402186\V-1

Exhibit
121
09/17/2026