IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL, NATASHA TORKZABAN; )
MORGAN SALISBURY; OPAL MORRIS; )
HENRY FARTHING; SUZANA KENNEDY; )
NAOMI SUI PANG; ASHLYN TELL; )
PHOEBE MORRIS; E.B., a minor, ) Case No.
by the through his parent and ) 2:25-CV-02428-
next friend CATHERINE P. BATZA, ) KHV-GEB
PH.D.; and H.C., a minor, by )
and through his parents and next)
friends, DANIELLE BRUNIN and )
ERIK CHANEY, )
Plaintiffs, )
vs )
LAWRENCE USD 497, a political )
subdivision of the State of )
Kansas, )
Defendant. )
________________________________)

REMOTE ZOOM DEPOSITION OF
ELAINA HONAS

October 13, 2026



EXHIBIT 19

job alike so that way when they talk about decisions of the yearbooks, time wise those can get out because the previous year we didn't get the yearbooks in until I believe it was summertime so we wanted to see if we can get them ahead of time. And then also in that conversation I recall Abbi mentioning to Quentin and I that something to do with Gaggle and her students wanting to report on it and Quentin told her that because it's a lawsuit we would not be able to comment on it.

Q. Anything else you remember about that conversation? When was it?

A. It was her first year and it was basically the first couple of days of the start because the cost of the yearbook was fresh on minds.

Q. The first couple of days of the academic year of 2025?

A. If that's the year that she started. I just remember it was new teacher meeting dates around that time frame as she was coming in and we were talking to her and that was the first time in my experience in the district that the yearbooks had came later on in terms of the summertime.

Q. Understood. Ms. Epperson-Ladd brought

up the Gaggle coverage?
A. Yes.
Q. Did you discuss -- aside from yearbook guidelines breaking even, did you discuss any other expectations for the journalism program?
A. I recall talking about just being mindful of the budget and not the budget -- the journal articles, the actual dollar amounts given, they were in the negative.
Q. Understood. And it was just you and Dr. Rials in the room?
A. With Abbi.
Q. With Abbi and no one else --
A. No.
Q. -- to the best of your recollection?
A. Yes. I believe it was just the three of us in there.
Q. Does this take place in an administrative wing, the front office?
A. Yes. It was either Quentin's office or the office right next to it.
Q. Do you have an office in the school?
A. In a different building.
Q. I have not been in the school outside the main front office.