IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL, et al., )
)
Plaintiffs, )
)
v. ) Case No.
) 2:25-cv-02428-KHV-GEB
LAWRENCE USD 497, a )
political subdivision of )
the State of Kansas. )
)
Defendant. )
__________________________)

VIDEOCONFERENCE DISCOVERY 30(B)(6) DEPOSITION OF
LAWRENCE USD 497
DR. JEANICE SWIFT
DOUGLAS COUNTY, KANSAS
OCTOBER 29, 2026
2:05 P.M. CENTRAL TIME

REPORTED BY: A. Christine Hylton, RPR, CSR



EXHIBIT 20

interaction or instruction concerning student reporting on this litigation began?

A. Yes. So I imagine that what I'm about to share is going to be very similar to the last time that we spoke, but I first became aware that there was an issue around the notification that I believe you, Mr. Rosenthal, shared with Brad Finkeldei, and I believe Brad Finkeldei, our counsel, was in contact with Dr. Englebrick.

We became aware that the perception or the understanding was that students were prohibited from reporting on the Gaggle topic.

We clarified, through Mr. Finkeldei, that evening that the matter would be addressed, because in Lawrence Public Schools, there -- there is not a prohibition on student reporting.

That was not accurate, but we then contacted the principal, began our work with the principal and the administrative team to clarify with the full team. I did that myself with Dr. Englebrick present, as you know, to clarify that there would never be any prohibition on reporting that students choose to do in school, at our schools.

Because we value this topic and this core

to report on a topic.

Q. The same question with respect to the principal, Dr. Rials.

Did the District tell Dr. Rials that the student publication should not report on Gaggle or the lawsuit?

A. Absolutely not. The District would not tell a principal, nor any member of our team, that reporting on a topic was not allowed.

Q. A similar question -- did the District tell an advisor or student to wait for either permission or clarification, before publishing?

A. The District did not tell an advisor or a student to wait in order to publish.

Q. Is the District -- bear with me as I formulate this -- is the District denying that an instruction was given or unable to determine that after investigation and inquiry? Does that make sense?

A. Yes. After investigation and inquiry, with the caveat that the District was not present for earlier interactions on the topic, but after investigation and inquiry, the clarification was made by the principal that he did not prohibit reporting on the topic; rather, he stated that he, the District, would not be commenting on pending litigation.

Q. Before -- before any purported instruction was given to Abbi Epperson-Ladd, the journalism advisor, what discussions, if any, did the District have with Principal Rials about student reporting on Gaggle or this lawsuit?

A. There were not conversations with Dr. Rials ahead of this date in August regarding reporting on Gaggle or the topics of reporting by The Budget.

Q. So by extension, your testimony is that the District did not give Dr. Rials an instruction -- any instruction about whether or when students could report; is that accurate?

A. The ongoing instruction in commitment to our core value is that student journalists may report on any topic of interest.

What I'm testifying to is that there was not a prior conversation around the question of reporting specifically on Gaggle.

Q. Is the District aware of any conversation between Kristen Ryan and Dr. Rials that came immediately before the start of the academic year and the issue regarding what we're talking about now, Ashlyn Tell, and any purported prior restraint?

A. The District is not aware of a conversation between Kristen Ryan and Dr. Quentin Rials that you