IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend, CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends, DANIELLE BRUNIN and ERIK CHANEY, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No: 2:25-cv-02428-KHV-GEB |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, | ) |
| Defendant. | ) |

DEPOSITION OF PHOEBE MORRIS, taken on October 6, 2026, at 3:00 p.m., remotely via Zoom Videoconference, before Stacy L. Decker, a Certified Court Reporter, taken on behalf of the Defendant.



EXHIBIT 27

seizures, and censorship.

Do you contend that any of your personal content was searched?

A. The problem is I am not sure, and I am still not sure now. I -- Gaggle is able to look at all of your things and see if there is anything that is being worthy of being flagged, and so I am -- I am still not sure to this day what was viewed, what was flagged. I never had anything that was taken necessarily that I wasn't able to access again, but it had most definitely viewed everything that I was working on.

Q. Well, you say most definitely viewed. How do you know it most definitely viewed everything that you were working on?

A. So Gaggle will view your documents through an AI software and pull out what is worthy of being flagged under their algorithm. And so I -- as having a school device, I am not sure what was being flagged, but I know that it was there watching what I was doing basically.

Q. Do you have any knowledge of any of your content being flagged by Gaggle?

A. I do not --
MR. JOHNSON: Objection, asked and answered.
But go ahead and answer it.
A. I do not know.
Q. (By Ms. Harris) Do you contend that any of your content was seized by Gaggle or ManagedMethods?
A. It was not seized.
Q. Do you contend that any of your content was censored by Gaggle or ManagedMethods?
A. To my knowledge, censored -- it was reviewing what I was doing, but it did not sensor any of my work.
Q. Now, you discussed a little bit earlier about how Gaggle operated. Do you have any knowledge as to how ManagedMethods functioned?
A. This is why we asked for the KORA -- or, yeah, for the KORA requests, because we did not have any knowledge. And from what we received, I -- it sounds similar, and it also included browse searching.
Q. Do you know of any differences

control to see if they were responsive to Request Number 3?

A. So let me -- just to clarify, this is asking that did I go through and I searched my email to see what was flagged or what was being blocked?

Q. Well, I guess -- it says all emails and documents still in your possession that you contend were removed, deleted, quarantined, blocked, hidden, or otherwise made unavailable to you by defendant, Gaggle, ManagedMethods, or any other monitoring software from November 2023 through the present.

A. Uh-huh.

Q. Did you search any emails or documents in your possession to see if you had any documents responsive to Request Number 3?

A. I -- again, I don't -- I didn't know -- I still don't know what was being flagged of mine.

Q. Request Number 4 asks for personal notes, memorandum, diaries, journals, appointment books, reports, correspondence, notes, and other documents prepared and/or