IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACK TELL, et al.,

Plaintiffs,

v.

LAWRENCE USD 497,

Defendant.

Case No. 2:25-cv-02428-KHV-GEB

**DECLARATION OF JAMES POLK IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, James Polk, states as follows:

1. I am the Senior Director of Data, Assessment and Information Technology for Lawrence USD 497 (the "District"), a position I have held since July 1, 2026. I have been employed by the District since 2020. In 2024, I became the District's Director of Data and Assessment, where I oversaw the District's integration and data services team, which handles state and federal reporting and integrates new and existing software products into the District's systems. I submit this Declaration in opposition to Plaintiffs' motion for partial summary judgment.

2. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently thereto.

3. In my current position, I am responsible for the District's information technology department. In that capacity, I have personal knowledge of the District's use of ManagedMethods, and the District's certification of its compliance with the Children's Internet Protection Act ("CIPA"), which allows the District to receive federal E-Rate funding. I also have personal knowledge of District programs that rely on E-Rate funding, and how loss of such funding would or could impact the District.

4. To participate in federal funding or discount programs, the District certifies its compliance with CIPA. The District currently certifies its CIPA compliance based on its use of ManagedMethods.

5. District compliance with CIPA is necessary for the District to maintain its E-Rate contract with the Federal Government for the provision of internet access throughout the District, including grades K-12.

6. If the District were to stop using ManagedMethods such that it could no longer certify compliance with CIPA, and the District would lose its federal E-Rate funding.

7. The District serves approximately 10,000 students, and employs approximately 2,500 teachers, staff, and contractors.

8. The District receives millions of dollars each year from the Federal Government through E-Rate funding. The District is entirely dependent upon this funding to maintain virtually every aspect of its educational and business operations.

9. The District would not be able to continue its operations if it lost E-Rate funding, which sustains virtually every aspect of the District's operational infrastructure. The District relies on this funding to sustain everything from payroll, to its provision of classroom material, staffing, and other programs. Just as the reported malfunction of a single router in Arkansas recently led to a nationwide ground stop by the FAA, the District's loss of funding would bring its operations to a complete standstill. Mundane functions such as fire drills are dependent on the District's use of technology funded by the Federal Government; the District would lose the ability to perform such operations altogether if the District were enjoined from using ManagedMethods, and in turn lost federal funding.

10. Separate and apart from operational consequences from the loss, even temporary, of E-Rate funding, the District currently uses ManagedMethods to monitor student accounts for safety concerns, and to detect child pornography. Any injunction of the District's use of ManagedMethods or a similar tool would impede the District's ability to perform these monitoring functions, potentially resulting in undetected incidents of unsafe behavior, threats of student violence, or the creation or dissemination of child pornography.

11. In short, loss of E-Rate funding would have potentially immediate, irreparable, disastrous consequences for the District's ability to educate its students, maintain its many educational programs, maintain student safety, and employ teachers and staff. These consequences would not be limited to high schools within the District (disastrous as that would be in and of itself), but would pervade every school in the District, impacting each of the District's roughly 10,000 students, in addition to its staff, teachers and contractors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 16, 2026

James Polk