# Lawrence Unified School District 497

## Registration

### Student Information

*First Name* **Opal**

*Gender* **Female**

*Middle Name* **Aiza**

*Last Name* **Morris**

*Suffix*

*Date of Birth* **7/21/2007**

**[ ]** Check here if you would like modify the students preferred name, gender or pronouns.

*Grade* **12th**

*Please enter your student's cell phone number for emergency text notifications.* **913-777-9816**

*Will your student be returning to Lawrence Public Schools (including LVS) for the 2024-2025 school year.* **Yes**

*Is your child currently a full time student with Lawrence Virtual?* **No**

**Interested in applying for Lawrence Virtual School for the fall of 2024-2025?** Please contact your student's school office staff for more information.

---

#### Home/Residential Information

**This section applies to the primary guardian with whom the student resides as currently listed in PowerSchool.**

*Is this student currently in Foster Care?* **No**

**[ ]** Check here if you would like to modify the primary phone number listed below.

*Primary Phone* **913-486-5947**

*Will this student's address be changing, or has it changed for the 2024-2025 school year?* **No**

Home address changes will be reviewed by the school district and residency verification is required.

*Address (Current)* **1828 Atherton Court**

*Apt/Suite/Lot (Current)*

*City (Current)* **Lawrence**

*State (Current)* **Kansas**

*Zip (Current)* **66044**

#### Mailing Address

*Address* **1828 Atherton Court**

*Apt/Suite/Lot*

*City* **Lawrence**

*State* **Kansas**

*Zip* **66044**

*Is this address a temporary living arrangement?* **No**

## Contact Information

The following is a list of contacts associated with your student in the order they currently appear. Please update phone, email and residential addresses as needed. The emergency contacts displayed may not be current, please modify, remove or add them as needed. You will have an opportunity to arrange their priority on the next page. Anyone who has a Parent PowerSchool Data Access Account associated with this student will show as a Contact. **If we have not merged the accounts, you may see a name listed twice.The second account may be the PowerSchool Data account which cannot removed.** Please contact your school if you have questions or concerns.

Please provide at least one emergency contact for your student OTHER than parent(s)/guardian(s).

*Need to delete or change the order of a parent or legal guardian?* **No**

### Contact 1

This contact **MUST** be a parent or guardian who lives with the student at the student's address of record.

*First Name* **Quinn**

*Last Name* **Morris**

*Suffix*

*Relationship to Student* **Mother**

*Has legal custody* **Yes**

*Email Address* **quinncmorris@gmail.com**

*Primary Phone (the best number to reach this contact duirng school hours)* **913-908-0668**

*Should this contact receive emergency text notifications at this number?* **Yes**

*Add another phone number*

### Contact 2

*First Name* **Jeromy**

*Middle Name*

*Last Name* **Morris**

*Suffix*

*Relationship to Student* **Father**

*Emergency Contact* **Yes**

*Has legal custody* **Yes**

*Authorized to pick up student from school* **Yes**

*Lives with student* **Yes**

1828 Atherton Court

*Does this contact reside at the student's primary address (listed above)?* **Yes**

*Receives school communication for student* **Yes**

*Email Address* **jeromyrdmorris@gmail.com**

*Primary Phone (the best*

| | |
|---|---|
| *number to reach this contact duirng school hours)* | **913-486-5947** |
| *Should this contact receive emergency text notifications at this number?* | **Yes** |
| *Add another phone number* | |

## Contact 3

| | |
|---|---|
| *First Name* | **Carol** |
| *Last Name* | **Berge** |
| *Suffix* | |
| *Relationship to Student* | **Grandmother** |
| *Emergency Contact* | **Yes** |
| *Has legal custody* | **No** |
| *Authorized to pick up student from school* | **Yes** |
| *Lives with student* | **No** |

1828 Atherton Court

| | |
|---|---|
| *Does this contact reside at the student's primary address (listed above)?* | **No** |
| *Receives school communication for student* | **No** |

### Contact 3 Physical/Residential Address

| | |
|---|---|
| *Street* | |
| *Address Line 2* | |
| *Apt / Unit / Ste* | |
| *City* | |
| *State* | |
| *Zip* | |

| | |
|---|---|
| *Email Address* | **cberge@mac.com** |
| *Primary Phone (the best number to reach this contact duirng school hours)* | **913-226-8877** |
| *Should this contact receive emergency text notifications at this number?* | |
| *Add another phone number* | |

## Contact 4

| | |
|---|---|
| *First Name* | |
| *Last Name* | |
| *Suffix* | |
| *Relationship to Student* | |
| *Emergency Contact* | |
| *Has legal custody* | |
| *Authorized to pick up student from school* | |
| *Lives with student* | |

