# Gaggle Safety Management Tool

EXHIBIT 4 8-7-26 Boyle

## Frequently Asked Questions

**What is the Gaggle Safety Management System?**
Gaggle is a safety management tool that helps support student safety and well-being. It also helps ensure that students are safely and correctly using school-provided digital tools in accordance with the district's Acceptable Use Policy and Student Code of Conduct.

**How does Gaggle work?**
Gaggle uses a combination of artificial intelligence and trained safety experts to review students' use of district-provided online tools and provide real-time analysis of potentially concerning behavior or content. Gaggle's technology scans students' district-issued accounts for harmful content and alerts school administrators if students show signs of self-harm, depression, thoughts of suicide, substance abuse, cyberbullying, credible threats of violence against others, or other harmful situations.

**Why is Lawrence Public Schools using Gaggle?**
To strengthen the systematic and integrated approach of our strategic plan's focus on Safe and Supportive Schools. The safety of our students and staff is our highest priority. With Gaggle, our district is better equipped to proactively identify students who are at risk for potential unsafe behaviors, provide support where needed, and foster a safer school environment.

**Why is monitoring necessary?**
When it comes to school safety, students, teachers, staff, administrators, and families must work together. The district is committed to educating and supporting students' social-emotional health and well-being, such as teaching them healthy ways to cope with intense emotions and handle the ups and downs of everyday life.

Skip To Main Content

In addition to the proactive and professional services delivered by our teachers and student services team members, resources like Gaggle are necessary to identify students in distress and in need of emergency intervention to address suicidal ideation or thoughts of self-harm or harming others.

Identifying students during a crisis can make all the difference in saving lives and supporting students.

**What is monitored by Gaggle?**

Communications and documents on district-provided devices and the district's computer network are monitored, including school email and documents created, sent, or received by students using their district-provided device.

**What is not monitored by Gaggle?**

Gaggle cannot and does not monitor personal devices or any personal accounts, including but not limited to internet usage and web browsing, calls, texts, emails, and social media posts on personal devices or accounts. Gaggle also does not monitor teacher and staff accounts.

**My student works on schoolwork using their home computer. Will my home computer be monitored?**

No. Gaggle cannot and does not monitor your home computer or cell phone; however, when a student is logged into a district-provided device or district-issued account, regardless of the location, Gaggle will monitor all content for safety concerns.

**Does Gaggle censor words, student work, and searches?**

No. Gaggle utilizes artificial intelligence and machine learning to identify when potentially concerning language is being used to target another student in an inappropriate, harassing, or bullying manner. If these words are being used in student narrative writing, research, or some other educationally appropriate way, then no further investigation or action is needed.

**Does Gaggle Safety Management work with social media networks?**

Gaggle Safety Management works exclusively with communication and collaboration tools the district has provided to students. It does not monitor students' personal social media accounts. The district recommends parents set expectations for and supervise their children's cell phone and social media usage to ensure student safety and good digital citizenship.

Skip To Main Content

**How is a web filter different from Gaggle?**

A web filter is a software designed to restrict or control the online content that a user is allowed to access. The intention is to keep users out of an unsafe or unhealthy area. Gaggle's goal is to provide early warning detection of harmful situations and to help the district decide where to direct resources to address digital citizenship, bullying prevention, and mental health support.

**What is done with the data collected?**

Data collected by Gaggle focuses on district-issued email, chat, files, and documents. Gaggle does not collect sensitive information. No data is shared with third parties. Any personally identifiable information collected is available only to the designated school district personnel to help intervene and provide student assistance and ensure student safety. Review Gaggle's Data Privacy Notice (https://www.gaggle.net/student-data-privacy-notice).

**How are we ensuring compliance with student privacy laws?**

Gaggle is both Family Educational Rights and Privacy Act (FERPA) (https://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html) and Children's Online Privacy Protection Act (COPPA) (https://www.ftc.gov/legal-library/browse/statutes/childrens-online-privacy-protection-act) compliant. FERPA is a federal law focusing on the protection of the privacy of personally identifiable information in students' educational records. COPPA is a federal law designed to protect the privacy of children under 13 years old. Both laws protect a student's privacy in terms of their educational records.

**Can I opt my student out of being monitored by Gaggle?**

Per the district's Acceptable Use Policy, the district owns all district-issued technology devices and accounts and may monitor any and all activity on them.

# Gaggle Terms

**Emergency Contact**
An Emergency Contact is a Staff Member with access to log into the Gaggle Platform to review Incidents. Emergency Contacts will be notified of Gaggle Incidents occurring to Students within the school buildings they are assigned to.

**Incident**
An Incident is an event when Gaggle has detected and alerted an Emergency Contact about possibly harmful content.

**QCON**
An Incident Type of QCON represents "Questionable Content" and warrants a conversation with the student. These alerts result only in an Email to the appropriate Emergency Contacts.

**PSS**
An Incident Type of PSS represents a "Potential Student Situation" where numerous factors contribute to a credible, urgent threat. These alerts result in an Email and a Phone Call to the appropriate Emergency Contacts.

**Quarantine**
A Gaggle Incident of either Type may be Quarantined only if it is a document containing nudity. The Quarantined Content is still accessible to Emergency Contacts to review, but is removed from Student Access.

**Block**
Any inbound or outbound student Message (email) that results in an Incident will be Blocked from delivery to the recipient.

> Caveat: After April 29, 2024 Gaggle adjusted their platform to allow the delivery if it was an email between Student and Staff, even if it resulted in an alert.

**File**
Incidents with a Source of File represent a document within the G Suite Platform (Docs, Slides, Sheets, Other Files, etc.)

