**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JACK TELL,** *et al,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 2:25-cv-02428-KHV-GEB** |
| | ) | |
| **LAWRENCE USD 497,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This case is set for JURY TRIAL beginning **January 4, 2027 at 9:00 AM** at the U.S. Courthouse in Kansas City, Kansas. On **December 9, 2026 at 11:00 AM**, the Court will hold a status conference by telephone. Parties are to join by calling **(913) 423-1010** and entering access code **239 763 968**. The Court sets the following deadlines.

**I. WITNESSES AND EXHIBITS.**

**a. Final Witness And Exhibit Disclosures Under Rule 26(a)(3).** No later than 14 days before trial, the parties shall file final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A). The parties' final witness lists shall specify which witnesses will be called live, and which will be called via written or video deposition. For each witness disclosed under Fed. R. Civ. P. 26(a)(3)(A)(i), the disclosures also shall set forth the subject matter of the expected testimony and a brief synopsis of the substance of the facts to which the witness is expected to testify. Witnesses expected to testify as experts shall be so designated. Witnesses and exhibits disclosed by one party may be called or offered by any other party. Witnesses and exhibits not so disclosed and exchanged as required by the Court's order shall not be permitted to testify or be received in evidence, respectively, except by agreement of counsel or upon order of the Court.

**b. Objections.** No later than 7 days before trial, the parties shall file any objections

under Fed. R. Civ. P. 26(a)(3)(B). The Court shall deem waived any objection not timely asserted, unless excused by the Court for good cause shown.

**c. Exhibits.** No later than 14 days before trial, the parties shall mark all exhibits. The parties shall exchange copies of exhibits at or before the time they are marked. The parties shall also prepare lists of their expected exhibits, in the form of Attachment 1 to this order, for use by the courtroom deputy clerk and the court reporter. In marking exhibits, the parties shall use preassigned ranges of numbered exhibits. Plaintiff shall use Exhibit Nos. 1-799; defendant(s) shall use Exhibit Nos. beginning with 800. On the first morning of trial, the parties shall each provide for the Court's use a three-ring notebook with numbered tabs that correspond to the numbered exhibits. In addition, the parties shall use presentation technology available in the courtroom to display evidence to the jury. No later than 14 days before trial, counsel should arrange for training on the equipment with the courtroom deputy. No later than 14 days before trial, by 4:30 PM, counsel shall provide in electronic format any exhibits of documents, photographs, videos and any other evidence that may be reduced to an electronic file for use by Court personnel and the Jury Evidence Recording System (JERS). See instructions regarding JERS under Judge Vratil's Guidelines and Orders at http://www.ksd.uscourts.gov/kathryn-h-vratil/. Documents and photographs shall be in .pdf, .jpg, .bmp, .tif, or .giv format; video and audio recordings shall be in .avi, .wmv, .mpg, .mp3, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file and provided to the Court on a storage device such as cd, dvd or flash drive. Counsel shall list the electronic files using the same names and in the same order as on the exhibit list. File sharing sites such as Dropbox may not be used to provide electronic exhibits. Counsel shall list the electronic files using the same order as on the exhibit list. File names must conform to the standards listed in the JERS instructions or they will be returned to counsel for renaming.

**d. Deposition Testimony.** No later than 21 days before trial, consistent with Fed. R. Civ. P. 26(a)(3)(A)(ii), any deposition testimony which a party seeks to offer other than to impeach

a testifying witness shall be designated by page and line in a pleading and filed. No later than 14 days before trial, any counter-designations in accordance with Fed. R. Civ. P. 32(a)(6), together with any objections to designations made by the offering party, shall be filed. No later than 12 days before trial, any objections to the counter-designations shall be filed. Before filing any objections, the parties shall have conferred in good faith to resolve the dispute. No later than 7 days before trial, to facilitate the Court's ruling on any objections to designations or counter-designations, the party seeking to offer the deposition testimony shall provide the Court a copy of each deposition transcript at issue. Plaintiff shall use red highlighting to identify designated testimony. Defendants shall use blue highlighting to identify designated testimony. The parties shall use green highlighting to identify objections to any designated testimony. After reviewing these highlighted transcripts, the Court will issue its rulings regarding any objections. The parties shall then file the portions of the depositions to be used at trial in accordance with D. Kan. Rule 32.1 and submit any videotape or DVD edited testimony to reflect the designations and the Court's rulings on objections.

