**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and PHOEBE MORRIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAWRENCE USD 497, a political subdivision of the State of Kansas,<br><br>*Defendant*. | Case No.: 2:25-cv-02428-KHV-GEB |

**PLAINTIFFS' INITIAL DISCLOSURES**

Plaintiffs Jack Tell, Natasha Torkzaban, Morgan Salisbury, Opal Morris, Henry Farthing, Suzana Kennedy, Naomi Sui Pang, Ashlyn Tell, and Phoebe Morris (hereinafter collectively "Plaintiffs") hereby submit their initial disclosure statement in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

The information and documents provided in connection with these Initial Disclosures are being provided in accordance with the provisions and intent of the Federal Rules of Civil Procedure, which require disclosure of certain information and documents. In accordance with those Rules, by providing the required information and documents, Plaintiffs do not waive any objections or privileges they may have concerning admissibility in the event that these Initial Disclosures and documents referenced herein are offered as evidence. Plaintiffs further reserve the right to supplement and amend these Initial Disclosures as additional information and documents become available.

## I. NAME, ADDRESS, AND TELEPHONE NUMBER OF INDIVIDUALS WITH DISCOVERABLE INFORMATION.

**1. Jack Tell**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Jack Tell is a Plaintiff in this case and was a student enrolled in Lawrence High School, where he served as co-editor-in-chief of *The Budget*, the Lawrence High School student newspaper, during the 2022-2023 academic year. Jack Tell graduated from Lawrence High School in May 2023. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**2. Natasha Torkzaban**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Natasha Torkzaban is a Plaintiff in this case and was a student enrolled in Lawrence High School, where she served as co-editor-in-chief of *The Budget*, the Lawrence High School student newspaper, during the 2022-2023 academic year. Natasha Torkzaban graduated from Lawrence High School in May 2023. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**3. Morgan Salisbury**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Morgan Salisbury is a Plaintiff in this case and was a student enrolled in Lawrence High

School, where he served as an editor of *The Budget*, the Lawrence High School student newspaper, during the 2022-2023 academic year. Morgan Salisbury graduated from Lawrence High School in May 2023. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

4. **Opal Morris**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Opal Morris is a Plaintiff in this case and was a student enrolled in Lawrence High School, where she was actively involved in the school's visual arts program during the 2023-2024 academic year. Opal Morris graduated from Lawrence High School in May 2024. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

5. **Henry Farthing**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Henry Farthing is a Plaintiff in this case and was a student enrolled in Lawrence High School, where they were actively involved in the school's visual arts program during the 2023-2024 academic year. Henry Farthing graduated from Lawrence High School in May 2024. They are expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

6. **Suzana Kennedy**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100

Kansas City, Missouri 64111-7700
(816) 460-2400

Suzana Kennedy is a Plaintiff in this case and was a student enrolled in Lawrence High School, where she served as co-editor-in-chief of *The Budget*, the Lawrence High School student newspaper, during the 2023-2024 academic year. Suzana Kennedy graduated from Lawrence High School in May 2024. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**7.** **Naomi Sui Pang**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Naomi Sui Pang is a Plaintiff in this case and was a student enrolled in Lawrence High School, where she served as connections manager between *The Budget*, the Lawrence High School student newspaper, and *The Lions' Roar*, the Lawrence High School video production team, during the 2023-2024 academic year. Naomi Sui Pang graduated from Lawrence High School in May 2024. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**8.** **Ashlyn Tell**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Ashlyn Tell is a Plaintiff in this case and was a student enrolled in Lawrence High School, where she served as editor-in-chief of *The Budget*, the Lawrence High School student newspaper, during the 2025-2026 academic year. Ashlyn Tell graduated from Lawrence High School on May 20, 2026. She is expected to have relevant information and knowledge regarding, among other

things, the allegations in the First Amended Complaint.

