**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; and PHOEBE MORRIS,

*Plaintiffs*,

v.

LAWRENCE USD 497, a political subdivision of the State of Kansas,

*Defendant*.

Case No.: 2:25-cv-02428-KHV-GEB

**PLAINTIFFS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

Pursuant to Rules 26(a)(1)(A)(ii) and 26(e) of the Federal Rules of Civil Procedure, Plaintiffs hereby supplement their Initial Disclosures. This supplement identifies additional documents, electronically stored information, recordings, transcripts, presentation materials, and/or tangible things in Plaintiffs' possession, custody, or control that Plaintiffs may use to support their claims. Unless otherwise noted, these materials are maintained in Plaintiffs' and/or counsel's files. Plaintiffs reserve the right to further supplement or correct these disclosures as additional information becomes available or as otherwise required by Rule 26(e).

**DOCUMENTS PLAINTIFFS MAY USE TO SUPPORT CLAIMS**

Plaintiffs supplement Section II of their Initial Disclosures to include the following additional documents and categories of documents:

| No. | Description |
|---|---|
| 39. | Audio recordings of Plaintiffs' March 2024 meetings with District officials regarding Gaggle and student journalism. |
| 40. | PowerPoint presentation from Plaintiffs' March 2024 meetings with District officials. |

| | |
|---|---|
| 41. | Audio recording of Plaintiff Ashlyn Tell's August 15, 2025 interaction with Jeff Plinsky. |

**COMPUTATION OF DAMAGES**

Plaintiffs do not supplement their damages disclosure at this time. Plaintiffs will supplement under Rule 26(e) if additional monetary relief or damages computations are identified.

**INSURANCE AGREEMENTS**

Plaintiffs do not supplement their insurance disclosure at this time.

Dated: June 17, 2026

**DENTONS US LLP**

*/s/ Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)
Rebecca Hughes Parker* (NY No. 4321287)

4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com
rebeccahughes.parker@dentons.com
**Admitted Pro Hac Vice*

*Counsel for Plaintiffs*