**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JACK TELL; NATASHA TORKZABAN; MORGAN SALISBURY; OPAL MORRIS; HENRY FARTHING; SUZANA KENNEDY; NAOMI SUI PANG; ASHLYN TELL; PHOEBE MORRIS; E.B., a minor, by and through his parent and next friend CATHERINE P. BATZA, Ph.D.; and H.C., a minor, by and through his parents and next friends DANIELLE BRUNIN and ERIK CHANEY, | |
| *Plaintiffs*, | Case No.: 2:25-cv-02428-KHV-GEB |
| v. | |
| LAWRENCE USD 497, a political subdivision of the State of Kansas, | |
| *Defendant*. | |

**PLAINTIFF PHOEBE MORRIS'S RESPONSE TO**
**DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

Plaintiff Phoebe Morris ("Plaintiff"), by and through her attorneys of record, hereby responds to *Defendant Lawrence USD 497's First Request for Production of Documents to Plaintiff Phoebe Morris* (the "Requests").

**PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**

a. Plaintiff makes these responses solely for the purpose of this action. Each response is made subject to all objections to competence, materiality, relevance, or other objections as to the admissibility that may apply in the event that any such response, or the information contained therein, is sought to be used in court. Plaintiff expressly reserves all such objections.

b. The following responses are based on Plaintiff's present knowledge, information, and belief after a reasonable investigation and are complete as to Plaintiff's best knowledge at this time.

c. Plaintiff has prepared these responses based on her good-faith interpretation and understanding of the individual Requests, but reserves her right to correct any inadvertent errors or omissions. Plaintiff also reserves the right to conduct discovery with reference to or to offer into evidence at the time of the hearing, any and all facts, evidence, documents, and things developed during the course of discovery and hearing preparation, notwithstanding the reference to certain facts, evidence, documents, and things in these responses.

## RESPONSES TO REQUESTS FOR DOCUMENTS

**REQUEST NO. 1:** All documents identified in, referred to, or relied upon in responding to Defendant's Interrogatories.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**REQUEST NO. 2:** All communications and correspondence between You and Defendant relating to Gaggle, ManagedMethods, student-monitoring software, or the monitoring, review, removal, deletion, or restriction of Your content.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**REQUEST NO. 3:** All emails and Documents still in Your possession that you contend were removed, deleted, quarantined, blocked, hidden, or otherwise made unavailable to You by

Defendant, Gaggle, ManagedMethods, or any other Monitoring Software from November 2023 through the present.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**REQUEST NO. 4:** Any and all personal notes, memoranda, diaries, personal journals, appointment books, reports, correspondence, notes and other documents which were prepared and/or maintained by you which relate in any way to the incidents, claims or defenses in this lawsuit, or your alleged damages. This request includes AI interactions, including without limitation prompts and outputs, occurring through standalone AI applications, AI-enabled features embedded within other software platforms, enterprise AI environments, mobile applications, browser extensions, messaging platforms, document-management systems, coding tools, transcription services, and any successor technologies.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**REQUEST NO. 5:** All screenshots, notifications, emails, alerts, or other records reflecting that any content belonging to You was flagged, reviewed, quarantined, deleted,

removed, or otherwise acted upon by Defendant, Gaggle, ManagedMethods, or any other student-monitoring software.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**REQUEST NO. 6:** All documents and communications concerning or containing any statement You made to any person regarding the claims or allegations in the Complaint.

**RESPONSE: Objection. This Request seeks documents protected by the attorney-client privilege and/or work product doctrine. This Request is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the claims or defenses in this case. As written, the Request is not limited to the events or subjects at issue in this case. This Request also seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce non-privileged, responsive documents to the extent they exist.**

**REQUEST NO. 7:** All documents and communications relating to any injury, loss, or damages You claim to have sustained as a result of the allegations in the Complaint, including documents relating to alleged damage to reputation, mental anguish, emotional distress, humiliation, public embarrassment, or deprivation of artistic or expressive activity.

**RESPONSE: Objection. This Request seeks documents protected by the attorney-client privilege and/or work product doctrine.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce non-privileged, responsive documents to the extent they exist.**

**REQUEST NO. 8:** All Kansas Open Records Act requests submitted by You, or on Your behalf concerning Gaggle, ManagedMethods, or student-monitoring software, together with all responses and related correspondence, from November 2023 through the present.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**REQUEST NO. 9:** All documents relating to any disciplinary action, investigation, warning, counseling, reprimand, detention, suspension, or other corrective action taken against You by Defendant during the period of November 1, 2023 through the present.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant. This Request is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the claims or defenses in this case. As written, the Request is not limited to the events or subjects at issue in this case.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**<u>REQUEST NO. 10:</u>** All notices, policies, student handbooks, acceptable use policies, consent forms, acknowledgments, authorizations, emails, letters, or other communications received by or signed by You or Your parent or guardian concerning Gaggle, ManagedMethods, student-monitoring software, AI-surveillance, or Defendant's monitoring or access to student accounts, devices, electronic communications, or digital content.

**RESPONSE: Objection. This Request seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce responsive documents to the extent they exist.**

**<u>REQUEST NO. 11:</u>** All text messages, social media posts, direct messages, private messages, chats, comments, replies, "stories," snaps, or other social media communications made, sent posted, received, or exchanged by You that refer, relate, or pertain to the allegations in the Complaint.

**RESPONSE: Objection. This Request seeks documents protected by the attorney-client privilege and/or work product doctrine. This Request is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the claims or defenses in this case. As written, the Request is not limited to the events or subjects at issue in this case. This Request also seeks documents that are already in the possession, custody, or control of Defendant.**

**Subject to and without waiving any objection, Plaintiff has produced and/or will produce non-privileged, responsive documents to the extent they exist. Please see documents numbered PLAINTIFFS000384-390.**

**Dated:** September 1, 2026

**DENTONS US LLP**

*/s/ Harrison M. Rosenthal*
Mark P. Johnson (Kan. No. 22289)
Harrison M. Rosenthal (Kan. No. 28894)
Jacob S. Margolies (Kan. No. 29470)
Rebecca Hughes Parker (pro hac vice)

4520 Main Street, Suite 1100 Kansas
City, Missouri 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
mark.johnson@dentons.com
harrison.rosenthal@dentons.com
jacob.margolies@dentons.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2026, a true and correct copy of the above and foregoing was served via electronic mail to counsel for Defendant, including:

Cameron Grant
Melika T. Harris
Andrew J. Gnefkow
**Lewis Brisbois Bisgaard & Smith LLP**
4600 Madison Ave., Suite 700
Kansas City, Missouri 64112
Cameron.Grant@lewisbrisbois.com
Melika.Harris@lewisbrisbois.com
Andrew.Gnefkow@lewisbrisbois.com

/s/ *Harrison M. Rosenthal*
*Counsel for Plaintiffs*