# **DISTRICT REPLY EXHIBIT 20**

District SOF citations conformed to Certified Transcripts of Polk and Luckett Depositions

13. ManagedMethods uses pre-written monitoring policies. During onboarding, the District removed terms that generated alerts not rising to a safety concern, such as "lit," which can refer to intoxication or to English literature. (**Exhibit 18** (Polk 30(b)(6), 28:24–33:06; **Exhibit 19** (Luckett 30(b)(6)), 17:15-18:22.)

15. ManagedMethods generates alerts through an entirely automated process. No vendor employee or contractor reviews student content before an alert is sent to the District. (**Ex. 19**, 39:20–24; 55:24–56:3.)

16. At a high school, alerts are routed to the principal and assistant principals, who divide responsibility by students' last names. (**Exhibit 9**, Deposition of Kiley Luckett conducted September 2, 2026, p. 109:16–21; **Ex. 19**, 44:03–46:22.)

17. ManagedMethods does not block, hold, or delay any email. All student-to-student and student-to-staff emails are delivered. (**Ex. 19**, 71:18–25, **Ex. 18**, 38:4–19.)

18. ManagedMethods does not quarantine, remove, or hide student documents or messages concerning self-harm, suicide, or violence. That content remains in the student's account, and the student's use of the account is unaffected. The only content ManagedMethods can quarantine is sexually explicit imagery. (**Ex. 18**, 38:4–39:11; **Ex. 19**, 56:25–57:4, 64:8–65:2.)

20. Administrators are trained to speak with the student privately, to tell the student that the student is not in trouble, and to connect the student with a counselor or social worker when the concern involves self-harm or abuse. Law enforcement and a threat assessment are involved only for threats such as weapons. (**Ex. 19**, 49:13–51:10, 47:23–48:25.)

21. The District uses its monitoring program as a support and safety tool, not a disciplinary tool. It is not aware of any student disciplined for uploading content containing nudity flagged by ManagedMethods. The District is not aware of any student disciplined for any content flagged by ManagedMethods. (**Ex. 19**, 63:06–64:07; **Ex. 2**, Polk Decl. ¶ 11.)

22. In spring 2024, after student journalists raised concerns about monitoring, the District decided to exempt journalism students from Gaggle monitoring. (Ex. 1, SAC ¶¶ 169, **Ex. 19**, 75:04–76:21); **Exhibit 10**, Deposition of David Vignery conducted September 10, 2026, pp. 138:17–139:24; **Exhibit 11**, Deposition of Anthony Lewis conducted September 9, 2026, pp. 99:4–100:1.)

23. The District's attempt to exempt students from Gaggle initially encountered some technical difficulties, and the effort "took some work," to move certain students into a separate organizational unit within the District's Google Workspace. (**Ex. 18**, 41:1–17, 62:13–62:18, 64:2–65:12 .).

57. District training for administrators who respond to alerts instructs them to maintain student privacy and dignity whenever possible. (**Ex. 19**, 89:01–89:08.)

58. A monitoring flag is not visible in the District's student information system and does not become part of a student's cumulative record. (**Ex. 19**, 49:21–51:06, Ex. 9, 47:19-48:4.)

59. Under ManagedMethods, no vendor employee reads student content. Alerts go only to designated District administrators, who follow up privately and without discipline, as described in Facts 16–23. (**Ex. 19**, 39:20–24; 44:03–46:22; 49:13–51:10.)

60. Information gathered through monitoring has allowed the District to save students' lives. (**Ex. 19**, 82:4-12; 84:8-87:4.)

61. The District's intervention made possible by monitoring includes the following examples: (1) intervening after a student wrote a suicide note on the District account during the summer, which was flagged; the District reached the student's family, and the student was hospitalized the same day, before the student could act on the plan; (2) a student emailed a friend overnight about an overdose attempt; the email was flagged, police were called and the student was taken to the hospital; (3) during a holiday break, an alert revealed that a student was being physically abused by a parent, and the District contacted the Department for Children and Families; (4) a student wrote about repeated heavy drinking and not wanting to live that way; the content was flagged and staff helped the student enter substance-use treatment; and (5) a student disclosed sexual exploitation at a residential treatment facility, the content was flagged and staff helped the student make reports and obtain intensive therapy. (**Ex. 19**, 84:8 – 86:8; 88:8-14.)