1828 Atherton Court

*Does this contact reside at the student's primary address (listed above)?*

*Receives school communication for student*

*Email Address*

*Primary Phone (the best number to reach this contact duirng school hours)*

*Should this contact receive emergency text notifications at this number?*

*Add another phone number*

**Contact 5**

*First Name*

*Last Name*

*Suffix*

*Relationship to Student*

*Emergency Contact*

*Has legal custody*

*Authorized to pick up student from school*

*Lives with student*

1828 Atherton Court

*Does this contact reside at the student's primary address (listed above)?*

*Receives school communication for student*

*Email Address*

*Primary Phone (the best number to reach this contact duirng school hours)*

*Should this contact receive emergency text notifications at this number?*

*Add another phone number*

**Contact 6**

*First Name*

*Last Name*

*Suffix*

*Relationship to Student*

*Emergency Contact*

*Has legal custody*

*Authorized to pick up student from school*

*Lives with student*

1828 Atherton Court

*Does this contact reside at*

*the student's primary address (listed above)?*

*Receives school communication for student*

*Email Address*

*Primary Phone (the best number to reach this contact duirng school hours)*

*Should this contact receive emergency text notifications at this number?*

*Add another phone number*

**Contact 7**

*First Name*

*Last Name*

*Suffix*

*Relationship to Student*

*Emergency Contact*

*Has legal custody*

*Authorized to pick up student from school*

*Lives with student*

1828 Atherton Court

*Does this contact reside at the student's primary address (listed above)?*

*Receives school communication for student*

*Email Address*

*Primary Phone (the best number to reach this contact duirng school hours)*

*Should this contact receive emergency text notifications at this number?*

*Add another phone number*

**Contact Priority**

Contacts will be called in order listed below.

Contact 1 will remain priority 1, but to adjust the order of additional contacts, please select the appropriate number next to the name. **Parent/legal guardian contacts should be ordered at the top of the list.**

*Quinn Morris* **1**

*Jeromy Morris* **2**

*Carol Berge* **3**

**Student's Medical Information**

**Physician**

*Physician Name* **Dr. Poole** *Phone* **785-842-4477**

**Medical Condition(s) Applicable, if any:**

**Student Medical Condition #1**

*Medical Condition* **Allergies - food/milk**

**[X]** Do you need to make a change or add a new comment to existing medical condition?

*Please provide a Remark or Explanation below if there has been a change to this condition.*

**Is not allergic to milk**

**Student Medical Condition #2**

*Medical Condition* **Glasses/Contacts**

**[X]** Do you need to make a change or add a new comment to existing medical condition?

*Please provide a Remark or Explanation below if there has been a change to this condition.*

**Does not wear glasses or contacts**

**Medical Change**

**[ ]** Click to Add an Additional Health Concern not listed above.

**Additional**

*Does this student take any medications regularly?* **No**

**Other Health Considerations:**

*Does this student have a 504 Plan?* **No**

## Agreements

**Field Trip Authorization**

Please read the Authorization to Participate in Field Trips Within the Lawrence Area and select your response below:

*Field Trip Agreement* **I consent**

**Acceptable Use Policy (Technology)**

Please read the Acceptable Use Policy and confirm your acknowledgment below:

*Acceptable Use Policy Agreement* **I acknowledge that I have read the Acceptable Use Policy.**

**Notification of Rights Under the Protection of Pupil Rights Amendment (PPRA)**

Please read the Notification of Rights Under the Protection of Pupil Rights Amendment (PPRA) and confirm your acknowledgment below:

*Protection of Pupil Rights Amendment (PPRA) Agreement* **I acknowledge that I have read the Notification of Rights Under the Protection of Pupil Rights Amendment (PPRA).**

**Annual Notice of Authorized Student Data Disclosures**

Please read the Annual Notice of Authorized Student Data Disclosures and confirm your acknowledgment below:

*Authorized Student Data Disclosures Agreement* **I acknowledge that I have read the Annual Notice of Authorized Student Data Disclosures.**

**Family Educational Rights and Privacy Act Annual Notice (FERPA)**

Please read the Family Educational Rights and Privacy Act (FERPA) Annual Notice (Release of Student Directory Information to the Public and/or Military Recruiters) and confirm your acknowledgement below:

*Family Educational Rights and Privacy Act Agreement* **I acknowledge that I have read the Family Educational Rights and Privacy Act (FERPA) Annual Notice.**

**Annual Notice of Hearing, Vision and Dental Screenings**

Hearing, vision, and dental screenings are performed at school buildings throughout the academic year and are administered in accordance with state law. When a student is screened, a copy of the results of the screenings will be sent home with the child if further attention is advised. If you have any questions, or would like to opt out of these screenings, please contact your building school nurse.

*Annual Notice of Hearing, Vision and Dental* **I acknowledge that I have read the Annual Notice of Hearing, Vision and Dental screenings.**

*screenings.*

### Electronic Signature

The electronic signature below, and all of its related fields, replaces a handwritten signature on paper and is legally binding.

**Parent/Guardian Signature**

*I affirm that the information provided is true, correct, and complete, to the best of my knowledge and belief and understand that my electronic signature below is treated as a handwritten signature on a paper form.*

*Today's Date* **5/4/2024**

*I Agree* **Yes**

*Electronic Signature* **Jeromy Morris**