**Message**
Incidents with a Source of Message represent an email within a student's Gmail.

**Category**
Incidents will have at least one of the following Categories. Suicide, Violence To Others, Self-Harm, Harassment, Drug Use, Nudity, Sexual Content, General.

# Operational Information

**Google Suite**

Gaggle only scans content from the Google Suite.
Only users in selected OUs will be scanned. (/Students)
Gaggle uses Google APIs to access and detect the data.
Gaggle never saves a copy of content; it is only accessed via Google APIs.
Gaggle cannot access content on devices or any cloud platforms other than Google.
However, even from a personal device, if a student is logged into their district account, activity within that G Suite is monitored. The device is irrelevant as long as the account activity is a district student account.

**Detection Method**

Gaggle uses Machine Learning (ML or AI) to detect potentially harmful content.
The ML is updated by Gaggle to detect images, new slang or lingo, and the meaning of emoji combinations.
A human staff member at Gaggle reviews all directions prior to an alert being sent to Emergency Contacts, ensuring only quality detections are sent to avoid False Positives.

**Options**

Customers such as our District are not able to request certain "Trigger words".
Only the Categories, and who those alerts are sent to.

Each Emergency Contact may select or be assigned any of the available Categories to be notified about all or only certain types of Incidents at their building.

Gaggle offers the option to include local police departments as an Emergency Contact, but Lawrence Public Schools, USD 497, elected to keep these alerts internal to Staff only.

Prior to USD497 acquiring Gaggle, an optional Category of "LGBTQ" was available, but was removed before our district began using the product.

It is optional for customers to integrate their Student Information System (SIS) with Gaggle to provide contact information for the student's guardians to allow the Emergency Contact to easily contact them without needing to search for the information in the SIS.

## Gaggle Policy

https://www.gaggle.net/terms-conditions
https://www.gaggle.net/trust-and-privacy-center
https://www.gaggle.net/student-data-privacy-notice
https://www.gaggle.net/privacy
https://www.gaggle.net/blog/walking-the-tightrope-between-student-safety-and-data-privacy
https://www.gaggle.net/legal-disclosure

**Gaggle Contacts**
Support@gaggle.com

Natalie Lisk, Customer Success Manager
(309) 661-6801 | ext 1025
natalie@gaggle.net

Gaggle.Net Inc.
1701 East Empire Street
Suite 360 #258
Bloomington, IL 61704

**Gaggle Purchases**
August 1, 2023 - July 31, 2024, P0140544
August 1, 2024 - July 31, 2025, P0131909
Account currently "Out of Compliance" pending deactivation (10/15/2025)

## Description of content within "IT Data Pull"

**Admin Audit Logs**
These logs detail actions done by Emergency Contacts on the Gaggle Platform, such as logging in, reviewing an incident, adding a note, of closing an incident.

**Incident Logs**
These logs detail each Incident that has occurred, including the category, type, student, Emergency Contact that was notified, and Resolution Notes.

**MBOX Files**
These files are the raw file type of emails exported from Google Vault containing the word "Gaggle" between August 1, 2023 - October 14, 2025 (Present) with Attachments included, meeting the request of Legal Counsel.

**Quarantined Events**
The spreadsheet "All Quarantined Items (Nudity)" details all Incidents where Gaggle Quarantined a document containing nudity and removed it from student access.

The majority of these incidents came from a declared "False Positive" from students participating in a class project, creating a portfolio of photos that resemble a state of undress. The items designated as a "False Positive" are included in the subfolder, named after the Owner or Shared Drive where they are still found today, available to students at the request of excluding Journalism Students from Gaggle's Monitor.

## Journalism Exclusions

Near the end of 2023, several photos taken by Journalism students were uploaded to Google Drive, which matched with a degree of concerning content for the ML and for some people, causing the photos to be categorized as Nudity, resulting in the photos being Quarantined, and removed from student access. Had these photos not been a part of a "class project" we would be very pleased in Gaggle's ability to detect and quarantine the content from being shared with dozens of students.

However, the Journalism students felt as if this violated their rights as Student Journalists and demanded to be excluded from Gaggle's monitoring.

Later, Journalism students were placed in a separate Google OU named "/Gaggle Excluded" to be excluded from scanning. This also made it possible for parents to opt out of protection.

However, on November 25, 2024, Gaggle Support was engaged to investigate possible detections of excluded students.

-Response from Support
"This appears to be an issue with clean up. No data has been lost as the users remained as-is in Gaggle. Please be advised that we recommend that all users that are moved from a serviced OU to a non-serviced OU will need to be suspended for a full 24 hours before moving, otherwise the users will remain as-is within our system and will continue to have services applied."

**Conclusion**
A temporary technical limitation on Gaggles' end resulted in an unexpected result of continued monitoring for students who were intended to be excluded. This issue raised suspicion that Gaggle had quarantined or blocked other content that was most likely lost in other ways, as the Incidents do not reflect such documents being removed.

## Google Vault Data Retention

Google Vault is a data retention tool for the purpose of Legal Discovery. As long as a user's account is not deleted from Google, their data is never truly destroyed. A backup of the original copy is kept in Vault for all content in the G Suite. Only a limited number of users with the Super Administrator Google Role have access to the content within Google Vault.

Even though Gaggle Quarantines an item to remove student access, the original file is still available in Google Vault. Individual files cannot be deleted from Google Vault. When a user is deleted from Google, not disabled or suspended, but deleted, only then will the data be removed from Vault.

Our retention policy for exited users is to retain their account in the suspended state for 1 year, to allow an exited user the opportunity to make a request to retrieve important lost data only available in their suspended student or staff account.

Other items from the Quarantine report may be unavailable if renamed.