**II. MOTIONS.**

Absent an order of the Court, the parties shall submit all briefs and memoranda in compliance with D. Kan. Rule 7.1. Motions In Limine. The parties shall file all motions in limine no later than 21 days before trial. The parties shall file briefs in opposition to motions in limine within the time period required by D. Kan. Rule 6.1(d)(1), or at least 14 days before trial, whichever is earlier. Absent leave of the Court, the parties shall not file reply briefs in support of motions in limine.

**III. FURTHER PROCEEDINGS AND FILINGS.**

Counsel shall abide by the Courtroom Protocol for the undersigned judge, available at https://ksd.uscourts.gov/content/senior-judge-kathryn-h-vratil

**a. Trial Briefs.** No later than 14 days before trial, a party may submit a trial brief

which complies with the requirements of D. Kan. Rule 7.6. The Court does not require trial briefs but finds them helpful if the parties anticipate that unique or difficult issues will arise during trial.

**b. Voir Dire.** The Court will conduct the initial voir dire process, but counsel for each party will be allowed 20 minutes for supplemental interrogation. No later than 14 days before trial, a party may submit supplemental voir dire questions to address particularly unusual areas of questioning, or questions that are likely to result in objections by the opposing party. Objections to any supplemental voir dire shall be filed no later than 12 days before trial.

**c. Jury Instructions.**

(1) The parties shall submit requests for proposed instructions in jury cases in compliance with Fed. R. Civ. P. 51 and D. Kan. Rule 51.1. Under D. Kan. Rule 51.1, the parties and attorneys have joint responsibility to attempt to submit one agreed set of preliminary and final instructions which specifically focuses on the parties' factual contentions, the controverted essential elements of any claims or defenses, damages, and any other instructions unique to this case. In the event of disagreement, each party shall submit its own proposed instructions with a brief explanation, including legal authority as to why its proposed instruction is appropriate, or why its opponent's proposed instruction is inappropriate, or both. Standard instructions concerning the jury's deliberations, the evaluation of witnesses' credibility, etc. are available under Judge Vratil's Guidelines and Orders at http://www.ksd.uscourts.gov/kathryn-h-vratil/. It is not necessary to submit standard jury instructions to the Court.

(2) No later than 14 days before trial, the parties shall file proposed instructions. Objections to proposed instructions shall be filed no later than 12 days before trial.

(3) In addition to filing proposed jury instructions, the parties shall submit their proposed instructions (formatted in Word) as an attachment to an e-mail sent to ksd_vratil_chambers@ksd.uscourts.gov.

**d. Standard Order in Limine.** Absent objection 14 days before trial, the Court will

enter an Order In Limine as set forth in Attachment 2 to this order.

**e. Opening Statements and Closing Arguments.** Absent prior leave of Court, each party will be limited to 20 minutes for opening statements and 20 minutes for closing arguments.

**IT IS SO ORDERED**.

Dated this 18th day of November, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Trial | **January 4, 2027 at 9:00 AM** |
| Status Conference | **December 9, 2026 at 11:00 AM**<br>*by telephone* |
| Final witness & exhibit disclosures | No later than 14 days before trial |
| Objections to final witness & exhibit disclosures | No later than 7 days before trial |
| Exhibits marked and exchanged | No later than 14 days before trial |
| Arrange training on courtroom technology equipment | No later than 14 days before trial |
| Exhibits provided to court in electronic format | No later than 14 days before trial |
| Deposition testimony designated | No later than 21 days before trial |
| Objections to deposition designations, along with any counter-designations | No later than 14 days before trial |
| Objections to counter-designations of deposition testimony | No later 12 days before trial |
| Submission of disputed deposition designations to trial judge | No later than 7 days before trial |
| Motions in limine | No later than 21 days before trial |
| Briefs in opposition to motions in limine | No later than 14 days before trial |
| Proposed jury instructions | No later than 14 days before trial |
| Trial briefs | No later than 14 days before trial |
| Proposed voir dire | No later than 14 days before trial |
| Objections to proposed jury instructions | No later than 12 days before trial |
| Objections to proposed voir dire | No later than 12 days before trial |