9. **Phoebe Morris**
c/o Harrison M. Rosenthal
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
(816) 460-2400

Phoebe Morris is a Plaintiff in this case and was a student enrolled in Lawrence Free State High School, where she served as co-news manager of the *Free Press*, the Lawrence Free State High School student newspaper, during the 2025-2026 academic year. Phoebe Morris graduated from Lawrence Free State High School on May 20, 2026. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

10. **Greg Farley**
Assistant Principal
Lawrence High School
1901 Louisiana Street
Lawrence, Kansas 66046
(785) 832-5050

Greg Farley was an assistant principal at Lawrence High School during the events at issue. He was named as a defendant in the original Complaint but all claims against him were dismissed based on qualified immunity by the Court's April 8, 2026 Memorandum and Order (Doc. 56). He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint, including the questioning of students Opal Morris and Henry Farthing after Gaggle flagged their photography assignments.

11. **Dr. Jeanice Swift**
Superintendent of Schools
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044

(785) 832-5000

Dr. Jeanice Swift is the Superintendent of Schools for the Lawrence Public Schools (USD 497). She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint, including the District's decisions regarding Gaggle and ManagedMethods surveillance software and related policies.

**12. Barbara Tholen**
Executive Director, Kansas Scholastic Press Association
William Allen White School of Journalism and Mass Communications
University of Kansas
1435 Jayhawk Boulevard
Lawrence, Kansas 66045

Barbara Tholen was the Journalism Adviser at Lawrence High School for 15 years, where she oversaw The Budget student newspaper. She interceded with District officials regarding Gaggle's flagging and seizure of student journalism materials. She provided access to her personal school-issued account to allow student journalists to continue working. She has submitted a declaration regarding the District's handling of KORA requests. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**13. Abbi Epperson-Ladd**
Journalism Adviser
Lawrence High School
1901 Louisiana Street
Lawrence, Kansas 66046
(785) 832-5050

Abbi Epperson-Ladd is the Journalism Adviser at Lawrence High School and adviser to The Budget. She communicated Principal Rials' directive prohibiting student reporting on the lawsuit to Plaintiff Ashlyn Tell. She was the subject of concerns about potential adverse employment consequences and was at the center of the prior restraint allegations. She is expected

to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**14. Jake Potter, APR**
Executive Director of Communications
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044
(785) 832-5000

Jake Potter is the Executive Director of Communications for Lawrence USD 497. He is involved in handling KORA requests and media inquiries, including communications related to the discontinuation of Gaggle and implementation of ManagedMethods. He testified at the April 23, 2026 KORA hearing. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**15. Kiley Luckett**
District Mental Health Coordinator
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044
(785) 832-5000

Kiley Luckett is the District Mental Health Coordinator for Lawrence USD 497. She was present at the March 6, 2024 meeting with student journalists and told Plaintiffs Jack Tell, Torkzaban, and Salisbury that they were "valuing their constitutional rights above the mental health of their peers." She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**16. David Vignery**
Director of Technology
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044
(785) 832-5000

David Vignery is the Director of Technology for Lawrence USD 497. Student journalists

requested meetings with him regarding Gaggle surveillance concerns. He was present at the March 6, 2024 meeting with Plaintiffs Jack Tell, Torkzaban, and Salisbury along with other senior District administrators. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**17. David Cunningham**
Attorney, Kansas Association of School Boards
1420 SW Arrowhead Road
Topeka, Kansas 66604

David Cunningham is an attorney with the Kansas Association of School Boards who provided legal services to the District. He was present at the March 6, 2024 and March 29, 2024 meetings with Plaintiffs Jack Tell, Torkzaban, and Salisbury. He advocated on behalf of Defendants during exchanges with student journalists. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**18. Dr. Larry Englebrick**
Deputy Superintendent/Chief Operations Officer
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044
(785) 832-5000

Dr. Larry Englebrick is the Deputy Superintendent and Chief Operations Officer for Lawrence USD 497. He visited Lawrence High School with Dr. Swift on August 15, 2025 and worked with Principal Rials to prepare the memorandum to Abbi Epperson-Ladd regarding student reporting. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**19. Julie Boyle**
Former District Spokesperson/Freedom of Information Officer
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044
(785) 832-5000

Julie Boyle was the District spokesperson and Freedom of Information Officer for Lawrence USD 497 until her retirement effective July 1, 2025. During the events at issue, she was present at meetings with student journalists and stated at the meeting that she had only recently learned of the Gaggle issue—though internal correspondence revealed she had been informed months earlier, and she told Plaintiffs not to bring legal counsel to the meeting while knowing the District would have legal counsel present. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**20. Mike Gillman**
Assistant Principal
Lawrence High School
1901 Louisiana Street
Lawrence, Kansas 66046
(785) 832-5050

Mike Gillman is an Assistant Principal at Lawrence High School. When Ashlyn Tell asked to meet with Principal Rials to verify the prohibition on reporting about the lawsuit, she was directed to Assistant Principal Gillman, who told her he could not discuss anything related to the lawsuit or Gaggle reporting. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**21. Jeff Plinsky**
Teacher/Teachers' Union Representative
Lawrence High School
1901 Louisiana Street
Lawrence, Kansas 66046
(785) 832-5050

Jeff Plinsky is a teacher at Lawrence High School who identified himself as representing the teachers' union. He met with Plaintiff Ashlyn Tell on August 15, 2025 and pressured her not to publish an article regarding the lawsuit, citing potential adverse employment consequences to Abbi Epperson-Ladd. He warned that administrators might say to Ms. Epperson-Ladd, "if you

can't control your editors, we want you out of the building." He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**22. Kelly Jones**
Past President, Board of Education
Lawrence Board of Education
110 McDonald Drive
Lawrence, Kansas 66044
(785) 330-2237

Kelly Jones is Past President of the Lawrence Board of Education. During the events at issue, she served as Board President. She may have knowledge of the Board's decisions regarding Gaggle surveillance, ManagedMethods, and related district policies. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**23. GR Gordon-Ross**
President, Board of Education
Lawrence Board of Education
110 McDonald Drive
Lawrence, Kansas 66044

GR Gordon-Ross is President of the Lawrence Board of Education. During the events at issue, he served as Vice President. He may have knowledge of the Board's decisions regarding Gaggle surveillance, ManagedMethods, and related district policies. Parent Doe communicated with him regarding requests to opt out of Gaggle. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**24. Dr. Anthony Lewis**
Former Superintendent of Schools
Lawrence USD 497
110 McDonald Drive
Lawrence, Kansas 66044
(785) 832-5000

Dr. Anthony Lewis was the Superintendent of Schools for the Lawrence Public Schools (USD 497) during the 2023-2024 academic year. He was present at the March 6, 2024 meeting with Plaintiffs Jack Tell, Torkzaban, and Salisbury regarding Gaggle surveillance concerns. He is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**25. Amy McAnarney**
Principal
Lawrence Free State High School
4700 Overland Drive
Lawrence, Kansas 66049
(785) 832-6050

Amy McAnarney is the Principal of Lawrence Free State High School. She received correspondence from parents seeking to opt their children out of Gaggle surveillance. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint.

**26. Tiffany Fike**
School Counselor
West Middle School
Lawrence USD 497

Tiffany Fike is a school counselor at West Middle School. She pulled a student out of class without explanation after Gaggle flagged an email, displayed the flagged email on her screen, and questioned the student about its contents. She did not notify the student's parents that he had been removed from class and questioned. She is expected to have relevant information and knowledge regarding, among other things, the allegations in the First Amended Complaint and the proposed joinder of additional plaintiffs.

27. Any person designated by Plaintiffs or Defendant to serve as an expert witness.

28. Any other persons who may be identified in the documents produced by any Party

or third party in this action.

29. Records custodians of any documents produced by any Party.

30. Any witness identified by any other Party.

31. Other persons with discoverable information for rebuttal or impeachment, if identified in discovery.

Plaintiffs reserve their right to add additional witnesses.

## II. DOCUMENTS AND TANGIBLE THINGS THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES.

Plaintiffs hereby produce the following preliminary list of documents and tangible things in its possession, some or all of which may be used as exhibits at trial. Plaintiffs reserve their right to identify additional documents and tangible things given that this matter is in its early stages.

[*list begins on following page*]

| No. | Description |
|---|---|
| 1. | August 1, 2023 Contract between Unified School District No. 497 and Gaggle.Net, Inc. |
| 2. | August 28, 2023 Board of Education Agenda re Purchase of Gaggle Software |
| 3. | District Webpage Titled "Gaggle Safety Management Tool, Frequently Asked Questions" |
| 4. | May 31, 2024, Demand Letter from Plaintiffs' Counsel to District |
| 5. | June 17, 2024 Response Letter from District's Counsel to Plaintiffs' Counsel |
| 6. | July 8, 2024, Board Meeting Agenda |
| 7. | July 8, 2024, Board Meeting Minutes |
| 8. | Monthly Voucher – Managed Methods payment |
| 9. | Managed Methods website Frequently Asked Questions |
| 10. | 2024–2025 Lawrence Public Schools Student Handbook |
| 11. | Complete Board Policy IIBG, Adopted July 1, 2001 |
| 12. | Complete Board Policy IIBGD, Adopted May 26, 2015 |
| 13. | Complete Board Policy JT, Adopted May 12, 2014 |
| 14. | Complete Board Policy JCAC, Adopted July 1, 2001 |
| 15. | Complete Board Policy JCAB, Adopted July 1, 2001 |
| 16. | Student Acceptable Use Policy 2024-2025 ("AUP") |
| 17. | Gaggle Seizures Spreadsheet |
| 18. | Correspondence between Harrison Rosenthal and Brad Finkeldei |
| 19. | Correspondence between Parent Doe and Principal Amy McAnarney |
| 20. | Correspondence between Parent Doe and the administration |
| 21. | Correspondence between Larry Englebrick and Parent Doe |
| 22. | Correspondence between Kelly Jones and Parent Doe |
| 23. | Phoebe Morris October 30, 2025 KORA requests |
| 24. | Ashlyn Tell October 30, 2025 KORA requests |
| 25. | March 12, 2026 Responses to Phoebe Morris' narrowed KORA Requests |
| 26. | March 12, 2026 Responses to Ashlyn Tell's narrowed KORA Requests |
| 27. | All documents produced by Plaintiff, Defendants, and any third party |
| 28. | All discovery requests and responses thereto |
| 29. | All deposition transcripts and exhibits thereto taken in this case |
| 30. | Declaration of Jeanice Swift (Doc. 35-1, Doc. 18-1) |
| 31. | Declaration of Quentin Rials (Doc. 13-2) |
| 32. | August 15, 2025 Clarification Memorandum from Principal Rials to Abbi Epperson-Ladd (Doc. 13-1) |
| 33. | Declaration of Ashlyn Tell (A.T.) (Doc. 4-5) |
| 34. | Declaration of Ashlyn Tell re KORA Fees (Doc. 65-3) |
| 35. | Declaration of P.M. re KORA Fees (Doc. 65-4) |
| 36. | Declaration of Barbara Tholen (Doc. 65-9) |
| 37. | Declaration of Suzana Kennedy (Doc. 65-8) |
| 38. | Verified Pleading in Joinder of H.C. (Doc. 71-1) |

## III. COMPUTATION OF DAMAGES.

Plaintiffs presently seek declaratory and injunctive relief and nominal damages for alleged constitutional violations. Because nominal damages are not susceptible to mathematical computation, Plaintiffs have no monetary computation to disclose at this time. Plaintiffs will supplement under Rule 26(e) if they later seek any additional monetary relief.

## IV. INSURANCE AGREEMENTS.

None.

**Dated:** June 8, 2026

**DENTONS US LLP**

*/s/ Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 8, 2026, a true and correct copy of the above and foregoing was served via electronic mail to all parties who have entered an appearance in this action, including:

Alan L. Rupe
Andrew J. Gnefkow
**Lewis Brisbois Bisgaard & Smith LLP**
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
alan.rupe@lewisbrisbois.com
andrew.gnefkow@lewisbrisbois.com

Pursuant to the Court's Initial Order Regarding Planning and Scheduling (ECF No. 59), a copy of these Initial Disclosures has also been transmitted to chambers via electronic mail.

/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*